UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a MARIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

   Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN & WOLFE LLC

   Defendants.
_____/

## NOTICE OF FILING

  Plaintiffs, LUIS MANUEL RODRIGUEZ, MARIA TERESA RODRIGUEZ, a/k/a MARIA TERESA LANDA, ALFREDO RAMON FORNS, RAMON ALBERTO RODRIGUEZ, RAUL LORENZO RODRIGUEZ, CHRISTINA CONROY, and FRANCISCO RAMON RODRIGUEZ, respectfully give notice of filing the Summons for Defendant IMPERIAL BRANDS PLC, to be issued by the Clerk of the Court. A copy of the Summons is attached hereto.

| Dated: August 11, 2020 | Respectfully submitted, |
|---|---|
| Rodriguez Tramont & Nuñez P.A. | Berenthal & Associates, P.A. |
| By: */s/ Paulino A. Núñez Jr.* | By: */s/ James L. Berenthal* |
| Frank R. Rodriguez | James L. Berenthal |
| Florida Bar No. 348988 | Florida Bar No.126035 |
| Email: frr@rtgn-law.com | Email: jlb@berenthalaw.com |
| Paulino A. Núñez Jr. | 777 Third Avenue, Suite 22D |

Case No: 1:20-cv-23287-DPG

Florida Bar No. 814806  
Email: pan@rtgn-law.com  
255 Alhambra Circle, Suite 1150  
Coral Gables, FL 33134  
Telephone: (305) 350-2300

New York, NY 10017-1426  
Telephone: (212) 302-9494

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF which will send notice of electronic filing to all counsel of record.

By: ***/s/Paulino A. Núñez Jr.***  
Paulino A. Núñez Jr.  
Florida Bar No. 814806