**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:20-cv-23287-DPG**

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*, | |
| Plaintiffs, | |
| v. | |
| IMPERIAL BRANDS PLC, *et al.*, | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Ryan K. Todd of Nelson Mullins Broad and Cassel enters his appearance as counsel for Defendant, Imperial Brands PLC, in this action. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel at ryan.todd@nelsonmullins.com.

Dated: August 28, 2020.                Respectfully submitted,

NELSON MULLINS BROAD AND CASSEL
2 S. Biscayne Blvd., Suite 2100
Miami, FL 33131
Telephone: 305.373.9400
Facsimile: 305.995.6449

By: */s/ Ryan K. Todd*
    Ryan K. Todd
    Fla. Bar No. 91679
    ryan.todd@nelsonmullins.com