United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Maria Dolores Canto Marti, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 20-20078-Civ-Scola ) |
| Iberostar Hoteles y Apartamentos S.L., Defendant. | ) ) ) |

### **<u>Order Granting Iberostar's Motion to Stay</u>**

Iberostar Hoteles y Apartamentos S.L. requests that this Court stay the case until it can comply with the European Commission's requirement for companies from the European Union to obtain authorization before filing a response to any lawsuit under the Helms Burton Act.

This requirement comes from a European Union blocking statute enacted to counteract the effects of the Helms-Burton Act, and Iberostar faces EUR 600,000 in sanctions for failure to first obtain authorization. (ECF No. 16 at ¶ 3.) Iberostar's request for authorization has already been filed and is currently pending before the European Commission. (*Id*. at ¶ 18.) In the interest of international comity, this Court has determined that it is appropriate to stay this case pending the Iberostar's request for authorization from the European Commission.

The Court **grants** Iberostar's motion for a stay (**ECF No. 16**), and the case is **stayed** until the European Union grants Iberostar's request for authorization. Iberostar shall submit status reports on its request for authorization **every 30 days**. In the interim, the Court directs the **Clerk** to **administratively close** this case.

**Done and ordered** at Miami, Florida, on April 24, 2020.

_____
Robert N. Scola, Jr.
United States District Judge