# ALLEN & OVERY

**BY EMAIL**

Paulino A. Nuñez, Jr.
Rodriguez Tramont & Nuñez, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134
pan@rtgn-law.com

James L. Berenthal
Berenthal & Associates, P.A.
777 Third Avenue, Suite 22D
New York, NY 10017-1426
jlb@berenthalaw.com

**Allen & Overy LLP**
One Bishops Square
London  E1 6AD  United Kingdom

Tel             +44 (0)20 3088 0000
Fax            +44 (0)20 3088 0088
alice.englehart@allenovery.com

Our ref  ACE/LIZS/0051667-0000415 NYO1: 2000159704

30 April 2020

Dear Sirs

**Threatened Litigation under the U.S. Helms-Burton Act**

On 3 April 2020, our client Imperial Brands PLC ("**Imperial**") received your letter dated 31 March 2020. Imperial will vigorously defend the threatened claims on all applicable grounds, and nothing in this letter waives any of Imperial's defences, including as to personal jurisdiction and service, all of which are reserved (and, for the avoidance of doubt, we are not authorised to accept service). We make two threshold points.

First, in addition to Imperial, you addressed your letter to Altabana, S.L. and Corporación Habanos, S.A., in both cases, "c/o Imperial Brands PLC." Those two corporations are incorporated and managed separately from Imperial, and neither of them does business at the United Kingdom address to which you sent your letter.

Second, our investigation reveals that no one is "trafficking" in the factory located at 1255 23rd Street, el Vedado, Havana, Cuba. To the contrary, as several publicly available sources confirm, that factory is in a state of disrepair and has therefore been closed for the better part of a decade. Notably, none of the evidence referenced in your letter reflects any activity later than 2013, and in relation to the article which you suggest confirms that the premises were being used for cigar production in 2013, the location of the factory cited is not named.  We presume you will be aware from public sources that the "H. Upmann" factory had moved premises by then.

We trust that you will not file a claim in circumstances where you are unable to make a good-faith allegation of compliance with 22 U.S.C. § 6084, which provides that a Helms-Burton claim "may not be brought more than 2 years after the trafficking giving rise to the action has ceased to occur."

All of Imperial's rights, defences, arguments, and positions are reserved.

Yours faithfully

*Allen Overy LLP*

**Allen & Overy LLP**