**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:20-cv-23287-DPG**

LUIS MANUEL RODRIGUEZ, *et al*.,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al*.,

                Defendants.

## NTOICE OF FILING DECLARATION

Defendant Imperial Brands plc ("Imperial") respectfully submits this Notice of Filing the attached Declaration of Andrew Rhys Davies in support of its motion for a limited stay. [D.E. 14].

Dated: August 28, 2020

Respectfully submitted,

/s/ *Christopher Cavallo*

NELSON MULLINS BROAD AND CASSELL
Christopher Cavallo
Florida Bar No. 0092305
chris.cavallo@nelsonmullins.com
2 South Biscayne Blvd. 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400
*Attorneys for Defendant, Imperial Brands PLC*

1