UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE has come before the Court on the Defendant, Imperial Brands plc's, Motion for Extension of Time to Respond to the Complaint While the Court Considers the Motion to Stay [DE 20] ("Motion"). Having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**. Defendant, Imperial Brands plc shall respond to the Complaint [DE 1] the later of thirty (30) days from the date that the Court rules on Imperial Brands plc's Motion to Stay [DE 14] or the date set forth in the order on the Motion to Stay.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this _____ day of September 2020.

                                                      HONORABLE DARRIN P. GAYLES
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record