UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a
MARIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

        Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN &
WOLFE LLC,

        Defendants.

**CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANTS WPP PLC, YOUNG & RUBICAM LLC, AND BCW LLC**

Defendants WPP plc ("WPP"), Young & Rubicam LLC ("Y&R"), and BCW LLC a/k/a Burson Cohn & Wolfe LLC ("BCW"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby state as follows:

1. WPP is a publicly traded corporation with no parent corporation. No other publicly held corporation owns 10 percent or more of its stock.

2. The parent company of Y&R is WPP. No other publicly held corporation owns 10 percent or more of its stock.

54446668;1

3. The parent company of BCW is WPP. No other publicly held corporation owns 10 percent or more of its stock.

Dated: August 31, 2020

Respectfully submitted,

*s/Naim S. Surgeon*
NAIM S. SURGEON
Florida Bar No. 101682
E-Mail: naim.surgeon@akerman.com
PEDRO FREYRE
Florida Bar No. 192140
E-Mail: pedro.freyre@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 982-5507
Fax: (305) 374-5095

CHRISTOPHER DAVIES
(*pro hac vice*)
E-Mail: christopher.davies@wilmerhale.com
JESSICA LUTKENHAUS
(*pro hac vice*)
E-Mail: jessica.lutkenhaus@wilmerhale.com
**WILMER CUTLER PICKERING HALE
    AND DORR LLP**
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Attorney for Defendants WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC, a/k/a BURSON COHN & WOLFE LLC

54446668;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2020, I electronically filed the foregoing Corporate Disclosure Statement for Defendants WPP plc, Young & Rubicam LLC, and BCW LLC a/k/a Burson Cohn & Wolfe LLC using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*s/Naim S. Surgeon*
Naim S. Surgeon