UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>IMPERIAL BRANDS PLC, *et al.*,<br><br>               Defendants. | Case No.: 1:20-cv-23287-DPG |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT IMPERIAL BRANDS PLC

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Imperial Brands plc ("Imperial"), hereby states that Imperial has no parent corporation, and no other publicly held corporation has notified Imperial that it owns ten percent or more of Imperial's stock.

Dated: September 1, 2020

Respectfully submitted,

/s/ *Andrew Rhys Davies*
ALLEN & OVERY LLP
Andrew Rhys Davies (admitted *pro hac vice*)
andrewrhys.davies@allenovery.com
Justin L. Ormand (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300

NELSON MULLINS BROAD AND CASSEL
Mark F. Raymond
Mark.Raymond@nelsonmullins.com
Jonathan Etra
jonathan.etra@nelsonmullins.com
2 South Biscayne Blvd. 21st Floor
Miami, FL 33131
Telephone: 305-373-9400

*Attorneys for Defendant Imperial Brands plc*