SFP: «SFP_No»
Ref: «SFPXmitAgencyRef» 6f 2020-012130

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **Tuesday 25th August 2020**
que le demande a ete executee      le (date)

-at (place, street, number)         **WPP PLC**
-a (localite, rue, numero)          **Sea Containers House, 18 Upper Ground London England SE1 9GL**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:

b) in accordance with the following particular method
selon la forme particuliere suivante
**Personal service to Deputy General Counsel of WPP PLC who accepted the documents willingly.**

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)
**Name: Katherine Barltrop**
**Description: Caucasian Adult female, brunette, slim / average build.**

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts
**Job title: Deputy General Counsel of WPP PLC**

Annexes
Documents returned
Pieces renvoyees
**Cover Letter to Central Authority**
**Proof of service.**
**Witness Statement**
**Exhibit A"**

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:
**Please see attached proof or service**
**& detailed Witness statement along**
**with Exhibit of the document served.**

Done at London
fait                 2nd September 2020
the
le

Signature and/or stamp:
Signature et/ou cachet:



Roger Eastman
Master of the Queen's Bench
Division,
Room E116, Royal Courts of
Justice,
London WC2A 2LL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ,<br>MARIA TERESA RODRIGUEZ, a/k/a<br>MARIA TERESA LANDA,<br>ALFREDO RAMON FORNS, et al.<br><br>Plaintiff(s)<br><br>V<br><br>IMPERIAL BRANDS PLC,<br>CORPORACION HABONOS S.A.<br>WPP PLC, YOUNG & RUBICAM<br>LLC, and BCW LLC, a/k/a BURSON<br>COHN & WOLFE LL<br><br>Defendants(s) | Civil Action No.: -20cv-23287 |

**Witness Statement of Service in accordance with**
**Article 5, Hague Convention**
**on the Service Abroad of Judicial and**
**Extrajudicial Documents In Civil or Commercial Matters**

I, **GILLIAN MARSHALL**, Process Server, of M Private Investigations Ltd 191-193 High Street, Hampton Hill, Greater London TW12 1NL England,
Say as follows:

1. In the matters detailed below I was acting as agent for James L. Berenthal, Esq, Berenthal & Associates, PC. 777 Third Avenue, Suite 22-D New York NY 10017, USA who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Tuesday the 25th day of August 2020 at 1135 hours I served Katherine Barltrop, Deputy General Counsel Corporate and Commercial at WPP PLC, Sea Containers House, 18 Upper Ground, London SE1 9GL England the registered office for WPP PLC one of the Defendants herein, with the herein Summons and Complaint in a Civil Action, together with Exhibits 1-7 by personally handing these to Katherine Barltrop in the reception of the said address for WPP PLC which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 25th day of August 2020.

Contd.

3. That at the time of service Katherine Barltrop accepted the documents willingly and stated to me that she is authorised to accept service on behalf of the company.

4. Exhibited hereto marked 'A' is a bundle containing a copy of each of the Service Documents.

5. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with Article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

6. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated: 8/26/20

Signed: _____

**GILLIAN MARSHALL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: -20cv-23287

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a
MARIA TERESA LANDA,
ALFREDO RAMON FORNS, et al.

Plaintiff(s)

V

IMPERIAL BRANDS PLC,
CORPORACION HABONOS S.A.
WPP PLC, YOUNG & RUBICAM
LLC, and BCW LLC, a/k/a BURSON
COHN & WOLFE LL

Defendant(s)

---

**Exhibit A to the Witness Statement of GILLIAN MARSHALL**

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:       26 August 2020   8/26/20

Signed:  _____

**GILLIAN MARSHALL**