AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv23287   REF QF 2020 012130.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WPP PLC Sea Containers House 18 Upper Ground SE1 9GL was received by me on *(date)* 08/24/2020.

☒ I personally served the summons on the individual at *(place)* Sea Containers House, 18 Upper Ground London SE1 9GL England on *(date)* 08/25/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 445.00 for travel and $ 25.00 for services, for a total of $ 470.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2020

*Server's signature*

Ms Gillian Marshall - Process Server
*Printed name and title*

M PRIVATE INVESTIGATIONS LTD 191-193 HIGH STREET
HAMPTON HILL MIDDLESEX TW12 1NL ENGLAND

*Server's address*

Additional information regarding attempted service, etc:
On Tuesday the 25th day of August 2020 at 1135 hours I served Katherine Barltrop, Deputy General Counsel Corporate and Commercial at WPP PLC, Sea Containers House, 18 Upper Ground, London SE1 9GL England the registered office for WPP PLC one of the Defendants herein, with the herein Summons and Complaint in a Civil Action, together with Exhibits 1-7 by personally handing these to Katherine Barltrop in the reception of the said address for WPP PLC which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Tuesday the 25th day of August 2020.