SFP: «SFP_No»
Ref: «SFPXmitAgencyRef» QF 2020-011830

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) **Wednesday 19th August 2020**
que le demande a ete executee    le (date)

-at (place, street, number)    **Imperial Brands PLC**
-a (localite, rue, numero)     **121 Winterstoke Road,**
                                **Bristol**
                                **BS3 2LL**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:

b) in accordance with the following particular method
selon la forme particuliere suivante
**Personal service to a Legal PA of Imperial Brands PLC who accepted the documents willingly.**

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)
**Name: Ellie Acland.**
**Description: Caucasian Adult female, brunette, slim / average build.**

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts
**Job title: Legal Personal Assistant at Imperial Brands PLC**

Annexes
Documents returned
Pieces renvoyees
**Cover Letter to Central Authority**
**Proof of service.**
**Witness Statement**
**Exhibit A"**

Done at London
fait

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:
**Please see attached proof or service**
**& detailed Witness statement along**
**with Exhibit of the document served.**

Date: 27th August 2020

Signature and/or stamp:
Signature et/ou cachet:

[Stamp: SENIOR COURTS OF ENGLAND AND WALES · FOREIGN PROCESS SECTION · 2 7 AUG 2020]

QF-2020-011830

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, MARIA TERESA RODRIGUEZ, a/k/a MARIA TERESA LANDA, ALFREDO RAMON FORNS, et al.<br><br>Plaintiffs<br><br>V<br><br>IMPERIAL BRANDS PLC, CORPORACION HABONOS S.A. WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC, a/k/a BURSON COHN & WOLFE LL<br><br>Defendants. | Civil Action No.: 1:20-cv-23287-DPG |

**Witness Statement of Service in accordance with
Article 5, Hague Convention
on the Service Abroad of Judicial and
Extrajudicial Documents In Civil or Commercial Matters**

I, **GEORGINA MARSHALL**, Process Server, of M Private Investigations Ltd 191-193 High Street, Hampton Hill, Greater London TW12 1NL England,
Say as follows:

1. In the matters detailed below I was acting as agent for James L. Berenthal, Esq, Berenthal & Associates, PC. 777 Third Avenue, Suite 22-D New York NY 10017, USA who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Wednesday the 19th day of August 2020 at 1440 hours I served Ellie Acland Personal Assistant at Imperial Brands PLC, 121 Winterstoke Road, Bristol BS3 2LL England the registered office for Imperial Brands PLC Company No: 3236483 one of the Defendants herein, with the herein Summons and Complaint in a Civil Action, together with Exhibits 1-7 by personally handing these to Ellie Acland in the reception of the said address for Imperial Brands PLC which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Wednesday 19th day of August 2020.

Contd.

3. That at the time of service Ellie Acland stated to me that she will immediately hand these documents to Katie Hill in the legal department for Imperial Brands PLC as Katie Hill is expecting these papers to respond promptly.

4. Exhibited hereto marked 'A' is a bundle containing a copy of each of the Service Documents.

5. I believe that service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with Article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

6. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

Dated:       8/20/2020

Signed:      *[signature]*

**GEORGINA MARSHALL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a
MARIA TERESA LANDA,
ALFREDO RAMON FORNS, et al.

Plaintiffs

V

IMPERIAL BRANDS PLC,
CORPORACION HABONOS S.A.
WPP PLC, YOUNG & RUBICAM
LLC, and BCW LLC, a/k/a BURSON
COHN & WOLFE LL

Defendants.

---

**Exhibit A to the Witness Statement of GEORGINA MARSHALL**

---

This is the exhibit marked "A" to my witness statement dated today.

Dated:      8/20/2020

Signed:  _____

**GEORGINA MARSHALL**