AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-23287-DPG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Imperial Brands PLC, 121 Winterstoke Road, Bristol BS3 2LL
was received by me on *(date)* 08/18/2020 .

☑ I personally served the summons on the individual at *(place)* 121 Winterstoke Road, Bristol, BS3 2LL, England
on *(date)* 08/19/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 275.00 for travel and $ 511.00 for services, for a total of $ 786.00 .

I declare under penalty of perjury that this information is true.

Date: 08/20/2020

*Server's signature*

Georgina Marshall - Process Server
*Printed name and title*

M Private Investigations Ltd,
191-193 High Street, Hampton Hill, , Middlesex,
TW12 1NL, England
*Server's address*

Additional information regarding attempted service, etc:

On Wednesday the 19th day of August 2020 I did arrive at the Registered Office of Imperial Brands PLC, 121 Winterstoke Road, Bristol BS3 2LL England and did meet with 2 adult male security staff members at the reception at 14.00 hrs. Due to the Current Covid 19 pandemic there was no-one at Imperial Brands avaliable to accept service. One of the male security staff members telephoned Ellie Acland, Legal PA whom I spoke with inside one of the offices and explained the reason for my visit, Ms Acland agreed to travel into the office to meet with me. At 1440 hours I did meet and personally serve Ellie Acland Legal Personal Assistant of Imperial Brands PLC, with the herein Summons and Complaint in a Civil Action, together with Exhibits 1-7 by personally handing these to Ellie Acland.