UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, *et al.*

                                    Plaintiffs,    Case No.: 1:20-cv-23287(DPG)(AMO)

v.                    **NOTICE OF APPEARANCE**
                                                                 **OF**

IMPERIAL BRANDS PLC, *et al*.              **DAVID W. BERENTHAL**

                                    Defendants.
_____/

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE, that DAVID W. BERENTHAL of BERENTHAL & ASSOCIATES, P.A., being admitted to practice law in the United States District Court for the Southern District of Florida, hereby appears in the instant proceeding on behalf of Plaintiffs Luis Manuel Rodriguez, Maria Teresa Rodriguez a/k/a Maria Teresa Landa, Alfredo Ramon Forns, Ramon Alberto Rodriguez, Raul Lorenzo Rodriguez, Christina Conroy, and Francisco Ramon Rodriguez.  We respectfully direct that all pleadings, motions, notices, correspondences, and other papers in this proceeding be served upon undersigned counsel via E-Mail at dwb@berenthalaw.com.

Dated:  September 23, 2020

                                              BERENTHAL & ASSOCIATES, P.A.

                                              By: _____
                                                  DAVID W. BERENTHAL, ESQ.
                                                  Florida Bar No. 159220
                                                  Email: dwb@berenthalaw.com
                                                  777 Third Avenue
                                                  Suite 22D
                                                  New York, NY 10017-1426
                                                  Telephone: (212) 302-9494