UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, *et al.*, <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

**DEFENDANT IMPERIAL BRANDS PLC'S SECOND STATUS REPORT**

Defendant Imperial Brands plc ("Imperial") respectfully submits this status report pursuant to the Court's September 23, 2020 Order [D.E. 49] granting Imperial's motion for a limited stay of proceedings and directing Imperial to submit monthly status reports on its application to the European Commission (the "Commission") for authorization to defend this lawsuit or, at a minimum, to file and litigate a motion to dismiss. By way of update, Imperial states as follows:

1. As Imperial previously advised the Court [D.E. 14, D.E. 15-1], on August 27, 2020, Imperial submitted an application to the Commission under Article 5 paragraph 2 of Council Regulation (EC) No. 2271/96, Protecting Against the Effects of the Extra-Territorial Application of Legislation Adopted by a Third County, and Actions Based Thereon or Resulting Therefrom, 1996 O.J. (L. 309) 1 (EC) ("Regulation 2271/96"), for authorization to defend this lawsuit or, at a minimum, authorization in the first instance to file and litigate a motion to dismiss (the "Application").

2. The Commission has acknowledged receipt of Imperial's Application, and has cautioned Imperial that unless and until the Commission provides authorization Imperial is

prohibited from appearing before this Court pursuant to the summons in this action under Title III of the Helms-Burton Act.

3. Imperial filed its first status report on October 23, 2020. Imperial requested that the Commission provide Imperial a further update on the status of Imperial's application ahead of the November 23, 2020 due date for the second status report to the Court. On November 19, 2020, the Commission informed Imperial that the Commission continues to assess Imperial's application including by consulting extensively internally and with European Union Member States' authorities. The Commission informed Imperial that, despite the challenges caused by the pandemic, it is doing its utmost to ensure that a decision on Imperial's application is made in due course.

Dated: November 23, 2020
      Miami, Florida

Respectfully submitted,

/s/ *Mark F. Raymond*
NELSON MULLINS BROAD AND CASSEL
Mark F. Raymond
Mark.Raymond@nelsonmullins.com
Jonathan Etra
Jonathan.Etra@nelsonmullins.com
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone:  305-373-9400

ALLEN & OVERY LLP
Andrew Rhys Davies (*admitted pro hac vice*)
andrewrhys.davies@allenovery.com
Justin L. Ormand (*admitted pro hac vice*)
justin.ormand@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone:  212-610-6300

*Attorneys for Defendant Imperial Brands plc*