UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, *et al.*, <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

**DEFENDANT IMPERIAL BRANDS PLC'S THIRD STATUS REPORT**

Defendant Imperial Brands plc ("Imperial") respectfully submits this status report pursuant to the Court's September 23, 2020 Order [D.E. 49] granting Imperial's motion for a limited stay of proceedings and directing Imperial to submit monthly status reports on its application to the European Commission (the "Commission") for authorization to defend this lawsuit or, at a minimum, to file and litigate a motion to dismiss. By way of update, Imperial states as follows:

1. As Imperial previously advised the Court [D.E. 14, D.E. 15-1], on August 27, 2020, Imperial submitted an application to the Commission under Article 5 paragraph 2 of Council Regulation (EC) No. 2271/96, Protecting Against the Effects of the Extra-Territorial Application of Legislation Adopted by a Third County, and Actions Based Thereon or Resulting Therefrom, 1996 O.J. (L. 309) 1 (EC) ("Regulation 2271/96"), for authorization to defend this lawsuit or, at a minimum, authorization in the first instance to file and litigate a motion to dismiss (the "Application").

2. The Commission has acknowledged receipt of Imperial's Application, and has cautioned Imperial that unless and until the Commission provides authorization Imperial is

prohibited from appearing before this Court pursuant to the summons in this action under Title III of the Helms-Burton Act.

3. In its first status report filed on October 23, 2020 [D.E. 51], Imperial advised that the Commission had informed Imperial that the Commission was analyzing Imperial's Application and that the Commission would do its utmost to ensure a decision was made in due course. *Id.* ¶ 3. In its second status report filed on November 23, 2020 [D.E. 52], Imperial advised that the Commission had informed Imperial that the Commission was continuing to assess Imperial's Application including by consulting extensively internally and with European Union Member States' authorities, and that, despite the challenges caused by the pandemic, the Commission was doing its utmost to ensure that a decision on Imperial's Application was made in due course.

4. Imperial requested that the Commission provide Imperial a further update on the status of Imperial's Application ahead of the December 23, 2020 due date for the third status report to the Court. On December 22, 2020, the Commission informed Imperial that it continues to assess Imperial's Application, including by consulting internally and with the Member States' authorities.

5. As Imperial explained in its motion for a limited stay [D.E. 14], the "Brexit" transition period ends on December 31, 2020. *Id.* ¶ 13. From January 1, 2021, Regulation 2271/96 will be incorporated into English law as "retained EU law," and a U.K. Secretary of State will assume the role of the Commission in resolving requests from U.K.-based entities like Imperial for authorization to respond to a Title III action. *Id.*

6. Accordingly, the Commission's December 22, 2020 update noted that in the event the Commission does not take a decision on Imperial's Application by December 31, 2020, then the Application will become moot.

7. In that event, as anticipated at the September 23, 2020 hearing on Imperial's motion for a limited stay [Tr. dated Sept. 23, 2020 at 9], promptly after January 1, 2021, Imperial will

submit an application for authorization to the United Kingdom Department for International Trade. Imperial will report on the status of any such application in its next status report to the Court, on January 25, 2021.

Dated: December 23, 2020
      Miami, Florida

    Respectfully submitted,

    /s/ *Mark F. Raymond*
    NELSON MULLINS BROAD AND CASSEL
    Mark F. Raymond
    Mark.Raymond@nelsonmullins.com
    Jonathan Etra
    Jonathan.Etra@nelsonmullins.com
    2 South Biscayne Blvd., 21st Floor
    Miami, FL 33131
    Telephone:  305-373-9400

    ALLEN & OVERY LLP
    Andrew Rhys Davies (*admitted pro hac vice*)
    andrewrhys.davies@allenovery.com
    Justin L. Ormand (*admitted pro hac vice*)
    justin.ormand@allenovery.com
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone:  212-610-6300

    *Attorneys for Defendant Imperial Brands plc*