UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20cv23287

LUIS MANUEL RODRIGUEZ, MARIA TERESA RODRIGUEZ a/k/a MARIA TERESA LANDA, ALFREDO RAMON FORNS, et al.

   Plaintiff (s),

v.

IMPERIAL BRANDS PLC, CORPORACION HABANOS, S.A., WPP PLC, YOUNG & RUBICAM, LLC and BCW LLC, a/k/a BURSON COHN & WOLFE LL,

   Defendant(s),

**CLERK'S NOTICE OF INTERNATIONAL SERVICES**

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 7TH, day of **January 2021**, (*summons and complaint*) have been mailed via International Service to:

Defendant:  Corporacion Habanos, S.A.
Centro de Negocios Miramar
Edificio Habana, 3ra Planta
Avenida 3ra entre 78 y 80, C.P. 11300
10400 Havana City

Country:  Cuba

Article number:  83 4252 8412

DONE at the Federal Courthouse Square, Miami, Florida, this 7th day of **January 2021**.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

c:  U.S. District Judge
All counsel of record

