# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 20cv23287

LUIS MANUEL RODRIGUEZ, MARIA
TERESA RODRIGUEZ a/k/a MARIA
TERESA LANDA, ALFREDO RAMON
FORNS, et al.

     Plaintiff (s),

v.

IMPERIAL BRANDS PLC, CORPORACION
HABANOS, S.A., WPP PLC, YOUNG &
RUBICAM, LLC and BCW LLC, a/k/a
BURSON COHN & WOLFE LL,

     Defendant(s),

## CLERK'S NOTICE OF INTERNATIONAL SERVICES

In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 2nd, day of _____ February, (*summons and complaint*) have been mailed via International Service to:

     Defendant:
Corporacion Habanos, S.A.
Centro de Negocios Miramar
Edificio Habana, 3ra Planta
Avenida 3ra entre 78 y 80, C.P. 11300
10400 Havana City

     Country: _____ Cuba

     Article number: _15 16900184

DONE at the Federal Courthouse Square, Miami, Florida, this 2nd, day of _____ February _____, 20 21.

     ANGELA E. NOBLE
     Court Administrator • Clerk of Court

     By:
     Deputy Clerk

c: U.S. District Judge
   All counsel of record

**EXPRESS WORLDWIDE** 

DOX

2021-01-08 MYDHL+ 1.0 / *30-0821*

**From :** c/o Rodriguez Tramont & Nunez, P.A.
Clerk of Court
Southern District of Florida
400 North Miami Avenue
8th Floor # 8N09
33132-1801 Miami  Florida
United States of America

Origin:
**TMB**

**To :** CORPORACIÓN HABANOS, S.A.
CORPORACIÓN HABANOS, S.A.
Centro de Negocios Miramar
Edificio Habana, 3ra Planta
Avenida 3ra. entre 78 y 80, C.P.: 11300
**10400 HAVANA CITY**
**Cuba**

Contact:
CORPORACIÓN HABANOS, S.A.

# CU-HAV-HAB

| Day | Time |
|-----|------|

**Ref : Partagas**

Pce/Shpt Weight   Piece
**0.5 lbs   1 / 1**

EEI: NOEEI correspondence

Contents: Letter, corresp ondence



WAYBILL 15 1690 0184



(2L)CU10400+42000000



(J) JD01 4600 0084 4636 2150

## Shipment From

c/o Rodriguez Tramont & Nunez, P.A.
Clerk of Court
Southern District of Florida
400 North Miami Avenue
8th Floor # 8N09
33132-1801 Miami  Florida
United States of America
+13053502300

gw@rtgn-law.com

## Shipment To

CORPORACIÓN HABANOS, S.A.
CORPORACIÓN HABANOS, S.A.
Centro de Negocios Miramar
Edificio Habana, 3ra Planta
Avenida 3ra. entre 78 y 80, C.P.: 11300
10400 HAVANA CITY
Cuba
+5378363708

## Shipment Details

| | |
|---|---|
| Shipment Date: | 2021-01-11 |
| Waybill Number: | 1516900184 |
| Service Type: | EXPRESS WORLDWIDE |
| Packaging Type: | My Own Package |
| Number of Pieces: | 1 |
| Total Weight: | 0.50lbs |
| Dimensional: | 0.63lbs |
| Chargeable: | 1.00lbs |
| Insured Amount: | |
| Terms of Trade: | |

## International Information

| | |
|---|---|
| Declared Value: | |
| Duties&taxes acct: | |
| Dutiable Status: | Non-Dutiable |
| Estimated Del date: | Monday, 25 Jan, 2021 |
| Promo Code: | |

## Billing Information

| | |
|---|---|
| Payment Type: | DHL Account Number |
| Billing Account: | ███████████ |
| Duties&taxes acct: | |
| Charge Breakdown: | 64.68 USD |

| | |
|---|---|
| Special Services: | Fuel Surcharge/Emergency Situation |

Charge is estimated until DHL reweigh and may not include all fees and surcharges. Shipments paid by credit card: If the final billed amount exceeds the original pre-authorized amount, you will receive a second charge for the additional amount. Both the original and additional charges will reference the same shipment number.

## Reference Information

| | |
|---|---|
| Reference: | Partagas |
| Pickup reference nr: | |

## Description of Contents

Letter, correspondence