# Exhibit A

*Status:* *This is the original version (as it was originally made). This item of legislation is currently only available in its original format.*

STATUTORY INSTRUMENTS

# 2021 No. 132

# PROTECTION OF TRADING INTERESTS
# TRADE

The Protection of Trading Interests (Authorisation) Regulations 2021

*Made* - - - - *at 9.00 p.m. on 5th February 2021*

The Secretary of State makes the following Regulations in exercise of the powers conferred by Article 5, second paragraph, point (a), of Council Regulation (EC) No 2271/96 of 22 November 1996 protecting against the effects of the extra-territorial application of legislation adopted by a third country, and actions based thereon or resulting therefrom(**1**).

**Citation**

**1.** These Regulations may be cited as the Protection of Trading Interests (Authorisation) Regulations 2021.

**Interpretation**

**2.** In these Regulations, "the Helms-Burton Act" means the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996(**2**).

**Authorisation to comply with Title III of the Helms-Burton Act**

**3.** The person specified in Part 1 of the Schedule is, for the purpose specified in Part 2 of the Schedule, authorised to comply with any requirement or prohibition based on or resulting from Title III of the Helms-Burton Act(**3**) (protection of property rights of United States nationals).

---

(**1**) EUR 1996/2271, amended by S.I. 2020/1660. EUR 1996/2271 was incorporated into domestic law at 11 p.m. on 31st December 2020 under section 3 of the European Union (Withdrawal) Act 2018 (c. 16).
(**2**) 22 U.S.C. §§ 6021-6091.
(**3**) Title III of the Helms-Burton Act is codified in 22 U.S.C. §§ 6081-6085.

*Document Generated: 2021-02-08*
**Status:** *This is the original version (as it was originally made). This item of legislation is currently only available in its original format.*

2

Signed by authority of the Secretary of State for International Trade

At 9.00 p.m. on 5th February 2021

*Ranil Jayawardena*
Parliamentary Under Secretary of State
Department for International Trade

*Document Generated: 2021-02-08*

**Status:** *This is the original version (as it was originally made). This item of legislation is currently only available in its original format.*

SCHEDULE                                                            Regulation 3

Authorisation to file motion to dismiss

# PART 1

## Authorised person

Imperial Brands plc(**4**)

# PART 2

## Authorised purpose

Filing and litigating a motion to dismiss the complaint brought before the federal judiciary of the United States of America under Title III of the Helms-Burton Act in which Imperial Brands plc is named as a defendant (case number 1:20-cv-23287-DPG).

---

**EXPLANATORY NOTE**

*(This note is not part of the Regulations)*

These Regulations, which come into force at the time they are made, authorise compliance by a specified person, for a specified purpose, with a requirement or prohibition referred to in the first paragraph of Article 5 of Council Regulation (EC) No 2271/96 of 22 November 1996 protecting against the effects of the extra-territorial application of legislation adopted by a third country, and actions based thereon or resulting therefrom (EUR 1996/2271, amended by S.I. 2020/1660).

The law of the United States of America referred to in these Regulations may be found online at https://uscode.house.gov/.

A full impact assessment has not been produced for this instrument as no, or no significant, impact on the private, voluntary, or public sector is foreseen.

---

(**4**)   Imperial Brands plc is a public limited company registered in England and Wales (company number 3236483).