UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>IMPERIAL BRANDS PLC, *et al.*,<br><br>                  Defendants. | Case No.: 1:20-cv-23287-DPG |

**MOVING DEFENDANTS'** *UNOPPOSED* **MOTION FOR AN ORDER SETTING COORDINATED MOTION TO DISMISS PROCEDURE AND BRIEFING SCHEDULE**

Defendants Imperial Brands plc ("Imperial"), WPP plc, Young & Rubicam LLC, and BCW LLC (collectively, the "Moving Defendants"), respectfully request that the Court enter an order providing for the following deadlines and procedures related to the Moving Defendants' responses to the Complaint filed by Plaintiffs Luis Manuel Rodriguez, Maria Teresa Rodriguez, Alfredo Ramon Forns, Ramon Alberto Rodriguez, Raul Lorenzo Rodriguez, Christina Conroy, and Francisco Ramon Rodriguez (collectively, "Plaintiffs"). This motion is made subject to and without waiver of any of the Moving Defendants' defenses, including defenses based on lack of personal jurisdiction.

1. On September 23, 2020, this Court stayed the above-captioned action through February 9, 2021, pending a decision on Imperial's application pursuant to European Union and United Kingdom law for authorization to defend against this lawsuit or, at a minimum, to file and litigate a motion to dismiss this case. [D.E. 49]. As set forth in Imperial's February 8, 2021, status report [D.E. 64, 64-1], the United Kingdom Department for International Trade has now granted Imperial permission to file and litigate a motion to dismiss. [D.E. 64, 64-1].

2. The Moving Defendants intend to move to dismiss the Complaint, including on the basis that they are not subject to the Court's jurisdiction. The Moving Defendants have conferred with Plaintiffs, who consent to the procedure proposed below. The Moving Defendants' proposal is comparable to the procedure this Court approved in another pending case brought under Title III of the Helms-Burton Act. *See* Paperless Order, *North Am. Sugar Indust., Inc. v. Xinjiang Goldwind Sci. & Tech. Co., Ltd. et al.*, No. 1:20-cv-22471-DPG (Aug. 25, 2020), D.E. 45.

3. For the following reasons, the Moving Defendants respectfully submit that page limit expansions and joint briefing on common issues are necessary and appropriate:

    i. Local Rule 7.1(c)(2) limits motions and their incorporated memoranda of law to twenty (20) pages absent approval from the Court.

    ii. This Court's Notice of Court Practice [D.E. 9] instructed the parties to file joint motions unless there are clear conflicts of position.

    iii. The Complaint raises novel issues. The first action under Title III of the Helms-Burton Act was filed in May 2019, and there is limited decisional law construing Title III.

    iv. The Moving Defendants have conferred and have agreed to move jointly on all grounds for dismissal that do not require individualized argument. The joint grounds for dismissal include lack of subject matter jurisdiction (Plaintiffs lack Article III standing), and that the Complaint does not plausibly plead a Title III claim.

    v. The Moving Defendants also intend to move for dismissal on the grounds that they cannot constitutionally be subjected to personal jurisdiction in this forum and that Title III cannot constitutionally be applied to them based on their respective alleged conduct, but because those issues are inherently individualized, Imperial (individually),

and WPP plc, Young & Rubicam LLC and BCW LLC (together), propose to file separate briefs on those issues. The Moving Defendants do not require an extension of the ordinary page limit for their individual briefs.

      vi.    In order to comply with the Court's joint-briefing requirement, and in light of the substantial jurisdictional, constitutional, and pleading issues raised by the Complaint, the Moving Defendants request an additional number of pages beyond the applicable page limit, to fully and adequately address the joint arguments outlined above.

      vii.    Based on the foregoing, the Moving Defendants respectfully request permission to exceed the page limit by five (5) pages for their joint motion, and thereby file a joint motion and incorporated memorandum of law for a total of no more than twenty-five (25) pages. The Moving Defendants further request that they be permitted to file two separate motions and memoranda of law on their individualized arguments, as outlined above (one by Imperial, and the other by WPP plc, Young & Rubicam LLC and BCW LLC collectively), each of which will total no more than twenty (20) pages.

4.    In an effort to move forward expeditiously now that the stay has expired, the Moving Defendants have conferred and respectfully request that the Court order the following deadlines and adopt the following procedures:

      i.    The Moving Defendants shall move to dismiss the Complaint on or before February 26, 2021.

      ii.    Plaintiffs shall respond to the Moving Defendants' joint motion to dismiss and their separate motions to dismiss on individualized arguments by March 26, 2021. Plaintiffs' response to the joint motion shall not exceed twenty-five (25) pages, and Plaintiffs' responses to the two separate motions shall not exceed twenty (20) pages each.

        iii.        The Moving Defendants shall be permitted to file reply briefing by April 16, 2021, as follows: a reply in support of their joint motion not to exceed fifteen (15) pages, and separate replies in support of their motion to dismiss on individualized arguments not to exceed ten (10) pages each.

        iv.        From the discussion with Plaintiffs' counsel at the Local Rule 7.1(a)(3) conference that preceded the filing of this motion, the Moving Defendants understand that defendant Corporación Habanos, S.A. ("Habanos") was not served with the summons and Complaint until recently. That summons requires Habanos to respond within sixty days of service. [D.E. 57]. Subject to the Court's approval, the Moving Defendants respectfully request that they not be required to wait another two months to seek dismissal, until Habanos's response is due. The Moving Defendants respectfully suggest that it may be helpful for the Court to review their arguments alongside similar arguments that have been made in the *North American Sugar* matter.

5.        For these reasons, Moving Defendants respectfully request that the Court enter an order: (1) granting this Motion; and (2) entering the proposed order, attached as Exhibit A, adopting the briefing schedule and other procedures set forth in this Motion.

**LOCAL RULE 7.1(A)(3) CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the Moving Defendants certify that they conferred on behalf of the Moving Defendants with counsel for Plaintiffs on February 8, 2021, in a good faith effort to resolve the issues raised in this Motion. Plaintiffs agree to the briefing schedule and page limits sought herein.

Dated: February 9, 2021                                  Respectfully submitted,

/s/ *Mark F. Raymond*                                    /s/ *Naim S. Surgeon*
NELSON MULLINS BROAD AND CASSEL         AKERMAN LLP
Mark F. Raymond                                          Naim S. Surgeon
Mark.Raymond@nelsonmullins.com                           Florida Bar No. 101682
Jonathan Etra                                            naim.surgeon@akerman.com
jonathan.etra@nelsonmullins.com                          Pedro Freyre
2 South Biscayne Blvd. 21st Floor                        Florida Bar No. 192140
Miami, FL 33131                                          pedro.freyre@akerman.com
Telephone: 305-373-9400                                  3 Brickell City Centre
                                                         98 Southeast 7th St., Suite 1100
ALLEN & OVERY LLP                                        Miami, Florida 33131
Andrew Rhys Davies (admitted *pro hac vice*)             Telephone: 305-982-5507
andrewrhys.davies@allenovery.com
Justin L. Ormand (admitted *pro hac vice*)               WILMER CUTLER PICKERING HALE
justin.ormand@allenovery.com                             AND DORR LLP
1221 Avenue of the Americas                              Christopher Davies (admitted *pro hac vice*)
New York, NY 10020                                       christopher.davies@wilmerhale.com
Telephone:  212-610-6300                                 Jessica Lutkenhaus (admitted *pro hac vice*)
                                                         jessica.lutkenhaus@wilmerhale.com
*Attorneys for Defendant Imperial Brands plc*            1875 Pennsylvania Ave NW
                                                         Washington, DC 20006
                                                         Telephone: (202) 663-6000

                                                         *Attorneys for Defendants WPP plc, Young &*
                                                         *Rubicam LLC, and BCW LLC, a/k/a Burson*
                                                         *Cohn & Wolfe LLC*