UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ et al.

    Plaintiffs,

v.

IMPERIAL BRANDS PLC et al.
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN & WOLFE LLC,

    Defendants.

_____/

**DECLARATION REGARDING SERVICE OF PROCESS**

| | |
|---|---|
| STATE OF NEW YORK | : |
| | : SS. |
| COUNTY OF NEW YORK | : |

James L. Berenthal, Esq. an attorney duly admitted to practice law before the courts for the United States District Court, Southern District of Florida, hereby declares the following under penalty of perjury:

1. I am one of the attorneys of record for the Plaintiffs in the above styled case. I am familiar with the proceedings in this case and I make this statement based on my personal knowledge of the facts set forth herein and my review of the documents attached as Exhibits "A," "B," and "C."

2. One of the Defendants in this case is Corporación Habanos, S.A., which is an "agency or instrumentality of a foreign state," specifically the Cuban government, as defined in 28 U.S.C. § 1603(b). In accordance with 28 U.S.C. § 1608(b)(3)(B), service on Defendant Corporación Habanos, S.A. can be achieved by "delivery of a copy of the summons and

complaint, together with a translation of each into the official language of the foreign state . . . (B) by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served . . . ."

3. On January 26, 2021, in the manner described below, I caused to be served on Defendant Corporación Habanos, S.A. a copy of each of the following documents:

   a. The Amended Summons;

   b. The Complaint, with all accompanying exhibits;

   c. A certified Spanish translation of the Amended Summons; and

   d. A certified Spanish translation of the Complaint with all accompanying exhibits.

4. Copies of the above-listed documents (the "Service Documents"), are attached hereto as Exhibit "A."

5. On January 8, 2021, at my direction, a DHL Express Worldwide waybill was created for the purpose of mailing the Service Documents to Defendant Corporación Habanos, S.A. at the following address (the "Service Address"):

   CORPORACIÓN HABANOS, S.A.

   Centro de Negocios Miramar
   Edificio Habana, 3ra Planta
   Avenida 3ra. entre 78 y 80, C.P.: 11300
   10400 HAVANA CITY
   Cuba

6. DHL assigned waybill number 1516900184 to this mailing and the mailing required a signed receipt upon delivery.

7. On January 11, 2021, my office transmitted the Service Documents to the Clerk of the United States District Court for the Southern District of Florida (the "Clerk"). The Clerk then mailed the Service Documents to Defendant Corporación Habanos, S.A. via DHL

      waybill number 1516900184. *See* Clerk's Notice of International Services (D.E. 63), attached hereto as Exhibit "B."

8.    I received notice on January 26, 2021 from DHL indicating that the Service Documents were served upon Defendant Corporación Habanos, S.A. at the Service Address and were signed for by Reinaldo Leyva. A copy of the tracking information and signed delivery receipt for waybill 1516900184 is attached as Exhibit "C."

9.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2021.

                                                               _____
                                                               James L. Berenthal, Esq.