# Exhibit "C"



English    Contact Center    DHL Worldwide

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 1516900184**

**Signed for by: REINALDO LEYVA**
**Get Signature Proof of Delivery**

Tuesday, January 26, 2021 at 12:54
Origin Service Area:
  MIAMI, FL - MIAMI - USA

1 Piece
JD014600008446362150

| Tuesday, January 26, 2021 | | Location | Time | Piece |
|---|---|---|---|---|
| 35 | Delivered - Signed for by: REINALDO LEYVA | HAVANA CITY | 12:54 | 1 Piece |
| 34 | With delivery courier | | 09:47 | 1 Piece |
| **Monday, January 25, 2021** | | **Location** | **Time** | **Piece** |
| 33 | Scheduled for delivery | | 14:13 | 1 Piece |
| 32 | With delivery courier | | 10:07 | 1 Piece |
| 31 | Arrived at Delivery Facility in - | | 09:35 | 1 Piece |
| 30 | Clearance processing complete at - | | 09:24 | 1 Piece |
| 29 | Clearance event | | 00:23 | |
| 28 | Processed for clearance at - | | 00:23 | |
| **Friday, January 22, 2021** | | **Location** | **Time** | **Piece** |
| 27 | Processed at MADRID - SPAIN | MADRID - SPAIN | 06:15 | 1 Piece |
| **Thursday, January 21, 2021** | | **Location** | **Time** | **Piece** |
| 26 | Processed at MADRID - SPAIN | MADRID - SPAIN | 17:38 | 1 Piece |
| 25 | Arrived at Sort Facility MADRID - SPAIN | MADRID - SPAIN | 16:09 | 1 Piece |
| **Wednesday, January 20, 2021** | | **Location** | **Time** | **Piece** |
| 24 | Departed Facility in PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 10:55 | 1 Piece |
| **Tuesday, January 19, 2021** | | **Location** | **Time** | **Piece** |
| 23 | Shipment on hold | PANAMA CITY - PANAMA | 04:54 | 1 Piece |
| **Sunday, January 17, 2021** | | **Location** | **Time** | **Piece** |
| 22 | Shipment on hold | PANAMA CITY - PANAMA | 06:41 | 1 Piece |
| **Saturday, January 16, 2021** | | **Location** | **Time** | **Piece** |
| 21 | Shipment on hold | PANAMA CITY - PANAMA | 07:27 | 1 Piece |
| 20 | Processed at PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 04:56 | 1 Piece |
| **Friday, January 15, 2021** | | **Location** | **Time** | **Piece** |
| 19 | Shipment on hold | PANAMA CITY - PANAMA | 13:19 | 1 Piece |
| 18 | Arrived at Sort Facility PANAMA CITY - PANAMA | PANAMA CITY - PANAMA | 13:18 | 1 Piece |
| 17 | Departed Facility in MIAMI GATEWAY - USA | MIAMI GATEWAY, FL - USA | 11:38 | 1 Piece |
| 16 | Transferred through MIAMI GATEWAY - USA | MIAMI GATEWAY, FL - USA | 11:12 | 1 Piece |
| 15 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 06:20 | 1 Piece |
| 14 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 03:19 | 1 Piece |

| | | Location | Time | Piece |
|---|---|---|---|---|
| **Tuesday, January 26, 2021** | | **Location** | **Time** | **Piece** |
| 13 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 02:24 | 1 Piece |
| **Thursday, January 14, 2021** | | **Location** | **Time** | **Piece** |
| 12 | Shipment on hold | CINCINNATI HUB, OH - USA | 05:40 | 1 Piece |
| 11 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 04:17 | 1 Piece |
| 10 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 03:39 | 1 Piece |
| **Wednesday, January 13, 2021** | | **Location** | **Time** | **Piece** |
| 9 | Departed Facility in MIAMI GATEWAY - USA | MIAMI GATEWAY, FL - USA | 23:05 | 1 Piece |
| 8 | Processed at MIAMI GATEWAY - USA | MIAMI GATEWAY, FL - USA | 22:30 | 1 Piece |
| 7 | Arrived at Sort Facility MIAMI GATEWAY - USA | MIAMI GATEWAY, FL - USA | 21:50 | 1 Piece |
| 6 | Departed Facility in MIAMI - USA | MIAMI, FL - USA | 21:38 | 1 Piece |
| 5 | Processed at MIAMI - USA | MIAMI, FL - USA | 20:33 | 1 Piece |
| **Tuesday, January 12, 2021** | | **Location** | **Time** | **Piece** |
| 4 | Shipment on hold | MIAMI, FL - USA | 23:34 | 1 Piece |
| **Monday, January 11, 2021** | | **Location** | **Time** | **Piece** |
| 3 | Shipment on hold | MIAMI, FL - USA | 23:52 | 1 Piece |
| 2 | Shipment Accepted | MIAMI, FL - USA | 16:45 | 1 Piece |
| **Friday, January 08, 2021** | | **Location** | **Time** | **Piece** |
| 1 | Shipper has generated a shipment label, but the shipment has not yet been handed over to DHL | MIAMI, FL - USA | 14:08 | |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

**Terms & Conditions**

**Tracking FAQs**

Deutsche Post DHL Group



26 January 2021

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 1516900184.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 1516900184 was delivered on 26 January 2021 at 12.54**

| | | | |
|---|---|---|---|
| **Signed** | REINALDO LEYVA | **Destination Service Area** | HAVANA<br>CUBA |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008446362150 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | MIAMI - TAMIAMI<br>UNITED STATES OF AMERICA |
| **Picked Up** | 08 January 2021 at 14.08 | **Shipper Reference** | Partagas |