UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a MARIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

      Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN & WOLFE LLC

      Defendants.
_____/

## NOTICE OF FILING

Plaintiffs, LUIS MANUEL RODRIGUEZ, MARIA TERESA RODRIGUEZ, a/k/a MARIA TERESA LANDA, ALFREDO RAMON FORNS, RAMON ALBERTO RODRIGUEZ, RAUL LORENZO RODRIGUEZ, CHRISTINA CONROY, and FRANCISCO RAMON RODRIGUEZ, respectfully give notice of filing the Exhibits to the First Amended Complaint [DE. 82].

| | |
|---|---|
| Dated: August 11, 2020 | Respectfully submitted, |
| Rodriguez Tramont & Nuñez P.A. | Berenthal & Associates, P.A. |
| By: */s/ Paulino A. Núñez Jr.* | By: */s/ James L. Berenthal* |
| Frank R. Rodriguez | James L. Berenthal |
| Florida Bar No. 348988 | Florida Bar No.126035 |
| Email: frr@rtgn-law.com | Email: jlb@berenthalaw.com |
| Paulino A. Núñez Jr. | 45 East 72nd Street, Suite 5-C |

Case No: 1:20-cv-23287-DPG

Florida Bar No. 814806  
Email: pan@rtgn-law.com  
255 Alhambra Circle, Suite 1150  
Coral Gables, FL 33134  
Telephone: (305) 350-2300  

New York, NY 10021  
Telephone: (212) 302-9494

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF which will send notice of electronic filing to all counsel of record.

By: ***/s/Paulino A. Núñez Jr.***  
Paulino A. Núñez Jr.  
Florida Bar No. 814806