# COMPOSITE EXHIBIT 3



