# EXHIBIT 5

"Gaceta Oficial" No. 131 dated July 7, 1961, page 13204

**13204**     GACETA OFICIAL     Julio 7 de 1961

ras a que se refiere el anterior Por Cuanto, concurren circunstancias análogas a las constitutivas de las causas de utilidad pública y de interés social que justificaron la nacionalización de las empresas relacionadas en la Ley 890 de 1960.

Por Cuanto: La Disposición Transitoria única de la precitada Ley No. 890 de 13 de octubre de 1960, faculta a la Junta Central de Planificación para proceder, de acuerdo con los principios de dicha Ley, a la nacionalización de las empresas, no incluidas en la misma, que en la fecha de su promulgación se encontraban intervenidas por disposición de organismos estatales.

Por Tanto: En uso de las facultades que le están conferidas el Comité Ejecutivo de la Junta Central de Planificación acuerda dictar la siguiente:

### Resolución

**Primero:** Se dispone la nacionalización mediante expropiación forzosa y, en consecuencia, se adjudican a favor del Estado Cubano en pleno dominio todos los bienes y empresas ubicadas en el territorio nacional y los derechos y acciones emergentes de la explotación de los mismos, cualesquiera que sean el título y modo de su disfrute, que pertenecen a las siguientes personas naturales o jurídicas:

1. Gasolinera Pintec, S. A.
2. Combustibles El Recodo, S. A.
3. Centro Comercial Palacios, S. A.
4. Comercial Garbo, S. A.
5. Fragadora de Autos de Cuba, S. A.
6. Servicentro Diana, S. A.
7. Motores Cojímar, S. A.
8. Aluminio Estructural Cubano, S. A.
9. Industrial Siré, S. A.
10. Compañía Cajonera Cubana, S. A.
11. Minera Occidental Bosch, S. A.
12. Compañía Inspiración Cubana de Cobre, S. A.
13. Tintas Sinclair y Valentine de Cuba, S. A.
14. Distribuidora de Alta Costura Internacional, S. A.
15. Compañía Textilera Cárdenas, S. A.
16. Compañía Textil Doble Vía, S. A.
17. Compañía Moldeadora de Plásticos, S. A.
18. Distribuidora de Tabacos y Cigarros Monteman, S. A.
19. Industrial Alfarera Cubana.
20. Muebles de Arte de Mimbre, S. A.
21. Mueblería La Parisién, S. A.
22. Maderera Occidental, S. A.
23. Fundición de Metales Cadena, S. A.
24. Aguas de Mesa, S. A.
25. Republic Hosiery Mill, S. A. (en español: Fábrica de Tejidos República, S. A.)
26. Compañía Textil Cubanacán, S. A.
27. Pollack y Compañía S. A., exportadores de tabaco en rama.
28. Fábrica de Cigarros y Picaduras, Torres Gener Hermanos, S. A.
29. Cigarros H. Hupmann, S. A.
30. Fábrica de Cigarros y Tabacos de Trinidad y Hermanos, S. A.
31. Trinidad Industrial, S. A.
32. Fábrica de Cigarros Kim, S. A.
33. Compañía Nacional de Calzado Alex, S. A.
34. Compañía Calzado Toldrá, S. A.
35. Compañía Fabril de Calzado Kino, S. A.
36. La Sin Rival, S. A. Pastas y Fideos.
37. Compañía Galletera Gilda, S. A.
38. Panificadora Pinova, S. A.
39. Textilera Amazona, S. A.
40. Tejas Infinitas, S. A.
41. Tambores Arbuckle de Cuba, S. A.
42. Mimegrande, S. A.
43. Compañía Minera Bahía de Moa.
44. Compañía Minera Maswaldal, S. A.
45. Empaques Cellaprint, S. A.
46. Nuevas Creaciones Textiles, S. A.
47. Empresas Petroleras Jones de Cuba, S. A.
48. Esso (Cuba) Inc.
49. Esso Standard (Cuba) Inc.
50. La Compañía Limitada de Texas (Indias Occidentales).
51. Compañía de Navegación Sinclair de Cuba.
52. Servicios Metropolitanos de Gas, S. A.
53. Compañía Comercial El Condado, S. A.
54. Refinería de Petróleo Santa María, S. A.
55. Panadería Billy, S. A.
56. Castañeda Montero, Panseca, S. A.
57. Confecciones Paraná, S. A.
58. Textilera Versalles, S. A.
59. Curtidora Pombo, S. A.
60. Comercial La Curtiduría, S. A.
61. Hidro Eléctrica de Cumanayagua, S. A.
62. Compañía Cubana de Acumuladores, S. A.
63. Cigarrera Nacional, S. A.
64. Compañía Cubana Primadera, S. A.
65. Compañía Comercial Danpeco, S. A.
66. Tabacalera Moya, S. A.
67. Confecciones Oro, S. A.
68. Fábrica de Cigarros Camagüey, S. A.
69. Compañía Pepsi Cola de Cuba.
70. Compañía Embotelladora Metropolitana, S. A.
71. Compañía Embotelladora Corona Real Cola.
72. Compañía de Tabaco de Cuba, S. A.
73. Compañía Nacional de Acumuladores.
74. Partes de Autos Marca de Calidad, S. A. (Quality Brand Auto Part).
75. Inmobiliaria Arroyo Arenas, S. A.
76. Compañía Novedades Textiles, S. A.
77. Muebles Marvin, S. A.
78. Hijos de Domingo Méndez, Cigarros y Tabacos, S. A.
79. José Toraño y Cía., S. en C.
80. Martín Dosal y Cía.
81. Villamil, Santalla y Cía. S. L.
82. Compañía Comercial e Industrial Ermoto, S. A.
83. Fomento Eléctrico Rural, S. A.
84. Compañía Eléctrica Oriental Baracoa, S. A.
85. Jaruco Eléctrica.
86. Compañía Eléctrica del Noroeste, S. A.
87. Tenería Modelo, S. A.
88. Rafael Díaz Salazar (Salazar Muebles).
89. Juan J. Rodríguez e Hijos, S. L.
90. Aurelio Oliva Sánchez (Fundición Aurelio Oliva).
91. J. B. Díaz y Cía., S. en C.
92. Junco y Cía.
93. Leslie Pantin e Hijos.
94. Joaquín López (La Cristina, Panadería, Galletería y Dulcería).

Julio 7 de 1961   GACETA OFICIAL   13205

95. Esperanza Carrió Ajaray (Fábrica de Velas La Ideal).
96. **Ramón Rodríguez e Hijos, S. en C.**
97. Hijos de J. Cano y Cía.
98. Trajes Paramount, S. A. (Cía de Trajes Paramount).
99. Eugenia Behar Behar (Confecciones Allyson)
100. Hijos de Domingo Méndez, Cigarros y Tabacos, S. A.
101. Tabacalera Severiano Jorge, S. A.
102. Productos Cubanos de Bagazo, S. A.
103. Reina y Susana Cohen Behar (Allon Original).
104. Talker the Confecciones Irma Monasterio.

Segundo: La Administración y dirección de las empresas que por la presente Resolución se adjudican al Estado Cubano, se asigna a los organismos que actualmente tienen a su cargo dichas empresas, los que podrán designar para cada una de ellas dos administradores que elijan, sin perjuicio de las facultades de la Junta Central de Planificación.

Tercero: Se autoriza expresamente a los organismos a que se refiere el Apartado anterior para que, mediante las oportunas Resoluciones, extiendan la nacionalización que por esta Resolución se dispone a cuantos bienes, empresas, derechos y acciones resulten vinculados o afines a los nacionalizados, cualquiera que sea el modo, forma y título de la vinculación o afinidad.

Cuarto: Se declaran como causas de utilidad pública y de interés social y nacional, así como de la necesidad de la expropiación, las expuestas en los Por Cuantos de la presente Resolución.

Quinto: De conformidad con lo dispuesto en el Artículo 7 de la Ley 890 de 1960, los medios y formas de pago que correspondan a las personas naturales o jurídicas afectadas por las expropiaciones que se disponen en esta Resolución, serán reguladas mediante una Ley.

Y para su publicación en la GACETA OFICIAL de la República, en cumplimiento de lo expresamente ordenado por el Cmdte. Raúl Castro Ruz, Vicepresidente de la Junta Central de Planificación, se expide la presente certificación en La Habana, a cinco de julio de mil novecientos sesenta y uno.

Regino G. Boti
Ministro de Economía
Secretario Técnico
Junta Central de Planificación
S—5365

— ( •••••••••••••••••••• ) —

**CONSEJO SUPERIOR
DE LA REFORMA URBANA**

EDICTO

El Consejo Superior de la Reforma Urbana, ha dispuesto, en cumplimiento de lo preceptuado en el Artículo 40, en relación con el Artículo 42 de la Ley de Reforma Urbana, y de conformidad con el procedimiento establecido por el Acuerdo número 55, de 10 de enero del año en curso, emplazar como por el presente se emplaza a los señores que a continuación se relacionarán, promoventes de expedientes sobre indemnización por su condición de antiguos acreedores hipotecarios por ante la Delegación Provincial de la Reforma Urbana en Santa Clara, Las Villas, conforme con lo que autoriza el Artículo 37 de dicha Ley, para que se personen ante esa Delegación mediante escrito en el que deberán hacer sus alegatos y acompañar las pruebas documentales y proponer los testigos que estimen convenientes dentro del término de quince días hábiles contados a partir de este emplazamiento.

Expediente número 1, promovente Paulino Fernández Figueroa; expediente número 2, promovente Alejo Cañizares; expediente número 3, promovente Juan Antonio Romero; expediente número 4, promovente Isaura Rodríguez Díaz; expediente número 5, promovente María Luisa Treto Silverio; expediente número 6, promovente Rosario Correa Pedrera; expediente número 7, promovente María Isabel Morales; expediente número 8, promovente Juan F. Bendoiro González; expediente número 9, promovente César Pernas Salas; expediente número 10, promovente María Teresa Cornides Salva; expediente número 11, promovente María González Tellés; expediente número 12, promovente Belén Vitalina Fleites; expediente número 13, promovente Elena Bracelán Delgado; expediente número 14, promovente Manuel Paz Lago; expediente número 15, promovente Sergio Luis Pulido; expediente número 16, promovente Clara Luz Guerra Pérez de Alejo; expediente número 17, promovente Francisco Fleites Monteagudo; expediente número 18, promovente Abelardo Agüero Pichardo; expediente número 19, promovente Jesús Flores Fernández; expediente número 20, promovente Julián Machado Martí; expediente número 24, promovente Aurora Fondón y Zaraboso; expediente número 25, promovente Manuel Enrique García Valdés; expediente número 26, promovente Joaquín Sebares Acebal; expediente número 27, promovente Modesto Lucilo Pérez de Prado; expediente número 28, promovente Felipa Sosa Rubio; expediente número 29, promovente Rosa Cristina Ruiz del Valle; expediente número 30, promovente Ignacio Gustavo Machado Cárdenas; expediente número 31, promovente José Gutiérrez García; expediente número 32, promovente Serafín Ríos y Cruz; expediente número 33, promovente Rafael A. Díaz Canel Herrera; expediente número 41, promovente Manuela Gutiérrez Rodríguez; expediente número 42, promovente José Valle; expediente número 43, promovente Otilio González Palmero; expediente número 44, promovente María del Carmen Lahera y Pérez; expediente número 45, promovente Teodoro Alvarez Menéndez; expediente número 46, promovente Angela Margarita Brizuela; expediente número 47, promovente María del Rosario Carbonell Echemendía; expediente número 48, promovente Jacobo Stiefiel y Ramírez; expediente número 49, promovente Sebastián Sandalio Escofet; expediente número 50, promovente Antonio Reyes Reyes; expediente número 51, promovente Resti-

# EXHIBIT 5A

## Resolution

First: The Nationalization, by means of forced expropriation, is decreed, and consequently the Cuban State, in complete authority, is awarded all the interest in assets and business entities located in the national territory and the rights and actions arising from the exploitation of the same, whatever the interest, title or mode of their ownership, of the following natural persons or judicial entities:

. . . .

    96. Ramón Rodriguez e Hijos, S. en C.

. . . .

Second: The administration and management of the companies that by this Resolution are awarded to the Cuban State, are assigned to the organizations that are currently in charge of said companies, which may appoint for each of them the administrators they choose without prejudice to the powers of the Central Planning Board.

Third: The organizations referred to in the previous Section are expressly authorized, by appropriate Resolutions, to extend the nationalization that this Resolution provides to as many assets, business entities, rights and stocks as are linked or related to those nationalized, whatsoever the form and title of the bond of affinity to the nationalized entities.

Fourth: By reason of this Resolution. As detailed, they are declared to be matters of public necessity and of social and national interest, as well as the need for the expropriation.

Fifth: In accordance with the provisions of Article 7 of Law 890 of 1960, the means and forms of payment which correspond to the individuals or legal entities affected by the expropriations provided in this Resolution will be regulated by Law.

And in compliance with the expressed orders of Commander Raúl Castro Rus, Vice President of the Central Planning Board that it be published in the OFFICIAL GAZETTE of the Republic, this certification is issued in Havana as of July 5, 1961.

                                                         **Regino G. Boti**
                                           Minister of the Economy
                                              Technical Secretary
                                          Central Planning Board
                                                      S -5365

# EXHIBIT 5B

## Resolución

Primero: Se dispone la nacionalización mediante expropiación forzosa y, en consecuencia, se adjudican a favor del Estado Cubano en pleno dominio todos las bienes y empresas ubicadas en el territorio nacional y los derechos y acciones emergentes de la explotación de los mismos, cualquiera que sean el título y modo de su disfrute, que pertenecen a las siguientes personas naturales o jurídicas:

. . . .
    96. Ramón Rodriguez e Hijos, S. en C.
. . . .

Segundo: La Administración y dirección de las empresas que por la presente Resolución se adjudican al Estado Cubano, se asigna a los organismos que actualmente tiene a su cargo dichas empresas, los que podrán designar para cada una de ellas los administradores que elijan sin perjuicio de las facultades de la Junta Central de Planificación.

Tercero: Se autoriza expresamente a los organismos a que se refiere el Apartado anterior para que, mediante las oportunas Resoluciones, extiendan la racionalización que por esta Resolución se dispone a cuantos bienes, empresas, derechos y acciones resulten vinculados o afines a los nacionalizados, cualquiera que sea el modo, forma y título de la vinculación o afinidad.

Cuarto: Se declaran como causas de utilidad pública y de interés social y nacional, así como de la necesidad de la expropiación, las expuestas en ellas. Por Cuantos de la presente Resolución.

Quinto: De conformidad con lo dispuesto en el Artículo 7 de la Ley 890 de 1960, los medios y formas de pago que correspondan a las personas naturales o jurídicas afectadas por las expropiaciones que se disponen en esta Resolución, serán reguladas mediante una Ley.

Y para su publicación en la GACETA OFICIAL de la República, en cumplimiento de lo expresamente ordenado por el Cmdte. Raúl Castro Rus, Vicepresidente de la Junta Central de Plantificación, se expide la presente certificación en La Habana, a cinco de julio de mil novecientos sesenta y uno.

                                        Regino G. Boti
                                        Ministro de Economia
                                        Secretario Técnieo
                                  Junta Central de Planification
                                                S -5365