# EXHIBIT 7

http://cubancigarsculturelifestyle.blogspot.com/2013/01/,

