UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-GAYLES

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**ORDER GRANTING DEFENDANTS'**
***UNOPPOSED* JOINT MOTION FOR AN ORDER SETTING**
**COORDINATED MOTION TO DISMISS PROCEDURE AND BRIEFING SCHEDULE**

      **THIS CAUSE** having come before the Court on Defendants Imperial Brands plc ("Imperial"), WPP plc, Young & Rubicam LLC, BCW LLC (the "WPP Defendants"), and Corporación Habanos, S.A. ("Habanos") (collectively, the "Defendants")'s *Unopposed* Motion for an Order Setting Coordinated Motion to Dismiss Procedure and Briefing Schedule (the "Motion") [ECF No. 86], and good cause appearing therefore, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall adhere to the following deadlines and procedures:

      1.    The Amended Complaint filed March 22, 2021, [ECF No. 82], will be treated as though it had been filed no later than March 19, 2021, as required by Federal Rule of Civil Procedure 15(a)(1)(B), and will therefore be treated as the operative complaint.

      2.    The Defendants' deadline to answer or otherwise respond to the Amended Complaint shall be April 28, 2021.

           a.    Defendants shall file a Consolidated Motion to Dismiss, making arguments common to all Defendants, not to exceed twenty-five (25) pages.

    b. While Defendants will work collaboratively to consolidate briefing on as many relevant issues as possible, Imperial (individually), the WPP Defendants (together), and Habanos (individually) shall have the option of filing separate motions and memoranda of law on their individualized arguments, not to exceed twenty (20) pages each, to address any additional arguments that Defendants wish to raise that are not contained in the Consolidated Motion arguments, including, but not limited to, particularized arguments relating to jurisdiction.

3. Plaintiffs' deadline to file a Response to the Consolidated Motion to Dismiss and the Individual Briefs set forth in Paragraph 2 above shall be May 28, 2021. Plaintiffs' Responses to such briefing shall not exceed the number of permissible pages of the respective opening briefs: twenty-five (25) pages to respond to the Consolidated Motion to Dismiss and twenty (20) pages to respond to the Individual Briefs.

4. Defendants shall be permitted to file Replies to Plaintiffs' Responses by June 18, 2021, as follows:

    a. A Reply in support of the Consolidated Motion to Dismiss, not to exceed fifteen (15) pages; and

    b. Replies in support of any Individual Briefs, not to exceed ten (10) pages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of March, 2021.

                                                                      DARRIN P. GAYLES
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished via CM/ECF to Counsel of Record