UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al*.,

                            Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al*.,

                            Defendants.

**DECLARATION OF SUSAN BAILEY
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al*.,

                      Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al*.,

                     Defendants.

**DECLARATION OF SUSAN BAILEY**

SUSAN BAILEY declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I have worked as non-attorney staff at the law firm of Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. ("RBSKL") since 2010.

***Twitter, YouTube, Instagram***

2.     On April 14, 2021, I went to the Twitter account of Corporación Habanos, S.A., located at https://twitter.com/habanos_oficial, which is cited in Plaintiffs' Amended Complaint at page 6  (the "Habanos, S.A. Twitter Account").  Attached hereto as Exhibit A is a true and correct copy of the screen shot I took of Habanos, S.A.'s Twitter Account as it appeared on my screen.  Twitter states there that Habanos, S.A. "joined" in January 2015.

3.     On April 8, 2021, I went to the YouTube account of Corporación Habanos, S.A., located at https://www.youtube.com/channel/UCstGLy96wdZG7eCM4855_DA, which is cited in Plaintiffs' Amended Complaint at page 6 (the "Habanos, S.A. YouTube Account"). Attached

hereto as Exhibit B is a true and correct copy of the screen shot I took of the "About" section of the Habanos, S.A. YouTube Account as it appeared on my screen.  YouTube states there that Habanos, S.A. "joined" on January 9, 2015.

4.     On April 13, 2021, I went to the Instagram account of Corporación Habanos, S.A., which is cited in Plaintiffs' Amended Complaint at page 6 (the "Habanos, S.A. Instagram Account").  The same Habanos, S.A. Instagram Account is accessible through Instagram's mobile telephone app and the website https://www.instagram.com/habanos_oficial.  Attached hereto as Exhibit C is a true and correct copy of the screen shot I took of the "About This Account" section of the Habanos, S.A. Instagram Account that I viewed on Instagram's mobile telephone app.  Instagram states there that Habanos, S.A. "[j]oined" Instagram on February 18, 2016.

5.     I searched the Habanos, S.A. Twitter Account, Habanos, S.A. YouTube Account and  Habanos, S.A. Instagram Account for a way to purchase cigars through the accounts, and found none.

### *Plaintiffs' Exhibit 2 – First Photograph*

6.     On April 19, 2021, I went to the webpage titled "H. Upmann Cigar Factory" on the website www.lahabana.com and located at https://www.lahabana.com/guide/h-upmann-cigar-factory/ ("Lahabana.com Photograph")  I then clicked on the photograph shown on this webpage and downloaded and printed to PDF what appeared on my screen, a true and correct copy of which is attached hereto as Exhibit D.  This webpage states "23 streeet [*sic*] in Vedado, buildings and cars in the street © Cuba Absolutely, 2014."

This Lahabana.com Photograph that was copyrighted in 2014 is identical to the first photograph in Exhibit 2 to Plaintiffs' Amended Complaint (except that all of the margins of

Exhibit 2 are slightly cut off compared to the Lahabana.com Photograph).

The Lahabana.com Photograph is:



The first photograph from Exhibit 2 to Plaintiffs' Amended Complaint is:



### ***Plaintiffs' Exhibit 3 – First Photograph***

7.      On April 14, 2021, RBSKL received from Karel Perez Alejo the original computer photograph file of a photograph that is virtually identical to the first photograph in Exhibit 3 to Plaintiffs' Amended Complaint, as shown by the same pedestrians and their positions being the same on both photographs and the shading on the tree in the lower left-hand corner being the same on both photographs.  The only difference is the slight change in the angle from which the two photographs were taken. While showing the same pedestrians in the same positions, the photograph sent by Karel Perez Alejo shows more of the background behind the cigar factory than in the first photograph of Exhibit 3; and the color saturation is different.

In his declaration, Mr. Perez Alejo provides the embedded data in the original photograph file showing that it was taken on or before January 12, 2005.

The photograph received from Karel Perez Alejo is as follows:



The first photograph in Exhibit 3 to Plaintiffs' Amended Complaint is as follows:



***Plaintiffs' Exhibit 3 – Second Photograph***

8.      On April 8, 2021, I downloaded and printed to PDF an article dated December 15, 2013 from the website of the cigar publication *Cigar Journal* titled "Birthplace of the Montecristo" and located at https://www.cigarjournal.com/empresa-jose-marti-birthplace-of-the-montecristo/, a true and correct copy of which I attach as Exhibit E.

This article includes a photograph which is identical to the second photograph of Exhibit 3 to Plaintiffs' Amended Complaint (except for the color saturation).

The photograph in the December 15, 2013 *Cigar Journal* article is:



The second photograph in Exhibit 3 to Plaintiffs' Amended Complaint is:



The composition of the photograph, including the unique shape of the clouds, in these two photographs is the same.

### *Plaintiffs' Exhibit 6*

9.      Plaintiffs' Exhibit 6 is a composite exhibit; Exhibit 6 identifies its source as

"http://www.habanos.com/en/festival-habanos-noticias/festivales/xi-festival-del-habano/galeria-

de-imagenes-del-xi/."

On April 13, 2021, I went to that webpage.  On the webpage, the following statement

appears:

> From 23rd to 27th of February La Habana, venue of the Festival will become the
> meeting place of the distributors, specialists and lovers of the best cigar in the
> world. It will be a unique setting for presenting the novelties to be incorporated to
> the Habanos portfolio in 2009, which guarantee the dynamism of our market.

This shows that the XI Festival del Habano took place in 2009 and, hence, that the images on

Plaintiffs' Exhibit 6 are from 2009 or earlier.  I attach the screen shot of the webpage with this

statement as Exhibit F.

This statement appeared on the webpage when I clicked on the link labelled "XI Festival

del Habano" on the webpage cited above and, then clicked on the link "Bienvenida."

### *Plaintiffs' Exhibit 7*

10.      Plaintiffs' Exhibit 7 is a copy of a photograph that, in Exhibit 7, is attributed to

the blog post http://cubancigarsculturelifestyle.blogspot.com/2013/01. On April 8, 2021, I went

to the cited blog post and downloaded and printed to PDF what appeared on my screen. I attach

hereto as Exhibit G a true and correct copy of the first page of the cited blog post, which includes

its text, as well as the second page, which includes the photograph that Plaintiffs have included

as Exhibit 7. Other photographs from the cited blog post have been omitted.

Executed on:   April 27, 2021
Montclair, New Jersey

By: _____

Susan Bailey

7

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

1:13

< **About This Account**



**habanos_oficial**

## Account Information

To help keep our community authentic, we're showing information about accounts that reach a lot of people or advertise on Instagram. **See why this information is important.**

Date Joined                                        February 18, 2016

Account Based in                                              Spain

Former Usernames                                         0  >

Accounts With Shared Followers                           0  >

        

# EXHIBIT D

×



**Yadira-Montero-Calle-23-21**

23 street in Vedado, buildings and cars in the street © Cuba Absolutely, 2014

Comment

COPYRIGHT
© Cuba
Absolutely,
2014 – 2020

View full size  710 × 469

Write a Comment...



Santa María is the most popular beach among both Habaneros and visitors. It has lodgings, restaurants, watersports hire, grocery stores and a pharmacy. As with the other beahes, it boasts soft, white ...



**Cámara Oscura**  LH ⭐ 5

Located on the top floor of the eclectic-style early 20th-century Edificio Gómez Vila—the plaza's tallest building (35 meters/115 feet)—on the northeast corner, the Cámara Oscura provides a 360-degree ...

**ADMISSION:** CUC 2

**OPEN:** 10am–5:20pm, Mon-Sat

Teniente Rey, esq. a Mercaderes, Habana Vieja

# EXHIBIT E



# BIRTHPLACE OF THE MONTECRISTO

December 15, 2013   |   Claudia Puszkar

Cigar News    CJ 13/4    From the Magazine    Vintage & History

Today, most people know the factory as the H. Upmann manufacture. And indeed, in 2004, the brand was officially relocated here from its Calle Amistad location. However, sometime during 2011, cigar production suddenly and unexpectedly ceased, and the building has remained empty ever since. H. Upmann wasn't by any means the first cigar brand to have been housed here. In fact, the building's history is intriguing and mysterious.

### IN VEDADO

Unlike many older manufactures, the José Martí factory is located in one of Havana's newer neighborhoods, Vedado. The simplest route to the manufacture begins at the legendary Hotel Nacional.

Standing on the Malecón with the ocean at your back and the hotel in sight, Calle Rampa, which turns into Calle 23, will be on your left. In Havana's newer neighborhoods, the streets bear numbers, not names. These numbers are posted on cornerstones at each intersection, and are usually easily visible.



Photo: Claudia Puszkar

The manufacture is located on Calle 23, between 14th and 16th streets. According to the gable inscription, the building was likely built in 1927. It is believed that the facility has always been used as a factory; we know for sure that cigars and/or cigarettes were produced here under the Particulares and Byron labels.

However, we know very little about these brands, their histories and their owners; it's also possible that only their cigarettes were created here.

### BIRTHPLACE OF THE MONTECRISTO

Alonso Menéndez and José García, founders of the Montecristo brand, acquired Byron and Particulares in the early 1930s; they registered Montecristo in 1935. That's how we know for certain that the very first Montecristo cigars were produced in this factory.

Further evidence: a Montecristo vista from 1936 that features the address Calle 23 y 16. In 1937, Menéndez and García acquired a license to produce the H. Upmann brand from British firm Frankau S.A.

Subsequently, both H. Upmann and Montecristo were produced at Calle Virtudes 609; in 1944, production moved to the factory at Calle Amistad 407 (directly behind the Partagás manufacture). Calle Amistad remained home to both labels from 1944 to 2003. A little over 60 years later, in 2004, H. Upmann found its way back to Calle 23.

### JOSÉ MARTÍ – POET AND FREEDOM FIGHTER

The factory bears the name of legendary Cuban freedom fighter, writer and poet José Martí (1853-1895).

At the end of the 19th century, Cuba, as one of Spain's last major colonies, was embroiled in an ongoing struggle for independence. Three wars, drawn out over 30 years, ushered in far-reaching social, political and economic changes.



Photo: Claudia Puszkar

José Martí became a leading figure in the Cuban and Latin American struggle for independence, succeeding in reuniting revolutionary forces that had splintered apart over the years.

On May 19, 1895, he was killed in the battle of Dos Rios in Oriente province. In 1902, Cuba formally achieved independence and was declared a republic.

## CIGARETTE PRODUCTION ON CALLE

23 Back to the factory: In 1936 or 1937 the Cifuentes company, owner of the Partagás manufacture, purchased Byron and Particulares, acquiring the Calle 23 factory by default. Partagás brand cigarettes were produced here at least until 1959, perhaps even longer.

In fact, locals still call the factory on Calle 23 the "Partagás cigarette factory". It's a little-known fact that for many years Partagás maintained an extensive and successful cigarette line. And, of course, Partagás wasn't the only cigar brand that also produced cigarettes on the side.

## ALL DRESSED UP

As is common in Havana, the José Martí building had become weathered and run-down, necessitating extensive renovations. These commenced at the turn of the 20th century.



Photo: Claudia Puszkar

Restoring the large, stately building was slow and tedious work, but it was clearly carried out with much care and love.

Today, the modern, elegant interior spaces are optimally suited to accommodate the needs of more than 600 torcedores at one time.

Construction lasted until 2004, and thanks to additional outside funding, a schoolroom outfitted with cutting-edge technology was created for the employees.

However, in 2011, we learned that the H. Upmann factory crew had suddenly been moved to the building at Calle Belascoaín 852 (the Romeo y Julieta factory).

The explanation: the roof had been leaking, necessitating further repairs. Many people were incredulous that a building that had just been completely restored had to be fixed up again. Silence fell over the factory on Calle 23. Sadly, nothing has changed since 2011. The factory still stands empty. The official word is that the roof is still under repair, even though there's no sign of construction.

It is difficult to understand how such an exquisite building could go unused for such a long time. At this point, it seems that the best we can do is to wait patiently to see what becomes of this historic and well-preserved building.



## INFORMATION:

**FACTORY NAME**
Empresa de Tabaco Torcido José Martí

**BUILDER**
Unknown

**FOUNDER**
Unknown

**DEDICATION**
1927

**ADDRESS**
Calle 23, between 14 and 16;

**LOCATION**
10 minutes from the Hotel Nacional by taxi, in the Vedado neighborhood;

**BRANDS**
Byron, Particulares, Montecristo, Partagás (cigarettes);

**This article was published in the Cigar Journal Winter Edition 2013. Read more**

# EXHIBIT F



## HABANOS FESTIVAL

XI FESTIVAL DEL HABANO

# Bienvenida

**Habanos S.A. Corporation** and **Tabacuba** Business Group are honored to invite you to the 11th Habanos Festival, the most important event in the Habanos realm.

From 23rd to 27th of February La Habana, venue of the Festival will become the meeting place of the distributors, specialists and lovers of the best cigar in the world. It will be a unique setting for presenting the novelties to be incorporated to the Habanos portfolio in 2009, which guarantee the dynamism of our market.

Within the Habanos Festival, the Trade Fair and the International Seminar will provide a wide exchange of knowledge, experiences, products and ideas and create a unique atmosphere to fully enjoy the aroma, flavor and texture of the Habanos, the true stars of the Festival.

We are looking forward to seeing you in Havana where you will find pleasure in the tradition and future of the Habanos.

Oscar Basulto Torres    Buenaventura Jiménez Sánchez-Cañete
**Chairman of Organizing Committee**

*353 thoughts on "Bienvenida"*

Search ...

CATALOGUE

COHIBA

LA CASA DEL HABANO

DISTRIBUTORS NEWS

DISTRIBUTORS PORTAL

FESTIVAL HABANO

# EXHIBIT G





taking the boxes away to the warehouse

Romeo y Julieta cigar factory