UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al*.,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al*.,

                Defendants.

**DECLARATION OF KAREL PEREZ ALEJO
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, et al., <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

## DECLARATION OF KAREL PEREZ ALEJO

KAREL PEREZ ALEJO declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Karel Perez Alejo and I live in Amstelveen, Noord-Holland, the Netherlands.

2. From June 2015 to December 2017, I was the project leader and editor of the website www.lahabana.com. After that position, I worked for Cuba Travel Network, which owns the website www.lahabana.com. Due to my work for the website www.lahabana.com and Cuba Travel Network, I have access to the photograph files used, received or maintained by the website www.lahabana.com and part of my current responsibilities is to maintain the file archives of the website www.lahabana.com.

3. On April 13, 2021, I searched through the files kept by the website www.lahabana.com and located the original computer file for the photograph I paste below in this paragraph. The file properties embedded in this original computer file show that this photograph was taken on May 15, 2013.



I paste below the Exchangeable Image File Format data embedded in this image.

| EXIF Tag | Value |
|---|---|
| Filename | Yadira Montero,Calle 23-21.jpg |
| Make | Canon |
| Model | Canon EOS 7D |
| XResolution | 300 |
| YResolution | 300 |
| ResolutionUnit | Inch |
| Software | Adobe Photoshop Lightroom 3.5 (Windows) |
| DateTime | 2013:05:16 14:17:24 |
| Artist | Yadira Montero Corbo |
| ExifOffset | 240 |
| ExposureTime | 1/250 seconds |
| FNumber | 5.60 |
| ExposureProgram | Manual control |
| ISOSpeedRatings | 125 |
| Recommended Exposure Index | 125 |
| ExifVersion | 0230 |
| DateTimeOriginal | 2013:05:15 07:24:40 |
| DateTimeDigitized | 2013:05:15 07:24:40 |
| ShutterSpeedValue | 1/250 seconds |
| ApertureValue | F 5.60 |
| ExposureBiasValue | 0 |
| MaxApertureValue | F 3.51 |
| SubjectDistance | 3.02 m |
| MeteringMode | Multi-segment |
| Flash | Flash not fired, compulsory flash mode |
| FocalLength | 18 mm |
| SubsecTimeDigitized | 00 |
| FocalPlaneXResolution | 5715.55 |
| FocalPlaneYResolution | 5808.40 |
| FocalPlaneResolutionUnit | Inch |
| CustomRendered | Normal process |
| ExposureMode | Manual |
| White Balance | Manual |
| SceneCaptureType | Standard |
| Serial Number | 4161604346 |
| Lens Info | 18 135 0.00/0.00 0.00/0.00 |
| Lens Model | EF-S18-135mm f/3.5-5.6 IS |

Thumbnail:

| | |
|---|---|
| Compression | 6 (JPG) |
| XResolution | 72 |
| YResolution | 72 |
| ResolutionUnit | Inch |
| JpegIFOffset | 866 |
| JpegIFByteCount | 15242 |

3

4. On April 13, 2021, I searched through the files kept by the website www.lahabana.com and located the original computer file for the photograph I paste below in this paragraph. The file properties embedded in this original computer file show that this photograph was taken on or before January 12, 2005.



I paste below the file properties that embedded in this file:

| Field | Value |
|---|---|
| File name: | HUpmannCigarFactory-front.jpg |
| Folder: | E:\ |
| Full path: | E:\HUpmannCigarFactory-front.jpg |
| Compression: | JPEG, quality: 75, subsampling ON (2x2) |
| Resolution: | 72 x 72 DPI |
| Original size: | 2048 x 1536 Pixels (3.15 MPixels) (4:3) |
| Current size: | 2048 x 1536 Pixels (3.15 MPixels) (4:3) |
| Print size (from DPI): | 72.2 x 54.2 cm; 28.44 x 21.33 inches |
| Original colors: | 16,7 Million (24 BitsPerPixel) |
| Current colors: | 16,7 Million (24 BitsPerPixel) |
| Number of unique colors: | 290127  ☑ Auto count |
| Disk size: | 509.09 KB (521,311 Bytes) |
| Current memory size: | 9.00 MB (9,437,224 Bytes) |
| Current folder/list index: | 3 / 4 |
| File date/time: | 12-Jan-05 / 00:51:26 |
| Loaded in: | 78 milliseconds |

5. These photograph files were kept by the website www.lahabana.com in the course of the regularly conducted activity of the website www.lahabana.com and maintaining these files was a regular practice of the website.

Executed on: April 20, 2021
Amstelveen, Noord-Holland, the Netherlands

By: _____

Karel Perez Alejo

5