UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al*.,

                        Plaintiffs,

   v.

IMPERIAL BRANDS PLC, *et al*.,

                        Defendants.

**DECLARATION OF MIREL GARCÍA DÍAS
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

LUIS MANUEL RODRIGUEZ, *et al*.,

                    Plaintiffs,                    Case No.: 1:20-cv-23287-DPG

        v.

IMPERIAL BRANDS PLC, *et al*.,

                    Defendants.

---

**DECLARATION OF MIREL GARCÍA DÍAS**

MIREL GARCÍA DÍAS declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      My name is Mirel García Días, and I reside in Havana, Cuba.

2.      I have been the Director at the *Empresa Nacional de Investigaciones Aplicadas* (the "*Empresa*") since 2015.  Prior to holding this position, I was the *Jefe de Investigaciones* (Chief Investigator) at the *Empresa* between 2013 and when I became the *Empresa*'s Director.  I started at the *Empresa* in 1999. The *Empresa* has provided engineering services principally to the construction industry in Cuba for more than forty (40) years.

3.      From my work at the *Empresa* and my review of its records, I have knowledge of the matters set forth herein.

4.      In the first half of 2015, I was the chief of the investigating teams from the *Empresa* that worked on a diagnostic report of the structural elements of the factory building on Calle 23 between Calle 14 and Calle 16 in Havana (the "Factory").  The Factory consists of three floors.

1

5.      This work required me to visit the Factory in April or May 2015.

6.      When I visited the Factory in April or May 2015, it was not occupied, and it was not in use for any purpose. It was in a state of significant deterioration.

7.      Attached hereto as Exhibit A are true and correct copies of photographs of the interior spaces of each of the three floors of the Factory taken in June-August 2015 by the *Empresa*. These photographs fairly and accurately depict the interior spaces of each of the three floors of the Factory as I saw them in April or May 2015.

8.      At no time during my work related to the Factory in the first half of 2015, including during my visits to the Factory in April or May of 2015, was there any operation concerning cigars carried on at the Factory, including manufacture, processing, packaging, storing, shipping, distributing, purchasing, marketing, advertising, publicizing, promoting or selling cigars.

9.      At no time during my work related to the Factory in the first half of 2015, including during my visits to the Factory in April or May of 2015, was there any other commercial or other use of the Factory.  The Factory was in a significant state of deterioration and it was not suitable for the production of cigars or other use.

10.     I visited the Factory on April 6, 2021.  It was not occupied and was not in use for any purpose.  It remained in a state of significant deterioration. I observed that no structural or other work has been done from what I had observed in 2015.

11.     Attached hereto as Exhibit B are true and correct copies of photographs of the interior spaces of each of the three floors of the Factory that I took on April 6, 2021. These photographs fairly and accurately depict the interior spaces of each of the three floors of the Factory as I saw them on April 6, 2021.

Executed on:   April 6, 2021
              Havana, Cuba

By:_____[*Signature*]_____

Mirel García Días

[Faint rubber stamp:]
[Logo]

UNIDAD DE INVESTIGACIONES
PARA LA CONSTRUCCIÓN
[CONSTRUCTION INVESTIGATIONS UNIT]

INVESCONS
INVESTIGACIONES PARA
LA CONSTRUCCIÓN
[Construction Investigations]

DIRECTORATE

3

# ANNEX A

# First Floor of the Factory
## Photographs Taken in June 2015







# Second Floor of the Factory
# Photographs Taken in August 2015







# Third Floor of the Factory
# Photographs Taken in July 2015









# ANNEX  B

# First Floor of the Factory
## Photographs Taken on April 6, 2021













# Second Floor of the Factory
# Photographs Taken on April 6, 2021









# <u>Third Floor of the Factory</u>
## <u>Photographs Taken on April 6, 2021</u>









# CERTIFICATE OF TRANSLATION

**I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the**

**translation of the attached document, "Declaration of Mirel García Días", including Exhibits**

**A and B, is true and accurate to the best of my abilities.**

**April 24, 2021**

**Nahum Hahn**

**161 Gordonhurst Ave.**

**Montclair, NJ 07043**

**(917) 680-4699**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, *et al*.,

                    Plaintiffs,

        v.

IMPERIAL BRANDS PLC, *et al*.,

                    Defendants.

Case No.: 1:20-cv-23287-DPG

## DECLARACIÓN DE MIREL GARCÍA DÍAS

MIREL GARCÍA DÍAS declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1.      Mi nombre es Mirel García Días y resido en La Habana, Cuba.

2.      Soy Director de la Empresa Nacional de Investigaciones Aplicadas (la "Empresa") desde el 2015 Antes de ocupar este puesto, fui Jefe de Investigaciones de la Empresa entre 2013 y la fecha en que pasé a ser Director de la Empresa. Comencé a trabajar en la Empresa en 1999. La Empresa brinda servicios de ingeniería principalmente a la industria de la construcción en Cuba desde hace más de cuarenta (40) años.

3.      Debido a mi trabajo en la Empresa y a mi revisión de sus registros, tengo conocimiento de los asuntos aquí expuestos.

4.      En el primer semestre de 2015, fui el jefe de equipos de investigaciones de la Empresa que elaboró un informe diagnóstico de los elementos estructurales del edificio fabril situado en la Calle 23 entre Calle 14 y Calle 16 en La Habana (la "Fábrica"). La Fábrica consta de tres pisos.

1

5.   Debido a este trabajo tuve que visitar la Fábrica en abril o mayo de 2015.

6.   Cuando efectué la visita en abril o mayo de 2015, la Fábrica no estaba ocupada y no se la estaba utilizando para ningún propósito. Estaba en un estado de considerable deterioro.

7.   Se adjuntan como Anexo A copias fieles y auténticas de fotografías de los espacios interiores de cada uno de los tres pisos de la Fábrica que fueron tomadas por la Empresa entre junio y agosto de 2015. Estas fotografías reflejan de manera fiel y precisa los espacios interiores de cada uno de los tres pisos de la Fábrica tal como los vi en abril o mayo de 2015.

8.   Durante el tiempo en que llevé a cabo mi trabajo relacionado con la Fábrica en el primer semestre de 2015, incluidas las visitas que efectué a la Fábrica en abril o mayo de 2015, en ningún momento se llevaron a cabo en la Fábrica operaciones relacionadas con puros, incluyendo fabricación, procesamiento, empaque, almacenamiento, envío, distribución, compra, marketing, propaganda, publicidad, promoción o venta de puros.

9.   Durante el tiempo en que llevé a cabo mi trabajo relacionado con la Fábrica en el primer semestre de 2015, incluidas las visitas que efectué a la Fábrica en abril o mayo de 2015, en ningún momento la Fábrica fue utilizada para ningún otro uso comercial o de otro tipo. La Fábrica se encontraba en un estado de deterioro considerable y no era apta para la producción de puros ni para otro uso.

10.   Visité la Fábrica el 6 de abril de 2021. No estaba ocupada y no se la estaba utilizando para ningún propósito. Seguía en un estado de considerable deterioro. Observé que no se había realizado ningún trabajo estructural o de otro tipo con respecto a lo que yo había observado en 2015.

11.   Se adjuntan como Anexo B copias fieles y auténticas de fotografías de los

2

espacios interiores de cada uno de los tres pisos de la Fábrica que fueron tomadas por mí el 6 de abril de 2021. Estas fotografías reflejan de manera fiel y precisa los espacios interiores de cada uno de los tres pisos de la Fábrica tal como los vi el 6 de abril de 2021.

Ejecutado el 6 de abril de 2021
       La Habana, Cuba

Firma: _____

                    Mirel García Días

# ANEXO A

# First Floor of the Factory
## Photographs Taken in June 2015







# Second Floor of the Factory
# Photographs Taken in August 2015







# Third Floor of the Factory
# Photographs Taken in July 2015









# ANEXO B

# First Floor of the Factory
## Photographs Taken on April 6, 2021













<u>Second Floor of the Factory</u>
<u>Photographs Taken on April 6, 2021</u>









<u>Third Floor of the Factory</u>
<u>Photographs Taken on April 6, 2021</u>







