UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DECLARATION OF RAFAEL AGRAMONTE HEVIA
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al*., <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br> IMPERIAL BRANDS PLC, *et al*., <br><br>　　　　　　Defendants. | Case No.: 1:20-cv-23287-DPG |

**DECLARATION OF RAFAEL AGRAMONTE HEVIA**

　　　　RAFAEL AGRAMONTE HEVIA declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

　　　　1.　　My name is Rafael Agramonte Hevia, and I reside in Havana, Cuba.

　　　　2.　　I have been an *Especialista B en Obras de Ingeniería y Arquitectura* [Category B Specialist in Engineering and Architecture Work] at *Servicios Especializados de la Construcción* ("SECONS") since 2013.

　　　　3.　　From my work at SECONS, I have knowledge of the matters set forth herein.

　　　　4.　　In 2018, I was the lead investigator from SECONS that produced a diagnostic report of the factory building on Calle 23 between Calle 14 and Calle 16 in La Habana (the "Factory"). The report is dated September 2, 2018. Attached hereto as Exhibit A is a true and correct copy of the report I prepared on the condition of the Factory on and before September 2, 2018.

　　　　5.　　This work required me to visit the Factory in 2018. During my visit I went to each of the three floors of the Factory.

1

6. When I visited the Factory in 2018, it was not occupied, and it was not in use for any purpose. It was in a state of significant deterioration.

As I indicated in my 2018 report, the Factory had been closed prior to my work at the Factory due to this significant deterioration. At no time during my work related to the Factory in 2018, including during my visit to the Factory in 2018, were there any operations concerning cigars carried on at the Factory, including manufacture, processing, packaging, storing, shipping, distributing, purchasing, marketing, advertising, publicizing, promoting or selling cigars.

7. At no time during my work related to the Factory in 2018, including during my visit to the Factory in 2018, was there any other commercial or other use of the Factory. The Factory was in a significant state of deterioration and it was not suitable for the production of cigars or other use.

Executed on:   April _19_, 2021
               Havana, Cuba

                                           [*Signature*]
                            By:_____

                                           Rafael Agramonte Hevia

# EXHIBIT A



*Servicios Especializados de la Construcción*
(Construction Specialized Services)
Águila No. 211 between Anima and Virtudes, Municipio Centro Habana, La Habana, Cuba
Tel. 78646145 / 78646144 / 78642885 / 78646141 E-mail: sertecnicos@ch.gob.cu

U.E.B. Technical Services

La Habana, September 2, 2018
"Year 60 of the Revolution"

**Project: TABACUBA National Training Center.** *Calle* **23 between 14 and 16**
**Municipality: Plaza**
**Specialty: Structure**

## Diagnostics

**I.- Introduction:**

This building is visited in order to assess its current technical condition and formulate and make recommendations according to the results of the inspection.

**II- Type of construction:**

It is a 3-storey building which includes a Mezzanine between the ground floor (first level) and the second level. Its construction took place between the late 40s and the 50s of the previous century.
It consists of a reinforced concrete structure made up of columns, beams, and mezzanine and roof slabs, with very thick exterior brick walls that also function as bearing walls, and some areas on the roof and mezzanine with non-significant metallic structures according to the area of the building.

**III- Variations that may have taken place over time, such as reforms, opening of new holes, etc.:**

Both on the roof and on the slabs separating the different levels there are holes that go through the reinforced concrete slabs, which were opened in order to accommodate hydro-sanitary installations, air conditioning systems and fire-fighting networks. There are also holes in beams, columns and slabs which were made during studies carried out by ENIA (*Empresa Nacional de Investigaciones Aplicadas*) in order to assess the condition of those elements.
There are also places where concrete slabs have been replaced.
In this building there was previously a tobacco factory, which was closed due to the technical conditions of the building. At present, the intention is to repair and remodel the building in order for it to house a training center related to tobacco.

**IV.- Current condition of the structural elements:**

[Handwritten:]
*95*

All the levels, including the roof, were covered during the visual inspection performed at this building. We provide below the descriptions corresponding to each level:

**Ground floor:**
They are many areas with exposed steel bars due to the corrosion of steel bars, mainly in the ceiling; this can also be observed, due to the same situation, in the beams and in some columns, where there are vertical cracks due to the same cause. Leaks and damp stains can be observed on the ceiling; there are also buckled areas on the ceiling and on some beams which run the risk of becoming detached.
In some of these areas the steel bars are very corroded, showing significant cracks and missing portions in their section.
At the back of the building, on the left side when entering the premises, the ceiling has been shored up, and the beam, which is in poor condition, also needs to be shored up. This shoring must be extended to the adjacent areas, where the ceiling and the beams are also in a poor technical condition. Shoring can also be seen in other areas of the ground floor due to the poor condition of the ceiling.

**Mezzanine:**
This level is located between the ground floor and the second level, which extends over part of the total area of the ground floor. There is an area that has been shored up due to the poor condition of the ceiling. This shoring should be continued towards the ground floor, and the existing shoring needs to be rectified. As on the upper floor, there are buckled areas in different places.

**Second level:**
As on the ground floor, but with less impact throughout the area, very similar situations can be observed as regards the ceiling and the beams. Leaks on this level are more significant than on the ground floor. There are leaks coming from the upper level, broken downspouts causing rainwater that comes down the pipes to stay at this level, and openings in the exterior walls through which rainwater penetrates into the building. Some areas adjacent to the staircase and the elevators on the right have been shored up; most of this shoring has to be rectified, and it also needs to be properly corrected by extending it up to the ground floor. The ceiling is in a poor technical condition. Shoring is also required on the left side, and it needs to be extended up to the ground floor. Some beams show exposed steel and cracks, and, as in the case of the ceiling, there are buckled areas which run the risk of becoming detached.

**Third level:**
The ceiling shows large damp stains, and undoubtedly when it rains there are leaks. These leaks affect around 35 to 40% of the total area of the building. There are many cracks in columns and beams, as well as buckled areas in all the structural elements.
There is no need for shoring on this level.

[Handwritten:]
*94*

Due to the rain, there are large pools of water on the floor, which are naturally one of the reasons of the leaks affecting the lower floor. There are also opening through which rainwater penetrates into the building.

**Roof:**

Recent work carried out on the roof, consisting in cleaning and elimination of shrubs, weeds and other elements, has critically affected the roof sealing. The damaged areas are significant and affect the slopes for rainwater drainage towards the downspouts, which explains the significant leaks that can be observed on the lower level.

There is an area located on the left corner entering the building and on part of the side of the building where the roots of two bushes which had reached a certain height caused the destruction and collapse of the perimeter parapet. The roots penetrated the parapet wall, destroying a significant part thereof. Part of the affected parapet wall which is still standing has to be removed, since it might collapse on the corridor between the building and the adjacent building; consequently, all preventive measures to shore up and brace the parapet wall must be taken so that it can be removed and does not damage the adjacent building.

We believe that the roof must be repaired in order to minimize the leaks and the deterioration of the reinforced concrete slab.

**V.- Current conditions of the different installations and systems**

Hydraulic, sanitary, stormwater and climate-control installations are quite damaged due to cracks and detachments that can be observed in some sections, a situation which also affects the fire-fighting network.

**VI. Recommendations**

Given the conditions of this building, we consider that the structural elements of beams and ceilings must be replaced in several areas; consequently, it will be necessary to carry out local demolitions, which will have to be controlled so as not to affect the neighboring areas and will imply shoring up the adjacent areas, although the possibility of adding metallic reinforcements to the structural elements has not been ruled out.

All areas to be demolished will need to be properly shored up. No excessive amounts of debris that could affect the lower levels should be accumulated during the demolition; consequently, debris must be removed daily. It is important to bear in mind that all electrical and gas installations must be inactive before beginning the demolition process. Any underhanging installations that can be recovered should also be removed before the demolition starts.

It is necessary to avoid as much as possible the emission of dust resulting from the demolition. To that end, the demolition area should be constantly moistened in order to avoid inconveniences to the adjacent buildings and to the workers performing their tasks in the building.

[Handwritten:]
93

According to the area where the demolition will be taking place, it is important to consider whether it is necessary to build a provisional construction due to safety reasons or in order to avoid affecting any structural or non-structural element.

In order to protect workers, railings should be installed in the places designated for debris unloading through channels or conduits.

In order to avoid accidents, all buckled areas running the risk of becoming detached should be removed before starting the demolition process.

It is essential to have a demolition, protection and hygiene project that includes all the necessary details in order to avoid accidents and / or damage to adjacent structures.

### VII. Additional points of interest

All openings in the exterior walls should be closed in order to prevent rainwater from penetrating into the building.

The roof sealing should be repaired in order to minimize existing leaks.

Roof parapets should be rebuilt; as an alternative, railings should be installed for the safety of personnel working on the roof.

A thorough cleaning process should be carried out in the entire building in order to prevent the presence of rodents or other animals and inserts [sic] as well as to prevent accidents, since there are places that are very dark.

[*Signature*]
**Prepared by**   Rafael Agramonte Hevia, Eng.
              Structural Specialist.

## TECHNICAL SPECIFICATIONS ANNEX

**Work to be performed on the building before carrying out the demolitions:**
1. Install protective nets on both sides of the building, in such a way that they protect the adjacent buildings from possible impacts caused by the demolition.
2. Shore up the building in all its levels.
3. Pipes shall be used to remove debris created by the demolitions. The last tube shall be only 2.5m from the ground floor, in order to try to minimize impacts.
4. Carry out an exact and meticulous survey of the pathologies detected in the adjacent properties and prepare a document to be signed by all interested parties, with a view to potential future claims for damages due to the construction and assembly work.
5. Disconnect all the supply connections to GAS, ELECTRICITY and WATER installations, as well as the tanks that may exist for these systems, and verify that they are empty. This work shall be carried out by specialized and duly authorized entities.
6. Street power lines shall be cooled down if cranes or other similar equipment are used.

[Handwritten:]
92

**About the Shoring**
1. Rmf = 900Kg/cm$^2$. (Wood strength) Medium quality wood, similar in type to the country's pitch-pine (*pinotea*).
2. Only 0.1% vertical deviation is allowed.
3. Pillars shall be 4" x 4" studs braced every 2.5m in height in both directions. Braces shall be 3" x 1" boards.
4. Pillars shall rest on 2 wedges.
5. Pillars shall support loads through loaders and strut braces.

**The following conditions shall be complied with in all demolitions:**
1. All occupational safety, protection and hygiene regulations shall be complied with, including safety nets, belts and means of individual protection.
2. No impacts or sudden falls of demolished parts on the rest of the structure are allowed; consequently, platforms must be built in order to prevent this from happening.
3. No debris shall be accumulated inside the building. As demolitions are being carried out, debris shall be moved outside.
4. The patios (*patinejos*) in the building shall not be used as demolition conduits, since this would damage the existing structure.
5. A platform shall be built in order to prevent impacts and sudden falls.
6. The use of mechanical or automatic devices to carry out clearing work is prohibited.
7. Clearing work shall be carried out manually.
8. Safety must be ensured by following the provisions of Joint Resolution # 1/79 (CEC - CETSS), Regulation of Work in Civil Construction.

Each and every one of the materials and supplies used must be accompanied by the corresponding Certificate of Quality and Tropicalization Certificate and must have been approved by Project Management. Otherwise, they will be formally rejected.

The Builder must ensure that the available materials comply with international quality standards and, if they do not, must include in its bidding price the cost of importing those materials that are deemed necessary. The import cost must include all the expenses required in order to place the material in a Cuban port and transport it to the building.

The Builder shall demand and ensure that available materials and supplies, as well as construction processes to be performed in the building, comply with the current norms and regulations issued by AGPCI.

In addition to complying with all the rules, regulations, and other relevant provisions in force at the time the Contract is signed, the supplies subject to the scope of the work to be performed as part of the project shall have to comply with the requirements demanded by the *Ministerio de la Construcción* (MICONS) and included in Ministerial Resolution No.933/99, related to Technical Suitability (*Idoneidad Técnica*) (DITEC) of products and materials used in the country.

The Builder shall ensure that all security measures are strictly applied, without the need for this to be required by the DIRECT INVESTOR, Project Management or any other authority.

[Handwritten:]
*90*

# CERTIFICATE OF TRANSLATION

I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the translation of the attached document, "Declaration of Rafael Agramonte Hevia", including Exhibit A, is true and accurate to the best of my abilities.

April 24, 2021

Nahum Hahn
161 Gordonhurst Ave.
Montclair, NJ 07043
(917) 680-4699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>IMPERIAL BRANDS PLC, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:20-cv-23287-DPG |

## DECLARACIÓN DE RAFAEL AGRAMONTE HEVIA

RAFAEL AGRAMONTE HEVIA declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1. Mi nombre es Rafael Agramonte Hevia y resido en La Habana, Cuba.

2. Soy Especialista B en Obras de Ingeniería y Arquitectura en Servicios Especializados de la Construcción ("SECONS") desde 2013 hasta el presente.

3. Debido a mi trabajo en SECONS, tengo conocimiento de los asuntos aquí expuestos.

4. En 2018, fui el investigador principal de SECONS que elaboró un informe diagnóstico del edificio fabril situado en la Calle 23 entre Calle 14 y Calle 16 en La Habana (la "Fábrica"). El informe tiene fecha 2 de septiembre de 2018. Se adjunta como Anexo A una copia fiel y auténtica del informe que elaboré sobre las condiciones en que se encontraba la Fábrica el 2 de septiembre de 2018 y antes de esa fecha.

5. Debido a este trabajo tuve que visitar la fábrica en 2018. Durante mi visita fui a cada uno de los tres pisos de la Fábrica.

6.  Cuando efectué la visita en 2018, la Fábrica no estaba ocupada y no se la estaba utilizando para ningún propósito. Estaba en un estado de considerable deterioro.

Como indiqué en mi informe de 2018, debido a ese considerable deterioro la Fábrica había sido cerrada antes de que yo llevara a cabo mi trabajo en la Fábrica. Durante el tiempo en que llevé a cabo mi trabajo relacionado con la Fábrica en 2018, incluida la visita que efectué a la Fábrica en 2018, en ningún momento se llevaron a cabo en la Fábrica operaciones relacionadas con puros, incluyendo fabricación, procesamiento, empaque, almacenamiento, envío, distribución, compra, marketing, propaganda, publicidad, promoción o venta de puros.

7.  Durante el tiempo en que llevé a cabo mi trabajo relacionado con la Fábrica en 2018, incluida la visita que efectué a la Fábrica en 2018, en ningún momento la Fábrica fue utilizada para ningún otro uso comercial o de otro tipo. La Fábrica se encontraba en un estado de deterioro considerable y no era apta para la producción de puros ni para otro uso.

Ejecutado el 19 de abril de 2021
La Habana, Cuba

Firma: _____

Rafael Agramonte Hevia

2

# ANEXO A



**Servicios Especializados de la Construcción**
Águila No 211 entre Anima y Virtudes, Municipio Centro Habana, La Habana, Cuba
Tel. 78646145 /78646144 /78642865 /78646141  E-mail: sertecnicos@ch.gob.cu

U. E. B. Servicios Técnicos

La Habana, 2 de Septiembre del 2018
"Año 60 de la Revolución"

Obra: Centro Nacional de Capacitación TABACUBA. Calle 23 e/ 14 y 16
Municipio. Plaza
Especialidad: Estructura.

## Diagnostico.

### I.- Introducción:

Se visita esta edificación para valorar el estado técnico en que se encuentra actualmente y definir y recomendar de acuerdo a los resultados de la inspección.

### II.- Tipología constructiva de la edificación:

Se trata de edificio de 3 plantas incluyendo un Mezanine entre la planta baja (primer nivel) y el segundo nivel. Su construcción data entre finales de la década del 40 y la década de los 50 del pasado siglo.
Constituida de estructura de hormigón armado compuesta de columnas, vigas y losas de entrepiso y cubierta con muros de gran espesor de ladrillos en las paredes exteriores que funcionan también como cargas y algunas áreas en cubierta y entrepiso con estructuras metálicas no significativas de acuerdo al área de la edificación.

### III.- Variaciones que ha podido sufrir con el paso del tiempo como reformas, aperturas de nuevos huecos, etc:

Se observan en la cubierta y entrepisos orificios que atraviesan las losas de hormigón armado por instalaciones hidrosanitarias, climatización y redes contraincendios a su vez orificios en vigas, columnas y losas por estudios realizados por la ENIA para valorar estado de estos elementos.
También se observan lugares donde las losas de de hormigón han sido sustituidas.
En esta edificación existía anteriormente una fábrica de tabacos y producto del estado técnico en que se encuentra fue cerrada. Ahora se pretende reparar y remodelarla para hacer un centro de capacitación en la rama del tabaco.

### IV.- Estado actual que presentan los elementos estructurales:

95

En la inspección visual realizada a esta edificación fueron recorridos todos los niveles incluyendo la cubierta, a continuación hacemos las descripciones por cada nivel:

**Planta baja:**
Se aprecian abundantes
Áreas con barras de aceros expuestos producido por la corrosión de las barras de acero fundamentalmente en los techos también se observan producto de la misma situación en las vigas y algunas columnas donde existen grietas verticales por la misma causa. Se aprecian filtraciones en los techos con manchas de humedad, abofados con amenazas de desprendimiento tanto en techos como en vigas.
En algunas de estas áreas las barras de acero poseen una alta corrosión mostrando partiduras y pérdidas apreciables en la sección de las mismas.
En el fondo de la edificación en la izquierda entrando el local se encuentra apuntalado en el techo y debe apuntalarse también la viga que se encuentra en mal estado, este apuntalamiento debe extenderse a las áreas aledañas de este local donde también los techos y las vigas presentan un estado técnico malo. En otras áreas de la planta baja también existen apuntalamientos por el mal estado de los techos.

**Mezanine:**
Este nivel se encuentra ubicado entre la planta baja y el segundo nivel que abarca un área con respecto al área de la edificación en planta. Existe un área apuntalada por mal estado de los techos, este apuntalamiento debe continuarse hacia la planta baja y rectificar el apuntalamiento existente. Al igual que la planta alta también se aprecian abofados en diferentes lugares.

**Segundo nivel:**
Al igual que la planta baja pero con menos afectación en toda el área se encuentran situaciones muy similares con respecto a los techos y vigas. Aquí en este nivel las filtraciones son mayores que en la planta baja, se observan filtraciones ocasionadas por el nivel superior, bajantes pluviales partidos ocasionando que el agua de lluvia que baja por los bajantes pluviales se depositen en este nivel mas vanos abiertos en los muros exteriores por donde penetra el agua de lluvia hacia el interior. En los locales aledaños al área de la escalera y los elevadores por el lado derecho existe apuntalamiento que debe rectificarse en la mayor parte del mismo y corregirse adecuadamente continuando el apuntalamiento hasta la planta baja, estos techos presentan un estado técnico malo. Por al lado izquierdo t6ambien se requiere apuntalamiento y continuarlo hasta la planta baja. Se aprecian vigas con aceros expuestos con grietas y al igual que en los techos se muestran abofados con amenaza de desprendimiento.

**Tercer Nivel:**
En los techos grandes manchas de humedad por donde indudablemente existen filtraciones cuando llueve estas filtraciones abarcan alrededor del 35 al 40% del área total de la edificación en planta. Abundantes grietas y en columnas y vigas y abofados en todos los elementos estructurales.
No se considera en este nivel necesidad de apuntalamiento.

Debido a las lluvias los pisos se encuentran con grandes charcos de agua que por supuesto originan en parte las filtraciones en el piso inferior. También existen vanos abiertos por donde penetra el agua de lluvia hacia el interior.

Cubierta:
En la cubierta se han realizado acciones recientes de limpieza, eliminación de arbustos y yerbas y otros elementos que han afectado críticamente la impermeabilización las áreas dañadas son abundantes afectando a su vez las pendientes para el drenaje de las lluvias hacia los bajantes pluviales de ahí las abundantes filtraciones en el nivel inferior.

Si existe un área ubicada en la esquina izquierda entrando y parte del lateral de la edificación que producto de dos arbustos que alcanzaron cierta altura las raíces ocasionaron la destrucción y caída del pretil perimetral las raíces penetraron en el muro del pretil destruyéndolo en una buena parte de su longitud. Aún queda parte del muro pretil afectado que debe eliminarse porque puede producirse la caída del mismo hacia el pasillo entre la edificación y la edificación colindante donde deben de tomarse todas las medidas preventivas de apuntalamiento y arriostramiento del muro pretil para que sea eliminado y no cause afectaciones a la edificación colindante.

Consideramos que se deben tomar acciones de reparación en la cubierta para reducir al máximo las filtraciones y el deterioro de la losa de hormigón armado.

V.-Estado actual de las diversas instalaciones

En lo referente a las instalaciones tanto hidráulicas, sanitarias, pluviales y de clima se encuentran bastante dañadas por partiduras en las mismas, desprendimientos en tramos de las instalaciones que también ocurre en la red contra incendio.

VI.- Recomendaciones:

Por el estado en que se encuentra esta edificación consideramos que en varias zonas los elementos estructurales de vigas y techos deben ser sustituidos por lo que será necesario efectuar demoliciones locales que deben ser controladas para no afectar a sus áreas colindantes e implicarán apuntalamientos a las zonas aledañas aunque ni se descarta la posibilidad de realizar reforzamientos metálicos a los elementos estructurales que sería otra variante.

Todas las áreas que se decidan demoler deben ser debidamente apuntaladas. Durante la demolición no se acumularán excesivas cantidades de escombros que podrían afectar a los niveles inferiores por lo que se debe retirar el escombro diariamente. Tener presente que antes de demoler todas las instalaciones eléctricas como de gas deben estar inactivas y de existir instalaciones de otro que se encuentren subcolgadas y puedan recuperarse también se desinstalarán antes de iniciarse la demolición.

Evitar al máximo la emisión de polvo producto de la demolición humedeciendo constantemente el lugar donde se esté demoliendo evitando molestias a las edificaciones aledañas y a los mismos trabajadores que laboran en la edificación.

93

Tener en cuenta de acuerdo al lugar donde se efectúe la demolición si se considera necesario construir alguna falsa obra por problemas de seguridad o para evitar afectar algún elemento sea o no estructural.

Por los lugares definidos para descargar los escombros mediante canales o conductos colocar barandillas para la protección de los obreros.

Eliminar antes de las demoliciones todos los abofados con amenazas de desprendimientos para evitar accidentes.

Es imprescindible contar con un proyecto de demolición y de protección e higiene con todo el nivel de detalles requeridos para evitar accidentes y/o afectación a las estructuras adyacentes.

**VII.-Otros aspectos de interés:**

Deben cerrarse todos los vanos que se encuentran en las paredes exteriores para impedir la penetración de las aguas de lluvia. Hacia el interior de la edificación.

Reparación de la impermeabilización de la cubierta para reducir al máximo las filtraciones existentes.

Restituir los pretiles de la cubierta o en su defecto colocar barandas para la protección del personal que circule por la cubierta.

Realizar una limpieza total en toda la edificación para evitar roedores u otros animales e insertos así como parta evitar accidentes ya que existen lugares con mucha oscuridad.

**Realizado por:** Ing.Rafael Agramonte Hevia
                 Especialista Estructural.

## ANEXO DE ESPECIFICACIONES TÉCNICAS

<u>Trabajos a realizar en el inmueble antes de ejecutar las demoliciones:</u>
1. Colocar mallas protectoras por ambos lados laterales del inmueble, de manera tal que protejan los edificios aledaños de posibles impactos producidos por la demolición.
2. Apuntalar el inmueble en todos los niveles.
3. Se utilizarán tubos para evacuar los escombros de las demoliciones, estando el último a solo 2.5m del piso de la planta baja, para tratar de minimizar los impactos.
4. Realizar un levantamiento exacto y minucioso de las patologías que se detecten en los inmuebles colindantes, elaborándose un documento firmado por todos los interesados, para las futuras reclamaciones que procedan por daños y perjuicios, debidos a los trabajos de construcción y montaje.
5. Desconectar todas las acometidas de las instalaciones: GAS, ELECTRICIDAD, AGUA, así como los depósitos que puedan existir de

estos sistemas, comprobándose que estén vacíos. Estos trabajos se realizarán por las entidades especializadas, debidamente autorizadas.
6. Se enfriarán las líneas eléctricas de la calle en caso de utilizarse grúas u otro equipo similar.

Sobre los Apuntalamientos
1. $Rmf = 900Kg/cm^2$. (Resistencia de la madera) Madera de calidad media del tipo similar a pinotea del país.
2. Solo se admite una desviación en la vertical del 0,1%.
3. Los puntales serán palos de 4" x 4" arriostrados cada 2.5m de altura en las dos direcciones. Los arriostres serán tablas de 3" x 1"
4. Los puntales se apoyarán sobre 2 cuñas.
5. El puntal soportará las cargas a través de cargaderas y tomapuntas

En las demoliciones se cumplirán los siguientes aspectos:
1. Se respetarán todas las normativas de seguridad y de protección e higiene del trabajo, incluyendo mallas de seguridad, cinturones y medios de protección individual.
2. No se permiten impactos ni caídas bruscas de las partes demolidas sobre el resto de la estructura, por lo que se deberán ejecutar plataformas para evitarlo.
3. No se acumularán escombros dentro del inmueble. A medida que se efectúen las demoliciones se irán evacuando los escombros hacia el exterior.
4. No se utilizarán los patinejos del inmueble como conductos de demolición, pues eso implica daños a la estructura existente.
5. Se ejecutará una plataforma para evitar los impactos y caídas bruscas.
6. Se prohíbe el uso de medios mecánicos o automáticos para la ejecución de los trabajos de desmonte.
7. Los trabajos de desmonte se ejecutarán de manera manual.
8. La seguridad deberá asegurarse siguiendo las prescripciones de la Resolución Conjunta # 1/79 (CEC – CETSS), Reglamentación del Trabajo en la Construcción Civil.

Todos y cada uno de los materiales y suministros utilizados deberán estar acompañados del Certificado de Calidad y del Certificado de Tropicalización correspondientes y obtener la aprobación de la Dirección Facultativa. En caso contrario serán formalmente rechazados.

El Constructor deberá asegurarse que los materiales de que podrá disponer cumplen con las normas internacionales de calidad y en caso contrario, deberá considerar en su precio de licitación la importación de aquellos materiales que estime necesarios. El costo de importación deberá incluir todos los gastos para colocar el material en puerto cubano y su transportación posterior a la obra.

El Constructor exigirá y velará porque los materiales y suministros de que podrá disponer y los procesos constructivos que en la obra realice cumplan las normas y regulaciones vigentes trazadas por la AGPCI.

Además de cumplir con todas las normas, reglamentos, regulaciones, etc., vigentes a la firma del Contrato, los suministros objeto del alcance de los trabajos

incluidos en el proyecto, tendrán que cumplimentar los requisitos exigidos por el MICONS y recogidos en la Resolución Ministerial No.933/99, referida a la Idoneidad Técnica (DITEC) de los productos y materiales que se utilicen en el país.

El Constructor velará por la aplicación rigurosa de todas las medidas de seguridad, sin necesidad de que sea requerido por EL INVERSIONISTA DIRECTO, la Dirección Facultativa y cualquier otra autoridad.