UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DECLARATION OF MARTHA RIQUELME ARMENTEROS
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPERIAL BRANDS PLC, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-23287-DPG |

**DECLARATION OF MARTHA RIQUELME ARMENTEROS**

MARTHA RIQUELME ARMENTEROS declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Martha Riquelme Armenteros, and I reside in Havana, Cuba.

2. I have worked at the *Empresa de Tabaco Torcido "José Martí"* (the "*Empresa*") from February 7, 2006 to the present. The *Empresa* is a commercial company in Cuba, founded on December 15, 1976, with its own legal personality, that produces hand-rolled Cuban cigars. There are numerous other companies that produce Cuban cigars.

3. From my work at the *Empresa*, I have knowledge of the matters set forth herein. I have been the head of the *Puesto de Dirección* at the *Empresa* since March 1, 2017. In my position at the *Empresa*'s *Puesto de Dirección*, I obtain information concerning the *Empresa*'s production and technical operations. From February 7, 2006 to March 1, 2017, I was the *Jefa de Atención al Hombre* at the *Empresa*. In that position, I attended to issues concerning all of the *Empresa*'s workers.

1

4. The *Empresa* discontinued any use of the factory building on Calle 23 between Calles 14 and 16 in Havana (the "Factory") in January 2011 and moved all of its operations to another site because of the deterioration of the Factory's physical condition. However, the *Empresa* continued to employ security guards to watch over the empty Factory from January 2011 until February 2018, after which the *Empresa* no longer had any rights to the Factory. As part of my job responsibilities as *Jefa de Atención al Hombre* at the *Empresa,* I visited the security guards at the Factory at least once a week from January 2011 until February 2018.

5. At no time from January 2011 until February 2018 were any operations concerning cigars carried on at the Factory, including the manufacture, processing, packaging, storing, transporting, shipping, distribution, purchase, marketing, advertising, publicizing, promotion or sale of cigars.

6. The Factory remained in a state of physical deterioration at least until February 2018, when I stopped visiting it, and no repairs of any significance had been undertaken in between January 2011 and February 2018 when I last visited the Factory.

7. The *Empresa* does not have, nor has it ever had, any operations or employees in the building next to and separate and apart from the Factory located on Calle 23 and the corner of Calle 16 in Havana.

Executed on:   April 15, 2021
              Havana, Cuba

By: ____[Signature]_____

Martha Riquelme Armenteros

# CERTIFICATE OF TRANSLATION

I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the translation of the attached document, "Declaration of Martha Riquelme Armenteros", is true and accurate to the best of my abilities.

April 24, 2021

**Nahum Hahn**
161 Gordonhurst Ave.
Montclair, NJ 07043
(917) 680-4699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, *et al.*, <br><br> Defendants. | Case No.: 1: 20-cv-23287-DPG |

### DECLARACIÓN DE MARTHA RIQUELME ARMENTEROS

MARTHA RIQUELME ARMENTEROS declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1. Mi nombre es Martha Riquelme Armenteros y resido en La Habana, Cuba.

2. He trabajado en la Empresa de Tabaco Torcido "José Martí" (la "Empresa") desde el 7 de febrero de 2006 hasta la actualidad. La Empresa es una empresa comercial situada en Cuba, fundada el 15 de Diciembr de 1976, con personalidad jurídica propia, que produce puros cubanos armados a mano. Hay muchas otras empresas que producen puros cubanos.

3. Debido a mi trabajo en la Empresa, tengo conocimiento de los asuntos aquí expuestos. Soy la jefa del Puesto de Dirección de la Empresa desde el 1º de marzo de 2017. En mi cargo en el Puesto de Dirección, obtengo información sobre la soperaciones de producción y técnicas de la Empresa. Desde el 7 de febrero de 2006 hasta el 1º de marzo de 2017 fui la Jefa de Atención al Hombre en la Empresa. En ese puesto, me ocupé de las cuestiones relativas a todos los trabajadores de la Empresa.

1

4. En enero de 2011 la Empresa dejó de utilizar por completo el edificio fabril situado en la Calle 23 entre las Calles 14 y 16 en La Habana (la "Fábrica") y trasladó todas sus operaciones a otro lugar debido al deterioro de las condiciones físicas de la Fábrica. Pese a ello, la Empresa continuó empleando custodios para que vigilaran la Fábrica vacía desde enero de 2011 hasta febrero de 2018, después de lo cual la Empresa ya no tuvo ningún derecho sobre la Fábrica. Como parte de mis responsabilidades laborales como Jefa de Atención al Hombre en la Empresa, desde enero de 2011 hasta febrero de 2018 visité a los custodios en la Fábrica al menos una vez por semana.

5. Desde enero de 2011 hasta febrero de 2018 en ningún momento se llevaron a cabo en la Fábrica operaciones relacionadas con puros, incluyendo la fabricación, procesamiento, empaque, almacenamiento, transporte, envío, distribución, compra, marketing, propaganda, publicidad, promoción o venta de puros.

6. La Fábrica siguió en un estado de deterioro físico al menos hasta febrero de 2018, cuando dejé de visitarla, y entre enero de 2011 y febrero de 2018, cuando visité la Fábrica por última vez, no se efectuó ninguna reparación de importancia alguna.

7. La Empresa no lleva a cabo, ni jamás ha llevado a cabo, operaciones ni tiene, ni jamás ha tenido, empleados en el edificio contiguo a la Fábrica, y separado y aparte de ella, situado en la Calle 23 y esquina con la Calle 16 en La Habana.

Ejecutado el 15 de abril de 2021
La Habana, Cuba

Firma: _____
Martha Riquelme Armenteros