UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DECLARATION OF JORGE FERNÁNDEZ NÚÑEZ
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, *et al*., <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

### DECLARATION OF JORGE FERNÁNDEZ NÚÑEZ

JORGE FERNÁNDEZ NÚÑEZ declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Jorge Fernández Núñez and I reside in Havana, Cuba.

2. I have been the *Director Jurídico* (Legal Director) at the *Empresa Comercializadora de Tabaco en Rama "La Vega"* (the "*Empresa*") since 2013. Prior to that I had been an *Asesor Jurídico* (Legal Advisor) at the *Empresa* since its creation in 2000.

3. From my work at the *Empresa*, I have knowledge of the matters set forth herein.

4. The *Empresa* does not manufacture, process, store, package, ship, distribute, purchase, market, advertise, publicize, promote or sell cigars at the building on Calle 23 and the corner of Calle 16 in Havana (the "Calle 23 and 16 Building") or elsewhere, nor has it in the past. It purchases raw tobacco from Cuban farmers and entities located in Cuba and sells this raw tobacco to other Cuban entities in Cuba. It also purchases and re-sells cigarettes in Cuba.

1

2

5.      The *Empresa*'s offices are located on two floors in the Calle 23 and 16 Building, next to and separate and apart from the former cigar factory located on Calle 23 between Calle 14 and Calle 16. The other floors in the Calle 23 and 16 Building have residential apartments.

6.      The *Empresa Comercializadora de Tabaco en Rama "La Vega"* is a Cuban commercial entity with legal personality established in 2000.

Executed on:   April ___, 2021
               Havana, Cuba

By: _____[Signature]_____

Jorge Fernández Núñez

# CERTIFICATE OF TRANSLATION

I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the translation of the attached document, "Declaration of Jorge Fernández Núñez", is true and accurate to the best of my abilities.

April 24, 2021

Nahum Hahn

161 Gordonhurst Ave.

Montclair, NJ 07043

(917) 680-4699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, *et al.*,

          Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

          Defendants.

Case No.: 1: 20-cv-23287-DPG

### DECLARACIÓN DE JORGE FERNÁNDEZ NÚÑEZ

JORGE FERNÁNDEZ NÚÑEZ declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1. Mi nombre es Jorge Fernández Núñez y resido en La Habana, Cuba.

2. Soy Director Jurídico de la Empresa Comercializadora de Tabaco en Rama "La Vega" (la "Empresa") desde 2013. Anteriormente, fui Asesor Jurídico de la Empresa desde su creación en 2000.

3. Debido a mi trabajo en la Empresa, tengo conocimiento de los asuntos aquí expuestos.

4. La Empresa no fabrica, procesa, almacena, empaca, envía, distribuye, compra, comercializa, promociona, publicita, promueve ni vende puros en el edificio situado en la Calle 23 y esquina con la Calle 16 en La Habana (el "Edificio de Calle 23 y 16") ni en ningún otro lugar, ni lo ha hecho en el pasado. Compra tabaco en rama a agricultores cubanos y a entidades cubanas situadas en Cuba y vende ese tabaco en rama a otras entidades cubanas situadas en Cuba. También compra y revende cigarrillos en Cuba.

1

5. Las oficinas de la Empresa están ubicadas en dos pisos del Edificio de Calle 23 y 16, contiguo a la antigua fábrica de puros situada en la Calle 23 entre Calle 14 y Calle 16 y separado y aparte de ella. En los otros pisos del Edificio de Calle 23 y 16 hay apartamentos residenciales.

6. La Empresa Comercializadora de Tabaco en Rama "La Vega" es una entidad comercial cubana con personalidad jurídica establecida en el año 2000.

Ejecutado el: ___ de abril de 2021
La Habana, Cuba

Firma: _____

Jorge Fernández Núñez