UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al*.,

                            Plaintiffs,

      v.

IMPERIAL BRANDS PLC, *et al*.,

                            Defendants.

**DECLARATION OF PROFESSOR IVONNE PÉREZ GUTIÉRREZ
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, *et al*.,

                 Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al*.,

                 Defendants.

Case No.: 1:20-cv-23287-DPG

### DECLARATION OF PROFESSOR IVONNE PÉREZ GUTIÉRREZ

IVONNE PÉREZ GUTIÉRREZ declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      My name is Ivonne Pérez Gutiérrez, and I reside in Havana, Cuba.

2.      I graduated from the School of Law, University of Havana in 1989, when I was awarded the *Título de Oro en la Licenciatura en Derecho* [Gold Medal at the Master's Degree in Law], and was awarded a Doctorate in Legal Sciences from the University of Havana in 2011.  I was appointed a professor on the School of Law in 2000 and have taught procedural law in Cuba for over twenty years, among other subjects concerning Cuban law, and have published extensively on Cuban procedural law, as well as on other legal matters.  I attach my *curriculum vitae* as Annex A.

3.      Cuban law prohibits service in Cuba by mail or private courier, such as DHL, of a summons and complaint in an action in a foreign court.

4.      Under Cuban law, in order to serve in Cuba a summons and complaint in an action in a foreign court, a court must issue, either *ex officio* or at the request of a party, a *despacho* or

*[Signature]*

1

*comisión rogatoria* [order or letter rogatory], which must be transmitted through the Ministry of Foreign Affairs of the Republic of Cuba (unless otherwise agreed to by international convention or treaty). *See* Article 174, *Ley de Procedimiento Civil, Administrativo, Laboral y Económico* [Law on Civil, Administrative, Labor and Economic Procedure], *Ley No. 7* (Aug. 17, 1977)[1]; and Article 14.2, *Ley de los Tribunales Populares* [Law of Popular Courts], *Ley No. 82* (July 11, 1997)[1], true and correct copies of which are attached hereto as Exhibit A. Cuba is not party to an international convention or treaty with the United States that would allow for service other than by letters rogatory.

     5.     This rogatory procedure is the *only* way that Cuban law allows service of process in an action in a foreign court. All other types of service of process are prohibited by Cuban law.

     6.     This prohibition is described by Professor Juan Mendoza Díaz is his 2015 book on Cuban procedural law. There he states that "Given that Procedural Law only has territorial effectiveness, the courts of a State *cannot carry out such proceedings abroad by themselves,* which is why *they must request the State of which the party involved in the process is a national to carry them out* … The procedural act by which the request is made is called a *rogatory commission* … [I]n the Cuban case the [*Ley de Procedimiento Civil, Administrativo, Laboral y Económico de Cuba*], the [*Ley de Procedimiento Penal de Cuba* (Criminal Procedure Act of Cuba)] and the [*Ley de Tribunales Populares de Cuba*] establish the formal requirements that must be met in order to make the request." Dr. Juan Mendoza Díaz, Procedural Law 86-87 (2015 Editorial Universitaria Félix Varela) (emphasis added) (a true and correct copy of which is attached hereto as Exhibit B).

[Signature]

---

[1] Although Article 174 refers to Articles 53 to 58 of the *Ley de Organización del Sistema Judicial* [Judicial System Organization Act], the *Ley de Organización del Sistema Judicial* was later repealed and replaced in 1997 by the abovementioned *Ley de Tribunales Populares de Cuba,* whose Articles 14.1-14.3 are applicable for this case.

Dr. Mendoza is the President of the *Sociedad Cubana de Derecho Procesal* [Cuban Society of Procedural Law] and Member of the *Instituto Iberoamericano de Derecho Procesal* [Ibero-American Institute of Procedural Law] and has been a full professor of procedural law at the University of Havana for over 25 years.

7.      The Republic of Cuba's requirement that all service of process must only be effectuated by letters rogatory dates back to Cuba's *Ley de Enjuiciamiento Civil* [Civil Prosecution Law] of 1886.  Its Article 300 stated:

> When an *emplazamiento* [subpoena] or other *diligencia judicial* [legal process] has to be served in a foreign country, letters rogatory must be directed through diplomatic means, or through the channel and in the form established by Treaty, and in the absence of Treaties, in accordance with the general provisions of the Supreme Government.
>
> In every case, this will be subject to the principle of reciprocity.
>
> The same rules must also be applied in order to comply in the Republic of Cuba with letters rogatory issued by foreign Courts requesting service of legal process.

A true and correct copy of Article 300 of *Ley de Enjuiciamiento Civil* is attached hereto as Exhibit

[*Signature*]

C. The essential elements of Article 300 are the same as those in the current Article 174 of *Ley de Procedimiento Civil, Administrativo, Laboral y Económico* and Article 14.2 of the *Ley de los Tribunales Populares*.

8.      Cuba's *Ley de Enjuiciamiento Civil* was enacted while Cuba was a colony of Spain and was based on Spanish law. It was repealed and replaced in 1974, shortly before passage, in 1977, of *Ley de Procedimiento Civil, Administrativo, Laboral y Económico* (cited above).

9.      The letter of Article 14, Sections 2 and 3, of the *Ley de Tribunales* is clear, as it provides for two avenues for notification or service: in accordance with the requirements established in the relevant international conventions or treaties (which do not exist between Cuba and the United States), and in their absence (that is, if no bilateral treaty exists) through the

3

Ministry of Foreign Affairs.  Given the clarity of the norm, there is no interpretation other than that there are only these two avenues for the service of notifications or subpoenas, in application of the general principle of law whereby "where the law does not distinguish, we ought not to distinguish."

[*Signature*]

Executed on:   April _9_, 2021
                        Havana, Cuba

[*Signature*]
By:_____

Professor Ivonne Pérez Gutiérrez

4

# ANNEX A

## CURRICULUM VITAE

## PERSONAL INFORMATION

Name: Ivonne Pérez Gutiérrez
Date of birth: September 20, 1966
Place of birth: Ciudad de La Habana
Nationality: Cuban
Marital status: Married
Address: Dolores No. 1112 apt. 9 entre 23 y 24, Lawton, La Habana, Cuba
Workplace: Universidad de La Habana School of Law
Work experience: 31 years as a defense lawyer, 20 of them also as a professor
Subjects taught: Civil Law, Family Law, Gender and Law, General Procedural Law and Civil Procedural Law
Email: ivonne@lex.uh.cu
Telephone: 535 346 8573

## PROFESSIONAL INFORMATION

## SCIENTIFIC - ACADEMIC DEGREES

1. *Licenciatura* Degree in Law, Universidad de La Habana, 1989.
2. Master in Derecho de la Empresa y los Negocios [Master's Degree in Enterprise and Business Law], Universidad de Barcelona, Spain, 2001.
3. Master in Derecho Societario [Master's Degree in Corporate Law], Universidad de Barcelona, Spain, 2003.
4. Master's Degree homologated by the Universidad de La Habana School of Law, December 2006.
5. PhD in Legal Sciences, Resolution No. 3 of February 22, 2011, Universidad de La Habana.
6. Full Professor, June 2013, Ministerio de Educación Superior [Ministry of Higher Education], Cuba. Category ratified by Resolución Rectoral [Governing Board Resolution] No. 203/2018.

## OTHER STUDIES/COURSES UNDERTAKEN

1. Notary Public authorized by the Dirección Provincial de Justicia de Ciudad de la Habana, Cuba [Provincial Directorate of Justice] through Certificate dated November 21, 1997.
2. Human Rights Internship, July 8 to August 18, 2002, Instituto Interamericano de Derechos Humanos [Inter-American Institute on Human Rights], San José, Costa Rica.
3. Human Rights Internship, June 19 to July 23, 2005, Instituto Interamericano de Derechos Humanos [Inter-American Institute on Human Rights], San José, Costa Rica.

4. Predoctoral research stay, 2010, Universidad Autónoma de Madrid, Spain.

**LANGUAGES:** Graduated in English Language at the Instituto Superior de Relaciones Internacionales [Higher Institute of International Relations], 2008.

## POSTGRADUATE COURSES AND OTHER COURSES TAKEN

1. Seminar on Criminal Cassation, 1990, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Directorate of Collective Law Firms].
2. Seminar on Administrative Law, 1990, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Directorate of Collective Law Firms].
3. Seminar on Labor Law, 1991, Universidad de La Habana School of Law.
4. Updating of Labor Legislation, 1993, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Directorate of Collective Law Firms].
5. Postgraduate course on Trade Law, 1994, Universidad de La Habana School of Law.
6. Postgraduate course on Registry Law, 1996, Universidad de La Habana, Folio 002-EP.
7. Real Estate and Registry Law, 1997, Centro Nacional de Desarrollo Profesional, Organización Nacional de Bufetes Colectivos (ONBC) [National Center for Professional Development, National Organization of Collective Law Firms].
8. Seminar "Sistema de Justicia Laboral" [Labor Justice System], 1998, Centro Nacional de Desarrollo Profesional, Organización Nacional de Bufetes Colectivos [National Center for Professional Development, National Organization of Collective Law Firms], Volume 13, Folio 215.
9. Seminar on Copyright, 1998,  Instituto Internacional de Periodismo "José Martí" [International Institute of Journalism].
10. Postgraduate course "Garantías del Comercio Internacional" [Guarantees of International Trade], 1998, Universidad de La Habana, Folio 00 - EP/98.
11. First Theoretical-Practical Workshop on Criminal Law, 1999, Unión Nacional de Juristas de Cuba (UNJC) [National Union of Jurists of Cuba].
12. Course "Dirección por Valores" [Management by Values], Escuela Cubana de Seguros [Insurance School of Cuba], Ciudad de La Habana, November 20 to 23, 2001; MES Folio 4/2002.
13. Scientific Sessions of the Provincial Chapter of the Sociedad Cubana de Derecho Civil y de Familia [Cuban Society of Civil and Family Law], 2004-present.
14. Scientific Sessions of the Sociedad Cubana de Derecho Procesal [Cuban Society of Procedural Law]. UNJC National Headquarters, September 2006-present.
15. Pre-doctoral research stay. Advisor: Dra. María de Jesús Ariza Colmenarejo. Universidad Autónoma de Madrid. October 2010.
16. International Seminar "Legal Interpretation for interpreters and court

personnel", organized by ESTI, ACTI, Language Services Plus and the Superior Court of Athens-Clarke County, which took place between March 25 and 27, 2015 at Universidad de La Habana.

17. International Seminar "El Derecho y su práctica en la Cuba del siglo XXI" [The Law and its practice in XXI-century Cuba], organized by the Universidad de La Habana School of Law between March 3 and April 2, 2015.

18. Course on Legal Interpretation, organized by ESTI, ACTI, Language Services Plus and the Superior Court of Athens-Clarke County, which took place from March 29 to 31, 2016 at the Universidad de La Habana.

19. Workshop on codification of Family Law. The experience of Latin America, taught by Dr. Aída Kemelmajer de Carlucci, April 1-3, 2019, CENESEX.

20. Conference on contractual good faith with a comparative perspective between Peruvian and Cuban law, given by Rogel Vidal, professor at the Universidad San Marcos, of Peru, May 17, 2019.

## NATIONAL SCIENTIFIC EVENTS

1. Delegate, Primer Encuentro de Jóvenes Juristas [First Meeting of Young Jurists]. Ciudad de La Habana, 1989.

2. Speaker, Primer Simposio sobre Derecho Urbanístico y Ordenamiento Urbano [First Symposium on Urban Law and Urban Planning]. Topic: *Las limitaciones derivadas de las relaciones de vecindad [Limitations derived from neighborhood relations*]. Ciudad de la Habana, 1997.

3. Delegate, Evento Provincial de Asesoría Jurídica [Provincial Event on Legal Advice]. Ciudad de la Habana, 1997. Unión Nacional de Juristas de Cuba [National Union of Jurists of Cuba].

4. Speaker. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 1997.

5. Delegate, I Encuentro Nacional de Asesoría Jurídica [First National Meeting on Legal Advice], 1998, Ministerio de Ciencia, Tecnología y Medio Ambiente [Ministry of Science, Technology and Environment].

6. Speaker with a Mention in Civil Matters and Labor Matters at the Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 1998.

7. Speaker, Segundo Encuentro Nacional de Abogados Laboralistas [Second National Meeting of Labor Lawyers]. Topic: *Protección e Higiene en el medio ambiente de trabajo [Protection and Hygiene in the work environment],* co-authored with Zulma HECHAVARRÍA RAMÍREZ, Ciudad de La Habana, May 20-21, 1999.

8. First and Second Prizes in Non-Traditional Matters, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana]. 1999.

9. Award in Trade and Financial Law. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos [National Legal Conference of the National Organization of Collective Law Firms]. 2000.

10. First Prize in Trade Law. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana].  2001.

11. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos [National Legal Conference of the National Organization of Collective Law Firms], 2001.

12. President of the Jury on Civil Matters. Conferencias Jurídicas Provinciales de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conferences of Collective Law Firms of Ciudad de La Habana], 2002 and 2003.

13. President of the Jury on Other Matters, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 2004.

14. Third Prize in Labor Matters. Presentation: *Prescripción y Caducidad en la legislación laboral [Prescription and Expiry in labor legislation*]. Co-authorship: Zulma Hechavarría Ramírez. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 2004.

15. Primer Congreso Nacional de Derecho Procesal [First National Congress on Procedural Law], Ciego de Ávila, 2006.

16. I Taller Nacional de Recurso de Casación [First National Workshop on Appeal in Cassation], La Habana, December 14, 2007.

17. First Prize in Trade Matters at the Conferencia Jurídica Provincial de Bufetes Colectivos Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms Ciudad de la Habana], 2007.

18. Award in Civil and Administrative Law. Presentation: *Las Diligencias Previas. Problemáticas procesales y prácticas [Preliminary Proceedings. Procedural and practical issues]*. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos [National Legal Conference of the National Organization of Collective Law Firms], 2007.

19. Segundo Congreso Nacional de Derecho Procesal [Second National Congress on Procedural Law], Ciudad de La Habana, 2008.

20. Member of the Jury at the Annual Contest of the Sociedad Cubana de Derecho Procesal [Cuban Society of Procedural Law], 2007, 2008, 2010, 2012, 2014, 2016 and 2018.

21. President of the Jury on Other Matters, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 2009.

22. II Taller Nacional de Recurso de Casación y Proceso Civil [Second National Workshop on Appeal in Cassation and Civil Process], La Habana, May 12-16, 2009. Conference: *Del Régimen Cautelar en el ámbito procesal cubano [On the Precautionary Regime in the Cuban procedural field].* Ciudad de la Habana, May 12-16, 2009.

23. Lecturer and Jury at the Encuentro Preparatorio Provincial de la UNJC [UNJC Provincial Preparatory Meeting] in La Habana, 2009.

24. Taller Nacional de Derecho Civil [National Workshop on Civil Law], ONBC, June 3-4, 2010. Presentation: "Las medidas cautelares en el procedimiento familiar" [Interim measures in family procedure].

25. IV Congreso Nacional de Derecho Procesal [Fourth National Congress on Procedural Law], UNJC, September 27 and 28, 2012. Keynote Lecture: El proceso civil en Cuba, presente y futuro [Civil process in Cuba, present and future].

26. III Conferencia Científica Provincial de La Habana [Third Provincial Scientific Conference of La Habana], November 24, 2012. Award received for the presentation "Comentarios a las nuevas Instrucciones del Consejo de Gobierno" [Comments on the Governing Council new Instructions].

27. Lecturer, Congreso Nacional de Derecho Procesal [National Congress of Procedural Law], Matanzas, April 24-25, 2014. Topic: "El proceso de familia y su nueva condición de modelo civil" [Family process and its new status as a civil model].

28. Lecturer, Evento Preparatorio de Abogacía 2014 [Preparatory Event for Abogacía 2014], Villa Clara, May 23, 2014. Topic: "Evolución histórica del Derecho Procesal en Cuba" [Historical evolution of Procedural Law in Cuba].

29. President of the Tribunal, Evento Preparatorio de Abogacía 2014 [Preparatory Event for Abogacía 2014], La Habana, May 24, 2014.

30. Lecturer, II Taller Provincial sobre Procedimiento de Familia [Second Provincial Workshop on Family Procedure], Villa Clara, November 20, 2014. Topic: "El proceso de familia en Cuba: realidad o utopía" [The family process in Cuba: reality or utopia].

31. Speaker, Seminar "La vivienda y el suelo urbano a la luz de las nuevas regulaciones" [Housing and urban land in the light of the new regulations]. Universidad de La Habana School of Law, November 13-14, 2014. Topic: "Los nuevos derroteros procesales en materia de vivienda" [The new procedural paths in housing matters].

32. Speaker, XII Coloquio de Experiencias Educativas [XII Colloquium on Educational Experiences]. Asociación de Pedagogos de Cuba, Filial La Habana [Association of Pedagogues of Cuba, La Habana Branch], December 19, 2014. Topic: "Utilización de tecnología educativa en la enseñanza semipresencial del Derecho Procesal" [Use of educational technology in the blended teaching of Procedural Law].

33. Lecturer, IV Congreso Internacional de Derecho Procesal [Fourth International Congress of Procedural Law], La Habana, Cuba. Topic: "La oralidad en el proceso civil cubano" [Orality in the Cuban civil process].

34. Lecturer, II Taller Provincial sobre Procedimiento de Familia [Second Provincial Workshop on Family Procedure], Villa Clara, November 20, 2014. Topic: "El proceso de familia en Cuba: realidad o utopía" [The family process in Cuba: reality or utopia].

35. Speaker, Seminar "La vivienda y el suelo urbano a la luz de las nuevas regulaciones" [Housing and urban land in the light of the new regulations].

Universidad de La Habana School of Law, November 13-14, 2014. Topic: "Los nuevos derroteros procesales en materia de vivienda" [The new procedural paths in housing matters].

36. Speaker, XII Coloquio de Experiencias Educativas [XII Colloquium on Educational Experiences]. Asociación de Pedagogos de Cuba, Filial La Habana [Association of Pedagogues of Cuba, La Habana Branch], December 19, 2014. Topic: "Utilización de tecnología educativa en la enseñanza semipresencial del Derecho Procesal" [Use of educational technology in the blended teaching of Procedural Law].

37. Lecturer, Evento Preparatorio Provincial [Provincial Preparatory Event], Villa Clara, June 16, 2015. Topic: "El derecho a la prueba como herramienta procesal" [The right to evidence as a procedural tool].

38. Lecturer, Evento Preparatorio Provincial [Provincial Preparatory Event], Sancti Spiritus, June 18, 2015. Topic: "Evolución y perspectivas del Derecho Procesal cubano" [Evolution and perspectives of Cuban Procedural Law].

39. Lecturer, Evento Preparatorio Provincial [Provincial Preparatory Event], La Habana, June 27, 2015. Topic: "El proceso de familia: garantías y categorías propias" [Family process: its guarantees and categories].

40. Lecturer, Evento Preparatorio Provincial [Provincial Preparatory Event], La Habana, June 27, 2015. Topic: "El proceso de familia: garantías y categorías propias" [Family process: its guarantees and categories].

41. Lecturer, Unión Nacional de Juristas de Jovellanos, Matanzas [National Union of Jurists of Jovellanos, Matanzas], November 6, 2015. Topic: "Las medidas cautelares y otras herramientas en el proceso de familia" [Interim measures and other tools in the family process].

42. Lecturer, Workshop *Desafíos del Derecho de Familia en Costa Rica y Cuba [Challenges faced by Family Law in Costa Rica and Cuba]*, Universidad de Matanzas, May 7, 2015. Topic: "Jurisdicción y proceso de familia. Razón de especialidad" [Jurisdiction and family process. Reasons for specialty].

43. Lecturer, *Género, Derecho y Entorno [Gender, Law and Environment]* Colloquium, Morón, Ciego de Ávila, July 13-15, 2015. Topic: "Enfoque de género en la administración de justicia" [The gender-based approach in the administration of justice].

44. Lecturer, Taller sobre Litigación Civil [Workshop on Civil Litigation], Abogacía 2015, La Habana, October 19 and 20, 2015. Topic: "Presencia de la oralidad en el proceso civil cubano" [Presence of orality in the Cuban civil process].

45. Lecturer, XII Simposium Internacional y II Congreso Nacional de Derecho, Medios de Control Constitucional y Juicios Orales [XII International Symposium and II National Congress of Law, Means of Constitutional Control and Oral Trials], Culiacán, Mexico, October 22 to 24, 2015. Topic: "El derecho a la defensa en el proceso cubano actual" [The right to defense in the Cuban current process].

46. Speaker and Rapporteur, Workshop *Experiencias y Lecciones aprendidas en la construcción de la respuesta institucional a la violencia de género*

*[Experiences and Lessons learned in the development of the institutional response to gender violence]*, December 11 and 12, 2015.

47. Lecturer, Conferencia Jurídica provincial de Bufetes Colectivos [Provincial Legal Conference of Collective Law Firms], Sancti Spiritus, June 1, 2016. Topic: "El interés superior del niño: paradigma de actuación" [The best interests of the child: a paradigm for action].

48. Lecturer, Conferencia Jurídica provincial de Bufetes Colectivos [Provincial Legal Conference of Collective Law Firms], Villa Clara, June 2, 2016. Topic: "Las reformas del proceso civil cubano" [Cuban civil process reforms].

49. Speaker, Workshop *Migración y Derecho* [Migration and Law], Universidad de La Habana School of Law, October 2017. Co-authored presentation: "El interés superior del niño y su observancia en los conflictos migratorios. De la reagrupación familiar a la migración infantil" [The best interests of the child and its observance in migratory conflicts. From family reunification to child migration].

50. Speaker, Jornada Científica del Tribunal Supremo Popular [Scientific Conference of the Supreme People's Court], La Habana, December 12 and 13, 2017. Topic: "El régimen cautelar en la reforma del proceso civil en Cuba" [The precautionary regime in the reform of the civil process in Cuba].

51. Speaker, Evento Provincial [Provincial Event] Abogacía Sancti Spiritus, Trinidad, June 14, 2017. Topic: "La reforma del proceso civil en Cuba" [The reform of the civil process in Cuba].

52. Opening conference: "La reforma procesal: puntos de encuentro" [The procedural reform: meeting points], at the Evento Provincial de Abogacía [Abogacía Provincial Event], Santiago de Cuba, May 29, 2018.

53. Participation in a panel, Congreso Nacional de Derecho Procesal [National Congress of Procedural Law], Santiago de Cuba, May 30, 2018. Topic: "Bases para la reforma de las medidas cautelares en la LPCALE" [Bases for the reform of interim measures in LPCALE] (Ley de Procedimiento Civil, Administrativo, Laboral y Económico de Cuba [Civil, Administrative, Labor and Economic Procedure Act of Cuba]).

54. Closing conference: "Nuevos aires del Derecho Procesal" [New winds in Procedural Law], at the Congreso Nacional de Derecho Procesal [National Congress of Procedural Law], Santiago de Cuba, May 30, 2018.

55. Lecturer, Evento Provincial de Abogacía [Abogacía Provincial Event], Sancti Spiritus, June 15, 2018. Topic: "La reforma de la LPCALE: Análisis crítico" [LPCALE reform: A critical analysis].

56. Lecturer, Evento Provincial [Provincial Event] Abogacía Villa Clara, Santa Clara, June 16, 2017. Topic: "La reforma del proceso civil en Cuba" [The reform of the civil process in Cuba].

57. Speaker, Workshop *Migración y Derecho* [Migration and Law], Universidad de La Habana School of Law, October 2017. Topic: "El interés superior del niño y su observancia en los conflictos migratorios. De la reagrupación familiar a la migración infantil" [The best interests of the child and its observance in migratory conflicts. From family reunification to child migration].

58. Participation in a panel, at *Evento Científico del Tribunal Supremo Popular [Scientific Event of the People's Supreme Court]*, December 12, 2017, Las Praderas, La Habana. Topic: "Bases para la reforma de las medidas cautelares en la LPCALE" [Bases for the reform of interim measures in LPCALE].

59. Opening conference: "La reforma procesal: puntos de encuentro" [The procedural reform: meeting points], at the Evento Provincial de Abogacía [Abogacía Provincial Event], Santiago de Cuba, May 29, 2018.

60. Speaker, participation in a panel, Congreso Nacional de Derecho Procesal [National Congress of Procedural Law], Santiago de Cuba, May 30, 2018. Topic: "Bases para la reforma de las medidas cautelares en la LPCALE" [Bases for the reform of interim measures in LPCALE].

61. Closing conference: "Nuevos aires del Derecho Procesal" [New winds in Procedural Law], at the Congreso Nacional de Derecho Procesal [National Congress of Procedural Law], Santiago de Cuba, May 30, 2018.

62. Lecturer, Evento Provincial de Abogacía [Abogacía Provincial Event], Villa Clara-Sancti Spiritus, June 15, 2018. Topic: "La reforma de la LPCALE: Análisis crítico" [LPCALE reform: A critical analysis].

63. President of the Civil, Administrative and Family Commission, Eventos Preparatorios de Abogacía 2019 [Abogacía 2019 Preparatory Events], Villa Clara and Sancti Spiritus, June 7 and 8, 2019.

64. President of the Civil Commission, Evento Preparatorio de Abogacía 2019 [Abogacía 2019 Preparatory Event], La Habana, June 29, 2019.

65. Speaker, Taller de Actualización de documento de barreras legales en el acceso a la SSR por adolescentes a la luz de la Nueva Constitución [Workshop to update the document on legal barriers hindering access to SRH by adolescents in light of the New Constitution], July 12, 2019. Topic: "Los derechos a la salud sexual y reproductiva y la nueva Constitución" [The rights to sexual and reproductive health and the new Constitution].

66. President of Commission 3: Family, Civil and Administrative Law, Evento Científico Justicia y Derecho [Justice and Law Scientific Event], People's Provincial Court of La Habana, November 27 and 28, 2019.

## INTERNATIONAL EVENTS

1. Speaker, III Encuentro Interamericano de Derecho Laboral y Seguridad Social [Third Inter-American Meeting on Labor Law and Social Security]. Topic**:** *Protección e Higiene en el medio ambiente de trabajo [Protection and Hygiene in the work environment],* co-authored with Zulma Hechavarría Ramírez, Ciudad de La Habana, 1999.

2. Delegate, Primer Encuentro Internacional sobre Derecho en Iberoamérica y el Caribe [First International Meeting on Law in Ibero-America and the Caribbean], Ciudad de La Habana, 1999.

3. Delegate, II Jornada Iberoamericana de Derecho Registral y Congreso sobre la Asistencia y Protección Legal [Second Ibero-American Conference on Registry Law and Congress on Legal Assistance and Protection]. Ciudad de La Habana, 2000.

4. Delegate, Seminario Internacional sobre la Experiencia Cubana en la Materialización de los Derechos Económicos, Sociales y Culturales [International Seminar on the Cuban Experience in the Realization of Economic, Social and Cultural Rights]. Ciudad de La Habana, 2001.

5. Delegate, Seminario Internacional sobre Derechos Humanos y Justicia Penal [International Seminar on Human Rights and Criminal Justice], Santo Domingo, Dominican Republic, 2001.

6. Delegate, Seminario Derecho de Familia y Protección del Menor, Primer Encuentro de Juristas de Cuba y España [Seminar on Family Law and Protection of Minors, First Meeting of Jurists of Cuba and Spain], Ciudad de La Habana, 2001.

7. Delegate, Seminario Internacional: Hacia el 50 Aniversario de las Reglas Mínimas para el tratamiento de los reclusos [International Seminar: Towards the 50th Anniversary of the Standard Minimum Rules for the Treatment of Prisoners], Ciudad de La Habana, 2004.

8. Session coordinator, Primer Congreso Internacional de Derecho Procesal [First International Congress of Procedural Law], Ciudad de La Habana, 2007.

9. Delegate, Encuentro Internacional: Retos y Desafíos del Derecho frente al Terrorismo y el Derecho Penal del Enemigo [International Meeting: Challenges faced by the law when confronting terrorism and the enemy's criminal law], Ciudad de La Habana, February 19-21, 2008.

10. Guest, Legal Workshop *Creando alternativas para la integración latinoamericana y caribeña [Creating alternatives for Latin American and Caribbean integration]*, Asociación Americana de Juristas y Asociación Latinoamericana de Abogados Laboralistas [American Association of Jurists and Latin American Association of Labor Lawyers]. Ciudad de La Habana, April 8, 2008.

11. Guest, IV Encuentro Internacional Justicia y Derecho [Fourth International Meeting on Justice and Law], Ciudad de La Habana, Cuba, May 21-23, 2008.

12. Lecturer, Primer Congreso Nacional e Internacional de Derecho Procesal Civil de Nicaragua [First National and International Congress of Civil Procedural Law of Nicaragua]. Managua, November 26 to 28, 2008. Topics: "Algunas aristas de la jurisdicción voluntaria en Cuba" [Some aspects of voluntary jurisdiction in Cuba] and "La Revisión: un medio excepcional de impugnación" [The Review: an exceptional legal remedy], co-authored with Mario A. RIVERO ERRICO.

13. Delegate, II Foro Chino-Latinoamericano de Colaboración Legal [Second Chinese-Latin American Forum on Legal Collaboration], Ciudad de La Habana, December 3 to 5, 2008.

14. Guest, Congreso de Derecho de Familia [Congress of Family Law], Ciudad de La Habana, May 12-14, 2009.

15. V Encuentro Internacional Justicia y Derecho [Fifth International Meeting on Justice and Law], May 26-28, 2010. Presentation: "Los retos de un régimen cautelar propio del proceso civil" [The challenges of a precautionary regime for the civil process].

16. Primeros Encuentros Internacionales en Cuba [First International Meetings in Cuba] "La protección jurídica de las personas con discapacidad" [Legal protection of people with disabilities], La Habana, July 7-9, 2010.

17. VI Conferencia Internacional de Derecho de Familia, I Escuela Ibero-latinoamericana de Derecho de Familia y otras disciplinas afines [Sixth International Conference on Family Law, First Ibero-Latin American School of Family Law and other related disciplines]. Conference: "Las medidas cautelares, una herramienta procesal al servicio del Derecho de Familia" [Interim measures, a procedural tool in the service of Family Law], La Habana, April 6-8, 2011.

18. Special intervention, Encuentro Internacional: Constitución, democracia y sistemas políticos [International Meeting: Constitution, democracy and political systems]. Topic: "El estado de indefensión en el proceso cubano" [The state of defenselessness in the Cuban process], La Habana, October 4-6, 2011.

19. Lecturer and session coordinator, IV Conferencia Internacional "Mujer, Género y Derecho" [Fourth International Conference "Women, Gender and Law"]. Topic: "El enfoque de género en la administración de justicia" [The gender-based approach in the administration of justice], La Habana, May 8-10, 2012.

20. Speaker, Congreso Internacional por los 25 años del Código Civil cubano [International Congress on the occasion of the 25th anniversary of the Cuban Civil Code]. Topic: "La protección del derecho al honor, una mirada desde lo jurisdiccional" [The protection of the right to honor, a jurisdictional perspective], La Habana, July 11-13, 2012.

21. Congreso Internacional Abogacía 2012 [International Congress Abogacía 2012]. Conference: "Peculiaridades procedimentales de lo cautelar en Cuba" [Procedural peculiarities of precautionary matters in Cuba], La Habana, September 19-21, 2012.

22. Speaker, XII Jornada Internacional de Derecho de Contratos [XII International Conference on Contract Law]. Topic: "Proyección judicial de las garantías crediticias" [Legal projection of credit guarantees], La Habana, January 23-25, 2013.

23. ADOLECA, October 16-18, 2013, Unión Nacional de Juristas [National Union of Jurists]. Presentation: "La protección procesal de menores y adolescentes en Cuba" [Procedural protection of minors and adolescents in Cuba].

24. Delegate, XIII Jornada Internacional de Derecho de Contratos [XIII International Conference on Contract Law], January 2014.

25. Speaker, Primer Encuentro Internacional de Filosofía del Derecho [First International Meeting on the Philosophy of Law], May 8 and 9, 2014. Presentation: "Los retos éticos del juez de familia en Cuba" [A family judge's ethical challenges in Cuba].

26. Guest, V Conferencia Internacional "Mujer, Género y Derecho" [Fifth International Conference "Women, Gender and Law"], La Habana, May 7-9, 2014.

27. Lecturer, Meeting *Desafíos de la lucha contra la violencia de género en Latinoamérica [Challenges in the fight against gender violence in Latin America]*. Universidad Judicial, Ciudad de Guatemala, June 26 and 27, 2014. Topic: "El enfoque de género en la enseñanza del Derecho en Cuba" [The gender-based approach in the teaching of Law in Cuba].

28. Session Coordinator and Lecturer, Abogacía 2014. September 15 to 19. ONBC. Topic: "Las herramientas del proceso civil" [Civil process tools].

29. Speaker, XVIII Congreso Internacional de Derecho Familiar [XVIII International Congress of Family Law]. Universidad Judicial, Durango, Mexico. October 20 to 24, 2014. Presentation: "El proceso de familia desde los principios" [The family process from the beginning].

30. Delegate, XIV Jornada Internacional de Derecho de Contratos, Unión Nacional de Juristas de Cuba [XIV International Conference on Contract Law, National Union of Jurists of Cuba], La Habana, January 21 to 23, 2015.

31. Session Coordinator and Lecturer, IV Congreso Internacional de Derecho Procesal [IV International Congress of Procedural Law], La Habana, Cuba, April 22 to 24, 2015. Topic: "La oralidad en el proceso civil cubano" [Orality in the Cuban civil process].

32. Lecturer, VIII Conferencia Internacional de Derecho de Familia y III Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines [Eighth International Conference on Family Law and Third Ibero-Latin American School of Family Law and other related disciplines], La Habana, Cuba, May 4-6, 2015. Topic: "El proceso de familia desde el tríptico fundacional del Derecho Procesal [The family process from the foundational triptych of Procedural Law].

33. Speaker, VIII Conferencia Internacional de Derecho de Familia y III Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines [VIII International Conference on Family Law and Third Ibero-Latin American School of Family Law and other related disciplines], La Habana, Cuba, 2015. Topic: "El proceso de familia desde el tríptico fundacional del Derecho Procesal [The family process from the foundational triptych of Procedural Law].

34. Coordinator and Main Lecturer at the Taller sobre Litigación Civil [Workshop on Civil Litigation], Abogacía 2015, La Habana. Topic: "Las herramientas del proceso civil" [Civil process tools].

35. Lecturer*, XII Simposium Internacional y II Congreso Nacional de Derecho, Medios de Control Constitucional y Juicios Orales [XII International Symposium and II National Congress of Law, Means of Constitutional Control and Oral Trials*], Culiacán, Mexico, 2015. Topic: "El derecho a la defensa en el proceso cubano actual" [The right to defense in Cuban current process].

36. Speaker, VI Conferencia Internacional "Mujer, Género y Derecho", Unión Nacional de Juristas de Cuba [Sixth International Conference "Women, Gender and Law", National Union of Jurists of Cuba], May 11-13, 2016, La Habana. Topic: "Protección jurisdiccional de las víctimas de la violencia de género" [Jurisdictional protection of victims of gender violence].

37. Lecturer, VIII Encuentro Internacional Justicia y Derecho [Eighth International Meeting on Justice and Law], Palacio de las Convenciones, La Habana, May 19, 2016. Topic: "Las reformas del proceso civil cubano" [Cuban civil process reforms].

38. Coordinator and Main Speaker at the Taller sobre Litigación Oral [Workshop on Oral Litigation], Abogacía 2016, October 10 and 11, La Habana. Topic: "La oratoria al servicio del proceso" [Rhetoric in the service of the process].

39. Lecturer, XVI Jornada Internacional de Derecho de Contratos [XVI International Conference on Contract Law], La Habana, January 18-20, 2017. Topic: "El contrato como documento en el proceso" [The contract as a document in the process].

40. Lecturer, V Congreso Internacional de Derecho Procesal [Fifth International Congress of Procedural Law], La Habana, April, 2017. Topic: "Las tipologías procesales en el nuevo Código General de Procesos" [Procedural typologies in the new General Procedural Code].

41. Lecturer, IX Conferencia Internacional de Derecho de Familia y IV Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines y III Congreso Centroamericano y del Caribe de Derecho de Familia [Ninth International Conference on Family Law and Fourth Ibero-Latin American School of Family Law and other related disciplines and Third Central American and Caribbean Congress of Family Law], La Habana, May 10-12, 2017. Topic: "Los nuevos actores en el proceso familiar cubano" [The new actors in the Cuban family process].

42. Speaker, Jornada internacional por los 30 años del Código civil cubano [International conference on the occasion of the 30th anniversary of the Cuban Civil Code], organized by the Sociedad cubana de Derecho Civil y de Familia de la Unión Nacional de Juristas de Cuba [Cuban Civil and Family Law Society of the National Union of Jurists of Cuba], La Habana, June 21-23, 2017. Topic: "La protección de los derechos posesorios en sede jurisdiccional" [Jurisdictional protection of possessory rights].

43. Lecturer, Abogacía 2017, Palacio de las Convenciones, La Habana, September 27-29, 2017. Topic: "La reforma del proceso civil en Cuba" [Civil process reform in Cuba].

44. Speaker, II Evento Legalidad, Derecho y Sociedad [Second Event Legality, Law and Society], FGR (Fiscalía General de la República [Office of the Attorney General of the Republic]), March 14-16, 2018, (participation in the panel *El interés superior del menor: una visión multidimensional [The best interests of the child: a multidimensional perspective]*, coordinated by Dr. Caridad del Carmen Valdés Díaz). Topic: "El ISN y su expresión en el proceso" [The best interests of the child and their expression in the process].

45. Speaker, VII Conferencia Género y Derecho [Seventh Conference on Gender and Law], La Habana, May 16-18, 2018. Topic: "Herramientas procesales para la prevención de la violencia" [Procedural tools for the prevention of violence].

46. Participation in panel, IX Evento Internacional Justicia y Derecho [Ninth International Event on Justice and Law], La Habana, May 23-25, 2018.

Topic: "Bases para la reforma de las medidas cautelares en la LPCALE" [Bases for the reform of interim measures in LPCALE].

47. Speaker and Session Chairperson, International Congress Abogacía 2018, La Habana, October 17-19, 2018. Topic: "Pautas jurisprudenciales en el proceso familiar cubano" [Jurisprudential guidelines in Cuban family process].

48. Speaker, panel intervention: "El interés superior del niño, niña y adolescente desde diferentes perspectivas jurídicas" [The best interests of boys, girls, and adolescents from different legal perspectives], International Seminar-Dialogue on Human Rights, Universidad de La Habana, December 10-12, 2018. Topic: "El ISN desde la perspectiva del abogado" [The best interests of the child from the lawyer's perspective].

49. Lecturer, VI Congreso Internacional de Derecho Procesal [Sixth International Congress of Procedural Law], La Habana, April 23-25, 2019. Topic: "La labor del juez en el ámbito de las diligencias preliminares" [The judge's work in preliminary proceedings].

50. Session Chairperson and Lecturer, X Conferencia Internacional de Derecho de Familia y V Escuela Iberoamericana de Derecho de Familia y otras Disciplinas Afines [Tenth International Conference on Family Law and Fifth Ibero-American School of Family Law and other Related Disciplines], La Habana, May 2019. Topic: "La tutela judicial efectiva en el proceso familiar cubano" [Effective judicial protection in the Cuban family process].

51. Chairperson of Commission I, Civil, Family and Administrative Law Conflicts, and Lecturer, International Congress Abogacía 2019, La Habana, November 20-22, 2019. Topic: "La tutela judicial efectiva en el proceso familiar cubano" [Effective judicial protection in Cuban family process].

52. Speaker, Second International Seminar *Diálogos en torno a los derechos humanos* [Dialogues on Human Rights], Universidad de La Habana, December 10-12, 2019. Topic: "Aspectos procesales de una futura ley de protección integral de la infancia y la adolescencia" [Procedural aspects of a future law for the comprehensive protection of children and adolescents].

## PUBLICATIONS

1. *Demanda del Pueblo de Cuba [Demand of the People of Cuba]*, Editora Política, La Habana, 1999. ISBN 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-2. Co-authored with Juan MENDOZA DÍAZ, Leonardo PÉREZ GALLARDO and Magaly ISERNE CARRILLO.

2. "El euro y Cuba" [The euro and Cuba], co-authored with Magaly ISERNE CARRILLO, Sissi CALVO ROJAS, and Odalys OTERO NÚÑEZ, in *La empresa y el empresario en Cuba [The company and the businessman in Cuba]*, coord. Raúl S. MANTILLA RAMÍREZ and Dr. Alfred ALBIOL PAPS, Ediciones ONBC, 1999, ISBN 959-7066-084.

3. "Testimonio" [Testimony], in *Tribunal Internacional de Mujeres Cubanas contra el Bloqueo [International Tribunal of Cuban Women against the Blockade]*, Editorial de la Mujer, 2002, ISBN 959-7074.

4. Review of the book *Código Civil de la República de Cuba. Ley No. 59/1987 de 16 de julio, anotado y concordado [Civil Code of the Republic of Cuba.*

*Law No. 59/1987 of July 16 (annotated and agreed)].* Revista Jurídica Ministerio de Justicia [Legal Journal of the Ministry of Justice], Year 1, Number 1, January-June 2008.

5. *La Revisión, un medio excepcional de impugnación [The Review, an exceptional legal remedy],* co-authored with Mario RIVERO ERRICO, Colección Jurídica No. 45 Year 10 (May-August 2009), electronic edition UNJC.

6. "La Revisión en materia civil" [The Review in civil matters], co-authored with Mario RIVERO ERRICO, *Boletín CIABO [CIABO Gazette]*, No. 36, June 2009, RNPS 0491.

7. "Algunas precisiones sobre la jurisdicción voluntaria en Cuba" [Some observations on voluntary jurisdiction in Cuba], in *Gaceta Notarial [Notarial Gazette]* Comparative studies on experiences in the various countries of Latin America, Guy Editores, 2009. ISBN: 978-612-45507-2-0.

8. "Medidas cautelares típicas" [Typical interim measures], in *Boletín ONBC [ONBC Gazette] No. 9*, La Habana, 2009, RNPS 2196.

9. "Las medidas cautelares en el procedimiento familiar cubano" [Interim measures in the Cuban family process], in *Derecho comparado de Familia entre Cuba y España [Comparative Family Law between Cuba and Spain]*, coord. Francisco LLEDÓ YAGUE and Olga MESA CASTILLO.

10. "Algunas consideraciones sobre las medidas cautelares" [Some considerations on interim measures], in *Revista Cubana de Derecho [Cuban Law Review]*, No. 36, July-December 2010, ISSN 0864-165X.

11. "Algunas consideraciones sobre las medidas cautelares" [Some considerations on interim measures], in *El Derecho público en Cuba a comienzos del siglo XXI, Homenaje al Dr. Fernando Álvarez Tabío [Public Law in Cuba at the beginning of the XXI century, A Tribute to Dr. Fernando Álvarez Tabío]*, coord. Ana María ALVAREZ-TABIO ALBO and Andry MATILLA CORREA, Editorial UH, 2011.

12. "Lo cautelar en el proceso civil cubano" [Precautionary matters in the Cuban civil process], in *Panorama del Derecho procesal hispanocubano [Overview of Hispano-Cuban procedural law]*, coord. Juan MENDOZA DÍAZ, Tirant lo Blanch, Valencia, 2012, ISBN: 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-640-1.

13. "Peculiaridades procedimentales de lo cautelar en Cuba" [Procedural peculiarities of precautionary matters in Cuba], in *Abogacía 2012: Gestión de conflictos jurídicos*, II Parte, Derecho y litigios civiles y de familia [Management of legal conflicts, Part II, Civil and family law and litigation], Ediciones ONBC, La Habana, 2012, ISBN: 978-959-7006-75-6.

14. **Book:** *Las medidas cautelares, una valiosa herramienta [Interim measures, a valuable tool]*, Ediciones ONBC, La Habana, 2012. ISBN: 978-959-7066-77-4.

15. "La tutela cautelar en el proceso civil cubano" [Interim protection in the Cuban civil process], in *Revista Justicia y Derecho [Justice and Law Journal]*, No. 19, year 10, December 2012, ISSN 1810-0171.

16. "Una mirada al derecho procesal familiar en Cuba" [A view on family procedural law in Cuba], in *Abogacía y Derecho [The legal profession and law]*, vol. IV, Derecho y litigios laborales y de familia [Labor and family law and litigation], Ediciones ONBC, La Habana, 2013.

17. "Documento prueba de cara al íter sucesorio en sede agraria" [Documentary

evidence for inheritance processes in agrarian matters], co-authored with Maritza Mc. CormackBéquer, in *Revista Cubalex [Cubalex Journal]*, No. 34, Year 17, Third Period, Editorial UNIJURIS, January-December 2014, pp. 194-221. ISSN-1028-8988.

18. "El derecho al honor y el acceso a una justicia efectiva" [The right to honor, and access to effective justice], in *El Código Civil cubano de 1987: veinticinco años después. Libro Homenaje al profesor Dr. Tirso Clemente Díaz [The Cuban Civil Code of 1987: twenty-five years later. A Tribute to Professor Dr. Tirso Clemente Díaz]*, vol. 1, Editorial UNIJURIS, La Habana, 2014. ISBN: 978-959-7219-22-4.

19. Review of the book: "El Código Civil anotado y concordado" [The Annotated and Agreed Civil Code], in *Revista Cubana de Derecho [Cuban Law Review]*, No. 44, July-December 2014, pp. 177-178. ISSN: 0864-165X. RNPS 0075

20. Review of the book: "Cien problemas de la prueba judicial" [One Hundred Problems of Judicial Evidence], in *Revista Cubana de Derecho [Cuban Law Review]*, No. 44, July-December 2014, pp. 179-180. ISSN: 0864-165X. RNPS 0075.

21. "La intervención del notario en el proceso civil. Algunas reflexiones" [The intervention of the notary in the civil process. Some thoughts], co-authored with Teresa Delgado Vergara, in *Revista Jurídica Ministerio de Justicia [Legal Journal of the Ministry of Justice]*, Number 13, Year 2014, third period. ISSN 08640831.

22. Main author of the **book** *Herramientas del Proceso Civil [Civil process tools]*, Editorial UniAcademia Leyer, Bogotá, Colombia, Second Prize at the Primer Concurso Iberoamericano y Tercero Nacional de Escritos Jurídicos [First Ibero-American and Third National Contest for texts on legal matters], Colombia, 2016.

23. "Perspectiva de género en sede familiar. Su vinculación con los principios de imparcialidad e independencia" [Gender perspective in family matters. Its connection with the principles of impartiality and independence], co-authored with Yamila González Ferrer and Isis Santos Quián, in *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria [Current Perspective of Procedural (Civil and Administrative) Law in Cuba. A Tribute to Professor Dr. Rafael Grillo Longoria]*, coord. Andry MATILLA CORREA, Juan MENDOZA DÍAZ and Ariel MANTECÓN RAMOS, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

24. "La intervención del notario en el proceso civil. Algunas reflexiones" [The intervention of the notary in the civil process. Some thoughts], co-authored with Teresa Delgado Vergara, in *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria [Current Perspective of Procedural (Civil and Administrative) Law in Cuba. A Tribute to Professor Dr. Rafael Grillo Longoria]*, coord. Andry MATILLA CORREA, Juan MENDOZA DÍAZ and Ariel MANTECÓN RAMOS, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

25. "Una mirada al proceso de familia en Cuba desde los principios y las medidas cautelares" [A view on the family process in Cuba from the perspective of

interim principles and measures], in *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria [Current Perspective of Procedural (Civil and Administrative) Law in Cuba. A Tribute to Professor Dr. Rafael Grillo Longoria]*, coord. Andry MATILLA CORREA, Juan MENDOZA DÍAZ and Ariel MANTECÓN RAMOS, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

26. Coordinator and main author of the **book** *Derecho Procesal Civil [Civil Procedural Law]*, for the teaching of Civil Procedural Law in Cuba, Editorial Félix Varela, La Habana, Cuba, 2016.

27. "La prohibición de indefensión: elemento esencial de la tutela judicial efectiva" [The prohibition of defenselessness: an essential element for an effective judicial protection], co-authored with Luis A. Hierro Sánchez, in *Revista Justicia y Derecho [Justice and Law Journal]*, Supreme Court of the Republic of Cuba, No. 28, year 15, June 2017. ISBN 1810-0171.

28. "Perspectiva de género en sede familiar. Su vinculación con los principios de imparcialidad e independencia [Gender perspective in family matters. Its connection with the principles of impartiality and independence], in *Serie justicia en clave de género [Justice from a gender perspective Series]*, No. 1, Editorial UNIJURIS, 2012. ISBN 978-959-7219-05-7.

29. "Comentarios a los Artículos 203, 204 y 205 del Código Civil cubano" [Comments to Articles 203, 204 and 205 of the Cuban Civil Code], in *Comentarios al Código Civil Cubano [Comments to the Cuban Civil Code]*, volume II - *Derecho de Propiedad y otros derechos sobre bienes [Property Law and other property rights]*, dtor. Leonardo B. PÉREZ GALLARDO, vol. III (Articles 196 to 232), Editorial Universitaria Félix Varela, La Habana, 2016, ISBN 978-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-8.

30. **Book**: *Oratoria y oralidad más allá del COGEP [Rhetoric and orality beyond COGEP]*, co-authored with René PROAÑO RECALDE, Editorial PENDONEROS, Otavalo, Ecuador, 2017. ISBN: 978-9942-772-00-8.

31. "La protección posesoria en el Código Civil" [Possessory protection in the Civil Code], in *El Código civil cubano… 30 años después [the Cuban Civil Code ... 30 years later]*, coord. Leonardo B. PÉREZ GALLARDO, Ediciones ONBC, La Habana, 2018, ISBN: 978-959-7234-87-6.

32. "Una mirada a la Reforma de la Ley de Procedimiento Civil, Administrativo, Laboral y Económico: Postulados esenciales" [A view on the Reform of the Civil, Administrative, Labor and Economic Procedural Law: Essential tenets], in *Los retos del debido proceso ante los nuevos paradigmas del derecho procesal [The challenges of due process in light of the new paradigms of procedural law]*, coord. Juan MENDOZA DÍAZ and Jané MANSO LACHE, Ediciones ONBC, La Habana, 2019, pp. 98-124, ISBN 978-959-7234-97-5.

33. "Nuevos actores en el proceso familiar cubano" [New actors in the Cuban family process], in *Los retos del debido proceso ante los nuevos paradigmas del derecho procesal [The challenges of due process in light of the new paradigms of procedural law]*, coord. Juan MENDOZA DÍAZ and Jané MANSO LACHE, Ediciones ONBC, La Habana, 2019, pp. 166-180. ISBN: 978-959-7234-97-5.

34. **Book:** *Tutela judicial efectiva en el proceso civil [Effective judicial protection in the civil process*, Editorial LEYER, Bogotá, 2019. ISBN: 978-958-769-916-6. Co-authored with Luis A. Hierro Sánchez.

35. "Por una plena protección judicial y constitucional" [For a full judicial and constitutional protection], in Revista Universidad de La Habana [Universidad de La Habana Journal, No. 289, July-December, 2020, pp. 187-206. ISSN: 0253-9276 - RNPS: 0220 (Co-authored with Luis A. Hierro Sánchez).

36. "La tutela judicial efectiva en el ámbito constitucional cubano" [Effective judicial protection in the Cuban constitutional sphere], in Lledó Llagué, Francisco, Ignacio Benítez Ortúzar and Juan Mendoza Díaz (Dirs.), Garantías de los derechos en el nuevo panorama constitucional cubano [Guarantees on rights in the new Cuban constitutional landscape], Ed. Dykinson S.L., Madrid, 2020, pp. 39-62. ISBN: 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-645-1 (Co-authored with Luis A. Hierro Sánchez).

37. "La tutela judicial efectiva en el ámbito constitucional cubano" [Effective judicial protection in the Cuban constitutional sphere], in Lledó Llagué, Francisco, Ignacio Benítez Ortúzar and Juan Mendoza Díaz (Dirs.), Garantías de los derechos en el nuevo panorama constitucional cubano [Guarantees on rights in the new Cuban constitutional landscape], Ediciones ONBC, La Habana, 2020, pp. 39-62. ISBN: 978-959-7261-12-4 (Co-authored with Luis A. Hierro Sánchez).

38. **Book**: González Ferrer, Yamila and Ivonne Pérez Gutiérrez, *Diagnóstico sobre incidencia de legislación y política en el acceso de adolescentes y jóvenes a servicios de salud sexual y reproductiva en Cuba [Diagnosis on the incidence of legislation and policy on the access of adolescents and youth to sexual and reproductive health services in Cuba]*, edit. UNFPA and UNJC, La Habana, 2019.

39. "Las garantías jurisdiccionales de los derechos de las familias consagrados en la Constitución cubana de 2019" [Jurisdictional guarantees of family rights enshrined in the Cuban Constitution of 2019], in Pérez Gallardo, Leonardo B. and Daimar Cánovas González (Coords.), *Las familias en la Constitución [Families in the Constitution]*, Ediciones Olejnik, Santiago de Chile, 2020, pp. 459-478 (co-authored with Yanet Alfaro Guillén).

## CONFERENCES, POSTGRADUATE COURSES AND OTHER COURSES TAUGHT

1. Derecho Probatorio, módulo de la Especialidad en Derecho Notarial [Evidence Law, a module of the Specialization in Notarial Law], first edition, 2006, and second edition, 2011.

2. Curso Derecho Procesal Civil [Course on Civil Procedural Law], Colectivo de Profesores [Professors' Collective], Ciudad de La Habana, November 2008-April 2009.

3. Filosofía de la educación [Philosophy of Education], Venezuela, February 25 to April 22, 2009.

4. Postgraduate course: Medidas Cautelares en el procedimiento cubano [Interim Measures in Cuban Procedure], Ciudad de La Habana, September 21-25, 2009.

5. Maestría en Derecho Procesal [Master's Course in Procedural Law], Universidad Andina "Simón Bolívar", La Paz, Bolivia, February 22 to March 7, 2010. Modules: Acción, Proceso y Régimen Cautelar [Action, Process and Precautionary Regime].

6. Módulo de Procedimiento Familiar, Diplomado "Mediación, Género y Derecho" [Module on Family Procedure, Diplomate Course on "Mediation, Gender and Law"], UNJC national headquarters, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019 and 2020 (11 editions).

7. Principios del proceso civil [Principles of the civil process], UNJC and ONBC, Cienfuegos, June 2010.

8. Technical class (Régimen cautelar cubano [Cuban precautionary regime]) for civil and family judges of Ciudad de La Habana, September 2010.

9. Postgraduate course: Medidas Cautelares en el procedimiento cubano [Interim Measures in Cuban Procedure], Ciudad de La Habana, September 27 to October 1st, 2010.

10. Postgraduate course: Derecho Procesal como ciencia [Procedural Law as a science], Unión de Juristas de Artemisa [Union of Jurists of Artemisa], April 2011 (with Drs. Juan Mendoza Díaz and Ariel Mantecón Ramos).

11. Postgraduate course: Tendencias actuales del proceso civil [Current trends in the civil process], Tribunal Provincial de La Habana, May 2011.

12. Conference "Hacia un proceso de familia" [Towards a family process], UNJC, Pinar del Río, June 2011.

13. Escuela Judicial: El proceso económico cubano [Judicial School: The Cuban economic process], June 2011.

14. Course: Derecho Procesal como ciencia [Procedural Law as a science], UNJC-Law School, Holguín, September 2011.

15. Course: La intervención de la Fiscalía en el procedimiento familiar [The intervention of the Prosecutor's Office in family procedure], La Habana Provincial Prosecutor's Office, October 15 to 19, 2012.

16. Postgraduate course: Herramientas del proceso civil [Civil process tools], UNJC, Camagüey, January 25 to March 1st, 2013.

17. Procedimiento familiar [Family procedure], module of the Master's Course in Civil Law, first edition, 2013, and second edition, 2018.

18. Postgraduate course: Intervención del Fiscal en el proceso civil y de familia [Intervention of the Prosecutor in the civil and family process]. La Habana Provincial Prosecutor's Office. September 9 to 13, 2013.

19. Ciclo de Conferencias sobre Medidas Cautelares [Cycle of Conferences on Interim Measures]. Unión de Juristas de Morón [Union of Jurists of Morón]. February 17 to 21, 2014.

20. Postgraduate course: Temas actuales del Derecho Procesal [Current Issues in Procedural Law], UNJC National Headquarters, June 16-20, 2014 (with Drs. Juan Mendoza Díaz and Ariel Mantecón Ramos).

21. Postgraduate course: Conciliación y Proceso [Conciliation and Process]. Escuela Judicial. September 9-11, 2014.

22. Abogacía 2015 Pre-Congress Course: "Mirada teórico-práctica a la oralidad en el proceso civil" [A theoretical-practical view on orality in the civil process]. September 19 and 20, 2015.

23. Conference "Las medidas cautelares, el procedimiento familiar y la migración" [Interim measures, family procedure and migration]. National Union of Jurists of Cuba, Jovellanos, Matanzas. November 6, 2015

24. Conference "Derecho a la defensa en los nuevos escenarios procesales" [The right to defense in the new procedural scenarios]. Evento del Sistema de Tribunales de La Habana [La Habana Court System event], Cojímar, La Habana. December 9, 2015.

25. Postgraduate course: Actualización en temas de Derecho Procesal [Update on Procedural Law issues], February-April 2016, UNJC Artemisa, (with Drs. Juan Mendoza Díaz and Ariel Mantecón Ramos).

26. Seminar: "Intervención del Fiscal en el proceso civil" [Intervention of the Prosecutor in the civil process], La Habana Provincial Prosecutor's Office, April 11-13, 2016.

27. Postgraduate course: Actualización en temas de Derecho Procesal [Update on Procedural Law issues], April 18-22, 2016, UNJC La Habana (with Drs. Juan Mendoza Díaz and Ariel Mantecón Ramos).

28. Seminar "Oratoria y oralidad más allá del COGEP" [Rhetoric and orality beyond COGEP], July 4-7 and August 22-25, 2016, Universidad de Otavalo, Ecuador.

29. Speaker at the "Abogacía 2016" Pre-Congress Course, sponsored by the Organización Nacional de Bufetes Colectivos [National Organization of Collective Law Firms], October 10 and 11, 2016, La Habana. Presentation: "La oratoria al servicio del proceso" [Rhetoric in the service of the process].

30. Conference: "Intervención del Fiscal en el proceso civil" [Intervention of the Prosecutor in the civil process], Fiscalía General de la República [Office of the Attorney General of the Republic], December 13, 2016.

31. Conference "La administración de justicia en Cuba" [Administration of justice in Cuba]. Drake University, Des Moines, Iowa, USA. March 6-10, 2017.

32. Conference "La enseñanza del Derecho en Cuba" [The teaching of Law in Cuba]. Drake University, Des Moines, Iowa, USA. March 6-10, 2017.

33. Conference "Nuevos escenarios de la inversión extranjera en Cuba" [New scenarios for foreign investment in Cuba]. Drake University, Des Moines, Iowa, USA. March 6-10, 2017.

34. Postgraduate course. Aspectos procesales del Derecho de Familia [Procedural aspects of Family Law], May 22-26, 2017, Universidad de La Habana School of Law (with Dr. Juan Mendoza Díaz).

35. Entrenamiento en procesos civiles orales [Training in oral civil processes] (with Dr. Yanet Alfaro Guillén), February 5 to 9, 2018, Fiscalía Artemisa [Artemisa Prosecutor's Office].

36. Postgraduate course "Procedimiento Familiar y Medios de Prueba" [Family Procedure and Means of Evidence] (with Dr. Juan Mendoza Díaz), Universidad de La Habana School of Law, October 22-26, 2018.

37. Postgraduate course "El ISN en el proceso" [The best interests of the child in the process], UNJC of Guantánamo, November 12-16, 2018.
38. Entrenamiento en procesos civiles orales [Training in oral civil processes] (with Dr. Yanet Alfaro Guillén), February 18-22, 2019, La Habana Prosecutor's Office.
39. Postgraduate course "Herramientas del proceso civil" [Civil process tools] (with Dr. Juan Mendoza Díaz), November 4-7, 2019, Universidad de La Habana School of Law.
40. ☐Module "Aspectos del Derecho Procesal de Familia" [Aspects of Family Procedural Law], Diplomado Mediación, Género y Derecho de la Unión Nacional de Juristas [Diplomate Course in Mediation, Gender and Law of the National Union of Jurists], January 13 to 17, 2020.
41. ☐Curso no presencial a abogados sobre cuestiones procesales con vista a la reforma de ley [Non-face-to-face course for lawyers on procedural issues with a view to law reform], with professors Juan Mendoza Díaz, Yanet Alfaro Guillén and Ariel Mantecón Ramos. Topic: "El cometido procesal de las audiencias y técnicas de litigación" [The procedural role of hearings and litigation techniques], May 11-22, 2020, Organización Nacional de Bufetes Colectivos [National Organization of Collective Law Firms].
42. ☐Curso de Entrenamiento en actos judiciales civiles y técnicas de litigación [Training course in civil judicial acts and litigation techniques], La Habana Prosecutor's Office, together with Professor Juan Mendoza Díaz, November 11 to 13, 2020.

## RESEARCH GROUPS

Coordinator of the Project "Retos del Derecho civil y familiar sustantivo y procesal" [Challenges of substantive and procedural civil and family law] of the Universidad de La Habana School of Law.

Member of the Projects: "Comentarios al Código Civil cubano" [Comments to the Cuban Civil Code] (concluded in 2020); "Protección jurídica civil y familiar a las personas con discapacidad" [Civil and family legal protection for people with disabilities]; "Protección jurídica de los consumidores en Cuba" [Legal protection of consumers in Cuba]; "Retos del envejecimiento poblacional en Cuba" [Challenges derived from population aging in Cuba]; and "Ismaelillo"; all of them of the Universidad de La Habana School of Law.

Member of the National Coordination of the Project "Justicia en clave de género: garantía de igualdad entre mujeres y hombres" [Justice from a gender perspective: guaranteeing equality between women and men], Unión Nacional de Juristas de Cuba [National Union of Jurists of Cuba].

Member of the Red Iberoamericana sobre Derecho: Familia, Migraciones Internacionales y Solución de conflictos [Ibero-American Network on Law: Family, International Migration and Conflict Resolution].

## ACKNOWLEDGMENTS AND AWARDS

Mención en Materia Civil en la Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Mention in Civil Matters at the Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana], 1997.

Diploma de Honor del Ilustre Colegio Oficial de Titulados Mercantiles y Empresariales de Barcelona [Diploma of Honor from the Official College of Trade and Business Graduates of Barcelona], 1999, Barcelona, España.

Vanguardia Nacional [National Vanguard] of the SNTAP (Sindicato Nacional de Trabajadores de la Administración Pública [National Union of Public Administration Workers]), 1999.

First and Second Prizes in Non-Traditional Matters. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana]. 1999.

Award in Trade and Financial Law. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos [National Legal Conference of the National Organization of Collective Law Firms]. 2000.

First Prize in Trade Law. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana [Provincial Legal Conference of Collective Law Firms of Ciudad de La Habana].  2001.

Mention for the Best Doctoral Thesis in Social Sciences, Universidad de La Habana, 2010.

Profesora Tiza de Oro [Golden Chalk Professor] of the Universidad de La Habana School of Law, 2013-2014 and 2016-2017.

Second Prize of the I Concurso Iberoamericano y IV Concurso Nacional de escritos jurídicos [First Ibero-American Contest and Fourth National Contest for texts on legal matters], sponsored by Uniacademia and Editorial Leyer. **Book**: *Herramientas del proceso civil. Principios, tutela judicial, excepciones y prueba. [Civil process tools. Principles, judicial protection, exceptions, and evidence*], Ed. Leyer, Bogotá, 2016. ISBN: 978-958-769-453-6. (Co-authored with Jané Manso Lache and Luis Alberto Hierro Sánchez).

Sello 40 aniversario de la Unión Nacional de Juristas de Cuba [40th Anniversary Seal of the National Union of Jurists of Cuba]**,** granted by the Junta Directiva Nacional de la Unión Nacional de Juristas de Cuba [National Board of Directors of the National Union of Jurists of Cuba], June 2017.

Second Prize of the IV Concurso Iberoamericano y VI Nacional de Escritos Jurídicos [Fourth Ibero-American Contest and Sixth National Contest for Texts on Legal Matters], sponsored by Uniacademia and Editorial Leyer. **Book**: *Tutela judicial efectiva en el proceso civil [Effective judicial protection in the civil process]*, (Co-authored with Luis Alberto Hierro Sánchez), Ed. LEYER, Bogotá, 2019.

Essay Contest Award granted by *Temas* Magazine. Culture, ideology, society. Mention awarded by the Social Sciences Jury for the essay "El interés superior del niño y la migración. Su incidencia en la familia cubana actual" [The best interests of the child and migration. Its incidence in the current Cuban family]. (co-authored with Lisy Alina Jorge Méndez), December 2019.

**ADDITIONAL INFORMATION**

1. Instructora de Derecho de Propiedad [Property Law instructor], Universidad de La Habana School of Law, 1986-1991.
2. Profesora Asistente de Derecho Procesal Civil [Adjunct Assistant Professor of Civil Procedural Law], Universidad de La Habana School of Law. 2000-2006.
3. Profesora Auxiliar de Derecho Procesal Civil [Assistant Professor of Civil Procedural Law], Universidad de La Habana School of Law, 2006-2013.
4. Member of the Academic Committee and Faculty of the Civil, Patrimonial and Family Law Specialty and of the Civil Law, Agrarian Law and Constitutional and Administrative Law Masters programs.
5. Advisor, Jury and Opponent for *Licenciado en Derecho* degree theses, 2001 to the present.
6. Advisor for Specialist in Legal Advice degree theses, 2004.
7. Opponent at pre-defense and defense of doctoral theses, 2011 to the present.
8. Advisor for Legal Sciences doctoral theses, 2018 to the present.
9. Member of the Tribunal Nacional de Grados Científicos para las Ciencias Sociales [National Tribunal of Scientific Degrees for Social Sciences], 2018 to the present.
10. Director of the Departamento de Derecho Civil y Familia [Department of Civil and Family Law], Universidad de La Habana School of Law, 2016-2019.
11. Member of the Permanent Tribunal for entrance and minimum exams for the specialty, 2014 to the present.
12. Secretary of the Tribunal de Ratificación de Categorías Docentes Principales [Tribunal for the Ratification of Main Teaching Categories], 2014-2019.
13. Delegate to the Asamblea General de la Organización Nacional de Bufetes Colectivos [General Assembly of the National Organization of Collective Law Firms], 1998-2007.
14. Member of the Junta Directiva Nacional de la Unión Nacional de Juristas de Cuba [National Board of Directors of the National Union of Jurists of Cuba], 2001-2012.
15. Representative of the Unión Nacional de Juristas de Cuba [National Union of Jurists of Cuba] to the Comisión (Consejo) de Derechos Humanos [Human Rights Commission (Council)] based in Geneva, Switzerland, 2001-2012.
16. Secretary of the Sociedad Cubana de Derecho Procesal [Cuban Society of Procedural Law], 2006 to the present.
17. Member of the Sociedad Cubana de Derecho Civil y Familia [Cuban Society of Civil and Family Law].
18. Member of the Juries that award the Premios al Mejor Jurista Joven [Best Young Jurist Awards] and the Premio Nacional de Derecho Carlos Manuel de Céspedes [Carlos Manuel de Céspedes National Law Award].
19. Expert in oral litigation and gender issues, by ONBC and UNFPA.

20. Member of the Consejo Editorial de la Revista Cubana de Derecho de la Unión Nacional de Juristas de Cuba [Editorial Board of the National Union of Jurists of Cuba *Cuban Law Review*] from 2006 to 2010, and member of its Consejo Científico [Scientific Council], 2020.
21. Arbiter at Revista Sarance, Otavalo, Ecuador, since 2016.
22. Director of the Revista CUBALEX [CUBALEX Journal] of the National Union of Jurists of Cuba from 2010 to the present.
23. Member of the drafting group for non-criminal procedure rules, by Agreement of the Consejo de Gobierno del Tribunal Supremo Popular [Governing Council of the Supreme People's Court], May 2016.
24. Member of the Working Group for a new Family Code, Ministry of Justice, May 2019.
25. Practicing trial lawyer since 1989 and Law Firm director, 2000-2008.

Dr. Ivonne Pérez Gutiérrez

La Habana, March 19, 2021

# EXHIBIT A



*REPÚBLICA DE CUBA*
*ASAMBLEA NACIONAL DEL PODER POPULAR*
[REPUBLIC OF CUBA]
[NATIONAL ASSEMBLY OF THE PEOPLE'S POWER]

*Ley No. 7*
[Law No. 7]

*LEY DE PROCEDIMIENTO CIVIL*
*ADMINISTRATIVO Y LABORAL*
[CIVIL, ADMINISTRATIVE AND
LABOR PROCEDURE ACT]

*ASAMBLEA NACIONAL*
*DEL*
*PODER POPULAR*

===========================================

# *LEY NÚMERO 7*

[Handwritten]: *Cuba*

===========================================

**LEY DE PROCEDIMIENTO**
**CIVIL ADMINISTRATIVO**
**Y LABORAL**

[Handwritten]:
*LL93696*
*9.19.83*
[*Signature*]

[Handwritten]:
[*Signature*] *29 IV 86*

Official Publication

*ASAMBLEA NACIONAL DEL PODER POPULAR*

*LEY NÚMERO 7*

*LEY DE PROCEDIMIENTO CIVIL,*
*ADMINISTRATIVO Y LABORAL*

53

**CHAPTER VIII**

**ON JUDICIAL ASSISTANCE**

**ARTICLE 174.** For any service of process that has to be executed outside the territorial jurisdiction of the Court that has issued it, the corresponding order or letter rogatory, as appropriate, must be issued, in accordance with the provisions contained in Articles 53 to 58, both inclusive, of the *Ley de Organización del Sistema Judicial* (Judicial System Organization Act).

54

The same rules contained in the aforementioned Article 58 must also be observed in order to comply in the Republic of Cuba with orders and rogatory commissions issued by foreign Courts requiring service of a legal process.

Printed at the Printshop of the
*ASAMBLEA NACIONAL DEL PODER POPULAR*
September 1977
"YEAR OF THE INSTITUTIONALIZATION"



ISSN 0884-0793

[Emblem of the Republic of Cuba]

# GACETA OFICIAL

## DE LA REPÚBLICA DE CUBA

| | | |
|---|---|---|
| **EXTRAORDINARY EDITION** | **LA HABANA, MONDAY, JULY 14, 1997** | **YEAR XCV** |

**Subscription and Distribution: Ministerio de Justicia, Calle O No. 216 between 23 and 25, Plaza, Zip Code 10400. Phone 32-45-36 to 39 ext. 220**

| | |
|---|---|
| **Number 8 - $1.00** | **Page 69** |

**LAW No. 82**
*DE LOS TRIBUNALES POPULARES*
(People's Courts)
TITLE ONE
**PRINCIPLES AND GUARANTEES OF THE
JUDICIAL FUNCTION**

Affairs, in which case they shall follow the provisions issued by said Ministry regarding their formal aspect.

**3.-**People's Courts shall fulfill rogatory commissions issued by foreign courts, provided that they are received through the channels, and in accordance with the requirements, established in international Conventions or Treaties or, in their absence, in the legal provisions currently in force.

**ARTICLE 14.-1.** Courts shall assist each other for the fulfillment of all those proceedings that need to be carried out outside their respective territories.

**2.-**As regards their formal and procedural aspects, rogatory commissions issued to foreign Courts shall follow the requirements established in international Conventions or Treaties, and, in their absence, they shall be transmitted through the Ministry of Foreign

# EXHIBIT  B



This manual responds to the decision by Cuban universities to structure Procedural Law studies from an integrative perspective, which made it necessary for students to have a textbook that could support them when studying the general part of this subject, whose purpose consists in explaining the main categories and principles that will allow students to subsequently approach Civil Procedural Law and Criminal Procedural Law.

JUAN MENDOZA DÍAZ (San Diego del Valle, 1958). Full Professor of Procedural Law at the Universidad de La Habana School of Law, President of the *Sociedad Cubana de Derecho Procesal* (Cuban Society of Procedural Law) and Member of the *Instituto Iberoamericano de Derecho Procesal* (Ibero-American Institute of Procedural Law).

PROCEDURAL LAW

GENERAL PART

Juan Mendoza Díaz

PROCEDURAL LAW GENERAL PART

Editorial Universitaria
FÉLIX VARELA

9 789590 120512

Editorial Universitaria

# PROCEDURAL LAW

## GENERAL PART

# PROCEDURAL LAW

## GENERAL PART

Dr. Juan Mendoza Díaz





Editorial Universitaria
**FÉLIX VARELA**

La Habana, 2015

PROCEDURAL LAW
GENERAL PART

©Juan Mendoza Díaz, 2015
©About this edition:
    Editorial Félix Varela, 2015

ISBN 978-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-2

---

*Editing:* Alejandro Cabal Soler

**EDITORIAL UNIVERSITARIA FÉLIX VARELA**

Calle A No. 703, esq. a 29,
Vedado, La Habana, Cuba.
efelixvarela@epfv.com.cu
www.epfv.com.cu



## ABBREVIATIONS USED

AAVV *Autores varios* (Various authors)

CC *Código Civil de Cuba* (Civil Code of Cuba), of July 16, 1987

CF *Código de Familia de Cuba* (Family Code of Cuba), of February 14, 1975

CP *Código Penal de Cuba* (Criminal Code of Cuba), of December 29, 1987

CT *Código de Trabajo de Cuba* (Labor Code of Cuba), of December 20, 2013

DLEC *Derogada Ley de Enjuiciamiento Civil española* (Repealed Spanish Civil Procedure Act), of February 3, 1881

LECRIM *Ley de Enjuiciamiento Criminal española* (Spanish Criminal Procedure Act), of September 14, 1882

VLEC *Vigente Ley de Enjuiciamiento Civil española* (Current Spanish Civil Procedure Act), of January 6, 2000

CGTSP *Consejo de Gobierno del Tribunal Supremo Popular* (Governing Council of the Supreme People's Court)

LPP *Ley de Procedimiento Penal de Cuba* (Criminal Procedure Act of Cuba) of August 13, 1977

LPCALE *Ley de Procedimiento Civil, Administrativo, Laboral y Económico de Cuba* (Civil, Administrative, Labor and Economic Procedure Act of Cuba), of August 19, 1977

LTP *Ley de Tribunales Populares de Cuba* (People's Courts of Cuba Act), of July 11, 1977

IX

[…]

Other scenarios faced by the territorial nature of Procedural Law consist in the performance abroad of procedures required in a process that is being carried out in Cuba or the fulfillment in our country of requests made by foreign courts. Given that Procedural Law only has territorial effectiveness, the courts of a State cannot carry out such proceedings abroad by themselves, which is why they must request the State of which the party involved in the process is a national to carry them out. The diplomatic authorities of the relevant countries participate in this process by acting as facilitators of the specific procedure to be carried out. Among the various requests that can be made for proceedings to be carried out abroad as part of a civil proceeding, we can mention service of process, taking statements from witnesses, obtaining documents, and notification of sentences, among many others.

86

CHAPTER II. BASIC INSTITUTIONS OF PROCEDURAL LAW

The procedural act by which the request is made is called a *rogatory commission*.

In both cases, the process follows the procedures in force in the country where the requested proceeding will be carried out, but in the Cuban case the LPCALE, the LPP and the LTP establish the formal requirements that must be met in order to make the request.

**ARTICLE 14. 1 (LTP).** Courts shall assist each other for the fulfillment of all those proceedings that need to be carried out outside their respective territories.

**2.** As regards their formal and procedural aspects, rogatory commissions issued to foreign Courts shall follow the requirements established in international Conventions or Treaties, and, in their absence, they shall be transmitted through the Ministry of Foreign Affairs, in which case they shall follow the provisions issued by said Ministry regarding their formal aspect.

**3.** People's Courts shall fulfill rogatory commissions issued by foreign courts, provided that they are received through the channels, and in accordance with the requirements, established in international Conventions or Treaties or, in their absence, in the legal provisions currently in force.

**ARTICLE 174 (LPCALE).** For any service of process that has to be executed outside the territorial jurisdiction of the Court that has issued it, the corresponding order or letter rogatory, as appropriate, must be issued, in accordance with the provisions contained in Articles 53 to 58, both inclusive, of the *Ley de Organización del Sistema Judicial* (Judicial System Organization Act) *(these articles were repealed by the one mentioned above).*

The same rules contained in the aforementioned Article 58 must also be observed in order to comply in the Republic of Cuba with orders and rogatory commissions issued by foreign Courts requiring service of a legal process.

**ARTICLE 175 (LPP).** If the witness resides outside the national territory, the provisions in that regard contained in the treaties with the relevant country shall be observed; otherwise, a rogatory commission shall be transmitted through diplomatic channels, in accordance with international practices. In the latter case, the legal formalities required in the country in which the proceeding is to be carried out shall be taken into account for the fulfillment of the proceeding.

87

PROCEDURAL LAW. GENERAL PART

The rogatory commission must include the necessary background information and indicate the questions to be put to the witness; however, the foreign authority or Court may expand upon them as dictated by its discretion and good judgement.

Another challenge faced by the territorial nature of procedural norms is the execution of their sentences when the object of compliance with their provisions must be carried out outside the country.

[…]

88

# EXHIBIT  C

**LAWS IN FORCE IN CUBA**

(PUBLICATION AUTHORIZED BY THE GOVERNMENT)

---

**NEW EDITION**

OF THE

# *LEY DE ENJUICIAMIENTO CIVIL*

# [CIVIL PROSECUTION LAW]

IN FORCE IN THE

## REPUBLIC OF CUBA

THIS VOLUME CONTAINS THE SPANISH LAW OF 1885,
WITH THE MODIFICATIONS THEREOF INTRODUCED
BY SUBSEQUENT PROVISIONS UP TO APRIL 1912,
AND AMENDED IN SUCH A WAY THAT THE CURRENT
POLITICAL SITUATION IN THE COUNTRY ALLOWS
FOR ITS APPLICATION IN PRACTICE, TOGETHER
WITH EXPLANATORY NOTES AND CONCORDANCES
WITH OTHER LEGAL DOCUMENTS, DRAFTED - - - - - -

BY

# ANGEL C. BETANCOURT,

Magistrate of the *Tribunal Supremo* [Supreme Court] and former President of the
*Comisión de Códigos* [Code Commission] of the *Cámara de Representantes*
[House of Representatives] of the Republic

HABANA

**RAMBLA, BOUZA AND CO. PRINTING AND STATIONERY**

OBISPO, Nos. 33 AND 35

**1913**

Generated on 2021-03-22 19:52 GMT / https://hdl.handle.net/2027/njp.32101067796965
Public Domain in the United States, Google-digitized / http://www.hathitrust.org/access_use#pd-us-google



Original from
PRINCETON UNIVERSITY

101



**Art. 300.** — When an *emplazamiento* [subpoena] or other *diligencia judicial* [legal process] has to be served in a foreign country, letters rogatory must be directed through diplomatic means, or through the channel and in the form established by Treaty, and in the absence of Treaties, in accordance with the general provisions of the Supreme Government.

In every case, this will be subject to the principle of reciprocity.

The same rules must also be applied in order to comply in the Republic of Cuba with letters rogatory issued by foreign Courts requesting service of legal process.

Original from
PRINCETON UNIVERSITY

# CERTIFICATE OF TRANSLATION

I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the

translation of the attached document, "Declaration of Professor Ivonne Pérez Gutiérrez",

including Annex A and Exhibits A to C, is true and accurate to the best of my abilities.

April 26, 2021

**Nahum Hahn**

**161 Gordonhurst Ave.**

**Montclair, NJ 07043**

**(917) 680-4699**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, *et al*.,

                Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al*.,

                Defendants.

Case No.: 1:20-cv-23287-DPG

## DECLARACIÓN DE LA PROFESORA IVONNE PÉREZ GUTIÉRREZ

IVONNE PÉREZ GUTIÉRREZ declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1.    Mi nombre es Ivonne Pérez Gutiérrez y resido en La Habana, Cuba.

2.    Me gradué de la Facultad de Derecho de la Universidad de La Habana en 1989 con Título de Oro en la Licenciatura en Derecho y obtuve un Doctorado en Ciencias Jurídicas de la Universidad de La Habana en 2011. Fui nombrada Profesora de la Facultad de Derecho en el 2000. Enseño Derecho Procesal en Cuba desde hace más de veinte años, entre otros temas relativos al derecho cubano, y he publicado extensamente sobre el tema del derecho procesal de Cuba, así como sobre otros temas jurídicos. Adjunto mi *curriculum vitae* como Anexo A.

3.    La legislación cubana prohíbe notificar en Cuba por correo o mensajería privada, como DHL, una demanda y orden de comparecencia en un proceso que se tramita ante un tribunal extranjero.

4.    Según la legislación cubana, para notificar en Cuba una demanda y orden de comparecencia en un proceso que se tramita ante un tribunal extranjero, un tribunal debe emitir,

1

ya sea *ex oficio* o a instancia de parte, un despacho o comisión rogatoria, que debe cursarse a través del Ministerio de Relaciones Exteriores de la República de Cuba (a menos que se acuerde lo contrario en una convención o tratado internacional). *Véase* Artículo 174, Ley de Procedimiento Civil, Administrativo, Laboral y Económico, Ley No. 7 (17 de agosto de 1977)[1]; y Artículo 14.2, Ley de los Tribunales Populares, Ley No. 82 (11 de julio de 1997), de los cuales se adjuntan copias fieles y auténticas como Apéndice A. Cuba no es parte en ninguna convención o tratado internacional con los Estados Unidos que permita solicitar la práctica de una diligencia por otro medio que no sea una comisión rogatoria.

5.      Este procedimiento rogatorio es la *única* forma mediante la cual la legislación cubana permite la práctica de diligencias en un proceso que se tramita ante un tribunal extranjero. Todos los demás tipos de práctica de diligencias están prohibidos por la ley cubana.

6.      El profesor Juan Mendoza Díaz describe esta prohibición en su libro de 2015 sobre derecho procesal cubano. Allí señala que "Como el Derecho Procesal solo tiene eficacia territorial los tribunales de un Estado *no pueden ejecutar fuera del país por sí mismos dichas diligencias, razón por la cual deben solicitarla[s] al Estado del cual es nacional la parte involucrada en el proceso* ... El acto procesal mediante el cual se formula la solicitud recibe el nombre de *comisión rogatoria* ... [E]n el caso cubano la [*Ley de Procedimiento Civil, Administrativo, Laboral y Económico de Cuba*], la [*Ley de Procedimiento Penal de Cuba*] y la [*Ley de Tribunales Populares de Cuba*] establecen los requisitos formales que deben cumplirse para formular la solicitud". Dr. Juan Mendoza Díaz, *Derecho Procesal*, pp. 86-87 (Editorial Universitaria Félix Varela, 2015)

---

[1] Aunque el Artículo 174 se refiere a los Artículos 53 a 58 de la Ley de Organización del Sistema Judicial, la Ley de Organización del Sistema Judicial fue posteriormente derogada y reemplazada en 1997 por la citada Ley de Tribunales Populares de Cuba; con aplicación para el caso de los Artículos 14.1-14.3 de dicha norma.

(énfasis añadido) (se adjunta copia fiel y auténtica como Apéndice B). El Dr. Mendoza es el

Presidente de la Sociedad Cubana de Derecho Procesal, es Miembro del Instituto Iberoamericano

de Derecho Procesal y es Profesor Titular de Derecho Procesal en la Universidad de La Habana

desde hace más de 25 años.

7.      El requisito de la República de Cuba de que la práctica de diligencias debe

solicitarse exclusivamente mediante comisiones rogatorias se remonta a la Ley de Enjuiciamiento

Civil de Cuba de 1886. Su Artículo 300 decía:

> Cuando haya de practicarse un emplazamiento ú otra diligencia judicial en
> un país extranjero, se dirigirán los exhortos por la vía diplomática, ó por el conducto
> y en la forma establecida en los Tratados, y á falta de estos en la que determinen
> las disposiciones generales del Gobierno Supremo.
>
> En todo caso, se estará al principio de reciprocidad.
>
> Estas mismas reglas se observarán para dar cumplimiento en la República
> de Cuba á los exhortos de Tribunales extranjeros, por los que se requiera la práctica
> de alguna diligencia judicial.



Se adjunta copia fiel y auténtica del Artículo 300 de la Ley de Enjuiciamiento Civil como Apéndice

C. Los elementos esenciales del Artículo 300 son los mismos que figuran en el actual Artículo 174

de la Ley de Procedimiento Civil, Administrativo, Laboral y Económico y en el Artículo 14.2 de

la Ley de los Tribunales Populares.

8.      La Ley de Enjuiciamiento Civil de Cuba fue promulgada cuando Cuba era una

colonia de España y se basó en la ley española. Fue derogada y reemplazada en 1974, poco antes

de que se aprobara, en 1977, la Ley de Procedimiento Civil, Administrativo, Laboral y Económico

(antes citada).

9.      La letra del artículo 14, apartados 2 y 3, de la Ley de Tribunales es clara, al prever

dos formas de notificación o diligenciamiento: según los requerimientos establecidos en los

Convenios o Tratados Internacionales (no existentes entre Cuba y Estados Unidos), y en su defecto

3

(o sea, ante la inexistencia de tratado bilateral) se cursan por conducto del Ministerio de Relaciones Exteriores. Ante la claridad de la norma, no cabe interpretación distinta a la de que solo existen estas dos formas para el diligenciamiento de notificaciones o emplazamientos, en aplicación del principio general de Derecho de que "donde la ley no distingue, no cabe distinción".

Ejecutado el _9_ de abril de 2021
La Habana, Cuba

Firma: _____

Profesor Ivonne Pérez Gutiérrez

4

# ANEXO A

**CURRICULUM VITAE**

**DATOS GENERALES**

Nombres y Apellidos: Ivonne Pérez Gutiérrez
Fecha de Nacimiento: 20 de septiembre de 1966.
Lugar de Nacimiento: Ciudad de la Habana.
Nacionalidad: Cubana.
Estado civil: casada.
Domicilio: Dolores No. 1112 apto 9 entre 23 y 24, Lawton, La Habana, Cuba.
Centro de Trabajo: Facultad de Derecho, Universidad de la Habana.
Experiencia Laboral: 31 años de abogada defensora y, de ellos, 20 como profesora.
Materias que imparte: Derecho Civil, Derecho de Familia, Género y Derecho, Derecho Procesal General y Derecho Procesal Civil.
Email: ivonne@lex.uh.cu.
Teléfono: 535 346 8573.

**DATOS PROFESIONALES**

**TITULACIÓN CIENTÍFICA - ACADÉMICA**

1. Licenciatura en Derecho, Universidad de la Habana, 1989.
2. Master en Derecho de la Empresa y los Negocios, Universidad de Barcelona, España, 2001.
3. Master en Derecho Societario, Universidad de Barcelona, España, 2003.
4. Homologado el Título de Máster por la Facultad de Derecho de la Universidad de la Habana, diciembre 2006.
5. Doctora en Ciencias Jurídicas, Resolución No. 3 del 22 de febrero de 2011, Universidad de la Habana.
6. Profesora Titular, junio de 2013, Ministerio de Educación Superior, Cuba. Categoría ratificada por Resolución Rectoral No. 203/2018.

**OTROS ESTUDIOS CURSADOS**

1. Habilitada como Notario por Certificado de 21 de noviembre de 1997, por la Dirección Provincial de Justicia de Ciudad de la Habana, Cuba.
2. Pasantía en Derechos Humanos, 8 de julio al 18 de agosto de 2002, Instituto Interamericano de Derechos Humanos, San José, Costa Rica.
3. Pasantía en Derechos Humanos, 19 de junio al 23 de julio de 2005, Instituto Interamericano de Derechos Humanos, San José, Costa Rica.
4. Estancia de investigación predoctoral, 2010, Universidad Autónoma de Madrid, España.

**IDIOMAS:** Graduada de Idioma Inglés en el Instituto Superior de Relaciones Internacionales, 2008.

**POSTGRADOS Y CURSOS RECIBIDOS**

1. Seminario sobre Casación Penal, 1990, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana.
2. Seminario sobre Derecho Administrativo, 1990, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana.
3. Seminario sobre Derecho Laboral, 1991, Facultad de Derecho, Universidad de la Habana.
4. Actualización  de la Legislación Laboral, 1993, Dirección Provincial de Bufetes Colectivos de Ciudad de la Habana.
5. Postgrado sobre Derecho Mercantil, 1994, Facultad de Derecho, Universidad de la Habana.
6. Postgrado de Derecho Registral, 1996, Universidad de la Habana, Folio 002-EP.
7. Derecho Inmobiliario y Registral, 1997, Centro Nacional de Desarrollo Profesional, Organización Nacional de Bufetes Colectivos.
8. Seminario "Sistema de Justicia Laboral", 1998, Centro Nacional de Desarrollo Profesional, Organización Nacional de Bufetes Colectivos, Tomo 13, Folio 215.
9. Seminario sobre Derecho de Autor, 1998, Instituto Internacional de Periodismo "José Martí".
10. Postgrado "Garantías del Comercio Internacional", 1998, Universidad de la Habana, Folio 00 – EP/98.
11. Primer Taller Teórico-Práctico de Derecho Penal, 1999, Unión Nacional de Juristas de Cuba.
12. Curso Dirección por Valores, Escuela Cubana de Seguros, Ciudad de la Habana, 20 al 23 de noviembre de 2001, Folio del MES: 4/2002.
13. Sesiones Científicas del Capítulo Provincial de la Sociedad Cubana de Derecho Civil y de Familia, 2004- actualidad.
14. Sesiones Científicas de la Sociedad Cubana de Derecho Procesal. Sede nacional de la UNJC,   Septiembre 2006-actualidad.
15. Estancia de investigación predoctoral, tutoría: Dra. María de Jesús Ariza Colmenarejo. Universidad Autónoma de Madrid. Octubre 2010.
16. Seminario Internacional "Interpretación Judicial para intérpretes y personal de los tribunales", organizado por la ESTI, la ACTI, Language Services Plus y la Corte Superior del Condado Athens-Clarke, impartido entre el 25 y 27 de marzo de 2015 en la Universidad de La Habana.
17. Seminario Internacional "El Derecho y su práctica en la Cuba del siglo XXI", organizado por la Facultad de Derecho de la Universidad de La Habana entre el 3 de marzo y el 2 de abril de 2015.
18. Curso de Interpretación Judicial, organizado por la ESTI, la ACTI, Language Services Plus y la Corte Superior del Condado Athens-Clarke, impartido del 29 al 31 de marzo de 2016 en la Universidad de La Habana.
19. Taller sobre la codificación del Derecho Familiar. La experiencia de América Latina, impartido por la Dra. Aída Kemelmajer de Carlucci, del 1 al 3 de abril de 2019, CENESEX.

20. Conferencia sobre la buena fe contractual con perspectiva comparada entre el Derecho peruano y el cubano, dictada por Rogel Vidal, docente de la Universidad San Marcos de Perú, 17 de mayo de 2019.

## EVENTOS CIENTÍFICOS NACIONALES

1. Delegada, Primer Encuentro de Jóvenes Juristas. Ciudad de la Habana, 1989.
2. Ponente, Primer Simposio sobre Derecho Urbanístico y Ordenamiento Urbano. Tema: *Las limitaciones derivadas de las relaciones de vecindad*. Ciudad de la Habana, 1997.
3. Delegada, Evento Provincial de Asesoría Jurídica. Ciudad de la Habana, 1997. Unión Nacional de Juristas de Cuba.
4. Ponente Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana,  1997. Tema:
5. Delegada, I Encuentro Nacional de Asesoría Jurídica, 1998, Ministerio de Ciencia, Tecnología y Medio Ambiente.
6. Ponente con Mención en Materia Civil y en Materia Laboral en la Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana, 1998.
7. Ponente, Segundo Encuentro Nacional de Abogados Laboralistas. Tema: *Protección e Higiene en el medio ambiente de trabajo,* coautoría con Zulma HECHAVARRÍA RAMÍREZ, Ciudad de la Habana, 20 al 21 de mayo de 1999.
8. Primer y Segundo Premios en Materias no Tradicionales, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana. Año 1999.
9. Premio en Derecho Mercantil y Financiero. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos. Año 2000.
10. Primer Premio en Derecho Mercantil. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana. Año 2001.
11. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos, 2001.
12. Presidenta de Jurado en Materia Civil. Conferencias Jurídicas Provinciales de Bufetes Colectivos de Ciudad de la Habana, 2002 y 2003.
13. Presidenta de Jurado en Otras Materias, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana, 2004.
14. Tercer Premio en Materia Laboral. Ponencia: *Prescripción y Caducidad en la legislación laboral*. Coautoría: Zulma HECHAVARRÍA RAMÍREZ. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana, 2004.
15. Primer Congreso Nacional de Derecho Procesal, Ciego de Ávila, 2006.
16. I Taller Nacional de Recurso de Casación, La Habana, 14 de diciembre de 2007.
17. Primer Premio en Materia Mercantil en la Conferencia Jurídica Provincial de Bufetes Colectivos Ciudad de la Habana, 2007.
18. Premio en Derecho Civil y Administrativo. Ponencia: *Las Diligencias Previas. Problemáticas procesales y prácticas*. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos, 2007.

19. Segundo Congreso Nacional de Derecho Procesal, Ciudad de la Habana, 2008.
20. Jurado del Concurso Anual de la Sociedad Cubana de Derecho Procesal, 2007, 2008, 2010, 2012, 2014, 2016 y 2018.
21. Presidenta de Jurado en Otras Materias, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana, 2009.
22. II Taller Nacional de Recurso de Casación y Proceso Civil, La Habana, de 12 al 16 de mayo de 2009. Conferencia: *Del Régimen Cautelar en el ámbito procesal cubano.* Ciudad de la Habana, de 12 al 16 de mayo de 2009.
23. Conferencista y Jurado en Encuentro Preparatorio Provincial de la UNJC en La Habana, 2009.
24. Taller Nacional de Derecho Civil, ONBC, 3 y 4 de junio de 2010. Ponencia: "Las medidas cautelares en el procedimiento familiar".
25. IV Congreso Nacional de Derecho Procesal, UNJC, 27 y 28 de septiembre de 2012. Conferencia Magistral: El proceso civil en Cuba, presente y futuro.
26. III Conferencia Científica Provincial de La Habana, 24 de noviembre de 2012. Premio a la ponencia "Comentarios a las nuevas Instrucciones del Consejo de Gobierno".
27. Conferencista, Congreso Nacional de Derecho Procesal, Matanzas, 24 y 25 de abril de 2014. Tema: "El proceso de familia y su nueva condición de modelo civil".
28. Conferencista, Evento Preparatorio de Abogacía 2014, Villa Clara, 23 de mayo de 2014. Tema: "Evolución histórica del Derecho Procesal en Cuba".
29. Presidenta de Tribunal, Evento Preparatorio de Abogacía 2014, La Habana, 24 de mayo de 2014.
30. Conferencista, II Taller Provincial sobre Procedimiento de Familia, Villa Clara, 20 de noviembre de 2014. Tema: "El proceso de familia en Cuba: realidad o utopía".
31. Ponente, Seminario "La vivienda y el suelo urbano a la luz de las nuevas regulaciones". Facultad de Derecho, Universidad de La Habana, 13 y 14 de noviembre de 2014. Tema: "Los nuevos derroteros procesales en materia de vivienda".
32. Ponente, XII Coloquio de Experiencias Educativas. Asociación de Pedagogos de Cuba, Filial La Habana, 19 de diciembre de 2014. Tema: "Utilización de tecnología educativa en la enseñanza semipresencial del Derecho Procesal".
33. Conferencista, IV Congreso Internacional de Derecho Procesal, La Habana, Cuba. Tema: "La oralidad en el proceso civil cubano".
34. Conferencista, II Taller Provincial sobre Procedimiento de Familia, Villa Clara, 20 de noviembre de 2014. Tema: "El proceso de familia en Cuba: realidad o utopía".
35. Ponente, Seminario "La vivienda y el suelo urbano a la luz de las nuevas regulaciones". Facultad de Derecho, Universidad de La Habana, 13 y 14 de noviembre de 2014. Tema: "Los nuevos derroteros procesales en materia de vivienda".
36. Ponente, XII Coloquio de Experiencias Educativas. Asociación de Pedagogos de Cuba, Filial La Habana, 19 de diciembre de 2014. Tema:

"Utilización de tecnología educativa en la enseñanza semipresencial del Derecho Procesal".

37. Conferencista, Evento Preparatorio Provincial, Villa Clara, 16 de junio de 2015. Tema: "El derecho a la prueba como herramienta procesal".

38. Conferencista, Evento Preparatorio Provincial, Sancti Spiritus, 18 de junio de 2015. Tema: "Evolución y perspectivas del Derecho Procesal cubano".

39. Conferencista, Evento Preparatorio Provincial, La Habana, 27 de junio de 2015. Tema: "El proceso de familia: garantías y categorías propias".

40. Conferencista, Evento Preparatorio Provincial, La Habana, 27 de junio de 2015. Tema: "El proceso de familia: garantías y categorías propias".

41. Conferencista, Unión Nacional de Juristas de Jovellanos, Matanzas, 6 de noviembre de 2015. Tema: "Las medidas cautelares y otras herramientas en el proceso de familia".

42. Conferencista, Taller *Desafíos del Derecho de Familia en Costa Rica y Cuba*, Universidad de Matanzas, Mayo 7 de 2015. Tema: "Jurisdicción y proceso de familia. Razón de especialidad".

43. Conferencista, Coloquio *Género, Derecho y Entorno*, Morón, Ciego de Ávila, Julio 13 al 15 de 2015. Tema: "Enfoque de género en la administración de justicia".

44. Conferencista, Taller sobre Litigación Civil, Abogacía 2015, La Habana, Octubre 19 y 20 de 2015. Tema: "Presencia de la oralidad en el proceso civil cubano".

45. Conferencista, XII Simposium Internacional y II Congreso Nacional de Derecho, Medios de Control Constitucional y Juicios Orales, Culiacán, México, Octubre 22 al 24 de 2015. Tema: "El derecho a la defensa en el proceso cubano actual".

46. Ponente y Relatora, Taller *Experiencias y Lecciones aprendidas en la construcción de la respuesta institucional a la violencia de género*, Diciembre 11 y 12 de 2015.

47. Conferencista, Conferencia Jurídica provincial de Bufetes Colectivos, Sancti Spiritus, 1 de junio 2016. Tema: "El interés superior del niño: paradigma de actuación"

48. Conferencista, Conferencia Jurídica provincial de Bufetes Colectivos, Villa Clara, 2 de junio 2016. Tema: "Las reformas del proceso civil cubano".

49. Ponente, Taller Migración y Derecho, Facultad de Derecho de la Universidad de La Habana, octubre 2017. Ponencia en coautoría: "El interés superior del niño y su observancia en los conflictos migratorios. De la reagrupación familiar a la migración infantil".

50. Ponente, Jornada Científica del Tribunal Supremo Popular, La Habana, 12 y 13 de diciembre de 2017. Tema: "El régimen cautelar en la reforma del proceso civil en Cuba".

51. Conferencista, Evento Provincial Abogacía Sancti Spiritus, Trinidad, 14 de junio 2017. Tema: "La reforma del proceso civil en Cuba".

52. Conferencia de apertura: "La reforma procesal: puntos de encuentro", en Evento Provincial de Abogacía, Santiago de Cuba, 29 de mayo de 2018.

53. Participación en panel, Congreso Nacional de Derecho Procesal, Santiago de Cuba, 30 de mayo de 2018. Tema: "Bases para la reforma de las medidas cautelares en la LPCALE"

54. Conferencia de clausura: "Nuevos aires del Derecho Procesal", en Congreso Nacional de Derecho Procesal, Santiago de Cuba, 30 de mayo de 2018.

55. Conferencista, Evento Provincial de Abogacía, Sancti Spiritus, 15 de junio de 2018. Tema: "La reforma de la LPCALE: Análisis crítico".

56. Conferencista, Evento Provincial Abogacía Villa Clara, Santa Clara, 16 de junio 2017. Tema: "La reforma del proceso civil en Cuba".

57. Ponente, Taller Migración y Derecho, Facultad de Derecho de la Universidad de La Habana, octubre 2017. Tema: "El interés superior del niño y su observancia en los conflictos migratorios. De la reagrupación familiar a la migración infantil".

58. Participación en panel, en *Evento Científico del Tribunal Supremo Popular*, 12 de diciembre de 2017, Las Praderas, La Habana. Tema: "Bases para la reforma de las medidas cautelares en la LPCALE".

59. Conferencia de apertura: "La reforma procesal: puntos de encuentro", en Evento Provincial de Abogacía, Santiago de Cuba, 29 de mayo de 2018.

60. Ponente, participación en panel, Congreso Nacional de Derecho Procesal, Santiago de Cuba, 30 de mayo de 2018. Tema: "Bases para la reforma de las medidas cautelares en la LPCALE".

61. Conferencia de clausura: "Nuevos aires del Derecho Procesal", en Congreso Nacional de Derecho Procesal, Santiago de Cuba, 30 de mayo de 2018.

62. Conferencista, Evento Provincial de Abogacía, Villa Clara-Sancti Spiritus, 15 de junio de 2018. Tema: "La reforma de la LPCALE: Análisis crítico".

63. Presidenta de la Comisión Civil, Administrativo y Familiar, Eventos Preparatorios de Abogacía 2019, Villa Clara y Sancti Spiritus, 7 y 8 de junio de 2019.

64. Presidenta de la Comisión Civil, Evento Preparatorio de Abogacía 2019, La Habana, 29 de junio de 2019.

65. Ponente,  Taller de Actualización de documento de barreras legales en el acceso a la SSR por adolescentes a la luz de la Nueva Constitución, 12 de julio de 2019. Tema: "Los derechos a la salud sexual y reproductiva y la nueva Constitución".

66. Presidenta de la Comisión 3: Derecho de Familia, Civil y Administrativo, Evento Científico Justicia y Derecho, Tribunal Provincial Popular de La Habana, 27 y 28 de noviembre de 2019.

## EVENTOS INTERNACIONALES

1. Ponente, III Encuentro Interamericano de Derecho Laboral y Seguridad Social. Tema**:** *Protección e Higiene en el medio ambiente de trabajo,* en coautoría con Zulma Hechavarría Ramírez Ciudad de la Habana, 1999.

2. Delegada, Primer Encuentro Internacional sobre Derecho en Iberoamérica y el Caribe, Ciudad de la Habana, 1999.

3. Delegada, II Jornada Iberoamericana de Derecho Registral y Congreso sobre la Asistencia y Protección Legal. Ciudad de la Habana, 2000.
4. Delegada, Seminario Internacional sobre la Experiencia Cubana en la Materialización de los Derechos Económicos, Sociales y Culturales. Ciudad de la Habana, 2001.
5. Delegada, Seminario Internacional sobre Derechos Humanos y Justicia Penal, Santo Domingo, República Dominicana, 2001.
6. Delegada, Seminario Derecho de Familia y Protección del Menor, Primer Encuentro de Juristas de Cuba y España, Ciudad de la Habana, 2001.
7. Delegada, Seminario Internacional: Hacia el 50 Aniversario de las Reglas Mínimas para el tratamiento de los reclusos, Ciudad de la Habana, 2004.
8. Coordinadora de sesión, Primer Congreso Internacional de Derecho Procesal, Ciudad de la Habana, 2007.
9. Delegada, Encuentro Internacional: Retos y Desafíos del Derecho frente al Terrorismo y el Derecho Penal del Enemigo, Ciudad de la Habana, 19 al 21 de febrero de 2008.
10. Invitada, Taller Jurídico *Creando alternativas para la integración latinoamericana y caribeña*, Asociación Americana de Juristas y Asociación Latinoamericana de Abogados Laboralistas. Ciudad de la Habana, 8 de abril de 2008.
11. Invitada, IV Encuentro Internacional Justicia y Derecho, Ciudad de la Habana, Cuba, 21 al 23 de mayo de 2008.
12. Conferencista, Primer Congreso Nacional e Internacional de Derecho Procesal Civil de Nicaragua. Managua, del 26 al 28 de noviembre de 2008. Temas: "Algunas aristas de la jurisdicción voluntaria en Cuba" y "La Revisión: un medio excepcional de impugnación", en coautoría con Mario A. RIVERO ERRICO.
13. Delegada, II Foro Chino-Latinoamericano de Colaboración Legal, Ciudad de la Habana, del 3 al 5 de diciembre de 2008.
14. Invitada, Congreso de Derecho de Familia, Ciudad de la Habana, del 12 al 14 de mayo de 2009.
15. V Encuentro Internacional Justicia y Derecho, 26 al 28 de mayo de 2010. Ponencia: "Los retos de un régimen cautelar propio del proceso civil".
16. Primeros Encuentros Internacionales en Cuba "La protección jurídica de las personas con discapacidad", La Habana, 7-9 de julio de 2010.
17. VI Conferencia Internacional de Derecho de Familia, I Escuela Ibero-latinoamericana de Derecho de Familia y otras disciplinas afines, Conferencia: "Las medidas cautelares, una herramienta procesal al servicio del Derecho de Familia", La Habana, 6-8 de abril de 2011.
18. Intervención especial, Encuentro Internacional: Constitución, democracia y sistemas políticos. Tema: "El estado de indefensión en el proceso cubano, La Habana, 4- 6 de octubre de 2011".
19. Conferencista y coordinadora de sesión, IV Conferencia Internacional "Mujer, Género y Derecho". Tema: "El enfoque de género en la administración de justicia", La Habana, 8-10 de mayo de 2012.

20. Ponente, Congreso Internacional por los 25 años del Código Civil cubano. Tema: "La protección del derecho al honor, una mirada desde lo jurisdiccional", La Habana, 11-13 de julio de 2012.
21. Congreso Internacional Abogacía 2012. Conferencia: "Peculiaridades procedimentales de lo cautelar en Cuba", La Habana, 19 al 21 de septiembre de 2012.
22. Ponente, XII Jornada Internacional de Derecho de Contratos. Tema: "Proyección judicial de las garantías crediticias", La Habana, 23 al 25 de enero de 2013.
23. ADOLECA, 16 al 18 de octubre de 2013, Unión Nacional de Juristas. Ponencia: "La protección procesal de menores y adolescentes en Cuba".
24. Delegada, XIII Jornada Internacional de Derecho de Contratos, enero de 2014.
25. Ponente, Primer Encuentro Internacional de Filosofía del Derecho, 8 y 9 de mayo de 2014. Ponencia: "Los retos éticos del juez de familia en Cuba".
26. Invitada, V Conferencia Internacional "Mujer, Género y Derecho", La Habana, 7-9 de mayo de 2014.
27. Conferencista, Encuentro *Desafíos de la lucha contra la violencia de género en Latinoamérica*. Universidad Judicial, Ciudad Guatemala, 26 y 27 de junio de 2014. Tema: "El enfoque de género en la enseñanza del Derecho en Cuba".
28. Coordinadora de sesión y Conferencista, Abogacía 2014. Septiembre 15 al 19. ONBC. Tema: "Las herramientas del proceso civil".
29. Ponente, XVIII Congreso Internacional de Derecho Familiar. Universidad Judicial, Durango, México. Octubre 20 al 24 de 2014. Conferencia: "El proceso de familia desde los principios".
30. Delegada, XIV Jornada Internacional de Derecho de Contratos, Unión Nacional de Juristas de Cuba, La Habana, Enero 21 al 23 de 2015.
31. Coordinadora de sesión y Conferencista, IV Congreso Internacional de Derecho Procesal, La Habana, Cuba, Abril 22 al 24 de 2015. Tema: "La oralidad en el proceso civil cubano".
32. Conferencista, VIII Conferencia Internacional de Derecho de Familia y III Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines, La Habana, Cuba, Mayo 4 al 6 de 2015. Tema: "El proceso de familia desde el tríptico fundacional del Derecho Procesal".
33. Ponente, VIII Conferencia Internacional de Derecho de Familia y III Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines, La Habana, Cuba, 2015. Tema: "El proceso de familia desde el tríptico fundacional del Derecho Procesal".
34. Coordinadora y Conferencista principal del Taller sobre Litigación Civil, Abogacía 2015, La Habana. Tema: "Las herramientas del proceso civil".
35. Conferencista*, XII Simposium Internacional y II Congreso Nacional de Derecho, Medios de Control Constitucional y Juicios Orales*, Culiacán, México, 2015. Tema: "El derecho a la defensa en el proceso cubano actual".

36. Ponente, VI Conferencia Internacional "Mujer, Género y Derecho", Unión Nacional de Juristas de Cuba, 11- 13 de mayo de 2016, La Habana. Tema: "Protección jurisdiccional de la víctimas de la violencia de género".

37. Conferencista, VIII Encuentro Internacional Justicia y Derecho, Palacio de Convenciones de La Habana, 19 de mayo de 2016. Tema: "Las reformas del proceso civil cubano".

38. Coordinadora y Conferencista principal del Taller sobre Litigación Oral, Abogacía 2016, 10 y 11 de octubre, La Habana. Tema: "La oratoria al servicio del proceso".

39. Conferencista, XVI Jornada Internacional de Derecho de Contratos, La Habana del 18 al 20 de enero de 2017. Tema: "El contrato como documento en el proceso".

40. Conferencista, V Congreso Internacional de Derecho Procesal, La Habana, abril, 2017. Tema: "Las tipologías procesales en el nuevo Código General de Procesos".

41. Conferencista, IX Conferencia Internacional de Derecho de Familia y IV Escuela Ibero-Latinoamericana de Derecho de Familia y otras disciplinas afines y III Congreso Centroamericano y del Caribe de Derecho de Familia, La Habana, 10 al 12 de mayo de 2017. Tema: "Los nuevos actores en el proceso familiar cubano".

42. Ponente, Jornada internacional por los 30 años del Código civil cubano, organizada por la Sociedad cubana de Derecho Civil y de Familia de la Unión Nacional de Juristas de Cuba, La Habana, 21-23 junio 2017. Tema: "La protección de los derechos posesorios en sede jurisdiccional".

43. Conferencista, Abogacía 2017, Palacio de las Convenciones, La Habana, 27-29 de septiembre de 2017. Tema: "La reforma del proceso civil en Cuba".

44. Ponente, II Evento Legalidad, Derecho y Sociedad, FGR, 14-16 de marzo de 2018, (participación en panel *El interés superior del menor: una visión multidimensional"* coordinado por la Dra. Caridad del Carmen Valdés Díaz). Tema: "El ISN y su expresión en el proceso".

45. Ponente, VII Conferencia Género y Derecho, La Habana, 16-18 de mayo de 2018. Tema: "Herramientas procesales para la prevención de la violencia".

46. Participación en panel, IX Evento Internacional Justicia y Derecho, La Habana, 23-25 de mayo 2018. Tema: "Bases para la reforma de las medidas cautelares en la LPCALE".

47. Conferencista y Presidenta de Sesión, Congreso Internacional Abogacía 2018, La Habana, 17 al 19 de octubre de 2018. Tema: "Pautas jurisprudenciales en el proceso familiar cubano".

48. Ponente, intervención en panel: "El interés superior del niño, niña y adolescente desde diferentes perspectivas jurídicas", Seminario Internacional-Diálogo sobre Derechos Humanos, Universidad de La Habana, 10 al 12 de diciembre de 2018. Tema: "El ISN desde la perspectiva del abogado".

49. Conferencista, VI Congreso Internacional de Derecho Procesal, La Habana, 23 al 25 de abril de 2019. Tema: "La labor del juez en el ámbito de las diligencias preliminares".

50. Presidenta de Sesión y Conferencista, X Conferencia Internacional de Derecho de Familia y V Escuela Iberoamericana de Derecho de Familia y otras Disciplinas Afines, La Habana, mayo 2019. Tema: "La tutela judicial efectiva en el proceso familiar cubano".

51. Presidenta de la Comisión I. Conflictos de Derecho Civil, de Familia y Administrativo y Conferencista, Congreso Internacional Abogacía 2019, La Habana, 20-22 de noviembre de 2019. Tema: "La tutela judicial efectiva en el proceso familiar cubano".

52. Ponente, II Seminario Internacional Diálogos en torno a los derechos humanos, Universidad de La Habana, 10-12 de diciembre de 2019. Tema: "Aspectos procesales de una futura ley de protección integral de la infancia y la adolescencia".

## PUBLICACIONES

1. *Demanda del Pueblo de Cuba*, Editora Política, La Habana, 1999. ISBN 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-2. Coautoría con Juan MENDOZA DÍAZ, Leonardo PÉREZ GALLARDO y Magaly ISERNE CARRILLO.

2. "El euro y Cuba", en coautoría con Magaly ISERNE CARRILLO, Sissi CALVO ROJAS y Odalys OTERO NÚÑEZ, en *La empresa y el empresario en Cuba*, coord. Raúl S. MANTILLA RAMÍREZ y Dr. Alfred ALBIOL PAPS, ediciones ONBC, 1999, ISBN 959-7066-084.

3. "Testimonio", en *Tribunal Internacional de Mujeres Cubanas contra el Bloqueo*, Editorial de la Mujer, 2002, ISBN 959-7074.

4. Recensión del libro *Código Civil de la República de Cuba. Ley No. 59/1987 de 16 de julio (anotado y concordado).* Revista Jurídica Ministerio de Justicia, Año 1, Número 1, enero-junio 2008.

5. *La Revisión, un medio excepcional de impugnación, c*oautoría con Mario RIVERO ERRICO, Colección Jurídica No. 45 Año 10 (mayo-agosto 2009), edición electrónica UNJC.

6. "La Revisión en materia civil", coautoría con Mario RIVERO ERRICO, *Boletín CIABO*, No. 36, junio 2009, RNPS 0491.

7. "Algunas precisiones sobre la jurisdicción voluntaria en Cuba", en *Gaceta Notarial Estudios comparativos* sobre las experiencias en los diversos países de Iberoamérica, Guy Editores, 2009. ISBN: 978-612-45507-2-0.

8. "Medidas cautelares típicas", en *Boletín ONBC No. 9*, La Habana, 2009, RNPS 2196.

9. "Las medidas cautelares en el procedimiento familiar cubano", en *Derecho comparado de Familia entre Cuba y España*, coord. Francisco LLEDÓ YAGUE y Olga MESA CASTILLO.

10. "Algunas consideraciones sobre las medidas cautelares", en *Revista Cubana de Derecho*, No. 36, julio-diciembre 2010, ISSN 0864-165X.

11. "Algunas consideraciones sobre las medidas cautelares", en , *El Derecho público en Cuba a comienzos del siglo XXI, Homenaje al Dr. Fernando Álvarez Tabío*, coord. Ana María ALVAREZ-TABIO ALBO y Andry MATILLA CORREA, Editorial UH, 2011.

12. "Lo cautelar en el proceso civil cubano", en *Panorama del Derecho procesal hispanocubano*, coord. Juan MENDOZA DÍAZ, Tirant lo Blanch, Valencia, 2012, ISBN: 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-640-1.

13. "Peculiaridades procedimentales de lo cautelar en Cuba", en *Abogacía 2012: Gestión de conflictos jurídicos*, II Parte Derecho y litigios civiles y de familia, Ediciones ONBC, La Habana, 2012, ISBN: 978-959-7006-75-6.

14. **Libro:** *Las medidas cautelares, una valiosa herramienta*, Ediciones ONBC, La Habana, 2012. ISBN: 978-959-7066-77-4.

15. "La tutela cautelar en el proceso civil cubano", en *Revista Justicia y Derecho*, No. 19, año 10, diciembre de 2012, ISSN 1810-0171.

16. "Una mirada al derecho procesal familiar en Cuba", en *Abogacía y Derecho*, vol. IV, Derecho y litigios laborales y de familia, Ediciones ONBC, La Habana, 2013.

17. "Documento prueba de cara al íter sucesorio en sede agraria", coautoría con Maritza Mc. CormackBéquer, en Revista *Cubalex*, No. 34, Año 17, Tercera Época, Editorial Unijuris, enero-diciembre de 2014, pp. 194-221. ISSN-1028-8988.

18. "El derecho al honor y el acceso a una justicia efectiva", en *El Código Civil cubano de 1987: veinticinco años después. Libro Homenaje al profesor Dr. Tirso Clemente Díaz*, vol. 1, editorial UNIJURIS, La Habana, 2014. ISBN: 978-959-7219-22-4.

19. Recensión del libro: "El Código Civil anotado y concordado", en *Revista Cubana de Derecho*, No. 44, Julio-Diciembre, 2014, pp. 177-178. ISSN: 0864-165X. RNPS 0075

20. Recensión del libro: "Cien problemas de la prueba judicial", en *Revista Cubana de Derecho*, No. 44, Julio-Diciembre, 2014, pp. 179-180. ISSN: 0864-165X. RNPS 0075.

21. "La intervención del notario en el proceso civil. Algunas reflexiones", coautoría con Teresa Delgado Vergara, en *Revista Jurídica Ministerio de Justicia*, Número 13, Año 2014, tercera época. ISSN 08640831.

22. Autora principal del **libro** *Herramientas del Proceso Civil*, Editorial UniAcademia Leyer, Bogotá, Colombia, Segundo Premio del Primer Concurso Iberoamericano y Tercero Nacional de Escritos Jurídicos, Colombia, 2016.

23. "Perspectiva de género en sede familiar. Su vinculación con los principios de imparcialidad e independencia", coautoría con Yamila González Ferrer e Isis Santos Quián, en *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria*, coord. Andry MATILLA CORREA, Juan MENDOZA DÍAZ y Ariel MANTECÓN RAMOS, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

24. "La intervención del notario en el proceso civil. Algunas reflexiones", coautoría con Teresa Delgado Vergara, en *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria*, coord. Andry MATILLA CORREA, Juan MENDOZA DÍAZ y Ariel MANTECÓN RAMOS, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

25. "Una mirada al proceso de familia en Cuba desde los principios y las medidas cautelares", en *Perspectiva actual del Derecho Procesal (Civil y Administrativo) en Cuba. Homenaje al profesor Dr. Rafael Grillo Longoria*, coord. Andry Matilla Correa, Juan Mendoza Díaz y Ariel Mantecón Ramos, Ediciones ONBC, La Habana, 2016. ISBN: 978-959-7234-34-0.

26. Coordinadora y Autora principal del **libro** *Derecho Procesal Civil*, para la enseñanza del Derecho Procesal Civil en Cuba,  Editorial Félix Varela, La Habana, Cuba, 2016.

27. "La prohibición de indefensión: elemento esencial de la tutela judicial efectiva", coautoría con Luis A. Hierro Sánchez, en Revista *Justicia y Derecho,* Tribunal Supremo de la República de Cuba, No. 28, año 15, junio 2017. ISBN 1810-0171.

28. "Perspectiva de género en sede familiar. Su vinculación con los principios de imparcialidad e independencia", en *Serie justicia en clave de género*, No. 1, Editorial UNIJURIS, 2012. ISBN 978-959-7219-05-7.

29. "Comentarios a los Artículos 203, 204 y 205 del Código Civil cubano", en *Comentarios al Código Civil Cubano*, tomo II – *Derecho de Propiedad y otros derechos sobre bienes*, dtor. Leonardo B. Pérez Gallardo, vol. III (Artículos del 196 al 232), Editorial Universitaria Félix Varela, La Habana, 2016, ISBN 978-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-8.

30. **Libro**: *Oratoria y oralidad más allá del COGEP*, coautoría con René Proaño Recalde, Editorial PENDONEROS, Otavalo, Ecuador, 2017. ISBN: 978-9942-772-00-8.

31. "La protección posesoria en el Código Civil", en *El Código civil cubano… 30 años después*, coord. Leonardo B. Pérez Gallardo, Ediciones ONBC, La Habana, 2018, ISBN: 978-959-7234-87-6.

32. "Una mirada a la Reforma de la Ley de Procedimiento  Civil, Administrativo, Laboral y Económico: Postulados esenciales", en *Los retos del debido proceso ante los nuevo paradigmas del derecho procesal*, coord. Juan Mendoza Díaz y Jané Manso Lache,  Ediciones ONBC, La Habana, 2019, pp. 98-124, ISBN 9789597234975.

33. "Nuevos actores en el proceso familiar cubano", en *Los retos del debido proceso ante los nuevo paradigmas del derecho procesal*, coord. Juan Mendoza Díaz y Jané Manso Lache,Ediciones ONBC, La Habana, 2019, pp. 166-180. ISBN: 978-959-7234-97-5.

34. **Libro:** *Tutela judicial efectiva en el proceso civil*, Editorial LEYER, Bogotá, 2019. ISBN: 978-958-769-916-6. Coautoría con Luis A. Hierro Sánchez.

35. "Por una plena protección judicial y constitucional", en Revista Universidad de La Habana, No. 289, julio-diciembre, 2020, pp. 187-206. ISSN: 0253-9276 - RNPS:0220 (En coautoría con Luis A. Hierro Sánchez).

36. "La tutela judicial efectiva en el ámbito constitucional cubano", en Lledó Llagué, Francisco, Ignacio Benítez Ortúzar y Juan Mendoza Díaz (Dirs.), Garantías de los derechos en el nuevo panorama constitucional cubano, Ed. Dykinson S.L., Madrid, 2020, pp. 39-62. ISBN: 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-645-1 (En coautoría con Luis A. Hierro Sánchez).

37. "La tutela judicial efectiva en el ámbito constitucional cubano", en Lledó Llagué, Francisco; Benítez Ortúzar, Ignacio y Juan Mendoza Díaz (Dirs.),

Garantías de los derechos en el nuevo panorama constitucional cubano, Ediciones ONBC, La Habana, 2020, pp. 39-62. ISBN: 978-959-7261-12-4 (En coautoría con Luis A. Hierro Sánchez).

38. **Libro**: González Ferrer, Yamila e Ivonne Pérez Gutiérrez, *Diagnóstico sobre incidencia de legislación y política en el acceso de adolescentes y jóvenes a servicios de salud sexual y reproductiva en Cuba*, edit. UNFPA y UNJC, La Habana, 2019.

39. "Las garantías jurisdiccionales de los derechos de las familias consagrados en la Constitución cubana de 2019", en Pérez Gallardo, Leonardo B. y Daimar Cánovas González (Coords.), *Las familias en la Constitución*, Ediciones Olejnik, Santiago de Chile, 2020, pp. 459-478 (coautoría con Yanet Alfaro Guillén).

## CONFERENCIAS, POSTGRADOS O CURSOS IMPARTIDOS

1. Derecho Probatorio, módulo de la Especialidad en Derecho Notarial, primera edición, 2006 y segunda edición, 2011.
2. Curso Derecho Procesal Civil, Colectivo de Profesores, Ciudad de la Habana, noviembre 2008-abril 2009.
3. Filosofía de la educación, Venezuela del 25 de febrero al 22 de abril de 2009.
4. Postgrado: Medidas Cautelares en el procedimiento cubano, Ciudad de la Habana, 21 al 25 de septiembre de 2009.
5. Maestría en Derecho Procesal, Universidad Andina "Simón Bolívar", sede La Paz, Bolivia, 22 de febrero al 7 de marzo de 2010. Módulos: Acción, Proceso y Régimen Cautelar.
6. Módulo de Procedimiento Familiar, Diplomado "Mediación, Género y Derecho", sede nacional de la UNJC, ediciones 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019 y 2020 (11 ediciones).
7. Principios del proceso civil, UNJC y ONBC, Cienfuegos, junio 2010.
8. Clase técnica (Régimen cautelar cubano) a los jueces de lo civil y lo familiar de Ciudad de la Habana, septiembre 2010.
9. Postgrado: Medidas Cautelares en el procedimiento cubano, Ciudad de la Habana, 27 de septiembre al 1 de octubre de 2010.
10. Postgrado: Derecho Procesal como ciencia, Unión de Juristas de Artemisa, abril 2011 (con Dres. Juan Mendoza Díaz y Ariel Mantecón Ramos).
11. Postgrado: Tendencias actuales del proceso civil, Tribunal Provincial de La Habana, mayo 2011.
12. Conferencia "Hacia un proceso de familia", UNJC, Pinar del Río, junio 2011.
13. Escuela Judicial: El proceso económico cubano, junio 2011.
14. Curso: Derecho Procesal como ciencia, UNJC-Facultad Derecho, Holguín, septiembre 2011.
15. Curso: La intervención de la Fiscalía en el procedimiento familiar, Fiscalía Provincial La Habana, 15 al 19 de octubre de 2012.
16. Postgrado: Herramientas del proceso civil, UNJC, Camagüey, 25 de enero al 1 de marzo de 2013.

17. Procedimiento familiar, módulo de la Maestría en Derecho Civil, primera edición, 2013, y segunda edición, 2018.
18. Postgrado: Intervención del Fiscal en el proceso civil y de familia. Fiscalía Provincial La Habana. Septiembre 9 al 13 de 2013.
19. Ciclo de Conferencias sobre Medidas Cautelares. Unión de Juristas de Morón. Febrero 17 al 21 de 2014.
20. Postgrado: Temas actuales del Derecho Procesal, sede nacional de la UNJC, 16 al 20 de junio de 2014 (con Dres. Juan Mendoza Díaz y Ariel Mantecón Ramos).
21. Postgrado: Conciliación y Proceso. Escuela Judicial. Septiembre 9 al 11 de 2014.
22. Curso PreCongreso Abogacía 2015 "Mirada teórico-práctica a la oralidad en el proceso civil". Septiembre 19 y 20 de 2015.
23. Conferencia "Las medidas cautelares, el procedimiento familiar y la migración". Unión Nacional de Juristas de Cuba, Jovellanos, Matanzas. Noviembre 6 de 2015.
24. Conferencia "Derecho a la defensa en los nuevos escenarios procesales". Evento del Sistema de Tribunales de La Habana, Cojímar, La Habana. Diciembre 9 de 2015.
25. Postgrado: Actualización en temas de Derecho Procesal, febrero-abril 2016, UNJC Artemisa, (con Dres. Juan Mendoza Díaz y Ariel Mantecón Ramos).
26. Seminario: "Intervención del Fiscal en el proceso civil", Fiscalía Provincial La Habana, 11-13 de abril 2016.
27. Postgrado: Actualización en temas de Derecho Procesal, 18-22 de abril 2016, UNJC La Habana (con Dres. Juan Mendoza Díaz y Ariel Mantecón Ramos).
28. Seminario "Oratoria y oralidad más allá del COGEP", 4-7 de julio y 22-25 de agosto 2016, Universidad de Otavalo, Ecuador.
29. Ponente en el Curso Precongreso "Abogacía 2016", auspiciado por la Organización Nacional de Bufetes Colectivos, 10 y 11 de octubre de 2016, La Habana. Ponencia: "La oratoria al servicio del proceso".
30. Conferencia: "Intervención del Fiscal en el proceso civil", Fiscalía General de la República, 13 de diciembre de 2016.
31. Conferencia "La administración de justicia en Cuba". Universidad Drake, Des Moines, Iowa, USA. 6 al 10 de marzo de 2017.
32. Conferencia "La enseñanza del Derecho en Cuba". Universidad Drake, Des Moines, Iowa, USA. 6 al 10 de marzo de 2017.
33. Conferencia "Nuevos escenarios de la inversión extranjera en Cuba". Universidad Drake, Des Moines, Iowa, USA. 6 al 10 de marzo de 2017.
34. Postgrado. Aspectos procesales del Derecho de Familia, 22 al 26 de mayo de 2017, Facultad de Derecho, Universidad de La Habana (con Dr. Juan Mendoza Díaz).
35. Entrenamiento en procesos civiles orales (con Dra. Yanet Alfaro Guillén), 5 al 9 de febrero de 2018, Fiscalía Artemisa.
36. Postgrado "Procedimiento Familiar y Medios de Prueba" (con Dr. Juan Mendoza Díaz), Facultad de Derecho, Universidad de La Habana, 22 al 26 de octubre de 2018.

37. Postgrado "El ISN en el proceso", UNJC de Guantánamo, 12 al 16 de noviembre de 2018.
38. Entrenamiento en procesos civiles orales (con Dra. Yanet Alfaro Guillén), 18 al 22 de febrero de 2019, Fiscalía La Habana.
39. Postgrado "Herramientas del proceso civil" (con Dr. Juan Mendoza Díaz), 4 al 7 de noviembre de 2019, Facultad de Derecho de la Universidad de La Habana.
40. Módulo "Aspectos del Derecho Procesal de Familia", Diplomado Mediación, Género y Derecho de la Unión Nacional de Juristas, 13 al 17 de enero de 2020, .
41. Curso no presencial a abogados sobre cuestiones procesales con vista a la reforma de ley, con los profesores Juan Mendoza Díaz, Yanet Alfaro Guillén y Ariel Mantecón Ramos. Tema: "El cometido procesal de las audiencias y técnicas de litigación", 11 al 22 de mayo de 2020, Organización Nacional de Bufetes Colectivos.
42. Curso de Entrenamiento en actos judiciales civiles y técnicas de litigación, Fiscalía La Habana, junto al profesor Juan Mendoza Díaz, 11 al 13 de noviembre de 2020.

## GRUPOS DE INVESTIGACIÓN

Coordinadora del Proyecto "Retos del Derecho civil y familiar sustantivo y procesal" de la Facultad de Derecho, Universidad de la Habana.
Miembro de los Proyectos: "Comentarios al Código Civil cubano" (concluido en 2020); Protección jurídica civil y familiar a las personas con discapacidad; Protección jurídica de los consumidores en Cuba; Retos del envejecimiento poblacional en Cuba; Ismaelillo; todos de la Facultad de Derecho, Universidad de la Habana.
Miembro de la Coordinación Nacional del Proyecto "Justicia en clave de género: garantía de igualdad entre mujeres y hombres", Unión Nacional de Juristas de Cuba.
Miembro de la Red Iberoamericana sobre Derecho: Familia, Migraciones Internacionales y Solución de conflictos.

## RECONOCIMIENTOS O DISTINCIONES

Mención en Materia Civil en la Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana,  1997.
Diploma de Honor del Ilustre Colegio Oficial de Titulados Mercantiles y Empresariales de Barcelona, 1999, Barcelona, España.
Vanguardia Nacional del SNTAP, 1999.
Primer y Segundo Premios en Materias no Tradicionales, Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana. Año 1999.
Premio en Derecho Mercantil y Financiero. Conferencia Jurídica Nacional de la Organización Nacional de Bufetes Colectivos. Año 2000.
Primer Premio en Derecho Mercantil. Conferencia Jurídica Provincial de Bufetes Colectivos de Ciudad de la Habana. Año 2001.

Mención a la Mejor Tesis Doctoral en Ciencias Sociales, Universidad de La Habana, 2010.

Profesora Tiza de Oro de la Facultad de Derecho, Universidad de La Habana, cursos 2013-2014 y 2016-2017.

Segundo Premio del I Concurso Iberoamericano y IV Concurso Nacional de escritos jurídicos, auspiciado por la Uniacademia y la Editorial Leyer. **Libro**: *Herramientas del proceso civil. Principios, tutela judicial, excepciones y prueba*, Ed. Leyer, Bogotá, 2016. ISBN: 978-958-769-453-6. (En coautoría con Jané Manso Lache y Luis Alberto Hierro Sánchez).

Sello 40 aniversario de la Unión Nacional de Juristas de Cuba**,** otorgado por la Junta Directiva Nacional de la Unión Nacional de Juristas de Cuba, junio 2017.

Segundo Premio del IV Concurso Iberoamericano y VI Nacional de Escritos Jurídicos, auspiciado por la Uniacademia y la Editorial Leyer. **Libro**: *Tutela judicial efectiva en el proceso civil*, (En coautoría con Luis Alberto Hierro Sánchez), Ed. LEYER, Bogotá, 2019.

Premio del Concurso de Ensayo de la Revista Temas. Cultura, ideología, sociedad, Mención del Jurado de Ciencias Sociales con el ensayo "El interés superior del niño y la migración. Su incidencia en la familia cubana actual" (en coautoría con Lisy Alina Jorge Méndez), diciembre 2019.

## OTRAS INFORMACIONES

1. Instructora de Derecho de Propiedad, Facultad de Derecho, Universidad de la Habana, 1986-1991.
2. Profesora Asistente de Derecho Procesal Civil, Facultad de Derecho, Universidad de la Habana. 2000– 2006.
3. Profesora Auxiliar de Derecho Procesal Civil, Facultad de Derecho, Universidad de la Habana, 2006-2013.
4. Miembro del Comité Académico y Claustro de la Especialidad de Derecho Civil, Patrimonial y de Familia, y de las Maestrías en Derecho Civil, en Derecho Agrario y en Derecho Constitucional y Administrativo.
5. Tutora, Jurado y Oponente de Tesis en Opción al Título de Licenciado en Derecho, 2001- Actualidad.
6. Tutora de Tesis en Opción al Título de Especialista en Asesoría Jurídica, 2004.
7. Oponente de predefensas y defensas de tesis doctorales, 2011 hasta la actualidad.
8. Tutora de Tesis en Opción al Título de Doctor en Ciencias Jurídicas, 2018 hasta la actualidad.
9. Miembro del Tribunal Nacional de Grados Científicos para las Ciencias Sociales, 2018 hasta la actualidad.
10. Directora del Departamento de Derecho Civil y Familia, Facultad de Derecho, Universidad de la Habana, 2016-2019.
11. Miembro del Tribunal Permanente para exámenes de ingreso y mínimo de la especialidad, 2014 hasta la actualidad.
12. Secretaria del Tribunal de Ratificación de Categorías Docentes Principales, 2014-2019.

13. Delegada a la Asamblea General de la Organización Nacional de Bufetes Colectivos, 1998-2007.
14. Miembro de la Junta Directiva Nacional de la Unión Nacional de Juristas de Cuba, 2001-2012.
15. Representante de la Unión Nacional de Juristas de Cuba a la Comisión (Consejo) de Derechos Humanos con sede en Ginebra, Suiza, 2001-2012.
16. Secretaria de la Sociedad Cubana de Derecho Procesal, 2006-actualidad.
17. Miembro de la Sociedad Cubana de Derecho Civil y Familia.
18. Miembro de los Jurados que otorgan los Premios al Mejor Jurista Joven y el Premio Nacional de Derecho Carlos Manuel de Céspedes.
19. Experta en litigación oral y temática de género, por la ONBC y UNFPA.
20. Miembro del Consejo Editorial de la Revista Cubana de Derecho de la Unión Nacional de Juristas de Cuba de 2006 a 2010 y miembro de su Consejo Científico, 2020.
21. Árbitro de la Revista Sarance, Otavalo, Ecuador, desde 2016.
22. Directora de la Revista CUBALEX de la Unión Nacional de Juristas de Cuba desde 2010 y hasta la actualidad.
23. Miembro del grupo que redacta las normas de procedimiento no penal, por Acuerdo del Consejo de Gobierno del Tribunal Supremo Popular, mayo 2016.
24. Miembro del Grupo de Trabajo para un nuevo Código de las Familias, Ministerio de Justicia, mayo 2019.
25. Abogada litigante en ejercicio desde 1989 y directora de Bufete, 2000-2008.


Dra. Ivonne Pérez Gutiérrez


La Habana, 19 de marzo de 2021.

# APÉNDICE A



REPUBLICA DE CUBA
ASAMBLEA NACIONAL DEL PODER POPULAR

Ley No. 7

LEY DE PROCEDIMIENTO CIVIL
ADMINISTRATIVO Y LABORAL



ASAMBLEA   NACIONAL
DEL
PODER   POPULAR

LEY NUMERO 7

LEY  DE  PROCEDIMIENTO
CIVIL  ADMINISTRATIVO
Y LABORAL

LL93696
9.19.83
lw

86 l 61 6 opnu

Publicación Oficial

ASAMBLEA NACIONAL DEL PODER POPULAR



**LEY NUMERO 7**

**LEY DE PROCEDIMIENTO CIVIL, ADMINISTRATIVO Y LABORAL**

53

## CAPITULO VIII
## DEL AUXILIO JUDICIAL

ARTICULO 174.  Para la práctica de las diligencias que ha-
yan de ejecutarse fuera de la competencia territorial del Tri-
bunal que las hubiere dispuesto, se librará el correspondiente
despacho o carta rogatoria, según el caso, atemperándose a las
disposiciones a que se refieren los artículos del 53 al 58,
ambos inclusive, de la Ley de Organización del Sistema Judi-
cial.

54

Las mismas reglas establecidas en el último artículo de los antes mencionados, se observarán para dar cumplimiento en la República de Cuba a los despachos y comisiones rogatorias de Tribunales extranjeros por los que se requiera la práctica de alguna diligencia judicial.

Impreso en los Talleres de la
ASAMBLEA NACIONAL DEL PODER POPULAR
Septiembre, 1977
"AÑO DE LA INSTITUCIONALIZACION"



ISSN   0864-0793

# GACETA OFICIAL
## DE LA REPUBLICA DE CUBA

| EXTRAORDINARIA | LA HABANA, LUNES 14 DE JULIO DE 1997 | AÑO XCV |

SUSCRIPCION Y DISTRIBUCION: Ministerio de Justicia, Calle O No. 216 entre 23 y 25, Plaza, Código Postal 10400. Telef. 32-45-36 al 39 ext. 220

| Número 8 — Precio $1.00 | Página 69 |

**LEY No. 82**
**DE LOS TRIBUNALES POPULARES**
TITULO PRIMERO
**PRINCIPIOS Y GARANTIAS DE LA FUNCION**
**JUDICIAL**

teriores, adaptando su forma a las disposiciones dictadas por dicho Ministerio.

3.—Los Tribunales Populares diligencian las comisiones rogatorias, libradas por tribunales extranjeros, siempre que se reciban por el conducto y con los requerimientos establecidos en los Convenios o Tratados Internacionales, o en su defecto, en las normas legales vigentes.

ARTICULO 14.—1. Los tribunales se auxilian mutuamente para la ejecución de todas aquellas diligencias que resulte necesario practicar fuera de sus respectivos territorios.

2.—Las comisiones rogatorias que se libren a tribunales extranjeros se ajustan, en cuanto a su forma y tramitación, a los requerimientos establecidos en los Convenios o Tratados Internacionales, y en su defecto, se cursan por conducto del Ministerio de Relaciones Ex-

# APÉNDICE B



# DERECHO PROCESAL
## PARTE GENERAL

El presente manual responde a la decisión adoptada por las universidades cubanas de estructurar los estudios del Derecho Procesal desde una perspectiva integradora, la cual impuso la necesidad de que los estudiantes dispongan de un texto que sirva de apoyo al estudio de la parte general de la disciplina, cuya misión es explicar las principales categorías y principios que permitan al alumno enfrentar posteriormente el Derecho Procesal Civil y el Derecho Procesal Penal.

JUAN MENDOZA DÍAZ (San Diego del Valle, 1958). Profesor Titular de Derecho Procesal de la Facultad de Derecho de la Universidad de La Habana, Presidente de la Sociedad Cubana de Derecho Procesal y Miembro del Instituto Iberoamericano de Derecho Procesal.

Juan Mendoza Díaz

DERECHO PROCESAL
PARTE GENERAL

Juan Mendoza Díaz

Editorial Universitaria
FÉLIX VARELA

9 789590 720512

Editorial Universitaria

# DERECHO PROCESAL

## PARTE GENERAL

# DERECHO PROCESAL
## PARTE GENERAL

Dr. Juan Mendoza Díaz





Editorial Universitaria
**FÉLIX VARELA**

La Habana, 2015

DERECHO PROCESAL
PARTE GENERAL

©  Juan Mendoza Díaz, 2015
©  Sobre la presente edición:
    Editorial Félix Varela, 2015

ISBN 978-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-2

_____

*Edición:* Alejandro Cabal Soler


**EDITORIAL UNIVERSITARIA FÉLIX VARELA**

Calle A No. 703, esq. a 29,
Vedado, La Habana, Cuba.
efelixvarela@epfv.com.cu
www.epfv.com.cu



**ABREVIATURAS UTILIZADAS**

AAVV Autores varios

CC Código Civil de Cuba, de 16 de julio de 1987

CF Código de Familia de Cuba, de 14 de febrero de 1975

CP Código Penal de Cuba, de 29 de diciembre de 1987

CT Código de Trabajo de Cuba, de 20 de diciembre de 2013

DLEC Derogada Ley de Enjuiciamiento Civil española, de 3 de febrero de 1881

LECRIM Ley de Enjuiciamiento Criminal española, de 14 de septiembre de 1882

VLEC  Vigente Ley de Enjuiciamiento Civil española, de 6 de enero del 2000

CGTSP Consejo de Gobierno del Tribunal Supremo Popular

LPP Ley de Procedimientos Penal de Cuba de 13 de agosto de 1977

LPCALE Ley de Procedimiento Civil, Administrativo, Laboral y Económico de Cuba, de 19 de agosto de 1977

LTP Ley de Tribunales Populares de Cuba, de 11 de julio de 1977

IX

Derecho Procesal. Parte general

Otro escenario al que se enfrenta la naturaleza territorial del Derecho Procesal es la realización en el extranjero de diligencias requeridas en un proceso que se tramita en Cuba o la ejecución en el nuestro de solicitudes provenientes de órganos jurisdiccionales extranjeros. Como el Derecho Procesal solo tiene eficacia territorial los tribunales de un Estado no pueden ejecutar fuera del país por sí mismos dichas diligencias, razón por la cual deben solicitarla al Estado del cual es nacional la parte involucrada en el proceso, en lo que intervienen las autoridades diplomáticas de cada país, que actúan como facilitadoras del trámite en concreto a ejecutar. Entre las diversas solicitudes que se pueden formular en un proceso civil para que se realicen en el extranjero está la de notificación de la demanda, la toma de declaración a testigos, obtención de documentos o notificación de la sentencia, entre muchas otras.

86

El acto procesal mediante el cual se formula la solicitud recibe el nombre de *comisión rogatoria*.

En ambos casos la tramitación pasa por los procedimientos vigentes en el país donde se realizará la encomienda requerida, pero en el caso cubano la LPCALE, la LPP y la LTP establecen los requisitos formales que deben cumplirse para formular la solicitud.

**ARTÍCULO 14. 1 (LTP).** Los tribunales se auxilian mutuamente para la ejecución de todas aquellas diligencias que resulte necesario practicar fuera de sus respectivos territorios.

**2.** Las comisiones rogatorias que se libren a tribunales extranjeros se ajustan, en cuanto a su forma y tramitación, a los requerimientos establecidos en los Convenios o Tratados Internacionales, y en su defecto, se cursan por conducto del Ministerio de Relaciones Exteriores, adaptando su forma a las disposiciones dictadas por dicho Ministerio.

**3.** Los Tribunales Populares diligencian las comisiones rogatorias libradas por tribunales extranjeros, siempre que se reciban por el conducto y con los requerimientos establecidos en los Convenios o Tratados Internacionales, o en su defecto, en las normas legales vigentes.

**ARTÍCULO 174 (LPCALE).** Para la práctica de las diligencias que hayan de ejecutarse fuera de la competencia territorial del Tribunal que las hubiere dispuesto, se librará el correspondiente despacho o carta rogatoria, según el caso, atemperándose a las disposiciones a que se refieren los artículos del 53 al 58, ambos inclusive, de la Ley de Organización del Sistema Judicial *(estos artículos fueron derogados por el mencionado anteriormente).*

Las mismas reglas establecidas en el último artículo de los antes mencionados, se observarán para dar cumplimiento en la República de Cuba a los despachos y comisiones rogatorias de Tribunales extranjeros por los que se requiera la práctica de alguna diligencia judicial.

**ARTÍCULO 175 (LPP).** Si el testigo reside fuera del territorio nacional, se observará lo que al respecto establezcan los tratados con el país de que se trate; o en su defecto, se cursará comisión rogatoria por la vía diplomática, de acuerdo con las prácticas internacionales. En este segundo caso, se tendrán en cuenta para la práctica de la diligencia las formalidades legales exigidas en el país en que ha de llevarse a efecto.

87

La comisión rogatoria debe contener los antecedentes necesarios e indicar las preguntas que se han de hacer al testigo, sin perjuicio de que la autoridad o Tribunal extranjero las amplíe según le sugiera su discreción y prudente arbitrio.

Otro de los desafíos al que se enfrenta la territorialidad de las normas procesales es la ejecución de sus sentencias cuando el objeto del cumplimiento de lo dispuesto deba realizarse fuera del país.

88

# APÉNDICE C

LEYES VIGENTES EN CUBA
(PUBLICACION AUTORIZADA POR EL GOBIERNO)

## NUEVA EDICION

DE LA

# LEY DE ENJUICIAMIENTO CIVIL

VIGENTE EN LA

## REPUBLICA DE CUBA.

ESTA OBRA CONTIENE LA LEY ESPAÑOLA DE 1885, CON LAS MODIFICACIONES INTRODUCIDAS EN LA MISMA POR DISPOSICIONES POSTERIORES HASTA ABRIL DE 1912, ENMENDADA EN LA FORMA QUE LA ACTUAL SITUACION POLITICA DEL PAIS HACE POSIBLE SU APLICACION EN LA PRACTICA, CON NOTAS ACLARATORIAS Y CONCORDANCIAS CON OTROS - - - - CUERPOS LEGALES, REDACTADAS - - - -

POR

## ANGEL C. BETANCOURT,

Magistrado del Tribunal Supremo y Presidente, que ha sido, de la Comisión de Códigos de la Cámara de Representantes de la República

HABANA
—
IMPRENTA Y PAPELERIA DE RAMBLA, BOUZA Y C.ª
OBISPO, NUMEROS 33 Y 35
1913

Digitized by Google

Original from
PRINCETON UNIVERSITY

101

**Art. 300.**—Cuando haya de practicarse un emplazamiento ú otra diligencia judicial en país extranjero, se dirigirán los exhortos por la vía diplomática, ó por el conducto y en la forma establecida en los Tratados, y á falta de éstos en la que determinen las disposiciones generales del Gobierno Supremo.

En todo caso se estará al principio de reciprocidad.

Estas mismas reglas se observarán para dar cumplimiento en la República de Cuba á los exhortos de Tribunales extranjeros, por los que se requiera la práctica de alguna diligencia judicial.

Digitized by Google

Original from
PRINCETON UNIVERSITY