# EXHIBIT B

| | |
|---|---|
| **From:** | David W. Berenthal, Esq. |
| **To:** | "AndrewRhys.Davies@AllenOvery.com"; "ashley.leen@wilmerhale.com"; "charris@trenam.com"; "gkesinger@trenam.com"; "christopher.davies@wilmerhale.com"; "chris.cavallo@nelsonmullins.com"; "tanzalone@broadandcassel.com"; "jessica.lutkenhaus@wilmerhale.com"; "jetra@broadandcassel.com"; "jonathan.etra@nelsonmullins.com"; "ybordes@broadandcassel.com"; "yusimy.bordes@nelsonmullins.com"; "Justin.Ormand@AllenOvery.com"; "lfrank@rbskl.com"; "mkrinsky@rbskl.com"; "naim.surgeon@akerman.com"; "kelly.connolly@akerman.com"; "lauren.chang-williams@akerman.com"; "ryan.todd@nelsonmullins.com"; "herold.labissiere@nelsonmullins.com"; "slieb@trenam.com"; "mmosbach@trenam.com"; "mwoods@trenam.com" |
| **Cc:** | "Frank Rodriguez"; "Paulino Nunez"; James L. Berenthal (JLB@BERENTHALAW.COM) |
| **Subject:** | Rodriguez et al v. Imperial Brands PLC, et al -US District Court, SD Florida - 1:20-cv-23287-DPG |
| **Date:** | Thursday, June 3, 2021 2:45:00 PM |

Counselors:

As you are aware, this firm, in conjunction with co-counsel, Rodriguez, Tramont & Nuñez, P.A, represent the Plaintiffs in the above referenced action.

Plaintiffs have determined that they must take jurisdictional discovery in order to respond to Defendants WPP plc, Young & Rubicam LLC and BCW LLC's (collectively the "WPP parties") Motion to Dismiss (D.E. 93) and the statements made in the supporting affidavits (D.E. 93-1 and 93-2).

We request that the WPP parties agree to the request for jurisdictional discovery, staying the WPP parties' motion to dismiss, and adopt a discovery schedule similar to what was ordered in the *North American Sugar Industries, Inc. v. Xinjiang Goldwind Science & Technology Co., Ltd.* matter (1:20-cv-22471). Specifically, allowing for 120 days to conduct discovery limited to the matter of establishing personal jurisdiction over the Defendants, and that all jurisdictional discovery disputes should be referred to the Magistrate Judge for resolution. After the conclusion of jurisdictional discovery, the Plaintiffs and WPP parties will confer and submit a new scheduling order regarding the response and reply for the WPP parties' motion to dismiss. Although the request for jurisdictional discovery is not expected to affect any defendant other than the WPP parties, this e-mail is circulated to all the defendants and we request that all the defendants consent to the resulting motion.

If the above proposal is acceptable to you, please advise and we will draft and circulate an unopposed motion to that effect.

Pursuant to Local Rule 7.1 we can arrange for a telephone conference tomorrow or Monday, June 7, 2021, if you belive the same is necessary or if you believe that it will help expedite the process. We would greatly appreciate it if you would respond to the request by the end of business today.

Thank you for your attention to this matter.

_____

David W. Berenthal, Esq.
Berenthal & Associates, P.C.
            nd

45 East 72   Street
Suite 5C
New York, New York 10021-4718
Tel: (212) 302-9494

 Please consider the environment before printing this e-mail. Thank you. 

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately via e-mail, telephone of by facsimile to (212) 354-5625.  This e-mail does not constitute an authorization to accept service of process or other documents via e-mail or other electronic means.

Este mensaje, y los documentos en su caso anexos, se dirigen exclusivamente a su destinatario y pueden contener información reservada y/o CONFIDENCIAL cuyo uso no autorizado o divulgación está prohibido por la legislación vigente. Si ha recibido este mensaje por error, le rogamos que nos lo comunique inmediatamente por esta misma vía o por teléfono o por facsímil a +(212) 354-5625 y proceda a su destrucción**.**