UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a
MARIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

       Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN &
WOLFE LLC,

       Defendants.

**DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY**

Defendants Young & Rubicam LLC ("Y&R") and BCW LLC ("BCW") hereby file this Motion for Leave to File a Surreply in Opposition to Plaintiffs' Motion for Leave to Conduct Jurisdictional Discovery and to Stay the Briefing Schedule on Defendants' Personal Jurisdiction Motion. In support of this motion, Y&R and BCW state as follows:

    1.    Plaintiffs' Reply memorandum [ECF No. 108] contains new legal arguments and allegations not included in either their amended complaint [ECF No. 82] or in their motion for jurisdictional discovery [ECF No. 97]. The Reply alleges two new legal theories—an

1

alter ego theory of liability and an internet domain theory—in an attempt to establish personal jurisdiction over the defendants. Reply 5, 7, 9. The Reply also makes an incorrect claim regarding certain websites cited in the motion. *Id.* at 7.

   2.   The Reply violates Local Rule 7.1(c)(1), which provides in part that a "reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition without reargument of matters covered in the movant's initial memorandum of law."

   3.   Pursuant to Local Rule 7.1(c)(1), Y&R and BCW seek the Court's leave to file a surreply in order to respond to the new material raised in the Reply.

   4.   Accordingly, Y&R and BCW seek leave to file a surreply not exceeding ten (10) pages through and including July 22, 2021.

   5.   This motion is being made in good faith and not for purposes of delay. Further, no party will be prejudiced by granting the relief requested herein.

   WHEREFORE, Defendants Y&R and BCW respectfully request leave of Court to file a surreply not exceeding ten (10) pages through and including July 22, 2021.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

In accordance with Local Rule 7.1(a)(3), Y&R and BCW requested a meet and confer with Plaintiffs by email on July 20, 2021. Y&R and BCW then conferred with Plaintiffs' counsel about their request to file a surreply by telephonic conference on July 20, 2021. Plaintiffs' counsel does not agree to the requested relief.

Date: July 22, 2021

*s/Naim S. Surgeon*
NAIM S. SURGEON
Florida Bar No. 101682
E-Mail: naim.surgeon@akerman.com
PEDRO FREYRE
Florida Bar No. 192140
E-Mail: pedro.freyre@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 982-5507
Fax: (305) 374-5095

CHRISTOPHER DAVIES (*pro hac vice*)
E-Mail: christopher.davies@wilmerhale.com
JESSICA LUTKENHAUS (*pro hac vice*)
E-Mail: jessica.lutkenhaus@wilmerhale.com
ASHLEY MCLAUGHLIN LEEN (*pro hac vice*)
E-Mail: ashley.leen@wilmerhale.com
**WILMER CUTLER PICKERING HALE
    AND DORR LLP**
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2021, I electronically filed the foregoing Motion For Leave to File a Surreply By Defendants Young & Rubicam LLC and BCW LLC with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

Date: July 22, 2021                             *s/Naim S. Surgeon*
                                                NAIM S. SURGEON