UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 20-CV-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DECLARATION OF JUAN LUIS ARIAS
IN SUPPORT OF DEFENDANT CORPORACION HABANOS, S.A.'S
MOTION TO DISMISS WITH PREJUDICE**

<u>TRANSLATION</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, *et al.*, <br><br>　　　　　　　　Plaintiffs, <br><br>　v. <br><br> IMPERIAL BRANDS PLC, *et al.*, <br><br>　　　　　　　　Defendants. | Case No.: 1:20-cv-23287-DPG |

**DECLARATION OF JUAN LUIS ARIAS**

　　　　JUAN LUIS ARIAS declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

　　　　1.　　My name is Juan Luis Arias, and I reside in Havana, Cuba.

　　　　2.　　I am currently the *Técnico de Seguridad y Protección* (Technician for Security and Protection) at the *Grupo Empresarial de Tabaco de Cuba* (TABACUBA) and have held that position since July 18, 2018.

　　　　3.　　From my work at TABACUBA, I have knowledge of the matters set forth herein. As *Técnico de Seguridad y Protección*, part of my responsibilities includes security and protection for buildings to which TABACUBA has the right of administration and use. This requires me to know in which buildings TABACUBA is operating, and the uses to which those buildings are put.

　　　　4.　　TABACUBA obtained the right of administration and use of the factory building on Calle 23 between 14 and 16 in Havana (the "Factory") on February 6, 2018.

1

**TRANSLATION**

5. At no time from February 6, 2018 to the present have any cigars been produced or stored in or transported or shipped from the Factory.

6. At no time from February 6, 2018 to the present has any entity had offices or otherwise operated in the Factory.

7. At no time from February 6, 2018 has TABACUBA maintained any offices at the Factory or at the building on Calle 23 and the corner of 16 in Havana that is next to and separate and apart from the Factory.

Executed on:  July 12, 2021
               Havana, Cuba

By: _____[Signature]_____
        Juan Luis Arias

# CERTIFICATE OF TRANSLATION

I, Nahum Hahn, am competent to translate from Spanish into English, and certify that the translation of the attached document, "Declaration of Juan Luis Arias", is true and accurate to the best of my abilities.

July 14, 2021

**Nahum Hahn**

161 Gordonhurst Ave.

Montclair, NJ 07043

(917) 680-4699

<29287>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS MANUEL RODRIGUEZ, et al.,

            Plaintiffs,

v.

IMPERIAL BRANDS PLC, et al.,

           Defendants.

Case No.: 1: 20-cv-23287-DPG

## DECLARACIÓN DE JUAN LUIS ARIAS

JUAN LUIS ARIAS declara bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo siguiente es verdadero y correcto:

1. Mi nombre es Juan Luis Arias y resido en La Habana, Cuba.

2. Actualmente soy el Técnico de Seguridad y Protección del Grupo Empresarial de Tabaco de Cuba (TABACUBA), y ocupo ese puesto desde el 18 de julio de 2018.

3. Debido a mi trabajo en TABACUBA, tengo conocimiento de los asuntos aquí expuestos. Como Técnico de Seguridad y Protección, mis responsabilidades incluyen, entre otras cosas, la seguridad y protección de los edificios sobre los que TABACUBA tiene derecho de administración y uso. Esto hace que deba saber en qué edificios opera TABACUBA y a qué usos se destinan esos edificios.

4. TABACUBA obtuvo el derecho de administración y uso del edificio de la fábrica situado en la Calle 23 entre 14 y 16 en La Habana (la "Fábrica") el 6 de febrero de 2018.

1

5. Desde el 6 de febrero de 2018 hasta el presente en ningún momento se han producido o almacenado puros en la Fábrica ni se han transportado o enviado puros desde la Fábrica.

6. Desde el 6 de febrero de 2018 hasta el presente en ningún momento ninguna entidad ha tenido oficinas u operado de alguna otra manera en la Fábrica.

7. Desde el 6 de febrero de 2018 TABACUBA no ha mantenido en ningún momento oficinas en la Fábrica o en el edificio situado en la Calle 23 y esquina con 16 en La Habana, que es contiguo a la Fábrica y separado y aparte de ella.

Ejecutado el 12 de julio de 2021
La Habana, Cuba

Firma: _____

Juan Luis Arias