**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:20-cv-23287-DPG**

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

## NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES

TO THE CLERK:   PLEASE TAKE NOTICE that the firm of BROAD AND CASSEL LLP, has combined with the firm of Nelson Mullins Riley & Scarborough LLP, and will be doing business in Florida as NELSON MULLINS BROAD AND CASSEL.  Counsel's e-mail addresses have changed accordingly.  The new contact information is as follows:

        Jonathan Etra, Esq.
        Nelson Mullins Broad and Cassel
        jonathan.etra@nelsonmullins.com
        yusimy.bordes@nelsonmullins.com

Respectfully submitted,

**NELSON MULLINS BROAD AND CASSEL**

*/s/ Jonathan Etra*
Jonathan Etra, Esq.
Florida Bar No.: 068905
2 S. Biscayne Blvd.
One Biscayne Tower, 21st Floor
Miami, FL 33131
Telephone:  305.373.9400
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by email via the CM/ECF on this 3rd day of September 2021 upon all counsel and parties of record.

/s/ Jonathan Etra
Jonathan Etra