**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a MA-
RIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

          Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN &
WOLFE LLC,

          Defendants.

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANTS WPP PLC, YOUNG & RUBICAM LLC,**
**AND BCW LLC, a/k/a BURSON COHN & WOLFE LLC**

Christopher S. Carver, Esq., of the law firm Akerman LLP, hereby enters his appearance

as counsel on behalf of defendants WPP PLC, Young & Rubicam LLC, and BCW LLC, a/k/a

Burson Cohn & Wolfe LLC, and requests that copies of all orders, process, pleadings, and other

documents filed or served in this matter be served on him via CM/ECF or at the address listed

below, as appropriate.

Respectfully submitted,

Date: September 3, 2021

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, Florida 33301-2229
Tel.: 954-463-2700
Fax: 954-463-2224

By:  */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No.: 993580
    Email: christopher.carver@akerman.com

*Counsel for Defendants WPP PLC, Young and Rubicam LLC, and BCW LLC, a/k/a Burson Cohn & Wolfe LLC*