UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-23287-CV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS, *et al.*,

    Defendants.

_____/

### ORDER ON STATUS CONFERENCE

THIS CAUSE came before the Court for Telephonic Status Conference held on September 27, 2021. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for Jurisdictional Discovery [D.E. 97] is GRANTED IN PART. Plaintiffs shall have **60 days** from the date of this Order to conduct jurisdictional discovery. This deadline will be strictly enforced. It is further

ORDERED AND ADJUDGED that Plaintiffs shall respond to Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC's (collectively, "WPP Defendants") Motion to Dismiss [D.E. 93] **10 days** after the close of jurisdictional discovery. The undersigned will set this and other pending Motions to Dismiss for Zoom hearing by separate order.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of September, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record