UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**[Proposed] Order Granting Agreed Motion to Reset/Extend Date for Plaintiffs' Response to Defendants WPP plc's, Young & Rubicam LLC's And BCW LLC's Motion to Dismiss for Lack of Personal Jurisdiction and for Other Relief**

THIS CAUSE having come before the Court on Plaintiffs Agreed Motion to Reset/Extend Date for Plaintiffs' Response to Defendants WPP plc's, Young & Rubicam LLC's And BCW LLC's Motion to Dismiss for Lack of Personal Jurisdiction and for Other Relief, and good cause appearing therefore, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

Plaintiffs' response to WPP Defendants' Motion to Dismiss [D.E. 93] is hereby adjourned *sine die* and Defendants' reply to said motion is similarly adjourned *sine die*. The joint status report previously ordered in the Court's December 6, 2021 order [D.E. 159] shall now be due on the earlier of (i) March 21, 2022, or (ii) ten (10) days after a ruling on Plaintiffs' Motion for Leave to Amend.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ____ day of _____, 2021.

                                                      _____
                                                      HONORABLE DARRIN P. GAYLES
                                                      United States District Judge

Copies furnished via CM/ECF to Counsel of Record