UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23287-CIV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

    Defendants.
_____/

**ORDER GRANTING AGREED MOTION TO RESET/EXTEND DATE FOR
PLAINTIFFS' RESPONSE TO DEFENDANTS WPP PLC'S,
YOUNG & RUBICAM LLC'S, AND BCW LLC'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION AND FOR OTHER RELIEF**

THIS CAUSE came before the Court on Plaintiffs' Agreed Motion to Reset/Extend Date for Plaintiffs' Response to Defendants WPP plc's, Young & Rubicam LLC's, and BCW LLC's ("WPP Defendants") Motion to Dismiss for Lack of Personal Jurisdiction and for Other Relief ("Motion") [D.E. 163], and good cause appearing therefore, it is ORDERED AND ADJUDGED that the Motion is GRANTED.

Plaintiffs' response to the WPP Defendants' Motion to Dismiss [D.E. 93] is hereby adjourned *sine die* and the WPP Defendants' reply to said motion is similarly adjourned *sine die*. The joint status report previously ordered in the Court's December 6, 2021 Order [D.E. 160] shall now be due on the earlier of (i) March 21, 2022, or (ii) ten (10) days after a ruling on Plaintiffs' Motion for Leave to Amend.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of December, 2021.

                                                                     _____
                                                                  ALICIA M. OTAZO-REYES
                                                                  UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record