UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23287-CIV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

    Defendants.

_____/

**ORDER GRANTING AGREED MOTION TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

THIS CAUSE came before the Court on Plaintiffs' Agreed Motion for an Order Setting Briefing Schedule for Plaintiffs' Motion for Leave to Amend the Complaint [D.E. 164], and good cause appearing therefore, it is ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiffs shall file their Motion for Leave to Amend the Complaint on or before December 20, 2021. Defendants shall file their respective responses to Plaintiffs' motion on or before January 19, 2022. Plaintiffs shall file their reply to the motion on February 18, 2022.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of December, 2021.

                                                      ALICIA M. OTAZO-REYES
                                                      UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
        Counsel of Record