# EXHIBIT A

**In the Matter Of:**

LUIS MANUEL RODRIGUEZ vs IMPERIAL BRANDS PLC

1:20-cv-23287-DPG-AMO

---

# GERALD LOMBARDO

*November 23, 2021*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
           CASE NO.:  1:20-cv-23287-DPG-AMO
3
4   LUIS MANUEL RODRIGUEZ, et al.,
5          Plaintiffs,
6   -vs-
7   IMPERIAL BRANDS PLC, et al.,
8          Defendants.
    _____/
9
10

11                      Esquire Deposition Solutions
                        Remote Proceeding
12                      Zoom Videoconference

13                      Tuesday, November 23, 2021
                        10:11 a.m.
14

15

16          VIDEOCONFERENCE DEPOSITION OF

17            GERALD "JERRY" LOMBARDO

18      AS CORPORATE REPRESENTATIVE OF BCW, LLC

19

20       Taken remotely before Matthew J. Haas,

21   Notary Public in and for the State of Florida at

22   Large, pursuant to Notice of Taking Deposition in

23   the above cause.

24

25



GERALD LOMBARDO                                     November 23, 2021
LUIS MANUEL RODRIGUEZ vs IMPERIAL BRANDS PLC                      18

1          A.      Yes.

2          Q.      Are you aware of any other resources shared

3    by BCW with the other BCW companies -- let me rephrase that.

4                  Are you aware of any other resources shared

5    by BCW, LLC that are shared with the other BCW entities?

6          A.      Not by BCW, LLC, no.

7          Q.      By whom?

8          A.      WPP.

9          Q.      Just to clarify that we're not missing

10   anything, does BCW provide legal services or legal guidance

11   to the other BCW entities?

12         A.      No.

13         Q.      Does BCW provide sales support to the other

14   BCW entities?

15         A.      Can you be specific around what you mean by

16   "sales support."

17         Q.      Guidance as to how to deal with clients, how

18   to get new clients, or advertising?

19         A.      They do not.

20         Q.      Does BCW share a web page with the other BCW

21   entities?

22         A.      We do share a web page, yes.

23         Q.      Do you share an email domain with the other

24   BCW entities?

25         A.      We do share an email domain, yes.



GERALD LOMBARDO                                         November 23, 2021
LUIS MANUEL RODRIGUEZ vs IMPERIAL BRANDS PLC                        35

1        Q.      I'm sorry, about eight of those employees

2   work in Miami, Florida.  This also was based on the same

3   documentation that Ms. Kenny provided to you, correct?

4        A.      Different report, but yes.

5        Q.      Can you tell me what you're basing that

6   figure on?

7        A.      So she ran a report out of our general ledger

8   system to identify the employees who were associated at the

9   time with the Miami office, but I must say that in March of

10  2021, we closed our Miami office, so currently there is no

11  Miami office.

12       Q.      Do you know how long BCW had a Miami office?

13       A.      I don't know exactly how long they had a

14  Miami office.

15       Q.      Do you have an approximate figure?

16       A.      Unfortunately, I don't know when it was

17  originally opened, so I don't know, I apologize.

18       Q.      The eight employees, that was across what

19  time frame?

20       A.      That was as of January 2021.  Since that time

21  there have been several employees who were terminated.

22  Currently, we only have three employees who reside in Florida

23  but report to the head of our Atlanta, Georgia office,

24  because our Miami office has been closed.

25       Q.      Did you see any figures regarding employees



 1                    Paragraph 14, you refer to BCW Miami.  Is BCW

 2    Miami a separate entity?

 3          A.     No, it's just how we reference the office

 4    location.

 5          Q.     Your search of the general ledger system and

 6    financial reporting system, was that limited to the Miami

 7    office?

 8          A.     No, we ran -- we ran a search across all of

 9    the offices to make this determination.

10          Q.     You state that BCW Miami did not provide

11    services to either Habanos or Imperial.  Did you speak with

12    any of the employees from the Miami office regarding this

13    matter?

14          A.     I did not speak with any of them.

15          Q.     Did you do a search of the email systems?

16          A.     I did a search of our general ledger and

17    financial reporting system to determine that no revenue and,

18    therefore -- and no work was recorded for Habanos or Imperial

19    from the BCW Miami office.

20          Q.     Can you tell me what -- in using your review

21    of the BCW general ledger and financial system, what

22    parameters did you use to search for the information?

23          A.     So we did an open-ended search, which in the

24    materials we provided is what that asterisk represents, and

25    we used the name Habanos and Imperial, and we ran open-ended



1   searches from 2010 through 2021, and what we found was that

2   Habanos was a client of BCW Spain, and that work had only

3   been performed by employees working for BCW Spain, and for

4   Imperial, that work had been performed by BCW London, Sweden,

5   and Germany.

6          Q.     And those entries appeared in BCW, LLC's

7   system?

8          A.     We looked in the Maconomy system.

9          Q.     Did you search for any work done by BCW, LLC

10   for any other BCW entity?

11          A.     I'm sorry, I don't understand the question.

12          Q.     You searched for work done for Habanos or

13   Imperial -- I'm sorry, for clarification, Corporacion

14   Habanos, S.A., I refer to as Habanos, and Imperial Brands

15   plc, I refer to as Imperial.  So you say you did a search or

16   Habanos or Imperial.  Does BCW, LLC ever perform work for any

17   of the other BCW entities?

18          A.     I want to clarify.  So BCW, LLC does not do

19   work for another BCW entity; however, there may be a

20   situation where an employee of BCW, LLC may do work for a

21   client of another office.

22          Q.     Are we referring to a secondment employee?

23          A.     It would not be a secondment.  It would

24   simply be an employee resource performing some work for

25   another office, but I would have seen that, because if that



1        Q.      Did you search for the term "Havana"?

2        A.      We did a number of different searches.  I

3   don't recall if we looked at just the term "Havana."

4        Q.      Paragraph 18, you refer to BCW being the

5   result of two companies that merged in 2018.

6        A.      Yes.

7        Q.      Which two companies?

8        A.      Burson & Marsteller and Cohn & Wolfe.

9        Q.      These two entities no longer exist

10  individually?

11       A.      That is correct.

12       Q.      And this financial system, ledger system,

13  Maconomy, has all the information from these two prior

14  companies?

15       A.      It does.  We had to do searches, because

16  Habanos was a legacy Burson & Marsteller client, we performed

17  our searches looking at both the legacy Burson & Marsteller

18  system and the current BCW system.

19       Q.      Paragraph 22, you make the statement that BCW

20  of Spain is incorporated pursuant to the laws of Spain, is

21  headquartered in Spain.  Is that based on your firsthand

22  knowledge?

23       A.      It is, but I confirmed it with the two

24  individuals from WPP who I referenced earlier.

25       Q.      Paragraph 24, you refer to reviewing tax



```
 1   is that -- do I understand that correctly?
 2           A.      They would not.
 3           Q.      Unless BCW New York closed and another BCW
 4   New York opened, then it would be assigned a new number?
 5           A.      Correct.
 6           Q.      So now that I have a better understanding of
 7   these documents, let's go on to Page No. 5.  On the left side
 8   of the page I see -- first of all, can you tell me what this
 9   document is?
10           A.      This is a report that is run -- or a
11   statement, excuse me, that is run out of our AR module.  You
12   can see it's a periodic client table tab within our AR
13   module, and this was run to demonstrate where the Habanos
14   client -- excuse me, where -- what office performed the work
15   for the Habanos client.
16           Q.      What information do you need to put in to
17   begin with to pull up this page?  I'm sorry, I'll try to
18   clarify my question better.
19                   Was this a search by a company or by a client
20   number or something else?
21           A.      It was a search by client number -- I'm
22   sorry, client name, and it was an open-ended search.  So
23   if you look to the left, you see the top where it says,
24   "criteria," and it has asterisk Habanos asterisk.  That means
25   it's an open-ended search.  So it's any client name that
```



1   included the word "Habanos" was searched, and what came up

2   was Commercial Habanos, S.A., and it shows that work was

3   performed for this company out of Office 681.

4          Q.     And cross-referencing to Page 14, 681 would

5   be Burson, Cohn & Wolfe, S.L., which is also listed here on

6   the company, correct?

7          A.     Correct.

8          Q.     And the client number has a prefix starting

9   with -- or rather the first three digits of the client number

10  are 681.  Is that by accident or by design?

11         A.     It would identify the office that the work

12  originated out of.  So it would have been affiliated with the

13  office number.

14         Q.     The period for the search term is from 1/2013

15  to 10/2021.  Can you tell me why you chose the year 2013?

16         A.     Because this is the current BCW Maconomy

17  system, and the information only goes back to 2013.  So

18  we had to run, as I -- if you remember earlier, I said we had

19  to do searches twice, one in the active BCW system or the

20  current BCW, and one in the legacy BM system.

21                So the current -- this is for all -- so this

22  will be for everything that we look at.  When we did searches

23  in the BCW system, it was from 1/1/13 through 10/2021.  When

24  we did searches in the legacy Burson Marsteller system,

25  it was between -- it was between January 2010 and 10/2021.



1        Q.      I'm going to just ask you to look at Page

2  No. 6, and I'll direct your attention to the period there.

3  Can you tell me if this is a search on the legacy system?

4        A.      This is a search on the legacy system, yes.

5        Q.      Is there a way to identify that it's the

6  legacy system?

7        A.      The way that I can identify it is I can see

8  that it was a search done as of 1/2010 through 10/2021.

9        Q.      There's no other way to identify whether it's

10 legacy or the current system?

11       A.      Not based on the screenshot that's been

12 shown.

13       Q.      Going back to Page 5, you did a search for

14 the client named Habanos.  There was only one office that

15 came up?

16       A.      I'm sorry, you're moving back to Page 5?

17       Q.      Page 5, yes.

18       A.      Yes.

19       Q.      And that search would encompass all BCW

20 entities?

21       A.      Yes.

22       Q.      Does it encompass anything else other than

23 the BCW entities?

24       A.      It would not.  So let me add, it would

25 encompass -- so we've been talking BCW interchangeably.  This



GERALD LOMBARDO
LUIS MANUEL RODRIGUEZ vs IMPERIAL BRANDS PLC

November 23, 2021
87

1  includes more than just BCW, LLC offices.  This would be all

2  offices that are associated with any BCW legal entity

3  including BCW, S.L.  I just want to be clear.

4       Q.     I appreciate the clarity.

5              Let's look at Pages 6, 7, 8, and 9.  I've

6  grouped these pages together.  I believe they were meant to

7  go together, but perhaps you can tell me better off what

8  these documents are and if they are actually intended to be

9  associated with each other.

10      A.     So they were -- so I want to go to Page 7 to

11  just demonstrate that this search was also performed in the

12  legacy BM system for Habanos.  So again, we had to do two

13  searches for Habanos, one in the current BCW system and one

14  in the legacy, and you can see the client number designated

15  as 175.  That ties back to the legacy Burson Marsteller,

16  S.L., office.

17             So this demonstrates, again, that work that

18  was done between 2010 and 2021 was only performed by the BCW,

19  S.L., office.  The other searches, and I don't remember the

20  exact request number, but they were requests to run searches

21  tied to other client names, and these other searches were

22  done to satisfy that request, so that's what Pages 6, 8, 9,

23  10, 11, and 12 were.

24      Q.     I understand, or at least I think I do.  Let

25  me just call your attention to Page 8, then.  First off,



1  the information to confirm that.  You'd have to go back to

2  the PSB London team.

3        Q.     Let's go to Page 16, please.  Can you tell me

4  what this page is?

5        A.     This is a search that was done within

6  Maconomy and the AR system -- in the AR module, excuse me,

7  looking at company-specific client information to show the

8  company -- or the client detail, excuse me, for Habanos.  So

9  we did an open-ended search, and we are reflecting that work

10  was performed for Commercial Habanos by the Spanish office,

11  and you can see the client information.

12        Q.     Directing your attention to the right portion

13  of the screen under the area under "Sales."  I see it says,

14  "Contact Leader," and it's been redacted, and "Finance

15  Contact," and that's been redacted.  Although, I do see the

16  name Gonzalez Sancho, Raquel for the client leader, and the

17  name Jaramillo, Pamela for the financial contact, and

18  Jaramillo for the record is J-A-R-A-M-I-L-L-O.

19              Can you tell me, these redacted fields, what

20  type of information would you normally see in those fields?

21        A.     This would be names of individuals.

22        Q.     Other than the two names that I see there?

23        A.     I can't be completely clear.  This was

24  redacted by Wilmer Hale to comply with the GDPR privacy

25  rules.



 1          relevant page given what's been provided already.

 2    BY MR. BERENTHAL:

 3          Q.      It says on the left side, "Reporting entity,

 4    BCW, S.P."  If I'm not mistaken, that refers to BCW, S.L.?

 5          A.      We'd have to go back to -- I don't know all

 6    the codes.  I'd have to go back and look at the codes.  So

 7    if you go back to Page 14, Line 41, Office 681, you can see,

 8    it says Burson, Cohn & Wolfe, S.L., the Cartesis identifier

 9    code that I talked about earlier BCW, S.P., that's what that

10    is.

11          Q.      Going down, I see "Print Control," and under

12    "Print Control," the second line, I see "Entity/Parent

13    Entity," and it says, "BCW/BCW."  What does that mean?

14          A.      I don't know what it means.  It could refer

15    to -- because it's not a legal entity parent, it could refer

16    to just the reporting group that it rolls up into for

17    reporting purposes within WPP.

18          Q.      It could also refer --

19          A.      Right above it, it's got the BFC reporting

20    entity, which is, again, the Cartesis reporting code.

21          Q.      You don't know which entity this is referring

22    to by BCW/BCW?

23          A.      I don't.

24          Q.      So it could refer to BCW, LLC?

25          A.      Well, it wouldn't refer to BCW, LLC, because



1  it doesn't report up into BCW, LLC.  My belief is that it's a

2  term that's being applied to reflect that it reports up

3  within a BCW collection of companies which is how WPP is

4  grouping the BCW financial information for their --

5       Q.    At the top of the BCW entities is the

6  Worldwide Headquarters, correct?

7       A.    Not on the top of the legal entities, no.

8       Q.    On the top of the legal entities you're

9  referring to, that would be what entity?

10      A.    Ultimately, it's WPP plc, because each of the

11 legal entities is in a different branch of the plc

12 organizational chart.

13      Q.    But BCW -- BCW Spain or BCW, S.L., does

14 report up to headquarters, Worldwide Headquarters, you do

15 have their financials, do you not?

16      A.    I have access to their financials, yes, and

17 we coordinate -- as I said earlier, we coordinate the

18 reporting of their information to WPP and provide some

19 high-level guidance, policies, and standards.

20      Q.    Let's move on to Page No. 19, not 119 but 19.

21      A.    Okay.

22      Q.    Is this a continuation from the previous

23 page?

24      A.    No, what this is, is this is showing it out

25 of the legacy Burson Marsteller, because it's starting with



 1  customer No. 175, but it's, again, providing the same

 2  information in response to the request to confirm that

 3  Habanos was a client of the Spanish office, but as I said

 4  earlier, we had to do two searches to ensure we cover 2010

 5  through 2021.

 6          Q.      Just so I can confirm, in coordination with

 7  your earlier statement at the beginning of the session, these

 8  pages, these Maconomy printouts were all generated by

 9  Ms. Kenny, that's correct?

10          A.      The Maconomy printouts were all generated by

11  Jennifer Kenny, yes.

12          Q.      You made the comment that some of these

13  fields aren't really used much, such as the "language" field.

14  Are any of these fields automatically populated?

15          A.      I would not know that.  I don't know that

16  answer.

17          Q.      Going back to Page 18 for the entity/parent

18  entity, do you know if that would be automatically populated?

19          A.      I do not know.

20          Q.      Returning to Page 19, do you know who Kelvin

21  Tran is?

22          A.      Based on my review of this document,

23  it appears that he is a client leader or was a client leader.

24  I don't know if he's active or not.

25                  MR. BERENTHAL:  I see under "Sales" there's



1  transfer is?

2        A.     An asset transfer academically is that

3  there's a transfer of assets in exchange for some

4  consideration between two companies or legal entities.

5        Q.     And what is your understanding as far as the

6  owner of the assets, is that entity being transferred in an

7  asset transfer?

8        A.     I'm not sure I follow.

9        Q.     When a company is doing an asset transfer,

10 usually the purchaser is buying the assets of the company and

11 not the company; is that accurate?

12       A.     In an asset transfer, typically that is true.

13       Q.     Let's move on to Page 62 -- let's deal with

14 the final line of this exhibit, Page 61.  Can you tell me

15 what this page is?

16       A.     Are you showing it?  Do you want me to look

17 at my document?

18       Q.     I will show it, but if you want to look at

19 yours to save us time, that's fine.

20       A.     That's fine.  I'll save time.

21              So this is an employee listing reflecting --

22 there were two employees who were -- information was

23 requested about those two employees, this is reflecting that

24 those two employees, Cristina Andreu and Alberto Jimenez,

25 work out of the BCW, S.L. office or -- yes, Entity 175.



1        A.      Yes.

2        Q.      And you've testified based on your research

3   that Izaskun Martinez and Carla Llado work for BCW, S.L.,

4   correct?

5        A.      Yes.

6        Q.      Do you know if BCW, S.L. has ever used the

7   name Burson, Cohn & Wolfe?

8        A.      I do not know.

9        Q.      I'll direct your attention to page JD0208.

10  Do you see towards the bottom of the page it says, "Graphic

11  Material," and then there's a link?

12       A.      Yes.

13       Q.      That link is

14  Https://Fileshare-EMEA.BM.com/FL/UHo3XkdZSr.

15               Are you familiar with these kind of links?

16       A.      I'm not familiar with that link.

17       Q.      I'm not asking specifically about this link.

18  I'm asking are you familiar with links that have the words

19  "file share"?

20       A.      I know what a file share link is, yes.

21       Q.      Are you familiar with the domain BM.com?

22       A.      That was a domain used by the legacy person,

23  the Marsteller entity.

24       Q.      One of the predecessor companies to BCW, LLC?

25       A.      Yes.



1   LLC for sake of clarity here and then the Spanish entity as

2   S.L., if that makes sense to you?

3          A.     Yes.

4          Q.     Does LLC have the authority to hire employees

5   for S.L.?

6          A.     We do not.

7          Q.     Does BCW Worldwide have the authority to hire

8   employees for S.L.?

9          A.     It does not.

10         Q.     Does BCW, LLC have the right to fire

11  employees of S.L.?

12         A.     No.

13         Q.     Does BCW Worldwide have the authority to fire

14  employees of S.L.?

15         A.     No.

16         Q.     Does LLC prepare the financial reports of

17  S.L.?

18         A.     No.

19         Q.     Does Worldwide prepare the financial reports

20  of S.L.?

21         A.     No.

22         Q.     Does LLC provide any funding to S.L.?

23         A.     No.

24         Q.     Does Worldwide provide any funding to S.L.?

25         A.     No.



1        Q.     Does S.L. provide funding to LLC?

2        A.     No.

3        Q.     Does S.L. provide funding to Worldwide?

4        A.     No.

5        Q.     Does LLC guarantee any loans for S.L.?

6        A.     No.

7        Q.     Does Worldwide guarantee any loans for S.L.?

8        A.     No.

9        Q.     And does S.L. guarantee any loans for LLC?

10        A.     No.

11        Q.     Does S.L. guarantee any loans for Worldwide?

12        A.     No.

13        Q.     Does LLC share any office space with S.L.?

14        A.     No.

15        Q.     Does Worldwide share any office space with

16   S.L.?

17        A.     No.

18        Q.     Does anyone at LLC approve projects to be

19   undertaken by S.L.?

20        A.     No.

21        Q.     Does anyone from Worldwide approve projects

22   to be taken on by S.L.?

23        A.     No.

24        Q.     Does S.L. approve projects to be undertaken

25   by LLC?



```
 1          A.      No.

 2          Q.      Does S.L. approve projects to be undertaken,

 3   if any, by Worldwide?

 4          A.      No.

 5          Q.      Are you an officer or director of S.L.?

 6          A.      I am not.

 7          Q.      Is anyone associated with LLC an officer or

 8   director of S.L.?

 9          A.      No.

10          Q.      Does LLC play any role in appointing the

11   board members of S.L.?

12          A.      No.

13          Q.      Does Worldwide play any role in appointing

14   the board members of S.L.?

15          A.      No.

16          Q.      How long is LLC's document retention period?

17          A.      Ten years.

18          Q.      I believe you testified earlier that

19   Ms. Kenny maintained the documents supporting your earlier

20   declarations in a PDF format; is that right?

21          A.      Yes.

22          Q.      And I believe you also testified that new

23   searches were run in connection with the production of

24   documents in response to plaintiff's requests; is that right?

25          A.      Yes.
```



1                        CERTIFICATE OF OATH

2                         BY NOTARY PUBLIC

3

4    STATE OF FLORIDA
     COUNTY OF MIAMI-DADE
5

6            I, the undersigned authority, certify that GERALD

7    LOMBARDO remotely appeared before me and was duly sworn.

8

9       WITNESS my hand and official seal this 1st day of

10   December, 2021.

11

12

13

14

15

16

17

18

19

20

21   _____

22                        MATTHEW J. HAAS
                          Court Reporter
23                        Notary Public
                          Commission No. HH87002
24                        Expires:  February 8, 2025

25



GERALD LOMBARDO                                          November 23, 2021
LUIS MANUEL RODRIGUEZ vs IMPERIAL BRANDS PLC                          174

```
 1                 COURT REPORTER'S CERTIFICATE

 2

 3              I, Matthew J. Haas, court reporter in

 4   and for the State of Florida, certify that I was authorized

 5   to and did stenographically report the deposition of GERALD

 6   LOMBARDO; that a review of the transcript was not requested;

 7   and that the transcript is a true and complete record of my

 8   stenographic notes.

 9

10              I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor am I

12   a relative or employee of any of the parties' attorney or

13   counsel connected with the action, nor am I financially

14   interested in the action.

15

16

17              Dated this 1st day of December, 2021.

18

19

20   -------------------------------------

21              MATTHEW J. HAAS
                    Court Reporter
22

23

24

25
```

