# EXHIBIT E



The Cohiba name comes from the first original inhabitants of the island of Cuba, the Taíno Indians, who used this ancient word to define the rolled tobacco leaves that they smoked and that Christopher Columbus first saw in Cuba in 1492. The Talismán name, mysterious, evocative and easily-recognizable in many languages as something that is quintessentially extraordinary and amazing and that brings good luck to mankind and protects them, couples up perfectly with tobacco's magical and ritualistic origin, whose first-ever moniker was, incidentally, Cohiba.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept   Read More

PLAINTIFF'S
**EXHIBIT**
7

JD0194

  



**Cohiba Talismán (54 ring gauge x 154 mm length)** is a heavy ring gauge *Habano*, in line with the brand's latest launches and is distinguished by a medium to full strength flavour, characteristic of the Línea Clásica blend and which stands out for its elegant and charismatic "pigtail" finish. This Limited Edition's leaves have been aged for over two years, awarding this extraordinary *Habano* a complex and highly aromatic character.



With a history of more than 50 years, Cohiba is the most prestigious brand in the world of tobacco since its commercialization in 1982. Initially produced in very limited quantities, today its products can be found on display at all *Habanos* stores around the world to be enjoyed by the most demanding *Habanos* enthusiasts. To commemorate its 50th anniversary, Habanos, S.A. recently presented its special edition **Cohiba 50 Aniversario** (60 ring gauge x 178 mm length), one of the most exclusive and luxurious releases in the history of *Habanos*, **Cohiba Majestuosos 1966** (58 ring gauge x 150 mm length), with a totally innovative vitola addition to the *Habanos* portfolio and the **Cohiba Medio Siglo** (52 ring gauge x 102 mm length), with its new vitola in line with current trends and which joins the regular portfolio as part of the Línea 1492.



This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish. Accept Read More

JD0195

  



For the global launch of the **Cohiba Talismán 2017 Limited Edition** Hunters & Frankau Ltd. have chosen the Garden Lounge venue at the Corinthia Hotel, one of London's most prestigious hotels and renowned for its iconic Cigar Terrace that specialises in *Habanos*. The event is scheduled to take place on November 7th and the evening promises to be full of surprises for those lucky enough to attend this exclusive event.



**Hunters & Frankau Ltd.**

Hunters & Frankau Ltd. is the exclusive distributor for Habanos, S.A. in the United Kingdom, Republic of Ireland, Gibraltar and the Channel Islands. Founded in 1790 it is the United Kingdom's most important Premium cigar trading company and boasts a wide distribution network that includes specialized retailers, wine merchants, hotels and restaurants. It has been designated exclusive distribution rights for Habanos tobacco brands in this sector since 1992.

**About Corporación Habanos, S.A.**

*Corporación Habanos, S.A.* is the world leader in the commercialisation of premium cigars both in Cuba and the rest of the world. It has a network of exclusive distributors present in five continents and in over 150 countries.

Habanos, S.A. commercialises 27 Premium brands made Totalmente a Mano-Totally by Hand- under the **Protected Denomination of Origin (D.O.P.)**, including important brands such as Cohiba, Montecristo, Partagás, Romeo y Julieta, Hoyo de Monterrey and H. Upmann, among others. After over 200 years, *Habanos* continue to be made *Totalmente a Mano- Totally by Hand-* and have been a benchmark for the entire world ever since.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Accept    Read More

JD0196

UNIQUE SINCE 1492     NEWS     **Habanos**     22ND FESTIVAL       

www.habanos.com

https://www.instagram.com/habanos_oficial/

https://twitter.com/Habanos_Oficial

https://www.youtube.com/channel/UCstGLy96wdZG7eCM4855_DA

More information and pictures: https://eshare.yr.com/fl/tYNEdJiJ6c

**Habanos, S.A.:**     Daymi Difurniao ddifurniao@habanos.cu     Tel. 5372040513 ext. 565

**Young & Rubicam:**  press.habanos@yr.com

  Cristina Andreu      Tel: +34 676 78 04 70

  Carla Lladó         Tel: +34 669 54 69 09

- Cohiba   • lugar   • place



This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept   Read More

JD0197