UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ,
MARIA TERESA RODRIGUEZ, a/k/a
MARIA TERESA LANDA,
ALFREDO RAMON FORNS,
RAMON ALBERTO RODRIGUEZ,
RAUL LORENZO RODRIGUEZ,
CHRISTINA CONROY, and
FRANCISCO RAMON RODRIGUEZ,

        Plaintiffs,

v.

IMPERIAL BRANDS PLC,
CORPORACIÓN HABANOS, S.A.,
WPP PLC, YOUNG & RUBICAM LLC,
and BCW LLC, a/k/a BURSON COHN &
WOLFE LLC,

        Defendants.

## WPP DEFENDANTS' UNOPPOSED
## MOTION TO FILE EXHIBITS UNDER SEAL

Defendants WPP plc, Young & Rubicam LLC ("Y&R LLC"), and BCW LLC (collectively, "WPP Defendants"), pursuant to Local Rule 5.4(b)(1) and Paragraph 12.3 of the Stipulated Confidentiality and Protective Order (the "Confidentiality Agreement") (ECF No. 88, at 16-17), respectfully move unopposed to file under seal exhibits in support of WPP Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint ("Opposition") (ECF No. 173). The Opposition contains references to the following exhibits WPP Defendants have designated as confidential pursuant to the Confidentiality Agreement:

Exhibit C is a composite set of document pages produced by BCW, Bates numbered BCW-SDFL 00000001 – 00000062, concerning, among other things, vendor data and invoices, as well as certain transactions involving BCW or its affiliates.  The documents have been labeled Confidential by BCW.

Exhibit D is a composite set of document pages produced by Y&R, Bates numbered YR-SDFL-0000001 – 0000032, concerning, among other things, the structure of Y&R and its affiliates, company-wide headcounts, and accounting revenue.  The documents have been labeled Confidential by Y&R.

WPP Defendants have designated each of the exhibits set forth above as Confidential pursuant to the Confidentiality Agreement and respectfully seek the Court's leave to file unredacted versions of Exhibits C and D under seal, which seal will remain in place for the duration of this litigation.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for WPP Defendants has conferred with counsel for Plaintiffs.  Plaintiffs do not oppose the relief requested herein.

Date: January 19, 2022

/s/Naim S. Surgeon
NAIM S. SURGEON
Florida Bar No. 101682
E-Mail: nsurgeon@stroock.com
**STROOCK & STROOCK & LAVAN LLP**
200 S. Biscayne Blvd., Ste. 3100
Miami, Florida
Tel: (305) 789-9360
Fax: (305) 789-9302


PEDRO FREYRE
Florida Bar No. 192140
E-Mail: pedro.freyre@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 982-5507
Fax: (305) 374-5095


CHRISTOPHER DAVIES (*pro hac vice*)
E-Mail: christopher.davies@wilmerhale.com
ASHLEY MCLAUGHLIN LEEN (*pro hac vice*)
E-Mail: ashley.leen@wilmerhale.com
**WILMER CUTLER PICKERING HALE
    AND DORR LLP**
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC*