# COMPOSITE EXHIBIT 1



