# COMPOSITE EXHIBIT 2



