UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23287-CIV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR AN ORDER SETTING COORDINATED MOTION TO DISMISS PROCEDURE AND BRIEFING SCHEDULE**

THIS CAUSE having come before the Court on the Joint Motion of Plaintiffs and Defendants Imperial Brands plc ("Imperial"), WPP plc, Young & Rubicam LLC, BCW LLC (the "WPP Defendants"), and Corporación Habanos, S.A. ("Habanos") (collectively, the "Defendants") for an Order Setting Coordinated Motion to Dismiss Procedure and Briefing Schedule (the "Motion"), and good cause appearing therefore, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall adhere to the following deadlines and procedures:

    1.    The Defendants' deadline to answer or otherwise respond to the Second Amended Complaint shall be April 20, 2022.

        a. Defendants shall file a Consolidated Motion to Dismiss, making arguments common to all Defendants, not to exceed twenty-five (25) pages.

        b. While Defendants will work collaboratively to consolidate briefing on as many relevant issues as possible, Imperial (individually), the WPP Defendants (together), and Habanos (individually) shall have the option of filing separate

motions and memoranda of law on their individualized arguments. The Defendants may file separate memoranda of law on their individualized arguments to address any additional arguments that the Defendants wish to raise that are not contained in the Consolidated Motion arguments, including, but not limited to, particularized arguments relating to jurisdiction.

2. Plaintiffs' deadline to file a Response to the Consolidated Motion to Dismiss and Imperial's and the WPP Defendants' individual motions set forth in Paragraph 1 above shall be May 11, 2022. Plaintiffs' Responses to the Defendants' Consolidated Motion to Dismiss shall not exceed twenty-five (25) pages.

3. Defendants shall be permitted to file a Reply in support of the Consolidated Motion to Dismiss, not to exceed fifteen (15) pages, by May 25, 2022.

4. Imperial and the WPP Defendants shall be permitted to file Replies in support of their individual motions by May 25, 2022.

5. Plaintiffs' deadline to file a Response to Habanos' individual motion to dismiss or, in the alternative, for a more definite statement set forth in Paragraph 1 above shall be May 25, 2022.

6. Habanos shall be permitted to file a Reply in support of its individual motion by June 10, 2022.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this <u>22nd</u> day of March, 2022.

_____
ALICIA M. OTAZO-REYES
United States Magistrate Judge

Copies furnished via CM/ECF to Counsel of Record