Pages 1 - 46

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Alicia M. Otazo-Reyes, Magistrate Judge

```
LUIS MANUEL RODRIGUEZ, et al., )
                                )
           Plaintiffs,          )
                                )
   VS.                          )      NO. 20-CV-23287-DPG
                                )
IMPERIAL BRANDS PLC, et al.,    )
                                )
           Defendants.          )
_____)
```

Miami, Florida
Friday, May 6, 2022

**TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:

RODRIGUEZ TRAMONT & NUNEZ
255 Alhambra Circle, Suite 1150
Coral Gables, Florida 33134
BY: **PAULINO ANTONIO NUNEZ, JR., ESQ.**
**FRANCISCO RAMON RODRIGUEZ, ESQ.**

BERENTHAL & ASSOCIATES, P.C.
777 Third Avenue, Suite 22-D
New York, New York 10017
BY: **DAVID WILLIAM BERENTHAL, ESQ.**

BERENTHAL & ASSOCIATES, P.A.
317 Madison Avenue, Suite 405
New York, New York 10017
BY: **JAMES LEON BERENTHAL, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Transcribed by:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
Official Court Reporter

**APPEARANCES**:  (CONTINUED)

For Defendant Imperial Brands, PLC:
                      NELSON MULLINS BROAD AND CASSEL
                      2 South Biscayne Boulevard
                      One Biscayne Tower, 21st Floor
                      Miami, Florida 33131
                 BY:  **MARK FRANCIS RAYMOND, ESQ.**

                      ALLEN & OVERY LLP
                      1221 Avenue of the Americas
                      New York, New York 10020
                 BY:  **ANDREW RHYS DAVIES, ESQ.**

For Defendant Corporacion Habanos, S.A.:
                      TRENAM KEMKER
                      101 East Kennedy Boulevard, Suite 2700
                      Tampa, Florida 33602
                 BY:  **STEPHANIE CRANE LIEB, ESQ.**

                      RABINOWITZ, BOUDIN, STANDARD, KRINSKY
                      & LIEBERMAN, P.C.
                      14 Wall Street, 30th Floor
                      New York, New York 10005
                 BY:  **MICHAEL R. KRINSKY, ESQ.**
                      **LINDSEY FRANK, ESQ.**
                      **NATHAN YAFFE, ESQ.**

For Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC:
                      WILMER, CUTLER, PICKERING, HALE
                      & DORR LLP
                      1875 Pennsylvania Avenue Northwest
                      Washington, DC 20006
                 BY:  **ASHLEY S. LEEN, ESQ.**

                      AKERMAN LLP
                      Three Brickell City Center
                      98 Southeast Seventh Street, Suite 1100
                      Miami, Florida 33131
                 BY:  **PEDRO ARMANDO FREYRE, ESQ.**


          (APPEARANCES CONTINUED ON FOLLOWING PAGE)

1  **APPEARANCES**:   (CONTINUED)

2  For Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC:
                          STROOCK & STROOCK & LAVAN LLP
3                         200 South Biscayne Boulevard, Suite 3100
                          Miami, Florida 33131
4                    BY:  **NAIM SHAKIR SURGEON, ESQ.**

5                         WILMER, CUTLER, PICKERING, HALE
                          & DORR LLP
6                         350 South Grand Avenue, Suite 2400
                          Los Angeles, California 90071
7                    BY:  **CHRISTOPHER T. CASAMASSIMA, ESQ.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   **Friday - May 6, 2022**                                      **1:00 p.m.**

2                   **P R O C E E D I N G S**

3                        ---oOo---

4        **THE CLERK:**  Luis Rodriguez, et al., versus Imperial

5   Brands, PLC, et al., Case Number 20-23287-Civil-Gayles.

6        Counsel, please state your appearances for the record.

7        **MR. RODRIGUEZ:**  Yes.

8        Frank R. Rodriguez from the law firm of Rodriguez Tramont

9   & Nunez on behalf of the plaintiffs.

10       And sitting next to me, out of camera view but will be

11  popping in and out, is Paulino A. Nunez, my partner, also from

12  Rodriguez Tramont & Nunez, also on behalf of the plaintiffs.

13       **MR. RAYMOND:**  Good afternoon, Your Honor.  Mark

14  Raymond, Nelson Mullins, along with my co-counsel, Andrew Rhys

15  Davies, on behalf of Imperial.

16       **MR. DAVID BERENTHAL:**  David Berenthal and James

17  Berenthal from Berenthal & Associates on behalf of the

18  plaintiffs.

19       **MR. SURGEON:**  Good afternoon, Your Honor.  This is

20  Naim Surgeon of Stroock & Stroock & Lavan on behalf of the WPP

21  defendants.

22       Also with me are Chris Casamassima and Ashley McLaughlin

23  Leen from Wilmer Hale on behalf of the WPP defendants and Pedro

24  Freyre from Akerman LLP on behalf of the WPP defendants.

25       **MR. KRINSKY:**  For Habanos, Your Honor, Michael

1  Krinsky, Lindsey Frank, Nathan Yaffe of Rabinowitz Boudin and

2  Stephanie Lieb of Trenam Kemker for Habanos.

3        **THE COURT:**  All right.  So will it be Mr. Rodriguez

4  for plaintiff?

5        **MR. RODRIGUEZ:**  Your Honor, yes.  And with regard to

6  the issues relating to Habanos, it will be Mr. Nunez.

7        **THE COURT:**  And Nunez.

8     Okay.  And then for Imperial, Mr. Raymond; for WPP,

9  Mr. Surgeon; and for Habanos, Mr. Kinsky?

10       **MR. KRINSKY:**  Krinsky, yes.

11       **THE COURT:**  Oh.

12       **MR. KRINSKY:**  "Krin."

13       **THE COURT:**  My apologies.  Krinsky.

14       **MR. RAYMOND:**  Pardon me, Judge.

15       **THE COURT:**  All right.

16       **MR. RAYMOND:**  Andrew Rhys Davies will take the lead

17  for Imperial.

18       **THE COURT:**  All right.  But it will be Mr. Raymond;

19  right?

20       **MR. RAYMOND:**  No.  It will be Andrew who will be

21  speaking.

22       **THE COURT:**  Okay.  Hold on.  Mr. Davies.

23     All right.  I've got the speakers, then.  Thank you.

24     All right.  So by order of reference, from Judge Gayles, I

25  have the defendants' joint motion for a limited stay.  I

1   received a response from the plaintiffs.  I received a notice

2   of filing declaration from Imperial relating to their

3   correspondence with the UK, and then I received a separate

4   reply from Habanos.

5        I have reviewed the matters.  I have reviewed the file.  I

6   note that there's a -- there's a scheduling order in place

7   pursuant to Judge Gayles's order, and there is some discussion

8   as to any impact on that order.  I would appreciate addressing

9   that.

10        I will note initially that there was an argument made by

11   Habanos in their reply contending that plaintiffs do not --

12   I'll quote -- "Plaintiffs do not so much as refer to the

13   argument," the argument being that subject matter jurisdictions

14   under the Federal Sovereign Immunities Act must be decided

15   before merits discovery.

16        I reviewed the -- when I saw that, I reviewed the

17   response, and I did see a statement on Page 1.  "Habanos claims

18   that the discovery order is premature until the upcoming motion

19   to dismiss is decided as it claims it is subject to sovereign

20   immunity."  And that's the only mention I saw there.

21        I know -- I know, generally, when somebody doesn't clearly

22   and -- address an argument, sometimes it's deemed waived, but

23   here there was a mention of the argument.  I just didn't see

24   any elaboration.

25        It seems to me that under the case law that Habanos is

1    citing, they contend that they have -- and I'll use the word

2    "absolute," although maybe not quite, to defer discovery

3    pending resolution of their argument that there's no subject

4    matter jurisdiction as to them.  So I would like to address

5    that issue first as to Habanos.

6             **MR. NUNEZ:**  Please.

7             **THE COURT:**  So I saw the reply.  So let me ask --

8    Mr. Nunez, I think, is who's going to address Habanos.  Did I

9    get that right?

10            **MR. NUNEZ:**  Yes, Your Honor.  Thank you.

11            **THE COURT:**  All right.

12            **MR. NUNEZ:**  May I proceed?  May I proceed, Judge?

13        Yes.  Judge --

14            **THE COURT:**  Yes.

15            **MR. NUNEZ:**  -- our position as to that is twofold.

16   First, we -- we're the ones who first raised the issue, and

17   Habanos turned it into a sovereign immunity issue.

18        What we argued in our complaint -- what we pled in our

19   complaint and what we will argue in response to the motion to

20   dismiss, which obviously the Court hasn't, you know, considered

21   yet, is under the Helms-Burton Act, the statute specifically

22   says that an agency of the government or a government entity, a

23   Cuban government entity, should be treated as an agency

24   under -- under the FSIA.

25        But that doesn't mean that the statute actually applies

 1   because I don't think that was the intent of Helms-Burton at

 2   all.  If it does apply, Your Honor, then there's a commercial

 3   exception to that.  And clearly, Habanos -- there's no argument

 4   that Habanos is anything but a commercial corporation.

 5   Clearly, there's an exception to the -- the FSIA or Foreign

 6   Sovereign Immunities Act.

 7        And -- and the third point, Judge, would be that if, for

 8   some reason, the Court were to consider that -- that they are

 9   entitled to a stay pending resolution of the motion, we would

10   ask that discovery -- that not interfere with discovery against

11   any other party because we have individual claims against the

12   other parties.

13        But this is not a claim arising under -- under FSIA.  This

14   is a claim arising under Helms-Burton, and Helms-Burton says --

15   and it started, Your Honor, because the defendants made what I

16   consider to be a really, you know, kind of absurd argument.

17   It's very creative on their part, but they argue that Habanos

18   is a Cuban corporation; and under the Helms-Burton Act you

19   cannot have a claim based on property owned by a Cuban

20   corporation.

21        And that is absolutely not the intent of Helms-Burton.

22   And in that context, we pointed out that the -- for purposes of

23   determining the application of Helms-Burton, you look at it as

24   if it was an entity under the -- the FSIA.  But that doesn't

25   mean that they're entitled to immunity.

1      And certainly, even under the Foreign Sovereign Immunities

2  Act, when there's a -- when there's commercial conduct -- and

3  that's all that Habanos does -- there's an exception.  There's

4  an exception, and it is commercial conduct in the United

5  States, Judge, because we are suing these -- the --

6  Helms-Burton has a very broad definition of what is trafficking

7  in property.

8      And the trafficking in this case includes these

9  defendants' use of U.S. companies with their U.S. computer

10 systems and U.S. networks to market the -- the products that

11 are stored and/or maintained or managed from the property that

12 is at issue here.

13      **THE COURT:**  I'm sorry, Mr. Nunez.  You're going into a

14 lot of detail now.

15      **MR. NUNEZ:**  Okay.  All right.

16      **THE COURT:**  The first question I have for you was the

17 issue raised by the plaintiffs that you did not respond to

18 their argument that they are entitled, according to them,

19 absolutely, to a stay of discovery pending merits discovery.

20      Then you told me that that came up because of something

21 that you had argued and that you're not really traveling under

22 the Foreign Sovereign Immunities Act or subject matter

23 jurisdiction as to this Habanos entity.  I'm trying to get it

24 straight in terms of what gave rise to this argument, and then

25 I will hear from Habanos.

1    So are you saying that the Foreign Sovereign Immunities

2  Act has no role in this case?  Has limited role in this case?

3  What -- what is your position vis-a-vis FSIA?

4        **MR. NUNEZ:**  Right.  Judge, I believe it has no role.

5  And initially, Habanos did not raise it in their papers.  They

6  only raised it when we -- in response to one of their arguments

7  that there was a court -- Cuban corporation; therefore,

8  Helms-Burton didn't apply.

9        We said under Helms-Burton, you look to the Foreign

10  Sovereign Immunities Act for definitions.  And under the

11  definitions there, Habanos counts as a Cuban corporation for

12  purposes -- is an entity that can be sued under the

13  Helms-Burton Act.

14       But that's when -- when Habanos first filed their motion

15  to dismiss, they didn't raise the Foreign Sovereign Immunities

16  Act at all.  They only raise it in response to our argument.

17  And so I know it's convoluted, Judge.  But, again, obviously,

18  this is -- we're taking a peek at the motions, and it's hard to

19  go into this without extensive argument.

20       But I think --

21       **THE COURT:**  Well -- but the way they're presenting it

22  is they're presenting it as, "This is an FSIA case," and the

23  case law cited at length in the next page says you stay

24  everything because of the sovereign immunities protection.

25       **MR. NUNEZ:**  Right.

 1          **THE COURT:**  So that's what I'm trying to get at.

 2    You're telling me this case -- its only relationship to the

 3    Foreign Sovereign Immunities Act is as an aid to define

 4    corporations -- that's your position -- and there's no

 5    sovereign immunity.

 6        So then you go on, and you say there's no sovereign

 7    immunity afforded to Habanos, and you go into the, you know,

 8    commercial exception and all of that.

 9          **MR. NUNEZ:**  Right.

10          **THE COURT:**  But let me ask -- let's see.  I know that

11    I placed them here.

12        Mr. Krinsky --

13          **MR. KRINSKY:**  Yes.  Yes, Your Honor.

14          **THE COURT:**  -- is it your position -- is it your

15    position that Habanos is immune from suit under the Federal

16    Sovereign Immunities Act, as you seem to be indicating in your

17    reply, even if it's a lawsuit under Helms-Burton?

18          **MR. KRINSKY:**  Yes, Your Honor.  On their -- on

19    their -- on plaintiffs' allegation in the second amended

20    complaint, the Foreign Sovereign Immunities Act is the

21    exclusive source of jurisdiction, subject matter jurisdiction.

22          Plaintiff alleges in the second amended complaint Habanos

23    is an agency or instrumentality of the Cuban government.  That

24    means, under five Supreme Court cases and I don't know how many

25    Court of Appeals cases, that jurisdiction only exists under the

1    Foreign Sovereign Immunities Act.  That's our position, and

2    we're supported by, I think, a legion of authority.

3        They may want to argue -- apparently, they would want to

4    argue that Title 3 does away with that, that the Foreign

5    Sovereign Immunities Act is no longer exclusive jurisdiction.

6    I'd point Your Honor to a recent case in the District of --

7    District of Columbia, *Exxon v. CUPET*, in which the District

8    Court rejected that -- that contention.  But in any event,

9    that's an issue to be decided.

10       So until it's decided, this discovery has to be stayed

11   under the -- under all this law -- this case law we've cited.

12   They say the commercial activity exception applies even if the

13   FSIA --

14           **THE COURT:**  Right.

15           **MR. KRINSKY:**  -- is --

16           **THE COURT:**  I -- that's why I kind of stopped him

17   because I didn't need to go there just yet.

18           **MR. KRINSKY:**  Okay.

19           **THE COURT:**  I don't need to look at that just yet.

20           **MR. KRINSKY:**  I'm sorry, Your Honor.

21           **THE COURT:**  I'm trying -- I'm at the threshold where

22   you're saying jurisdiction -- subject matter jurisdiction here

23   is conferred by the Foreign Sovereign Immunities Act, and under

24   legions of cases, you stay discovery until subject matter

25   jurisdiction is decided.

1      It sounds to me like that's your position.

2           **MR. KRINSKY:**  Yes, Your Honor.

3           **THE COURT:**  And then Mr. Nunez is saying, "No, this

4    case" -- I may be exaggerating, but something along the line

5    of, "This case has nothing to do" -- "does not rely on the

6    Foreign Sovereign Immunities Act for jurisdiction.  It relies

7    on Helms-Burton for jurisdiction."  It sounds to me like that's

8    what he's saying.

9      And then you turn back, and you say that issue has been

10   addressed by a court, and they have to be here under FSIA, or

11   they're out, whether -- you know, whether -- whether it applies

12   or -- or an exception applies.  That's -- you know, I don't

13   want to go behind that curtain just yet.

14          **MR. KRINSKY:**  That's a fair statement, Your Honor.

15   Yes, I think that's right.

16          **THE COURT:**  All right.  All right.  So -- and let's

17   see.

18     Have you shared that case with Mr. Nunez?

19          **MR. KRINSKY:**  I think in the original -- in our

20   motion, yes.  In our motion, it's cited.

21          **THE COURT:**  I'm sorry.

22          **MR. KRINSKY:**  Not the motion for a stay but our motion

23   to dismiss.  It was cited.

24          **THE COURT:**  I see.

25     All right.  So you are aware of that case, Mr. Nunez?

1    **MR. NUNEZ:**  Yes, Your Honor.  Again, that wasn't their

2    initial position, but I know that they have cited it in

3    their -- in their motion to dismiss the amended complaint -- or

4    the second amended complaint, yes.

5        **THE COURT:**  So -- so would you agree that -- because,

6    see, this is sort of going beyond the motion to stay.  This is

7    requiring looking now at the motion to dismiss to determine if

8    this is legitimately under the Foreign Sovereign Immunities

9    Act, in which case there's no dispute how that works because of

10   the -- the immunity from litigation cases that have been cited.

11       So would you agree, Mr. Nunez, that if, upon review of

12   that case that is being cited by Mr. Krinsky, I find it to be

13   applicable and persuasive, then they would be -- then Habanos,

14   by itself, would be entitled to a stay just on those -- on that

15   basis?

16       **MR. NUNEZ:**  Well, Your Honor, I would just say on

17   the -- on the peek that the motions, which I think is what

18   Your Honor is alluding to, Your Honor, I think, could also

19   consider whether the commercial exception would apply.

20       But certainly, if you don't consider that, then I would

21   agree that as to Habanos only, that issue -- obviously, you

22   don't consider the response to their motion.  Then it would be,

23   you know, the stay as to discovery as to Habanos.

24       **THE COURT:**  Right, but I don't think -- I think that

25   the application of the immunity is just on the front end.  Then

1   you decide if they're entitled to it or not if they're a

2   commercial entity.  I don't know, and that's why I kept saying

3   I don't think I need to go that far just yet.

4        I just need -- I think the issue is whether this case --

5   the jurisdiction in this case is based on the FSIA or

6   Helms-Burton.  Mr. Krinsky says he has a case, "No way it can

7   be under Helms-Burton.  If it's here, it has to be under FSIA."

8        I think I've kind of clarified the positions of each

9   party.  Do you agree?

10          **MR. NUNEZ:**  Yes, Your Honor.  I agree that that's --

11   that's the positions of each side.

12        I know that the case he referred to from the -- from the

13   DC Circuit -- or I'm sorry -- Delaware.  My recollection is

14   that that case actually held that there was jurisdiction over

15   the entity there but no commercial exception.

16        But I'm not -- but I understand Your Honor is making a

17   point before getting to the commercial exception.  And right

18   now, I cannot dispute what Mr. Krinsky said on that issue.  I

19   will say that.

20          **THE COURT:**  All right.  All right.  All right.  That

21   clarifies the situation.  As to that issue, that's unique to

22   Habanos.

23        All right.  Then I also wanted to address -- just to -- to

24   bring up some points, the -- the plaintiffs' memorandum cites

25   to the Court's discovery practices handbook.  Now, I pulled my

```
1   latest copy of the local rules.  I do recall a discovery

2   practices section in the local rules.  I looked through my

3   current version, and I could not find it.

4       And I was hoping plaintiffs might be able to point me to

5   where I can find that in the current version, which is revised

6   December 1st, 2021.

7           MR. NUNEZ:  Your Honor, someone -- I know that we have

8   multiple lawyers on the call, and the answer to that, I

9   think -- and that can best be given by David Berenthal.  Again,

10  I -- you know, I wasn't -- I'm prepared to argue generally, but

11  that specific item, I don't know.

12          THE COURT:  All right.

13          MR. DAVID BERENTHAL:  Hello, Your Honor.

14      I believe -- and, again, it's been a while since I've --

15  since I've worked on that.  I believe there was a reference in

16  the local rules and perhaps a cite on a website that referred

17  to the discovery practices.

18      I am trying to do two things at once to find it again.

19  I'm not sure -- I believe our footnote may have also referred

20  to where it was located.  But if I am not mistaken,

21  Your Honor's asking me where the discovery practices is

22  actually located?

23          THE COURT:  Well, I'm looking at Discovery

24  Practices -- I'm looking at Southern District Local Rules,

25  Appendix A, Discovery Practices Handbook,
```

```
 1 │ Roman Numeral I.D(5).
 2 │     And I do -- from past experience, I do remember that, but
 3 │ I'm not sure whether it has survived.  And you're relying on
 4 │ that, and this case that you cite, Flecha, cites to it.  And I
 5 │ just wasn't sure if that was still current.  That's basically
 6 │ the nature of my question.
 7 │         MR. DAVID BERENTHAL:  To my knowledge, it's still
 8 │ current.  This was drafted -- that -- that portion comes from
 9 │ an item that I drafted about a month -- a month and a half ago,
10 │ and it was taken right off the website.
11 │     If I can have -- while argument continues, I will go look
12 │ it up and find the current update from the website.
13 │         THE COURT:  All right.  I appreciate that.
14 │     All right.  Then let's see.  I had another question.
15 │     Mr. Rodriguez, I just wanted to highlight this from your
16 │ response just, again, to make sure we're all on the same page
17 │ because on Page 9, you cite to the Fernandez case, and I
18 │ happened to be working on that one also.  So I'm familiar with
19 │ it.
20 │     In that case, only one plaintiff, who's still alive, could
21 │ survive -- could continue.  And the others, who were -- who
22 │ were not original owners but were inheritors or, in some
23 │ fashion, descendants of the original family members, were
24 │ dismissed.
25 │     I note on Page 9, where you're arguing about delay, you
```

1  acknowledge that, "Several court orders in this district have

2  interpreted the effect of this statute as extinguishing any

3  claim upon the death of a claimant, although no court order

4  known to plaintiffs involved an already-litigating claimant."

5       **MR. RODRIGUEZ:**  Right.

6       **THE COURT:**  Now, that is the situation here.  You're

7  concerned about, unfortunately, when some of the current

8  plaintiffs might pass on; is that correct?

9       **MR. RODRIGUEZ:**  Yes, Your Honor.

10      Just to give you an idea or a sense of the -- you know,

11  the plaintiffs that are all family members of mine, my uncle

12  Luis is 95 years old.

13      **THE COURT:**  Right.  I understand.  I just thought, as

14  it stands right now, under the law, he was alive at the time of

15  the filing of the complaint.

16      **MR. RODRIGUEZ:**  Yes.  Yeah.  Yeah.  All --

17      **THE COURT:**  So under common rules, his claims would go

18  to his estate under normal rules.  So --

19      **MR. RODRIGUEZ:**  Right.

20      **THE COURT:**  -- do you have a concern about that going

21  the other way?

22      **MR. RODRIGUEZ:**  And I -- yes.

23      **THE COURT:**  Is there case law out there that would

24  say, contrary to normal rules, when a plaintiff dies -- these

25  particular plaintiffs -- if they die, their cases are gone?

```
 1          MR. RODRIGUEZ:  Yeah.  Your Honor, I -- look, I

 2   would -- I would agree with what Your Honor is inferring.  I

 3   agree that what should happen is all existing claimants, the

 4   plaintiffs in this case -- should anyone pass like one has,

 5   my -- my aunt to date -- that all those claims -- the rights

 6   would go to the estate.

 7       Okay.  But since there's a certain amount of

 8   uncertainty -- I think Your Honor is right, and I think that's

 9   the way it should work.  But to the extent that there's a

10   certain amount of uncertainty -- I've not seeing an order.

11   There may be one.  I haven't seen an order either way.

12       And our -- I think there -- it's not illegitimate to have

13   a concern that -- I mean, I -- speaking for myself, I'm -- you

14   know, I -- as -- I try to be dispassionate about this just as a

15   lawyer, and the reasoning behind the orders that relate to

16   persons that have -- that have obtained their claim via

17   succession -- to me, it makes no sense.

18       But that's what -- you know, obviously, I'm -- I respect

19   what the Court's -- the orders, and I have to.  As a lawyer, I

20   respect the orders that have come down.  I -- you know, just

21   like I agree with you that it would make no sense for --

22          THE COURT:  I'm sorry.  I didn't express any opinion.

23   All I said is common -- common practice.

24          MR. RODRIGUEZ:  Okay.  I --

25          THE COURT:  If the plaintiff passes during
```

1   litigation --

2          **MR. RODRIGUEZ:**  Right.

3          **THE COURT:**  -- then the estate is substituted.   That's

4   sort of like common law.

5          **MR. RODRIGUEZ:**  Okay.

6          **THE COURT:**  So -- and then I wanted to point out the

7   case that you cited, *Fernandez*, I'm familiar with.

8          **MR. RODRIGUEZ:**  Right.

9          **THE COURT:**  In that one, the plaintiffs who were

10  eliminated were -- I mean, it was left out -- I believe there's

11  still just one lady there as a plaintiff.

12     So I just wanted to just highlight that -- the situation

13  here.  As it stands right now, there's no case that would

14  eliminate one of the current plaintiffs' -- one of the original

15  plaintiffs' claims if one of them passed like -- as you said,

16  one of them has passed away.

17     That's -- I didn't want to belabor that too much.  I just

18  wanted to highlight that.

19         **MR. RODRIGUEZ:**  And I didn't mean to attribute any of

20  my colorful, you know, language to Your Honor.  Yeah.

21  Your Honor, I agree.  Yes, that's correct.

22         **THE COURT:**  Okay.  All right.  All right.  So -- all

23  right.  Those were a couple of little things that popped out at

24  me and I wanted to -- to point out.

25     Now, the other thing I wanted to look at is this reply

1    declaration that was filed on behalf of Imperial.  I'll note

2    that Imperial is joining with the other defendants in asking

3    for a stay of discovery until an answer is filed, but then

4    Imperial has an extra request, like, a subcategory request,

5    pending this business of the UK Secretary of State.

6        And in reply, Imperial filed a notice of declaration, and

7    I'm not quite sure -- and maybe there's more materials that I'm

8    not looking at right now.

9        But the letter from the Department of International Trade

10   from Tristan Breslin says, and I quote, "It is a criminal

11   offense under Article 2 of the Extraterritorial U.S.

12   Legislation," yada yada, "to comply, directly or indirectly,

13   with any proscribed sanctions set out in the Annex," which I

14   imagine Helms-Burton sanctions are in there.  And the wording I

15   wanted to zero in on was "to comply, directly or indirectly,

16   with any proscribed sanctions."

17        And, counsel for Imperial, explain to me -- and it's

18   probably here somewhere -- how does that translate to not being

19   able to defend a case at all?  Because it says here "comply

20   with sanctions."

21        **MR. RHYS DAVIES：**  Thank you, Your Honor.  Andrew Rhys

22   Davies for Imperial.

23        The wording in the letter that Your Honor just read is a

24   summary of the regulation itself, and you can find the

25   regulation itself at Docket Entry 14-2.  And what that says is

1  that a UK entity like Imperial must not comply, directly or

2  indirectly, actively or by deliberate omission, with any

3  requirement or prohibition, including requests of foreign

4  courts, based on or resulting directly or indirectly from

5  Helms-Burton.

6      So that is why we cannot defend ourselves -- or Imperial

7  cannot defend itself without prior authorization from the UK

8  Secretary of State for International Trade.  That's what this

9  letter is -- is summarizing.

10     **THE COURT:**  So requests from foreign courts, meaning

11  you can't comply with a court order?

12     **MR. RHYS DAVIES:**  Without authorization, correct,

13  Your Honor.

14     **THE COURT:**  All right.  So then the authorization you

15  had so far was to engage in the original motion to dismiss

16  practice that has kind of blossomed into the third round of

17  motions to dismiss.

18     What about the issues relating to scheduling and so on?

19  Did you obtain permission for that?  My question is how have

20  you operated within those bounds?

21     **MR. RHYS DAVIES:**  I understand the question.  Thank

22  you, Your Honor.

23     When we initially sought authorization at the beginning of

24  the case, we sought plenary authorization.  And that's at

25  Docket Entry 14, Paragraph 3; Docket Entry 15-1, Paragraphs 4

```
 1    and 5.  When the authorization came, that request for plenary

 2    authorization was not granted.  It was limited to filing and

 3    litigating a motion to dismiss.

 4         And so with the things that the plaintiffs say that we

 5    have done, we think they are all well within the scope of the

 6    existing limited authority.

 7         The motion for leave to amend and the WPP depositions were

 8    all part and parcel of litigating the motions to dismiss, and

 9    then we moved to put off entry of the scheduling order

10    precisely because Imperial's authority is currently limited to

11    filing and litigating a motion to dismiss.  And that's, again,

12    Docket Entry 217, Paragraph 6; Docket Entry 222 at 3 to 4.

13         So we think that we have operated clearly within the scope

14    of the limited authorization that we have so far.  And, you

15    know, we renewed the request for plenary authorization to the

16    UK government as soon as there was a change of circumstance

17    that could warrant a renewed request.

18         Like -- regulators, like judges, don't entertain just pure

19    requests for reargument.  On April 7th, 2022, Judge Gayles

20    said, "No.  We're going to go forward with a scheduling order."

21    We promptly then asked the UK government for authorization to

22    defend the case in its entirety.

23         THE COURT:  So you're saying that your renewed request

24    was granted by which order from Judge Gayles?

25         MR. RHYS DAVIES:  Judge Gayles, April 7th, 2022,
```

```
 1   denied the defendants' request to put off the scheduling order
 2   until after the motions to dismiss.
 3        At that point, we regarded that as a change of
 4   circumstance that would -- or could justify going back to the
 5   British government to say, you know, "You previously authorized
 6   us only to litigate a motion to dismiss.  Now it is possible
 7   the U.S. Court may be about to enter a scheduling order
 8   requiring additional things to happen.  So we are coming back
 9   to you and renewing our request for authorization to defend the
10   case in its entirety."
11        We made that application, and as the letter that
12   Your Honor quoted reflects, it was apparently received, and the
13   British government is considering it and saying that they will
14   tell us the outcome in due course.
15        THE COURT:  All right.  And after Judge Gayles --
16   so -- so you sought that leave once you got Docket Entry 223 on
17   April the 7th, and then did you comply with Judge Gayles's
18   directive to file a joint scheduling report?  I see you did on
19   April 22nd.
20        MR. RHYS DAVIES:  Yes, but the request, Your Honor,
21   was to have dates that keyed off either -- well, that keyed off
22   the -- the grant of authorization.
23        So, yes, everything we've done, everything we have been
24   proposing, is consistent with a very difficult situation that
25   Imperial is facing, which is that it's not allowed to do
```

```
 1    anything else without prior authorization or else it commits a
 2    criminal offense and subjects itself to an unlimited criminal
 3    fine.
 4          THE COURT:  So are you saying the joint proposed
 5    scheduling report -- I'm looking at it as I look.  Is it saying
 6    that you don't have authorization to do any of this?
 7          MR. RHYS DAVIES:  Yes, absolutely, Your Honor.  Yes.
 8          THE COURT:  I'm scrolling through it.
 9      "Other Helpful Information"?
10          MR. RHYS DAVIES:  That's right, Your Honor.  That's
11    one place.  It appears also in the introductory paragraph where
12    we talk about the fact that we are simultaneously seeking a
13    stay.  It's in "Other Helpful Information."
14        And then when we get on Page 7, where the parties set
15    forth their dueling proposals for case scheduling, you know,
16    all of the dates, we have a footnote.  We've said that, you
17    know, this should all be triggered off the letter of -- of when
18    the Secretary of State actually grants authorization for
19    Imperial to proceed.
20          THE COURT:  All right.  Okay.  All right.  Those were
21    the discrete things that jumped at me.  I will hear from
22    Imperial now.  As I told you, I have reviewed this -- these
23    submissions.
24        So let me hear from Imperial on your -- your request on
25    behalf of all counsel.  I don't think I need to hear from all
```

 1   counsel to repeat the same thing, just briefly [sic] summary

 2   and then your specific request and the interplay between those

 3   two.

 4        **MR. RHYS DAVIES:**  Yes, Your Honor.  Thank you.

 5        Maybe I start by answering the question that Your Honor

 6   asked at the outset, which is what is the impact of the

 7   requested stay on the scheduling order that Judge Gayles

 8   entered last week.  And I think the answer is that it could be

 9   very limited, if any.

10        The scheduling order that Judge Gayles entered

11   contemplates fact discovery ending at the end of January 2023

12   and a trial in July 2023.  So there is a lot of time.

13        Now, the motion to dismiss -- the joint motion to dismiss

14   and Imperial's motion to dismiss will be fully briefed less

15   than three weeks from now, May 25th, 2022.  And it's up to the

16   Court, of course, but the Court may want to schedule argument

17   on those motions.

18        And I don't know what other counsel's availability is, but

19   I can make myself available for argument any day between

20   May 26th and the end of June.  So it really could be a very

21   limited stay that actually ends up being required.

22        Now, in terms of the discovery stay, as Your Honor is well

23   aware, there are two limbs to it.  There's the preliminary peek

24   at the merits of the motion to dismiss, and then there's the

25   weighing of the relative harms, and I'll address briefly the

1    preliminary peek.

2         The defendants have made four weighty case-dispositive

3    arguments.  They're not, as the plaintiffs say in their

4    response, pleading defects.  There is no basis for personal

5    jurisdiction.  On their third attempt, the plaintiffs still

6    haven't pleaded a prima facie case of personal jurisdiction

7    over Imperial.  There is no nexus between this lawsuit and this

8    forum other than the plaintiffs' residence.

9         And on the personal jurisdiction piece of the motion, I'll

10   point out that the Department of Justice has said in its

11   statement of interest that Imperial's personal jurisdiction

12   motion raises substantial questions similar to those that have

13   caused other courts in this district to dismiss Helms-Burton

14   cases.

15        We've also argued that Congress lacks legislative

16   jurisdiction to regulate and oversees entities' use of real

17   property in Cuba for purposes of a non-U.S./Cuban cigar

18   business.  That constitutional challenge is sufficiently

19   substantial that the Department of Justice, in its statement of

20   interest, requests an opportunity to be heard on it.

21        Third, we have argued that the plaintiff --

22             **THE COURT:**  I'm sorry.  While you're on that subject,

23   let's just make sure we're on the right page there.  They said

24   they want to be heard, but they're saying, "Wait until the case

25   is at issue."

1          Is that basically -- my recollection correct?

2          **MR. RHYS DAVIES:**  Correct, Judge.

3      What they have asked -- actually, they've requested that

4  the Court resolve the personal jurisdiction question first

5  because it could obviate the need to get to the legislative

6  jurisdiction issue.  But they've asked that if you get to the

7  legislative jurisdiction issue, the constitutional challenge,

8  then the Department of Justice wants to be heard on it.  So

9  those are the first two arguments.

10      The third argument is that the plaintiffs lack standing

11  because this lawsuit doesn't seek to remedy a concrete injury

12  caused by the defendants, and the principal problem they have

13  there is that they concede that we did not own this property at

14  the time that the defendants allegedly used it.

15      We have recognized that Judge Gayles has held that other

16  Helms-Burton plaintiffs pleaded standing, but he has not had

17  the opportunity to address the actual arguments that we are

18  raising.

19      We've also pointed out that the question of Article 3

20  standing in Helms-Burton cases is currently pending before the

21  Eleventh Circuit in three cases that were argued in October

22  last year.  And the en banc Eleventh Circuit, recently in

23  February of this year, heard argument in another case that

24  raises the whole question of standing in cases alleging

25  statutory violations.

 1          **THE COURT:**  And that is all still pending?  We have no

 2     idea when those opinions will come down?

 3          **MR. RHYS DAVIES:**  Correct, Your Honor, although the

 4     Helms-Burton cases were argued, as I said, six months ago.  The

 5     Eleventh Circuit asked for input from the Department of

 6     Justice, which was filed, I think, around a month ago.  So the

 7     Eleventh Circuit now has the input that it had requested from

 8     the Department of Justice.

 9          **THE COURT:**  And that was submitted a month ago?

10          **MR. RHYS DAVIES:**  Approximately a month ago,

11     Your Honor.  Maybe my colleagues who aren't arguing can

12     confirm, but that's my recollection.

13          **THE COURT:**  All right.  Well, that's close enough.

14          **MR. RHYS DAVIES:**  And then finally, this -- the second

15     amended complaint, their third attempt, doesn't state a claim

16     for relief.  There are a whole bunch of problems with it, and

17     they're not just pleading defects.

18          I mean, there's -- for example, the face of the complaint

19     itself alleges that the -- that the use of the property -- the

20     last use alleged is in 2010, which is outside the two-year

21     statute of repose.  So these are not just pleading issues.

22          And if I could just address two things that the plaintiffs

23     say in their -- in their response that they filed last night,

24     they say -- first of all, they say that Your Honor already held

25     that the second amended complaint was not futile when you

1   granted permission to file it.  That is obviously not correct.

2        Your Honor's March 9th, 2022, order that granted leave to

3   amend said, and I'm quoting, "Defendants' futility-based

4   objections to the motion to amend should be more fully and

5   fairly addressed in the context of any future motions to

6   dismiss that defendants may file in response to the second

7   amended complaint."

8        Finally, they say that Judge Gayles's entry of the

9   scheduling order indicates that he decided that there was no

10  basis for a stay.  That is obviously not correct, either, given

11  that minutes after he entered the scheduling order, Judge

12  Gayles referred the stay motion to Your Honor for a decision.

13       Now, the next piece of the -- of the test for a discovery

14  stay involves balancing the relative harms.  And here, the

15  balance tips very sharply in favor of the defendants.  It's

16  much more serious here than -- than what's usually at issue,

17  which is the waste of party and court resources of conducting

18  discovery that -- that may well turn out to be unnecessary.

19       As to Imperial, there's no reason to require Imperial to

20  commit a criminal offense by engaging in discovery without

21  authorization in circumstances where the case could and should

22  be dismissed at the threshold on legal grounds without any need

23  for discovery.

24       Then looking at what is the harm that's alleged on the

25  other side, where the plaintiffs refer to the fact that some of

1   them are elderly and/or in poor health, they made exactly this

2   issue in August of 2020 when we moved for a stay at the outset

3   of the case.  Judge Gayles considered this very issue.  It's

4   Docket Entry Number 50 at -- it's the transcript at Pages 24

5   and 29.

6        And Judge Gayles decided that the remedy for that risk was

7   to grant the plaintiffs' permission to take the depositions of

8   the two elderly plaintiffs to preserve their testimony.  But

9   remarkably, the plaintiffs never did it.  And that is

10  consistent with the lack of urgency they've shown throughout

11  the case, which is fine.  It's their case, but our point is

12  purely that they don't have a credible claim of urgency now.

13       In addition to not taking up Judge Gayles on his grant of

14  leave to take these depositions, it took the plaintiffs 14

15  months to file this case after Helms-Burton went into effect.

16  It took them four months to file it after they told us they

17  were going to.  And for the last year, they have effectively

18  locked our ability to secure a motion to dismiss ruling by

19  continually amending the complaint.

20       Your Honor asked me also to address the piece of their --

21  that concerned Imperial's distinct request for a stay of all

22  proceedings until the Secretary of State for International

23  Trade has adjudicated the request for authorization.  On that,

24  we think that the same three factors that Judge Gayles weighed

25  back in September of 2020 require a stay here.

1          First of all, in the *Turner* case, the Eleventh Circuit has

2    said, "You have to consider international comity."  As we've

3    explained, Imperial is prohibited, on pain of criminal

4    sanction, from proceeding beyond the motion to dismiss without

5    prior authorization.

6          That's a reflection of the UK's view that the

7    extraterritorial application of this statute violates the

8    interests of the United Kingdom, but there is a process through

9    which the United Kingdom government can, if it thinks there

10   would be serious damage either to Imperial's interests or to

11   the UK's interest, permit Imperial to defend itself.  So that

12   is the comity piece of this.

13         The next element that the Eleventh Circuit has said has to

14   be considered is fairness to the parties.  And this, again, is

15   very limited relief.  Judge Gayles previously said the Court

16   isn't being asked here to defer to UK law but only to give

17   Imperial time to get the authorization it needs to defend it --

18   itself.  Again, that's the transcript of the September 2020

19   hearing, Docket Entry Number 50 at 14 and Pages 28 to 29.

20         And actually, then there would be no incremental delay as

21   a result of Imperial's separate request for a stay.  To the

22   extent the authorization is granted before the motion to

23   dismiss is adjudicated, there will actually be no need for this

24   separate stay.

25         Then the next element is judicial efficiency.  We think

```
 1    plainly here judicial efficiency is promoted by following an
 2    orderly process, allowing Imperial some time to obtain
 3    authorization, especially as there are still motions to dismiss
 4    pending.
 5         It's certainly preferrable to putting Imperial in an
 6    impossible position and just creating unnecessary litigation
 7    here, whether it's default proceedings, discovery sanctions,
 8    you know, alternatively, requiring a violation of the UK
 9    criminal law and opening up criminal proceedings in the United
10    Kingdom.
11         And then finally, the Eleventh Circuit has said that you
12    can't grant a stay that's immoderate.  Well, this wouldn't be
13    immoderate because it will end when the Secretary of State
14    decides the application.  But if the Court has a concern about
15    it, you can certainly put a time limit on the stay.
16         For example, the Court could say that Imperial has a stay
17    of all proceedings until, for example, 60 or 45 days after
18    Imperial's answer would otherwise be due under Rule 12(a)(4)(A)
19    if the motion to dismiss were to be denied, which, of course,
20    we think it shouldn't be.
21         THE COURT:  I'm sorry.  So let me -- let me get it
22    straight.
23         On the global motion from everybody, you want a stay,
24    regardless of whether you (Inaudible), until an answer is due,
25    assuming that, you know, the motions to dismiss are not fully
```

```
 1   dispositive.

 2        But then even after that happens, if Imperial hasn't

 3   gotten permission yet, then you want to keep on doing it just

 4   for Imperial until you get permission.  And that's where you're

 5   saying tack on the extra 60 or 90 days?

 6             MR. RHYS DAVIES:  Yes, exactly, Your Honor.

 7        I mean, just -- I think -- the way I think about it -- if

 8   the Court were to deny Imperial's motion to dismiss, then the

 9   next thing to happen would be the answer, which, under

10   Rule 12(a)(4)(A), would be due, I think, 14 days after the

11   decision denying the motion to dismiss.  That's not enough

12   time, and if authorization hasn't been granted by then, we're

13   going to end up with emergency motion practice then.

14        So what I'm suggesting is a rule that Imperial has a stay

15   of further proceedings until, say, 60 days or 45 days after the

16   date when Imperial's answer would otherwise be due under

17   Rule 12.

18             THE COURT:  So you're saying that -- you're not --

19   you're saying that it's not enough, if a global stay is

20   granted, to give Imperial that time.  You're saying, on top of

21   that, an extra 60 or 90 days for the UK to keep thinking about

22   it?

23             MR. RHYS DAVIES:  Well, that -- yes, and that might

24   not be necessary because there is, I hope, every possibility

25   that the UK will grant authorization before the Court
```

 1  adjudicates the motion to dismiss.  The risk I'm trying to

 2  address is that if the Court denies our motion to dismiss,

 3  Imperial then has to either answer or fail to answer.

 4      So what I'm asking for is -- is just avoiding an emergency

 5  in the event that the motion to dismiss is denied, and that's

 6  why I'm suggesting giving us some further time beyond the 14

 7  days that Imperial would normally have to file an answer, just

 8  to ensure --

 9          THE COURT:  Right, but as you know -- as you know,

10  this would be by report and recommendation.  So you would get

11  at least some time frame there.

12      I just -- I just don't see -- I honestly thought that

13  the -- Imperial's motion to stay was a subset of the global

14  motion.  You're now saying no, it has a tail.

15          MR. RHYS DAVIES:  It has a tail, which might not be

16  necessary.

17          THE COURT:  Okay.

18          MR. RHYS DAVIES:  So, Your Honor -- I mean, one way to

19  handle this -- you know, if Your Honor were inclined to grant

20  the discovery stay that all of the defendants are requesting,

21  one way to handle this, if you're not prepared at this point to

22  grant the additional stay to Imperial, is to say that that

23  request can be renewed in the future.

24      For example, if Your Honor were to recommend that Judge

25  Gayles deny the motion to dismiss, then maybe at that point

```
 1    we'd come back and renew that portion of the motion.

 2              THE COURT:  Right.  Right.  You see where I'm coming

 3    from?

 4              MR. RHYS DAVIES:  Absolutely, Your Honor.

 5              THE COURT:  There is -- there is time there if what

 6    you're saying happens and the UK starts thinking about it.

 7              MR. RHYS DAVIES:  Absolutely, Judge, yes.

 8              THE COURT:  All right.  Anything else?  I do have some

 9    matters to attend to, but I want to give a full opportunity.  I

10    don't know that, of the general motion, the WPP defendants or

11    Habanos need to add anything, but I'll give you a brief

12    opportunity if you feel that Mr. Rhys Davies forgot something

13    that's peculiar to you.

14              MR. RHYS DAVIES:  Judge, I'm -- I'm intruding, but I

15    meant to address your question about the discovery handbook.  I

16    don't know whether it's still in effect, but the version of

17    it --

18              MR. DAVID BERENTHAL:  It is not.  I'm sorry.  I

19    thought I was on mute at the same time.  I'm sorry for

20    interrupting.

21         As I told the Court, I would look into it.  No, my

22    footnote was referring to the original text.  I did a little

23    additional research now.  The handbook was removed in 2015 from

24    the local rules.

25              THE COURT:  All right.  Thank you very much.
```

1      All right.  That clarifies that.

2      All right.  Any comments, brief comments, from the WPP

3 defendants or Habanos?  I already -- on purpose, at the

4 beginning, I addressed the FSIA issue with Habanos.  Do you

5 have anything else?

6      I guess I'll hear from Mr. Krinsky first -- and, again,

7 briefly -- and then from Mr. Surgeon.

8      You're muted.  Muted.

9           **MR. KRINSKY:**  Sorry, Your Honor.

10      No, I think we're fine for the moment.

11           **THE COURT:**  Okay.  Mr. Surgeon?

12           **MR. SURGEON:**  Your Honor, in addition to the arguments

13 that Mr. Davies raised, I think, on behalf of the WPP

14 defendants, it's important for us to raise with respect to why

15 we think a stay is also appropriate -- is that the issue of

16 personal jurisdiction with respect to the WPP defendants has

17 not been cured, even though we are now on the third complaint

18 with two amendments.

19      And so, you know, as the Court is aware, plaintiff was

20 permitted to take jurisdictional discovery.  There has been

21 extensive and expensive jurisdictional discovery, including two

22 30(b)(6) depositions.  And as it stands, the second amended

23 complaint still does not state a basis for specific personal

24 jurisdiction over any of the WPP defendants in Florida.  And we

25 think that that has to be taken into account and is a reason

 1    why a stay would be appropriate.

 2        In addition, one of the challenges that going forward with

 3    discovery would present is the fact that what has been

 4    established in jurisdictional discovery is that the advertising

 5    that took place was done by Spanish entities that are not based

 6    in the United States.

 7        Those entities would be subject to the same proscriptions

 8    that we're encountering with respect to Imperial where the

 9    plaintiff were to seek, through the currently named defendants,

10    to serve discovery that would ultimately have to be answered by

11    those defendants.

12        And so we think, again, given that there has not been a

13    basis stated for specific personal jurisdiction in this

14    district, that militates in favor of a stay so that the Court

15    can finally rule on the motions to dismiss that have been

16    pending where we have stated, from the first motion to dismiss

17    to the third, that there is no basis alleged for specific

18    personal jurisdiction in the complaint.

19        And the current second amended complaint has ultimately

20    failed to cure that.  We don't believe the plaintiff can make

21    out a basis for specific personal jurisdiction against the

22    defendants that haven't been named; and therefore, we think

23    that the stay wouldn't be appropriate for that reason also.

24        **THE COURT:**  I'm sorry.  You lost me with the Spanish

25    entities.

1    What's -- what's the -- what's the issue with them?

2    **MR. SURGEON:**  The issue, Your Honor, is that the

3    jurisdictional discovery that was taken showed that the

4    entities that purported to -- to perform these advertising

5    activities are entities that are based in Spain, not here in

6    the U.S.

7    And so the complaint states allegations against WPP, PLC,

8    against BCW, and against Y&R, none of which -- and those are

9    not -- those are not the parties who performed the actual

10   advertising activity.  And so what I'm saying is that the

11   complaint doesn't even name the proper defendants, and then the

12   Spanish defendants would not be subject to jurisdiction before

13   the Court in any event.

14   And so the -- what I was trying to explain with respect to

15   discovery is if plaintiff were to seek discovery and the

16   discovery would have to be answered by these Spanish affiliates

17   that are not subject to jurisdiction and not even properly

18   before the Court, it presents a similar complication to what

19   we're discussing with Imperial with respect to having to seek

20   permission to litigate -- to -- to respond to the discovery, is

21   what I'm saying.

22   **THE COURT:**  I'm sorry.  Who would have to seek

23   permission from whom?

24   **MR. SURGEON:**  The WPP defendants would have to seek

25   similar permission from the government in order for these

 1  Spanish entities to be able to respond to the discovery or

 2  participate in this litigation.

 3         THE COURT:  From the government of Spain?

 4         MR. SURGEON:  Well, yes, Your Honor, because they

 5  are -- they are -- they are --

 6         THE COURT:  I'm sorry.

 7         MR. SURGEON:  (Inaudible).

 8         THE COURT:  Was discovery already conducted as to the

 9  Spanish entities?

10         MR. SURGEON:  No, Your Honor.  There has been

11  jurisdictional discovery only with respect to the entities that

12  have been named in the complaint.

13         THE COURT:  All right.  So the wrinkle that you're

14  putting in this whole thing is that for WPP defendants to

15  respond to discovery, they would need to turn around and get

16  discovery from Spanish entities, who are prohibited from

17  furnishing such discovery by the Spanish government?

18         MR. SURGEON:  That is the potential wrinkle,

19  Your Honor, and I don't mean to suggest that that is a

20  concession that we think that they -- that this information is

21  in the possession, custody, or control of these defendants such

22  that they would be required to respond.  But that is

23  potentially where -- where this comes out.

24         THE COURT:  All right.  Okay.  Thank you.

25     All right.  Let me hear briefly from plaintiffs' counsel

1    addressing the points that were made by the various defendants.

2         **MR. RODRIGUEZ:**  Right, Judge.   Thank you, Your Honor.

3         Let me start off by emphasizing a case that we cited --

4    plaintiff cited in their memo on Page 3, that *Cabrera v.*

5    *Progressive Behavioral Science* case.   It's a Southern District

6    2019 case.   It stands for the proposition that a stay of

7    discovery pending determination of a motion to dismiss is the

8    exception rather than the rule.

9         And the case goes on to sort of give a -- not "sort of"

10   but give an analysis, and it states that a motion to dismiss

11   that proposes to dispose of the entire action may serve as good

12   cause to stay discovery but only if there's a strong likelihood

13   that the motion will dispose of the action in its entirety.

14        And that issue of whether it's a strong likelihood that

15   the motion will dispose of the issue in its entirety has

16   already been brought up to the Court because in -- in opposing

17   the plaintiffs' motion for leave to amend the amended

18   complaint, the parties essentially re- -- reargue the points

19   that they made in their earlier motions to dismiss and added

20   some additional points that they're likely to make in the

21   upcoming motion to dismiss.

22        And the Court, in evaluating the argument put forth by the

23   defendants that they should not allow amendment to the

24   complaint because it would be futile, determined that

25   apparently the case that was being made by the defendants of

1    futility -- because they're, you know, based on the strength of

2    their motion, being likely to dispose of the case -- the Court

3    wasn't persuaded and granted our motion for leave to amend.

4         The issue -- again, that's a peek.  The Court certainly

5    took a peek into the motions to dismiss at that point in time.

6    Subsequently, when -- when the issue came up of the -- the

7    scheduling order --

8              **THE COURT:**  Right.

9              **MR. RODRIGUEZ:**  -- the defendants took the position

10   that the judge -- I'm sorry -- that the Court should postpone

11   any entering of a scheduling order, again, pending the

12   resolutions of the motion to dismiss --

13             **THE COURT:**  Right.

14             **MR. RODRIGUEZ:**  -- because --

15             **THE COURT:**  Right.  Mr. Rodriguez, I'm sorry.  I've

16   read all that already.

17             **MR. RODRIGUEZ:**  Okay.

18             **THE COURT:**  Do you have anything specific?  Because

19   I'm running short on real estate here.

20             **MR. RODRIGUEZ:**  Okay.  Yes.  Let me -- let me get,

21   then, to the point, you know, where the rubber meets the road.

22        International comity is a two-way street, Judge.  And, you

23   know, for the defendants to -- Imperial to argue that they

24   should be entitled, for the sake of international comity, that

25   the Court should defer to allow the UK commission to evaluate

1   and give permission -- they certainly have not given that same

2   comity or respect to the processes in the judicial system of

3   the United States.

4        So their -- I would argue that their entitlement to comity

5   should have a limit.  We've already gotten, I think, five

6   months previously, and that should have been enough to get them

7   the -- the permission necessary.

8        I think that it is somewhat telling that the -- the

9   address -- and we're getting this from, you know,

10  communications that we've received recently.  But the address

11  of the body -- the email address of the body that the --

12  Imperial is seeking permission from -- the email address is

13  Blocking.Regulation@trade.gov.uk.

14       You know, it's a blocking -- you know, this is all about,

15  you know, blocking statutes and preventing the parties in the

16  United States from being able to implement the Helms-Burton

17  Act.  And, again, if you seek international comity, you should

18  have been in a position to have given comity and given some

19  respect to our system, and that hasn't been the case.

20       I would also harp on the -- their participation up to now

21  on the issue of the scheduling order.  I, again, Your Honor,

22  have some questions about that.  I'm not sure that litigating

23  the issue of the scheduling order comports with the allegedly

24  limited permission that they've been given already.

25       I'm not sure that there's any evidence or any indication

1  that there's been any -- there's ever been a UK party that has

2  been sanctioned.  I'm not saying there isn't.  I have not seen

3  any evidence of any UK party that has been sanctioned in a

4  position similar to what Imperial is in now.  And it seems that

5  that's nothing more than sort of a transparent effort to,

6  again, block the implementation of the Helms-Burton law in the

7  United States.

8      With regard to the -- you know, the age and health of my

9  family members, again, I -- again, we've discussed --

10         **THE COURT:**  I'm sorry.  I think we've discussed that

11  fully, sir.

12         **MR. RODRIGUEZ:**  But not completely, Judge.  The -- you

13  know -- I mean, very quickly.  At some point, it does matter.

14  You know, people should get their day in court.  And, you know,

15  these folks -- whether -- whether the claim survives is one

16  issue, whether it survives to the heirs of the present

17  plaintiffs.  That's an issue we've already discussed.

18      The other issue is that the -- the -- the plaintiffs

19  themselves should get their day in court so that they,

20  themselves, could benefit by the wrongs that have been -- that

21  have been committed to them, and they should be able to have --

22  and they, themselves, should get the benefit of an enforcement

23  of the Helms-Burton Act.

24      And then the -- well, I -- based on the -- Your Honor's --

25  Your Honor's schedule and the fact that it's clear to me that

```
 1   Your Honor has read our paper, I'll, you know, rely on the
 2   arguments that have been made.
 3        Can I have just a second, Judge, to just confer with
 4   Mr. Nunez?
 5             THE COURT:  Yes.
 6             MR. RODRIGUEZ:  Yeah.  Last point with regard to WPP,
 7   Judge.
 8        Worst case for plaintiffs, best case for WPP, there would
 9   still be jurisdiction, if not in the Southern District, in New
10   York.  So that's not a case-dispositive circumstance as it
11   relates to WPP.
12        That's the last point I'd make.  Thank you for your time,
13   Judge.  Appreciate it greatly.
14             THE COURT:  Well, thank you very much.
15        My apologies, but I fit you in out of my criminal duty
16   calendar, and I have people waiting.  So I just wanted to make
17   sure everybody had their say, and we will then issue a report
18   and recommendation to Judge Gayles on this matter.
19        Thank you very much.
20             MR. RODRIGUEZ:  Thank you, Judge.
21             MR. RHYS DAVIES:  Thank you, Your Honor.  Have a good
22   weekend.
23             MR. RAYMOND:  Thank you, Your Honor.
24             MR. KRINSKY:  Good afternoon.
25             MR. SURGEON:  Thank you, Your Honor.  Have a great
```

1    weekend.

2            **MR. KRINSKY:**  Good afternoon, everybody.

3            **THE COURT:**  All right.  We're adjourned.

4                    (Proceedings adjourned.)

1

2

3                    **CERTIFICATE OF TRANSCRIBER**

4          I certify that the foregoing is a true and correct

5    transcript, to the best of my ability, of the above pages of

6    the official electronic sound recording provided to me by the

7    U.S. District Court, Southern District of Florida, of the

8    proceedings taken on the date and time previously stated in the

9    above matter.

10         I further certify that I am neither counsel for,

11   related to, nor employed by any of the parties to the action in

12   which this hearing was taken, and further that I am not

13   financially nor otherwise interested in the outcome of the

14   action.

15

16   DATE:  Saturday, May 21, 2022

17

18

19

20            _____/S/ James C. Pence-Aviles_____

21        James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                       U.S. Court Reporter
22

23

24

25

**---000 [1]** 1:4/3

**/**

**/S [1]** 1:47/20

**0**

**000 [1]** 1:4/3

**1**

**10005 [1]** 1:2/12
**10017 [2]** 1:1/19 1:1/21
**10020 [1]** 1:2/6
**101 [1]** 1:2/9
**1100 [1]** 1:2/19
**1150 [1]** 1:1/15
**12 [3]** 1:33/18 1:34/10 1:34/17
**1221 [1]** 1:2/6
**13059 [2]** 1:1/25 1:47/21
**14 [6]** 1:2/12 1:22/25 1:31/14
1:32/19 1:34/10 1:35/6
**14-2 [1]** 1:21/25
**15-1 [1]** 1:22/25
**1875 [1]** 1:2/16
**1:00 [1]** 1:4/1
**1st [1]** 1:16/6

**2**

**20-23287-Civil-Gayles [1]** 1:4/5
**20-CV-23287-DPG [1]** 1:1/7
**200 [1]** 1:3/3
**20006 [1]** 1:2/17
**2010 [1]** 1:29/20
**2015 [1]** 1:36/23
**2019 [1]** 1:41/6
**2020 [3]** 1:31/2 1:31/25 1:32/18
**2021 [1]** 1:16/6
**2022 [7]** 1:1/11 1:4/1 1:23/19
1:23/25 1:26/15 1:30/2 1:47/16
**2023 [2]** 1:26/11 1:26/12
**21 [1]** 1:47/16
**217 [1]** 1:23/12
**21st [1]** 1:2/3
**22-D [1]** 1:1/18
**222 [1]** 1:23/12
**223 [1]** 1:24/16
**22nd [1]** 1:24/19
**24 [1]** 1:31/4
**2400 [1]** 1:3/6
**255 [1]** 1:1/15
**25th [1]** 1:26/15
**26th [1]** 1:26/20
**2700 [1]** 1:2/9
**28 [1]** 1:32/19
**29 [2]** 1:31/5 1:32/19

**3**

**30 [1]** 1:37/22
**30th [1]** 1:2/12
**3100 [1]** 1:3/3
**317 [1]** 1:1/21
**33131 [3]** 1:2/4 1:2/20 1:3/3
**33134 [1]** 1:1/16
**33602 [1]** 1:2/9
**350 [1]** 1:3/6

**4**

**405 [1]** 1:1/21
**45 [2]** 1:33/17 1:34/15
**46 [1]** 1:1/1

**5**

**50 [2]** 1:31/4 1:32/19

**6**

**60 [4]** 1:33/17 1:34/5 1:34/15
1:34/21

**7**

**777 [1]** 1:1/18
**7th [3]** 1:23/19 1:23/25 1:24/17

**9**

**90 [2]** 1:34/5 1:34/21
**90071 [1]** 1:3/6
**95 [1]** 1:18/12
**98 [1]** 1:2/19
**9th [1]** 1:30/2

**A**

**ability [2]** 1:31/18 1:47/5
**able [6]** 1:16/4 1:21/19 1:40/1
1:43/16 1:44/21
**about [15]** 1:17/9 1:17/25
1:18/7 1:18/20 1:19/14 1:22/18
1:24/7 1:25/12 1:33/14 1:34/7
1:34/21 1:36/6 1:36/15 1:43/14
1:43/22
**above [2]** 1:47/5 1:47/9
**absolute [1]** 1:7/2
**absolutely [5]** 1:8/21 1:9/19
1:25/7 1:36/4 1:36/7
**absurd [1]** 1:8/16
**according [1]** 1:9/18
**account [1]** 1:37/25
**acknowledge [1]** 1:18/1
**Act [20]** 1:6/14 1:7/21 1:8/6
1:8/18 1:9/2 1:9/22 1:10/2
1:10/10 1:10/13 1:10/16 1:11/3
1:11/16 1:11/20 1:12/1 1:12/5
1:12/23 1:13/6 1:14/9 1:43/17
1:44/23
**action [4]** 1:41/11 1:41/13
1:47/11 1:47/14
**actively [1]** 1:22/2
**activities [1]** 1:39/5
**activity [2]** 1:12/12 1:39/10
**actual [2]** 1:28/17 1:39/9
**actually [8]** 1:7/25 1:15/14
1:16/22 1:25/18 1:26/21 1:28/3
1:32/20 1:32/23
**add [1]** 1:36/11
**added [1]** 1:41/19
**addition [3]** 1:31/13 1:37/12
1:38/2
**additional [4]** 1:24/8 1:35/22
1:36/23 1:41/20
**address [14]** 1:6/22 1:7/4 1:7/8
1:15/23 1:26/25 1:28/17 1:29/22
1:31/20 1:35/2 1:36/15 1:43/9
1:43/10 1:43/11 1:43/12
**addressed [3]** 1:13/10 1:30/5
1:37/4
**addressing [2]** 1:6/8 1:41/1
**adjourned [2]** 1:46/3 1:46/4
**adjudicated [2]** 1:31/23 1:32/23
**adjudicates [1]** 1:35/1
**advertising [3]** 1:38/4 1:39/4
1:39/10
**affiliates [1]** 1:39/16
**afforded [1]** 1:11/7
**after [9]** 1:24/2 1:24/15
1:30/11 1:31/15 1:31/16 1:33/17
1:34/2 1:34/10 1:34/15
**afternoon [4]** 1:4/13 1:4/19
1:45/24 1:46/2

**again [18]** 1:10/17 1:14/1
1:23/11 1:32/14 1:32/18 1:37/6
1:38/12 1:42/4 1:42/11 1:43/17
1:43/21 1:44/6 1:44/9 1:44/9
**against [6]** 1:8/10 1:8/11
1:38/21 1:39/7 1:39/8 1:39/8
**age [1]** 1:44/8
**agency [3]** 1:7/22 1:7/23
1:11/23
**ago [5]** 1:17/9 1:29/4 1:29/6
1:29/9 1:29/10
**agree [9]** 1:14/5 1:14/11
1:14/21 1:15/9 1:15/10 1:19/2
1:19/3 1:19/21 1:20/21
**aid [1]** 1:11/3
**AKERMAN [2]** 1:2/18 1:4/24
**al [4]** 1:1/5 1:1/8 1:4/4 1:4/5
**Alhambra [1]** 1:1/15
**Alicia [1]** 1:1/4
**alive [2]** 1:17/20 1:18/14
**all [59]**
**allegation [1]** 1:11/19
**allegations [1]** 1:39/7
**alleged [3]** 1:29/20 1:30/24
1:38/17
**allegedly [2]** 1:28/14 1:43/23
**alleges [2]** 1:11/22 1:29/19
**alleging [1]** 1:28/24
**ALLEN [1]** 1:2/5
**allow [2]** 1:41/23 1:42/25
**allowed [1]** 1:24/25
**allowing [1]** 1:33/2
**alluding [1]** 1:14/18
**along [2]** 1:4/14 1:13/4
**already [9]** 1:18/4 1:29/24
1:37/3 1:40/8 1:41/16 1:42/16
1:43/5 1:43/24 1:44/17
**already-litigating [1]** 1:18/4
**also [14]** 1:4/11 1:4/12 1:4/22
1:14/18 1:15/23 1:16/19 1:17/18
1:25/11 1:27/15 1:28/19 1:31/20
1:37/15 1:38/23 1:43/20
**alternatively [1]** 1:33/8
**although [3]** 1:7/2 1:18/3
1:29/3
**am [4]** 1:16/18 1:16/20 1:47/10
1:47/12
**amend [5]** 1:23/7 1:30/3 1:30/4
1:41/17 1:42/3
**amended [10]** 1:11/19 1:11/22
1:14/3 1:14/4 1:29/15 1:29/25
1:30/7 1:37/22 1:38/19 1:41/17
**amending [1]** 1:31/19
**amendment [1]** 1:41/23
**amendments [1]** 1:37/18
**Americas [1]** 1:2/6
**amount [2]** 1:19/7 1:19/10
**analysis [1]** 1:41/10
**and 5 [1]** 1:23/1
**and/or [2]** 1:9/11 1:31/1
**ANDREW [5]** 1:2/7 1:4/14 1:5/16
1:5/20 1:21/21
**Angeles [1]** 1:3/6
**Annex [1]** 1:21/13
**another [2]** 1:17/14 1:28/23
**answer [10]** 1:16/8 1:21/3
1:26/8 1:33/18 1:33/24 1:34/9
1:34/16 1:35/3 1:35/3 1:35/7
**answered [2]** 1:38/10 1:39/16
**answering [1]** 1:26/5
**ANTONIO [1]** 1:1/16
**any [25]** 1:6/8 1:6/24 1:8/11

**A**

**any...** [22]  1:12/8 1:18/2
1:19/22 1:20/19 1:21/13 1:21/16
1:22/2 1:25/6 1:26/9 1:26/19
1:30/5 1:30/22 1:37/2 1:37/24
1:39/13 1:42/11 1:43/25 1:43/25
1:44/1 1:44/3 1:44/3 1:47/11
**anyone** [1]  1:19/4
**anything** [6]  1:8/4 1:25/1
1:36/8 1:36/11 1:37/5 1:42/18
**apologies** [2]  1:5/13 1:45/15
**apparently** [3]  1:12/3 1:24/12
1:41/25
**Appeals** [1]  1:11/25
**appearances** [6]  1:1/13 1:1/23
1:2/1 1:2/22 1:3/1 1:4/6
**appears** [1]  1:25/11
**Appendix** [1]  1:16/25
**applicable** [1]  1:14/13
**application** [5]  1:8/23 1:14/25
1:24/11 1:32/7 1:33/14
**applies** [4]  1:7/25 1:12/12
1:13/11 1:13/12
**apply** [3]  1:8/2 1:10/8 1:14/19
**appreciate** [3]  1:6/8 1:17/13
1:45/13
**appropriate** [3]  1:37/15 1:38/1
1:38/23
**Approximately** [1]  1:29/10
**April** [4]  1:23/19 1:23/25
1:24/17 1:24/19
**April 22nd** [1]  1:24/19
**April 7th** [2]  1:23/19 1:23/25
**are** [34]  1:4/22 1:8/8 1:9/5
1:9/11 1:9/18 1:10/1 1:13/25
1:18/11 1:18/25 1:21/14 1:23/5
1:24/8 1:25/4 1:25/12 1:26/23
1:28/9 1:28/17 1:29/16 1:29/21
1:31/1 1:33/3 1:33/25 1:35/20
1:37/17 1:38/5 1:39/5 1:39/5
1:39/8 1:39/9 1:39/17 1:40/5
1:40/5 1:40/5 1:40/16
**aren't** [1]  1:29/11
**argue** [7]  1:7/19 1:8/17 1:12/3
1:12/4 1:16/10 1:42/23 1:43/4
**argued** [6]  1:7/18 1:9/21
1:27/15 1:27/21 1:28/21 1:29/4
**arguing** [2]  1:17/25 1:29/11
**argument** [18]  1:6/10 1:6/13
1:6/13 1:6/22 1:6/23 1:7/3
1:8/3 1:8/16 1:9/18 1:9/24
1:10/16 1:10/19 1:17/11 1:26/16
1:26/19 1:28/10 1:28/23 1:41/22
**arguments** [6]  1:10/6 1:27/3
1:28/9 1:28/17 1:37/12 1:45/2
**arising** [2]  1:8/13 1:8/14
**ARMANDO** [1]  1:2/20
**around** [2]  1:29/6 1:40/15
**Article** [2]  1:21/11 1:28/19
**as** [46]  1:6/8 1:6/12 1:6/19
1:7/4 1:7/5 1:7/15 1:7/23
1:8/23 1:9/23 1:10/11 1:10/22
1:11/3 1:11/16 1:14/21 1:14/23
1:14/23 1:15/21 1:18/2 1:18/13
1:19/14 1:19/14 1:19/19 1:20/11
1:20/13 1:20/15 1:23/16 1:23/16
1:24/3 1:24/11 1:25/5 1:25/22
1:26/22 1:27/3 1:29/4 1:30/19
1:32/2 1:32/20 1:33/3 1:35/9
1:35/9 1:36/21 1:37/19 1:37/22
1:40/8 1:41/11 1:45/10
**ASHLEY** [2]  1:2/17 1:4/22

**ask** [3]  1:7/7 1:8/10 1:11/10
**asked** [3]  1:18/10 1:27/1 1:28/5
1:28/6 1:29/5 1:31/20 1:32/16
**asking** [3]  1:16/21 1:21/2
1:35/4
**ASSOCIATES** [3]  1:1/18 1:1/20
1:4/17
**assuming** [1]  1:33/25
**attempt** [2]  1:27/5 1:29/15
**attend** [1]  1:36/9
**attribute** [1]  1:20/19
**August** [1]  1:31/2
**aunt** [1]  1:19/5
**authority** [3]  1:12/2 1:23/6
1:23/10
**authorization** [23]  1:22/7
1:22/12 1:22/14 1:22/23 1:22/24
1:23/1 1:23/2 1:23/14 1:23/15
1:23/21 1:24/9 1:24/22 1:25/1
1:25/6 1:25/18 1:30/21 1:31/23
1:32/5 1:32/17 1:32/22 1:33/3
1:34/12 1:34/25
**authorized** [1]  1:24/5
**availability** [1]  1:26/18
**available** [1]  1:26/19
**Avenue** [5]  1:1/18 1:1/21 1:2/6
1:2/16 1:3/6
**Aviles** [3]  1:1/25 1:47/20
1:47/21
**avoiding** [1]  1:35/4
**aware** [3]  1:13/25 1:26/23
1:37/19
**away** [2]  1:12/4 1:20/16

**B**

**back** [5]  1:13/9 1:24/4 1:24/8
1:31/25 1:36/1
**balance** [1]  1:30/15
**balancing** [1]  1:30/14
**banc** [1]  1:28/22
**based** [8]  1:8/19 1:15/5 1:22/4
1:30/3 1:38/5 1:39/5 1:42/1
1:44/24
**basically** [2]  1:17/5 1:28/1
**basis** [7]  1:14/15 1:27/4
1:30/10 1:37/23 1:38/13 1:38/17
1:38/21
**BCW** [3]  1:2/15 1:3/2 1:39/8
**be** [66]
**because** [22]  1:8/1 1:8/11
1:8/15 1:9/5 1:9/20 1:10/24
1:12/17 1:14/5 1:14/9 1:17/17
1:21/19 1:23/10 1:28/5 1:28/11
1:33/13 1:34/24 1:40/4 1:41/16
1:41/24 1:42/1 1:42/14 1:42/18
**been** [25]  1:13/9 1:14/10
1:16/14 1:24/23 1:34/12 1:37/17
1:37/20 1:38/3 1:38/12 1:38/15
1:38/22 1:40/10 1:40/12 1:41/16
1:43/6 1:43/18 1:43/19 1:43/24
1:44/1 1:44/1 1:44/2 1:44/3
1:44/20 1:44/21 1:45/2
**before** [8]  1:1/4 1:6/15 1:15/17
1:28/20 1:32/22 1:34/25 1:39/12
1:39/18
**beginning** [2]  1:22/23 1:37/4
**behalf** [10]  1:4/9 1:4/12 1:4/15
1:4/17 1:4/20 1:4/23 1:4/24
1:21/1 1:25/25 1:37/13
**Behavioral** [1]  1:41/5
**behind** [2]  1:13/13 1:19/15
**being** [8]  1:6/13 1:14/12
1:21/18 1:26/21 1:32/16 1:41/25

1:42/2 1:43/16
**believe** [6]  1:10/4 1:16/14
1:16/15 1:16/19 1:20/10 1:38/20
**benefit** [2]  1:44/20 1:44/22
**BERENTHAL** [8]  1:1/18 1:1/19
1:1/20 1:1/22 1:4/16 1:4/17
1:4/17 1:16/9
**best** [3]  1:16/9 1:45/8 1:47/5
**between** [3]  1:26/2 1:26/19
1:27/7
**beyond** [3]  1:14/6 1:32/4 1:35/6
**Biscayne** [3]  1:2/3 1:2/3 1:3/3
**block** [1]  1:44/6
**blocking** [2]  1:43/14 1:43/15
**Blocking.Regulation** [1]  1:43/13
**blossomed** [1]  1:22/16
**body** [2]  1:43/11 1:43/11
**BOUDIN** [2]  1:2/11 1:5/1
**Boulevard** [3]  1:2/3 1:2/9 1:3/3
**bounds** [1]  1:22/20
**BRANDS** [3]  1:1/8 1:2/2 1:4/5
**Breslin** [1]  1:21/10
**Brickell** [1]  1:2/19
**brief** [2]  1:36/11 1:37/2
**briefed** [1]  1:26/14
**briefly** [4]  1:26/1 1:26/25
1:37/7 1:40/25
**bring** [1]  1:15/24
**British** [2]  1:24/5 1:24/13
**broad** [2]  1:2/2 1:9/6
**brought** [1]  1:41/16
**bunch** [1]  1:29/16
**Burton** [25]  1:7/21 1:8/1 1:8/14
1:8/14 1:8/18 1:8/21 1:8/23
1:9/6 1:10/8 1:10/9 1:10/13
1:11/17 1:13/7 1:15/6 1:15/7
1:21/14 1:22/5 1:27/13 1:28/16
1:28/20 1:29/4 1:31/15 1:43/16
1:44/6 1:44/23
**business** [2]  1:21/5 1:27/18

**C**

**Cabrera** [1]  1:41/4
**calendar** [1]  1:45/16
**California** [1]  1:3/6
**call** [1]  1:16/8
**came** [3]  1:9/20 1:23/1 1:42/6
**camera** [1]  1:4/10
**can** [14]  1:10/12 1:15/6 1:16/5
1:16/9 1:17/11 1:21/24 1:26/19
1:29/11 1:32/9 1:33/15 1:35/23
1:38/15 1:38/20 1:45/3
**can't** [2]  1:22/11 1:33/12
**cannot** [4]  1:8/19 1:15/18
1:22/6 1:22/7
**CASAMASSIMA** [2]  1:3/7 1:4/22
**case** [53]
**case-dispositive** [2]  1:27/2
1:45/10
**cases** [10]  1:11/24 1:11/25
1:12/24 1:14/10 1:18/25 1:27/14
1:28/20 1:28/21 1:28/24 1:29/4
**CASSEL** [1]  1:2/2
**cause** [1]  1:41/12
**caused** [2]  1:27/13 1:28/12
**Center** [2]  1:2/19
**certain** [2]  1:19/7 1:19/10
**certainly** [6]  1:9/1 1:14/20
1:33/5 1:33/15 1:42/4 1:43/1
**CERTIFICATE** [1]  1:47/3
**certify** [2]  1:47/4 1:47/10
**challenge** [2]  1:27/18 1:28/7

## C

challenges [1]  1:38/2
change [2]  1:23/16 1:24/3
Chris [1]  1:4/22
CHRISTOPHER [1]  1:3/7
cigar [1]  1:27/17
Circle [1]  1:1/15
Circuit [8]  1:15/13 1:28/21
1:28/22 1:29/5 1:29/7 1:32/1
1:32/13 1:33/11
circumstance [3]  1:23/16 1:24/4
1:45/10
circumstances [1]  1:30/21
cite [3]  1:16/16 1:17/4 1:17/17
cited [10]  1:10/23 1:12/11
1:13/20 1:13/23 1:14/2 1:14/10
1:14/12 1:20/7 1:41/3 1:41/4
cites [2]  1:15/24 1:17/4
citing [1]  1:7/1
City [1]  1:2/19
Civil [1]  1:4/5
claim [8]  1:8/13 1:8/14 1:8/19
1:18/3 1:19/16 1:29/15 1:31/12
1:44/15
claimant [2]  1:18/3 1:18/4
claimants [1]  1:19/3
claims [6]  1:6/17 1:6/19 1:8/11
1:18/17 1:19/5 1:20/15
clarified [1]  1:15/8
clarifies [2]  1:15/21 1:37/1
clear [1]  1:44/25
clearly [4]  1:6/21 1:8/3 1:8/5
1:23/13
close [1]  1:29/13
co [1]  1:4/14
co-counsel [1]  1:4/14
colleagues [1]  1:29/11
colorful [1]  1:20/20
Columbia [1]  1:12/7
come [3]  1:19/20 1:29/2 1:36/1
comes [2]  1:17/8 1:40/23
coming [2]  1:24/8 1:36/2
comity [8]  1:32/2 1:32/12
1:42/22 1:42/24 1:43/2 1:43/4
1:43/17 1:43/18
comments [2]  1:37/2 1:37/2
commercial [10]  1:8/2 1:8/4
1:9/2 1:9/4 1:11/8 1:12/12
1:14/19 1:15/2 1:15/15 1:15/17
commission [1]  1:42/25
commit [1]  1:30/20
commits [1]  1:25/1
committed [1]  1:44/21
common [4]  1:18/17 1:19/23
1:19/23 1:20/4
communications [1]  1:43/10
companies [1]  1:9/9
complaint [21]  1:7/18 1:7/19
1:11/20 1:11/22 1:14/3 1:14/4
1:18/15 1:29/15 1:29/18 1:29/25
1:30/7 1:31/19 1:37/17 1:37/23
1:38/18 1:38/19 1:39/7 1:39/11
1:40/12 1:41/18 1:41/24
completely [1]  1:44/12
complication [1]  1:39/18
comply [6]  1:21/12 1:21/15
1:21/19 1:22/1 1:22/11 1:24/17
comports [1]  1:43/23
computer [1]  1:9/9
concede [1]  1:28/13
concern [3]  1:18/20 1:19/13
1:33/14

concerned [2]  1:18/7 1:31/21
concerns [2]  1:15/9 1:30/7
concrete [1]  1:28/11
conduct [1]  1:9/2 1:9/4
conducted [1]  1:40/8
conducting [1]  1:30/17
confer [1]  1:45/3
conferred [1]  1:12/23
confirm [1]  1:29/12
Congress [1]  1:27/15
consider [6]  1:8/8 1:8/16
1:14/19 1:14/20 1:14/22 1:32/2
considered [3]  1:7/20 1:31/3
1:32/14
considering [1]  1:24/13
consistent [2]  1:24/24 1:31/10
constitutional [2]  1:27/18
1:28/7
contemplates [1]  1:26/11
contend [1]  1:7/1
contending [1]  1:6/11
contention [1]  1:12/8
context [1]  1:8/22 1:30/5
continually [1]  1:31/19
continue [1]  1:17/21
CONTINUED [4]  1:1/23 1:2/1
1:2/22 1:3/1
continues [1]  1:17/11
contrary [1]  1:18/24
control [1]  1:40/21
convoluted [1]  1:10/17
copy [1]  1:16/1
Coral [1]  1:1/16
Corporacion [1]  1:2/8
corporation [5]  1:8/4 1:8/18
1:8/20 1:10/7 1:10/11
corporations [1]  1:11/4
correct [9]  1:18/8 1:20/21
1:22/12 1:28/1 1:28/2 1:29/3
1:30/1 1:30/10 1:47/4
correspondence [1]  1:6/3
could [13]  1:14/18 1:16/3
1:17/20 1:17/21 1:23/17 1:24/4
1:26/8 1:26/20 1:28/5 1:29/22
1:30/21 1:33/16 1:44/20
counsel [7]  1:4/6 1:4/14
1:21/17 1:25/25 1:26/1 1:40/25
1:47/10
counsel's [1]  1:26/18
counts [1]  1:10/11
couple [1]  1:20/23
course [3]  1:24/14 1:26/16
1:33/19
court [38]  1:1/2 1:1/25 1:7/20
1:8/8 1:10/7 1:11/24 1:11/25
1:12/8 1:13/10 1:18/1 1:18/3
1:22/11 1:24/7 1:26/16 1:26/16
1:28/4 1:30/17 1:32/15 1:33/14
1:33/16 1:34/8 1:34/25 1:35/2
1:36/21 1:37/19 1:38/14 1:39/13
1:39/18 1:41/16 1:41/22 1:42/2
1:42/4 1:42/10 1:42/25 1:44/14
1:44/19 1:47/7 1:47/21
Court's [1]  1:15/25 1:19/19
courts [3]  1:22/4 1:22/10
1:27/13
CRANE [1]  1:2/10
creating [1]  1:33/6
creative [1]  1:8/17
credible [1]  1:31/12
criminal [8]  1:21/10 1:25/2
1:25/2 1:30/20 1:32/3 1:33/9
1:33/9 1:45/15

CRR [2]  1:1/25 1:47/21
Cuba [4]  1:25/2 1:47/16
Cuban [7]  1:7/23 1:8/18 1:8/19
1:10/7 1:10/11 1:11/23 1:27/17
CUPET [1]  1:12/7
cure [1]  1:38/20
cured [1]  1:37/17
current [8]  1:16/3 1:16/5
1:17/5 1:17/8 1:17/12 1:18/7
1:20/14 1:38/19
currently [3]  1:23/10 1:28/20
1:38/9
curtain [1]  1:13/13
custody [1]  1:40/21
CUTLER [2]  1:2/15 1:3/5
CV [1]  1:1/7

## D

damage [1]  1:32/10
date [4]  1:19/5 1:34/16 1:47/8
1:47/16
dates [2]  1:24/21 1:25/16
DAVID [3]  1:1/19 1:4/16 1:16/9
DAVIES [7]  1:2/7 1:4/15 1:5/16
1:5/22 1:21/22 1:36/12 1:37/13
day [3]  1:26/19 1:44/14 1:44/19
days [7]  1:33/17 1:34/5 1:34/10
1:34/15 1:34/15 1:34/21 1:35/7
DC [2]  1:2/17 1:15/13
death [1]  1:18/3
December [1]  1:16/6
December 1st [1]  1:16/6
decide [1]  1:15/1
decided [7]  1:6/14 1:6/19
1:12/9 1:12/10 1:12/25 1:30/9
1:31/6
decides [1]  1:33/14
decision [2]  1:30/12 1:34/11
declaration [3]  1:6/2 1:21/1
1:21/6
deemed [1]  1:6/22
default [1]  1:33/7
defects [2]  1:27/4 1:29/17
defend [7]  1:21/19 1:22/6
1:22/7 1:23/22 1:24/9 1:32/11
1:32/17
Defendant [2]  1:2/2 1:2/8
defendants [32]  1:1/9 1:2/15
1:3/2 1:4/21 1:4/23 1:4/24
1:8/15 1:21/2 1:27/2 1:28/12
1:28/14 1:30/6 1:30/15 1:35/20
1:36/10 1:37/3 1:37/14 1:37/16
1:37/24 1:38/9 1:38/11 1:38/22
1:39/11 1:39/12 1:39/24 1:40/14
1:40/21 1:41/1 1:41/23 1:41/25
1:42/9 1:42/23
defendants' [4]  1:5/25 1:9/9
1:24/1 1:30/3
defer [3]  1:7/2 1:32/16 1:42/25
define [1]  1:11/3
definition [1]  1:9/6
definitions [2]  1:10/10 1:10/11
Delaware [1]  1:15/13
delay [2]  1:17/25 1:32/20
deliberate [1]  1:22/2
denied [3]  1:24/1 1:33/19
1:35/5
denies [1]  1:35/2
deny [2]  1:34/8 1:35/25
denying [1]  1:34/11
Department [6]  1:21/9 1:27/10
1:27/19 1:28/8 1:29/5 1:29/8

**D**

**depositions [4]**   1:23/7 1:31/7
1:31/14 1:37/22
**descendants [1]**   1:17/23
**detail [1]**   1:9/14
**determination [1]**   1:41/7
**determine [1]**   1:14/7
**determined [1]**   1:41/24
**determining [1]**   1:8/23
**did [10]**   1:6/11 1:7/8 1:9/17
1:10/5 1:22/19 1:24/17 1:24/18
1:28/13 1:31/9 1:36/22
**didn't [7]**   1:6/23 1:10/8
1:10/15 1:12/17 1:19/22 1:20/17
1:20/19
**die [1]**   1:18/25
**dies [1]**   1:18/24
**difficult [1]**   1:24/24
**directive [1]**   1:24/18
**directly [4]**   1:21/12 1:21/15
1:22/1 1:22/4
**discovery [44]**   1:6/15 1:6/18
1:7/2 1:8/10 1:8/10 1:9/19
1:9/19 1:12/10 1:12/24 1:14/23
1:15/25 1:16/1 1:16/17 1:16/21
1:16/23 1:16/25 1:21/3 1:26/11
1:26/22 1:30/13 1:30/18 1:30/20
1:30/23 1:33/7 1:35/20 1:36/15
1:37/20 1:37/21 1:38/3 1:38/4
1:38/10 1:39/3 1:39/15 1:39/15
1:39/16 1:39/20 1:40/1 1:40/8
1:40/11 1:40/15 1:40/16 1:40/17
1:41/7 1:41/12
**discrete [1]**   1:25/21
**discussed [3]**   1:44/9 1:44/10
1:44/17
**discussing [1]**   1:39/19
**discussion [1]**   1:6/7
**dismiss [39]**   1:6/11 1:7/20
1:10/15 1:13/23 1:14/3 1:14/7
1:22/15 1:22/17 1:23/3 1:23/8
1:23/11 1:24/2 1:24/6 1:26/13
1:26/13 1:26/14 1:26/24 1:27/13
1:30/6 1:31/18 1:32/4 1:32/23
1:33/3 1:33/19 1:33/25 1:34/8
1:34/11 1:35/1 1:35/2 1:35/5
1:35/25 1:38/15 1:38/16 1:41/7
1:41/10 1:41/19 1:41/21 1:42/5
1:42/12
**dismissed [2]**   1:17/24 1:30/22
**dispassionate [1]**   1:19/14
**dispose [4]**   1:41/11 1:41/13
1:41/15 1:42/2
**dispositive [3]**   1:27/2 1:34/1
1:45/10
**dispute [2]**   1:14/9 1:15/18
**distinct [1]**   1:31/21
**district [13]**   1:1/2 1:1/3
1:12/6 1:12/7 1:12/7 1:16/24
1:18/1 1:27/13 1:38/14 1:41/5
1:45/9 1:47/7 1:47/7
**do [14]**   1:6/11 1:6/12 1:13/5
1:15/9 1:16/1 1:16/18 1:17/2
1:17/2 1:18/20 1:24/25 1:25/6
1:36/8 1:37/4 1:42/18
**Docket [8]**   1:21/25 1:22/25
1:22/25 1:23/12 1:23/12 1:24/16
1:31/4 1:32/19
**does [7]**   1:8/2 1:9/3 1:12/4
1:13/5 1:21/18 1:37/23 1:44/13
**doesn't [6]**   1:6/21 1:7/25
1:8/24 1:28/11 1:29/15 1:39/11

**doing [1]**   1:34/3
**don't [32]**   1:7/14 1:11/23
1:12/19 1:13/12 1:14/20 1:14/22
1:14/24 1:15/2 1:15/3 1:16/11
1:23/18 1:25/6 1:25/25 1:26/18
1:31/12 1:35/12 1:36/10 1:36/16
1:38/20 1:40/19
**done [3]**   1:23/5 1:24/23 1:38/5
**DORR [1]**   1:2/16 1:3/5
**down [2]**   1:19/20 1:29/2
**DPG [1]**   1:1/7
**drafted [2]**   1:17/8 1:17/9
**due [5]**   1:24/14 1:33/18 1:33/24
1:34/10 1:34/16
**dueling [1]**   1:25/15
**during [1]**   1:19/25
**duty [1]**   1:45/15

**E**

**each [2]**   1:15/8 1:15/11
**earlier [1]**   1:41/19
**East [1]**   1:2/9
**effect [3]**   1:18/2 1:31/15
1:36/16
**effectively [1]**   1:31/17
**efficiency [2]**   1:32/25 1:33/1
**effort [1]**   1:44/5
**either [5]**   1:19/11 1:24/21
1:30/10 1:32/10 1:35/3
**elaboration [1]**   1:6/24
**elderly [2]**   1:31/1 1:31/8
**electronic [2]**   1:1/12 1:47/6
**element [2]**   1:32/13 1:32/25
**Eleventh [7]**   1:28/21 1:28/22
1:29/5 1:29/7 1:32/1 1:32/13
1:33/11
**eliminate [1]**   1:20/14
**eliminated [1]**   1:20/10
**else [4]**   1:25/1 1:25/1 1:36/8
1:37/5
**email [2]**   1:43/11 1:43/12
**emergency [2]**   1:34/13 1:35/4
**emphasizing [1]**   1:41/3
**employed [1]**   1:47/11
**en [1]**   1:28/22
**encountering [1]**   1:38/8
**end [5]**   1:14/25 1:26/11 1:26/20
1:33/13 1:34/13
**ending [1]**   1:26/11
**ends [1]**   1:26/21
**enforcement [1]**   1:44/22
**engage [1]**   1:22/15
**engaging [1]**   1:30/20
**enough [4]**   1:29/13 1:34/11
1:34/19 1:43/6
**ensure [1]**   1:35/8
**enter [1]**   1:24/7
**entered [3]**   1:26/8 1:26/10
1:30/11
**entering [1]**   1:42/11
**entertain [1]**   1:23/18
**entire [1]**   1:41/11
**entirety [4]**   1:23/22 1:24/10
1:41/13 1:41/15
**entities [9]**   1:38/5 1:38/7
1:38/25 1:39/4 1:39/5 1:40/1
1:40/9 1:40/11 1:40/16
**entities' [1]**   1:27/16
**entitled [6]**   1:8/9 1:8/25
1:9/18 1:14/14 1:15/1 1:42/24
**entitlement [1]**   1:43/4
**entity [8]**   1:7/22 1:7/23 1:8/24
1:9/23 1:10/12 1:15/2 1:15/15

**F**

**face [1]**   1:29/18
**facie [1]**   1:27/6
**facing [1]**   1:24/25
**fact [5]**   1:25/12 1:26/11
1:30/25 1:38/3 1:44/25
**factors [1]**   1:31/24
**fail [1]**   1:35/3
**failed [1]**   1:38/20
**fair [1]**   1:13/14
**fairly [1]**   1:30/5
**fairness [1]**   1:32/14
**familiar [2]**   1:17/18 1:20/7
**family [3]**   1:17/23 1:18/11
1:44/9
**far [3]**   1:15/3 1:22/15 1:23/14
**fashion [1]**   1:17/23
**favor [2]**   1:30/15 1:38/14
**February [1]**   1:28/23
**Federal [2]**   1:6/14 1:11/15
**feel [1]**   1:36/12
**Fernandez [2]**   1:17/17 1:20/7
**file [7]**   1:6/5 1:24/18 1:30/1

**1:22/1**
**1:22/11**
**1:22/25 1:23/9 1:23/12 1:23/12**
**1:24/16 1:30/8 1:31/4 1:32/19**
**especially [1]**   1:33/3
**ESQ [14]**   1:1/16 1:1/17 1:1/19
1:1/22 1:2/4 1:2/7 1:2/10
1:2/13 1:2/13 1:2/14 1:2/17
1:2/20 1:3/4 1:3/7
**essentially [1]**   1:41/18
**established [1]**   1:38/4
**estate [4]**   1:18/18 1:19/6
1:20/3 1:42/19
**et [4]**   1:1/5 1:1/8 1:4/4 1:4/5
**evaluate [1]**   1:42/25
**evaluating [1]**   1:41/22
**even [7]**   1:9/1 1:11/17 1:12/12
1:34/2 1:37/17 1:39/11 1:39/17
**event [3]**   1:12/8 1:35/5 1:39/13
**ever [1]**   1:44/1
**every [1]**   1:34/24
**everybody [3]**   1:33/23 1:45/17
1:46/2
**everything [3]**   1:10/24 1:24/23
1:24/23
**evidence [2]**   1:43/25 1:44/3
**exactly [2]**   1:31/1 1:34/6
**exaggerating [1]**   1:13/4
**example [4]**   1:29/18 1:33/16
1:33/17 1:35/24
**exception [11]**   1:8/3 1:8/5
1:9/3 1:9/4 1:11/8 1:12/12
1:13/12 1:14/19 1:15/15 1:15/17
1:41/8
**exclusive [2]**   1:11/21 1:12/5
**existing [2]**   1:19/3 1:23/6
**exists [1]**   1:11/25
**expensive [1]**   1:37/21
**experience [1]**   1:17/2
**explain [2]**   1:21/17 1:39/14
**explained [1]**   1:32/3
**express [1]**   1:19/22
**extensive [2]**   1:10/19 1:37/21
**extent [2]**   1:19/9 1:32/22
**extinguishing [1]**   1:18/2
**extra [1]**   1:21/4 1:34/5 1:34/21
**extraterritorial [2]**   1:21/11
1:32/7
**Exxon [1]**   1:12/7

**F**

file... [4]   1:30/6 1:31/15
1:31/16 1:35/7
filed [6]   1:10/14 1:21/1 1:21/3
1:21/6 1:29/6 1:29/23
filing [4]   1:6/2 1:18/15 1:23/2
1:23/11
finally [4]   1:29/14 1:30/8
1:33/11 1:38/15
financially [1]   1:47/13
find [6]   1:14/12 1:16/3 1:16/5
1:16/18 1:17/12 1:21/24
fine [3]   1:25/3 1:31/11 1:37/10
firm [1]   1:4/8
first [11]   1:7/5 1:7/16 1:7/16
1:9/16 1:10/14 1:28/4 1:28/9
1:29/24 1:32/1 1:37/6 1:38/16
fit [1]   1:45/15
five [2]   1:11/24 1:43/5
Flecha [1]   1:17/4
Floor [2]   1:2/3 1:2/12
FLORIDA [9]   1:1/3 1:1/10 1:1/16
1:2/4 1:2/9 1:2/20 1:3/3
1:37/24 1:47/7
folks [1]   1:44/15
following [3]   1:1/23 1:2/22
1:33/1
footnote [3]   1:16/19 1:25/16
1:36/22
foregoing [1]   1:47/4
foreign [15]   1:8/5 1:9/1 1:9/22
1:10/1 1:10/9 1:10/15 1:11/3
1:11/20 1:12/1 1:12/4 1:12/23
1:13/6 1:14/8 1:22/3 1:22/10
forgot [1]   1:36/12
forth [2]   1:25/15 1:41/22
forum [1]   1:27/8
forward [2]   1:23/20 1:38/2
four [2]   1:27/2 1:31/16
frame [1]   1:35/11
FRANCIS [1]   1:2/4
FRANCISCO [1]   1:1/17
FRANK [3]   1:2/13 1:4/8 1:5/1
FREYRE [2]   1:2/20 1:4/24
Friday [2]   1:1/11 1:4/1
front [1]   1:14/25
FSIA [11]   1:7/24 1:8/5 1:8/13
1:8/24 1:10/3 1:10/22 1:12/13
1:13/10 1:15/5 1:15/7 1:37/4
full [1]   1:36/9
fully [4]   1:26/14 1:30/4
1:33/25 1:44/11
furnishing [1]   1:40/17
further [4]   1:34/15 1:35/6
1:47/10 1:47/12
futile [1]   1:29/25 1:41/24
futility [2]   1:30/3 1:42/1
futility-based [1]   1:30/3
future [2]   1:30/5 1:35/23

**G**

Gables [1]   1:1/16
gave [1]   1:9/24
Gayles [17]   1:4/5 1:5/24
1:23/19 1:23/24 1:23/25 1:24/15
1:26/7 1:26/10 1:28/15 1:30/12
1:31/3 1:31/6 1:31/13 1:31/24
1:32/15 1:35/25 1:45/18
Gayles's [3]   1:6/7 1:24/17
1:30/8
general [1]   1:36/10
generally [2]   1:6/21 1:16/10

get [16]   1:7/9 1:9/23 1:11/1
1:13/11 1:19/8 1:30/25 1:32/11
1:33/21 1:34/4 1:35/10 1:40/15
1:42/20 1:43/6 1:44/14 1:44/19
1:44/22
getting [2]   1:15/17 1:43/9
give [8]   1:18/10 1:32/16
1:34/20 1:36/9 1:36/11 1:41/9
1:41/10 1:43/1
given [7]   1:16/9 1:30/10
1:38/12 1:43/1 1:43/18 1:43/18
1:43/24
giving [1]   1:35/6
global [3]   1:33/23 1:34/19
1:35/13
go [10]   1:10/19 1:11/6 1:11/7
1:12/17 1:13/13 1:15/3 1:17/11
1:18/17 1:19/6 1:23/20
goes [1]   1:41/9
going [9]   1:7/8 1:9/13 1:14/6
1:18/20 1:23/20 1:24/4 1:31/17
1:34/13 1:38/2
gone [1]   1:18/25
good [6]   1:4/13 1:4/19 1:41/11
1:45/21 1:45/24 1:46/2
got [2]   1:5/23 1:24/16
gotten [2]   1:34/3 1:43/5
government [12]   1:7/22 1:7/22
1:7/23 1:11/23 1:13/16 1:23/21
1:24/5 1:24/13 1:32/9 1:39/25
1:40/3 1:40/17
Grand [1]   1:3/6
grant [7]   1:24/22 1:31/7
1:31/13 1:33/12 1:34/25 1:35/19
1:35/22
granted [8]   1:23/2 1:23/24
1:30/1 1:30/2 1:32/22 1:34/12
1:34/20 1:42/3
grants [1]   1:25/18
great [1]   1:45/25
greatly [1]   1:45/13
grounds [1]   1:30/22
guess [1]   1:37/6

**H**

Habanos [31]   1:2/8 1:4/25 1:5/2
1:5/6 1:5/9 1:6/4 1:6/11 1:6/17
1:6/25 1:7/5 1:7/8 1:7/17 1:8/3
1:8/4 1:8/17 1:9/3 1:9/23
1:9/25 1:10/5 1:10/11 1:10/14
1:11/7 1:11/15 1:11/22 1:14/13
1:14/21 1:14/23 1:15/22 1:36/11
1:37/3 1:37/4
had [6]   1:9/21 1:17/14 1:22/15
1:28/16 1:29/7 1:45/17
HALE [3]   1:2/15 1:3/5 1:4/23
half [1]   1:17/9
handbook [4]   1:15/25 1:16/25
1:36/15 1:36/23
handle [1]   1:35/19 1:35/21
happen [3]   1:19/3 1:24/8 1:34/9
happened [1]   1:17/18
happens [2]   1:34/2 1:36/6
hard [1]   1:10/18
harm [1]   1:30/24
harms [2]   1:26/25 1:30/14
harp [1]   1:43/20
has [40]   1:9/6 1:10/2 1:10/2
1:10/4 1:12/10 1:13/5 1:13/9
1:15/6 1:15/7 1:17/3 1:19/4
1:20/16 1:21/4 1:22/16 1:27/10
1:28/15 1:28/16 1:29/7 1:31/23
1:32/1 1:32/13 1:32/13 1:33/11
1:33/14 1:33/16 1:34/14 1:35/3
1:37/25 1:38/3 1:38/12 1:38/19
1:40/10 1:41/15 1:44/1 1:44/3
1:45/1
hasn't [4]   1:7/20 1:34/2
1:34/12 1:43/19
have [66]
haven't [3]   1:19/11 1:27/6
1:38/22
having [1]   1:39/19
he [16]   1:15/6 1:15/12 1:18/14
1:28/16 1:30/9 1:30/11
he's [1]   1:13/8
health [1]   1:31/1 1:44/8
hear [6]   1:9/25 1:25/21 1:25/24
1:25/25 1:37/6 1:40/25
heard [4]   1:27/20 1:27/24
1:28/8 1:28/23
hearing [2]   1:32/19 1:47/12
heirs [1]   1:44/16
held [3]   1:15/14 1:28/15
1:29/24
Hello [1]   1:16/13
Helms [25]   1:7/21 1:8/1 1:8/14
1:8/14 1:8/18 1:8/21 1:8/23
1:9/6 1:10/8 1:10/9 1:10/13
1:11/17 1:13/7 1:15/6 1:15/7
1:21/14 1:22/5 1:27/13 1:28/16
1:28/20 1:29/4 1:31/15 1:43/16
1:44/6 1:44/23
Helms-Burton [25]   1:7/21 1:8/1
1:8/14 1:8/14 1:8/18 1:8/21
1:8/23 1:9/6 1:10/8 1:10/9
1:10/13 1:11/17 1:13/7 1:15/6
1:15/7 1:21/14 1:22/5 1:27/13
1:28/16 1:28/20 1:29/4 1:31/15
1:43/16 1:44/6 1:44/23
Helpful [2]   1:25/9 1:25/13
here [18]   1:6/23 1:9/12 1:11/11
1:12/22 1:13/10 1:15/7 1:18/6
1:20/18 1:21/18 1:21/19 1:30/14
1:30/16 1:31/25 1:32/16 1:33/1
1:33/7 1:39/5 1:42/19
highlight [3]   1:17/15 1:20/12
1:20/18
him [1]   1:12/16
his [3]   1:18/17 1:18/18 1:31/13
Hold [1]   1:5/22
honestly [1]   1:35/12
Honor [60]
Honor's [4]   1:16/21 1:30/2
1:44/24 1:44/25
Honorable [1]   1:1/4
hope [1]   1:34/24
hoping [1]   1:16/4
how [4]   1:11/24 1:14/9 1:21/18
1:22/19

**I**

I'd [2]   1:12/6 1:45/12
I'll [8]   1:6/12 1:7/1 1:21/1
1:26/25 1:27/9 1:36/11 1:37/6
1:45/1
I'm [47]   1:9/13 1:9/23 1:11/1
1:12/20 1:12/21 1:12/21 1:13/21
1:15/13 1:15/16 1:16/10 1:16/19
1:16/23 1:16/24 1:17/3 1:17/18
1:19/13 1:19/18 1:19/22 1:20/7
1:21/7 1:21/7 1:25/5 1:25/8
1:27/22 1:30/3 1:33/21 1:34/14
1:35/1 1:35/4 1:35/6 1:36/2
1:36/14 1:36/14 1:36/18 1:36/19

**I**

**I'm... [12]**   1:38/24  1:39/10
  1:39/21  1:39/22  1:40/6  1:42/10
  1:42/15  1:42/19  1:43/22  1:43/25
  1:44/2  1:44/10
**I've [6]**   1:5/23  1:15/8  1:16/14
  1:16/15  1:19/10  1:42/15
**I.D [1]**   1:17/1
**idea [2]**   1:18/10  1:29/2
**illegitimate [1]**   1:19/12
**imagine [1]**   1:21/14
**immoderate [2]**   1:33/12  1:33/13
**immune [1]**   1:11/15
**immunities [16]**   1:6/14  1:8/6
  1:9/1  1:9/22  1:10/1  1:10/10
  1:10/15  1:10/24  1:11/3  1:11/16
  1:11/20  1:12/1  1:12/5  1:12/23
  1:13/6  1:14/8
**immunity [7]**   1:6/20  1:7/17
  1:8/25  1:11/5  1:11/7  1:14/10
  1:14/25
**impact [2]**   1:6/8  1:26/6
**IMPERIAL [40]**   1:1/8  1:2/2  1:4/4
  1:4/15  1:5/8  1:5/17  1:6/2
  1:21/1  1:21/2  1:21/4  1:21/6
  1:21/17  1:21/22  1:22/1  1:22/6
  1:24/25  1:25/19  1:25/22  1:25/24
  1:27/7  1:30/19  1:30/19  1:32/3
  1:32/11  1:32/17  1:33/2  1:33/5
  1:33/16  1:34/2  1:34/4  1:34/14
  1:34/20  1:35/3  1:35/7  1:35/22
  1:38/8  1:39/19  1:42/23  1:43/12
  1:44/4
**Imperial's [10]**   1:23/10  1:26/14
  1:27/11  1:31/21  1:32/10  1:32/21
  1:33/18  1:34/8  1:34/16  1:35/13
**implement [1]**   1:43/16
**implementation [1]**   1:44/6
**important [1]**   1:37/14
**impossible [1]**   1:33/6
**Inaudible [2]**   1:33/24  1:40/7
**inclined [1]**   1:35/19
**includes [1]**   1:9/8
**including [2]**   1:22/3  1:37/21
**incremental [1]**   1:32/20
**indicates [1]**   1:30/9
**indicating [1]**   1:11/16
**indication [1]**   1:43/25
**indirectly [4]**   1:21/12  1:21/15
  1:22/2  1:22/4
**individual [1]**   1:8/11
**inferring [1]**   1:19/2
**information [3]**   1:25/9  1:25/13
  1:40/20
**inheritors [1]**   1:17/22
**initial [1]**   1:14/2
**initially [3]**   1:6/10  1:10/5
  1:22/23
**injury [1]**   1:28/11
**input [2]**   1:29/5  1:29/7
**instrumentality [1]**   1:11/23
**intent [2]**   1:8/1  1:8/21
**interest [3]**   1:27/11  1:27/20
  1:32/11
**interested [1]**   1:47/13
**interests [2]**   1:32/8  1:32/10
**interfere [1]**   1:8/10
**international [7]**   1:21/9  1:22/8
  1:31/22  1:32/2  1:42/22  1:42/24
  1:43/17
**interplay [1]**   1:26/2
**interpreted [1]**   1:18/2

**interrupting [1]**   1:36/20
**interruption [1]**   1:35/25
**intruding [1]**   1:36/14
**involved [1]**   1:18/4
**involves [1]**   1:30/14
**is [144]**
**isn't [1]**   1:32/16  1:44/2
**issue [31]**   1:7/5  1:7/16  1:7/17
  1:9/12  1:9/17  1:12/9  1:13/9
  1:14/21  1:15/4  1:15/18  1:15/21
  1:27/25  1:28/6  1:28/7  1:30/16
  1:31/2  1:31/3  1:37/4  1:37/15
  1:39/1  1:39/2  1:41/14  1:41/15
  1:42/4  1:42/6  1:43/21  1:43/23
  1:44/16  1:44/17  1:44/18  1:45/17
**issues [3]**   1:5/6  1:22/18
  1:29/21
**it [99]**
**it's [28]**   1:6/22  1:8/17  1:10/17
  1:10/18  1:11/17  1:12/10  1:13/20
  1:15/7  1:16/14  1:17/7  1:19/12
  1:21/17  1:24/25  1:25/13  1:26/15
  1:30/15  1:31/3  1:31/4  1:31/11
  1:33/5  1:33/7  1:34/19  1:36/16
  1:37/14  1:41/5  1:41/14  1:43/14
  1:44/25
**item [2]**   1:16/11  1:17/9
**its [7]**   1:11/2  1:23/22  1:24/10
  1:27/10  1:27/19  1:41/13  1:41/15
**itself [8]**   1:14/14  1:21/24
  1:21/25  1:22/7  1:25/2  1:29/19
  1:32/11  1:32/18

**J**

**JAMES [5]**   1:1/22  1:1/25  1:4/16
  1:47/20  1:47/21
**January [1]**   1:26/11
**January 2023 [1]**   1:26/11
**joining [1]**   1:21/2
**joint [4]**   1:5/25  1:24/18  1:25/4
  1:26/13
**JR [1]**   1:1/16
**judge [38]**   1:1/4  1:5/14  1:5/24
  1:6/7  1:7/12  1:7/13  1:8/7  1:9/5
  1:10/4  1:10/17  1:23/19  1:23/24
  1:23/25  1:24/15  1:24/17  1:26/7
  1:26/10  1:28/2  1:28/15  1:30/8
  1:30/11  1:31/3  1:31/6  1:31/13
  1:31/24  1:32/15  1:35/24  1:36/7
  1:36/14  1:41/2  1:42/10  1:42/22
  1:44/12  1:45/3  1:45/7  1:45/13
  1:45/18  1:45/20
**judges [1]**   1:23/18
**judicial [3]**   1:32/25  1:33/1
  1:43/2
**July [1]**   1:26/12
**July 2023 [1]**   1:26/12
**jumped [1]**   1:25/21
**June [1]**   1:26/20
**jurisdiction [29]**   1:7/4  1:9/23
  1:11/21  1:11/21  1:11/25  1:12/5
  1:12/22  1:12/22  1:12/25  1:13/6
  1:13/7  1:15/5  1:15/14  1:27/5
  1:27/6  1:27/9  1:27/11  1:27/16
  1:28/4  1:28/6  1:28/7  1:37/16
  1:37/24  1:38/13  1:38/18  1:38/21
  1:39/12  1:39/17  1:45/9
**jurisdictional [5]**   1:37/20
  1:37/21  1:38/4  1:39/3  1:40/11
**jurisdictions [1]**   1:6/13
**just [38]**   1:6/23  1:12/17
  1:12/19  1:13/13  1:14/14  1:14/16
  1:14/25  1:15/3  1:15/4  1:15/23

  1:17/5  1:17/15  1:17/16  1:18/10
  1:18/12  1:19/7  1:19/17  1:19/25
  1:20/12  1:20/12  1:20/17  1:21/23
  1:23/18  1:26/1  1:27/23  1:29/17
  1:29/21  1:29/22  1:33/6  1:34/3
  1:34/7  1:35/4  1:35/7  1:35/12
  1:35/12  1:45/3  1:45/3  1:45/16
**Justice [5]**   1:27/10  1:27/19
  1:28/8  1:29/6  1:29/8
**justify [1]**   1:24/4

**K**

**keep [2]**   1:34/3  1:34/21
**KEMKER [2]**   1:2/8  1:5/2
**Kennedy [1]**   1:2/9
**kept [1]**   1:15/2
**keyed [1]**   1:24/21  1:24/21
**kind [4]**   1:8/16  1:12/16  1:15/8
  1:22/16
**Kingdom [3]**   1:32/8  1:32/9
  1:33/10
**Kinsky [1]**   1:5/9
**know [47]**   1:6/21  1:6/21  1:7/20
  1:8/16  1:10/17  1:11/7  1:11/10
  1:11/24  1:13/11  1:13/12  1:14/2
  1:14/23  1:15/2  1:15/12  1:16/7
  1:16/10  1:16/11  1:18/10  1:19/14
  1:19/18  1:19/20  1:20/20  1:23/15
  1:24/5  1:25/15  1:25/17  1:26/18
  1:33/8  1:33/25  1:35/9  1:35/9
  1:35/19  1:36/10  1:36/16  1:37/19
  1:42/1  1:42/21  1:42/23  1:43/9
  1:43/14  1:43/14  1:43/15  1:44/8
  1:44/13  1:44/14  1:44/14  1:45/1
**knowledge [1]**   1:17/7
**known [1]**   1:18/4
**Krin [1]**   1:5/12
**KRINSKY [10]**   1:2/11  1:2/13
  1:5/1  1:5/10  1:5/13  1:11/12
  1:14/12  1:15/6  1:15/18  1:37/6

**L**

**lack [2]**   1:28/10  1:31/10
**lacks [1]**   1:27/15
**lady [1]**   1:20/11
**language [1]**   1:20/20
**last [7]**   1:26/8  1:28/22  1:29/20
  1:29/23  1:31/17  1:45/6  1:45/12
**latest [1]**   1:16/1
**LAVAN [2]**   1:3/2  1:4/20
**law [11]**   1:4/8  1:6/25  1:10/23
  1:12/11  1:12/11  1:18/14  1:18/23
  1:20/4  1:32/16  1:33/9  1:44/6
**lawsuit [3]**   1:11/17  1:27/7
  1:28/11
**lawyer [2]**   1:19/15  1:19/19
**lawyers [1]**   1:16/8
**lead [1]**   1:5/16
**least [1]**   1:35/11
**leave [6]**   1:23/7  1:24/16  1:30/2
  1:31/14  1:41/17  1:42/3
**LEEN [2]**   1:2/17  1:4/23
**left [1]**   1:20/10
**legal [1]**   1:30/22
**legion [1]**   1:12/2
**legions [1]**   1:12/24
**Legislation [1]**   1:21/12
**legislative [3]**   1:27/15  1:28/5
  1:28/7
**legitimately [1]**   1:14/8
**length [1]**   1:10/23
**LEON [1]**   1:1/22
**less [1]**   1:26/14

## L

let [9]   1:7/7 1:11/10 1:25/24 1:33/21 1:33/21 1:40/25 1:41/3 1:42/20 1:42/20
let's [4]   1:11/10 1:13/16 1:17/14 1:27/23
letter [5]   1:7/2 1:21/23 1:22/9 1:24/11 1:25/17
LIEB [2]   1:2/10 1:5/2
LIEBERMAN [1]   1:2/11
like [11]   1:7/4 1:13/1 1:13/7 1:19/4 1:19/21 1:20/4 1:20/15 1:21/4 1:22/1 1:23/18 1:23/18
likelihood [2]   1:41/12 1:41/14
likely [2]   1:41/20 1:42/2
limbs [1]   1:26/23
limit [2]   1:33/15 1:43/5
limited [10]   1:5/25 1:10/2 1:23/2 1:23/6 1:23/10 1:23/14 1:26/9 1:26/21 1:32/15 1:43/24
LINDSEY [2]   1:2/13 1:5/1
line [1]   1:13/4
litigate [2]   1:24/6 1:39/20
litigating [5]   1:18/4 1:23/3 1:23/8 1:23/11 1:43/22
litigation [4]   1:14/10 1:20/1 1:33/6 1:40/2
little [2]   1:20/23 1:36/22
LLC [2]   1:2/15 1:2/15 1:3/2 1:3/2
LLP [6]   1:2/5 1:2/16 1:2/18 1:3/2 1:3/5 1:4/24
local [5]   1:16/1 1:16/2 1:16/16 1:16/24 1:36/24
located [2]   1:16/20 1:16/22
locked [1]   1:31/18
longer [1]   1:12/5
look [8]   1:8/23 1:10/9 1:12/19 1:17/11 1:19/1 1:20/25 1:25/5 1:36/21
looked [1]   1:16/2
looking [6]   1:14/7 1:16/23 1:16/24 1:21/8 1:25/5 1:30/24
Los [1]   1:3/6
lost [1]   1:38/24
lot [2]   1:9/14 1:26/12
LUIS [3]   1:1/5 1:4/4 1:18/12

## M

made [9]   1:6/10 1:8/15 1:24/11 1:27/2 1:31/1 1:41/1 1:41/19 1:41/25 1:45/2
Madison [1]   1:1/21
Magistrate [1]   1:1/4
maintained [1]   1:9/11
make [8]   1:17/16 1:19/21 1:26/19 1:27/23 1:38/20 1:41/20 1:45/12 1:45/16
makes [1]   1:19/17
making [1]   1:15/16
managed [1]   1:9/11
MANUEL [1]   1:1/5
many [1]   1:11/24
March [1]   1:30/2
March 9th [1]   1:30/2
MARK [2]   1:2/4 1:4/13
market [1]   1:9/10
materials [1]   1:21/7
matter [9]   1:6/13 1:7/4 1:9/22 1:11/21 1:12/22 1:12/24 1:44/13 1:45/18 1:47/9
matters [2]   1:6/5 1:36/9

may [16]   1:1/11 1:4/1 1:7/12 1:19/11 1:24/7 1:26/15 1:26/16 1:26/20 1:30/6 1:30/18 1:41/11 1:47/16
May 25th [1]   1:26/15
May 26th [1]   1:26/20
maybe [5]   1:7/2 1:21/7 1:26/5 1:29/11 1:35/25
McLaughlin [1]   1:4/22
me [27]   1:4/10 1:4/22 1:5/14 1:6/25 1:7/7 1:9/20 1:11/2 1:11/10 1:13/1 1:13/7 1:16/4 1:16/21 1:19/17 1:20/24 1:21/17 1:25/21 1:25/24 1:31/20 1:33/21 1:33/21 1:38/24 1:40/25 1:41/3 1:42/20 1:42/20 1:44/25 1:47/6
mean [10]   1:7/25 1:8/25 1:19/13 1:20/10 1:20/19 1:29/18 1:34/7 1:35/18 1:40/19 1:44/13
meaning [1]   1:22/10
means [1]   1:11/24
meant [1]   1:36/15
meets [1]   1:42/21
members [3]   1:17/23 1:18/11 1:44/9
memo [1]   1:41/4
memorandum [1]   1:15/24
mention [2]   1:6/20 1:6/23
merits [3]   1:6/15 1:9/19 1:26/24
Miami [4]   1:1/10 1:2/4 1:2/20 1:3/3
MICHAEL [2]   1:2/13 1:4/25
might [4]   1:16/4 1:18/8 1:34/23 1:35/15
militates [1]   1:38/14
mine [1]   1:18/11
minutes [1]   1:30/11
mistaken [1]   1:16/20
moment [1]   1:37/10
month [5]   1:17/9 1:17/9 1:29/6 1:29/9 1:29/10
months [4]   1:29/4 1:31/15 1:31/16 1:43/6
more [4]   1:21/7 1:30/4 1:30/16 1:44/5
motion [52]
motions [12]   1:10/18 1:14/17 1:22/17 1:23/8 1:24/2 1:26/17 1:30/5 1:33/3 1:33/25 1:38/15 1:41/19 1:42/5
moved [1]   1:23/9 1:31/2
Mr. [25]   1:5/3 1:5/6 1:5/8 1:5/9 1:5/9 1:5/18 1:5/22 1:7/8 1:9/13 1:11/12 1:13/3 1:13/18 1:13/25 1:14/11 1:14/12 1:15/6 1:15/18 1:17/15 1:36/12 1:37/6 1:37/7 1:37/11 1:37/13 1:42/15 1:45/4
Mr. Davies [2]   1:5/22 1:37/13
Mr. Kinsky [1]   1:5/9
Mr. Krinsky [5]   1:11/12 1:14/12 1:15/6 1:15/18 1:37/6
Mr. Nunez [8]   1:5/6 1:7/8 1:9/13 1:13/3 1:13/18 1:13/25 1:14/11 1:45/4
Mr. Raymond [2]   1:5/8 1:5/18
Mr. Rhys [1]   1:36/12
Mr. Rodriguez [3]   1:5/3 1:17/15 1:42/15
Mr. Surgeon [3]   1:5/9 1:37/7 1:37/11

much [6]   1:6/12 1:20/17 1:30/16
MULLINS [2]   1:2/2 1:4/14
multiple [1]   1:16/8
must [2]   1:6/14 1:22/1
mute [1]   1:36/19
muted [2]   1:37/8 1:37/8
my [21]   1:4/11 1:4/14 1:5/13 1:15/13 1:15/25 1:16/2 1:17/6 1:17/7 1:18/11 1:19/5 1:19/5 1:20/20 1:22/19 1:28/1 1:29/11 1:29/12 1:36/21 1:44/8 1:45/15 1:45/15 1:47/5
myself [2]   1:19/13 1:26/19

## N

NAIM [2]   1:3/4 1:4/20
name [1]   1:39/11
named [3]   1:38/9 1:38/22 1:40/12
NATHAN [2]   1:2/14 1:5/1
nature [1]   1:17/6
necessary [3]   1:34/24 1:35/16 1:43/7
need [10]   1:12/17 1:12/19 1:15/3 1:15/4 1:25/25 1:28/5 1:30/22 1:32/23 1:36/11 1:40/15
needs [1]   1:32/17
neither [1]   1:47/10
NELSON [2]   1:2/2 1:4/14
networks [1]   1:9/10
never [1]   1:31/9
New [9]   1:1/19 1:1/19 1:1/21 1:1/21 1:2/6 1:2/6 1:2/12 1:2/12 1:45/9
next [6]   1:4/10 1:10/23 1:30/13 1:32/13 1:32/25 1:34/9
nexus [1]   1:27/7
night [1]   1:29/23
no [32]   1:1/7 1:1/25 1:5/20 1:7/3 1:8/3 1:10/2 1:10/4 1:11/4 1:11/6 1:12/5 1:13/3 1:14/9 1:15/6 1:15/15 1:18/3 1:19/17 1:19/21 1:20/13 1:23/20 1:27/4 1:27/7 1:29/1 1:30/9 1:30/19 1:32/20 1:32/23 1:35/14 1:36/21 1:37/10 1:38/17 1:40/10 1:47/21
non [1]   1:27/17
non-U.S./Cuban [1]   1:27/17
none [1]   1:39/8
normal [2]   1:18/18 1:18/24
normally [1]   1:35/7
Northwest [1]   1:2/16
not [64]
note [4]   1:6/6 1:6/10 1:17/25 1:21/1
nothing [2]   1:13/5 1:44/5
notice [2]   1:6/1 1:21/6
now [22]   1:9/14 1:14/7 1:15/18 1:15/25 1:18/6 1:18/14 1:20/13 1:20/25 1:21/8 1:24/6 1:25/22 1:26/13 1:26/15 1:26/22 1:29/7 1:30/13 1:31/12 1:35/14 1:36/23 1:37/17 1:43/20 1:44/4
Number [3]   1:4/5 1:31/4 1:32/19
Numeral [1]   1:17/1
NUNEZ [14]   1:1/15 1:1/16 1:4/9 1:4/11 1:4/12 1:5/6 1:5/7 1:7/8 1:9/13 1:13/3 1:13/18 1:13/25 1:14/11 1:45/4

**obtain [2]** 1:22/19 1:33/2
**obtained [1]** 1:19/16
**obviate [1]** 1:28/5
**obviously [6]** 1:7/20 1:10/17
1:14/21 1:19/18 1:30/1 1:30/10
**October [1]** 1:28/21
**off [7]** 1:17/10 1:23/9 1:24/1
1:24/21 1:24/21 1:25/17 1:41/3
**offense [3]** 1:21/11 1:25/2
1:30/20
**official [3]** 1:1/12 1:1/25
1:47/6
**Oh [1]** 1:5/11
**Okay [14]** 1:5/8 1:5/22 1:9/15
1:12/18 1:19/7 1:19/24 1:20/5
1:20/22 1:25/20 1:35/17 1:37/11
1:40/24 1:42/17 1:42/20
**old [1]** 1:18/12
**omission [1]** 1:22/2
**once [2]** 1:16/18 1:24/16
**one [17]** 1:2/3 1:10/6 1:17/18
1:17/20 1:19/4 1:19/11 1:20/9
1:20/11 1:20/14 1:20/14 1:20/15
1:20/16 1:25/11 1:35/18 1:35/21
1:38/2 1:44/15
**ones [1]** 1:7/16
**only [11]** 1:6/20 1:10/6 1:10/16
1:11/2 1:11/25 1:14/21 1:17/20
1:24/6 1:32/16 1:40/11 1:41/12
**opening [1]** 1:33/9
**operated [2]** 1:22/20 1:23/13
**opinion [1]** 1:19/22
**opinions [1]** 1:29/2
**opportunity [4]** 1:27/20 1:28/17
1:36/9 1:36/12
**opposing [1]** 1:41/16
**order [24]** 1:5/24 1:6/6 1:6/7
1:6/8 1:6/18 1:18/3 1:19/10
1:19/11 1:22/11 1:23/9 1:23/20
1:23/24 1:24/1 1:24/7 1:26/7
1:26/10 1:30/2 1:30/9 1:30/11
1:39/25 1:42/7 1:42/11 1:43/21
1:43/23
**orderly [1]** 1:33/2
**orders [4]** 1:18/1 1:19/15
1:19/19 1:19/20
**original [6]** 1:13/19 1:17/22
1:17/23 1:20/14 1:22/15 1:36/22
**Otazo [1]** 1:1/4
**Otazo-Reyes [1]** 1:1/4
**other [13]** 1:8/11 1:8/12
1:18/21 1:20/25 1:21/2 1:25/9
1:25/13 1:26/18 1:27/8 1:27/13
1:28/15 1:30/25 1:44/18
**others [1]** 1:17/21
**otherwise [3]** 1:33/18 1:34/16
1:47/13
**our [17]** 1:7/15 1:7/18 1:7/18
1:10/16 1:12/1 1:13/19 1:13/20
1:13/22 1:16/19 1:19/12 1:24/9
1:31/11 1:31/18 1:35/2 1:42/3
1:43/19 1:45/1
**ourselves [1]** 1:22/6
**out [16]** 1:4/10 1:4/11 1:8/22
1:13/11 1:18/23 1:20/6 1:20/10
1:20/23 1:20/24 1:21/13 1:27/10
1:28/19 1:30/18 1:38/21 1:40/23
1:45/15
**outcome [2]** 1:24/14 1:47/13
**outset [2]** 1:26/6 1:31/2
**outside [1]** 1:29/20

**over [3]** 1:15/14 1:27/7 1:37/24
1:41/11
**OVERY [1]** 1:2/5
**own [1]** 1:28/13
**owned [1]** 1:8/19
**owners [1]** 1:17/22

**P**

**P.A [1]** 1:1/20
**P.C [2]** 1:1/18 1:2/11
**p.m [1]** 1:4/1
**page [10]** 1:1/23 1:2/22 1:6/17
1:10/23 1:17/16 1:17/17 1:17/25
1:25/14 1:27/23 1:41/4
**Page 1 [1]** 1:6/17
**Page 3 [1]** 1:41/4
**Page 7 [1]** 1:25/14
**Page 9 [2]** 1:17/17 1:17/25
**pages [4]** 1:1/1 1:31/4 1:32/19
1:47/5
**pain [1]** 1:32/3
**paper [1]** 1:45/1
**papers [1]** 1:10/5
**paragraph [3]** 1:22/25 1:23/12
1:25/11
**Paragraph 3 [1]** 1:22/25
**Paragraph 6 [1]** 1:23/12
**Paragraphs [1]** 1:22/25
**parcel [1]** 1:23/8
**Pardon [1]** 1:5/14
**part [2]** 1:8/17 1:23/8
**participate [1]** 1:40/2
**participation [1]** 1:43/20
**particular [1]** 1:18/25
**parties [7]** 1:8/12 1:25/14
1:32/14 1:39/9 1:41/18 1:43/15
1:47/11
**partner [1]** 1:4/11
**party [5]** 1:8/11 1:15/9 1:30/17
1:44/1 1:44/3
**pass [2]** 1:18/8 1:19/4
**passed [2]** 1:20/15 1:20/16
**passes [1]** 1:19/25
**past [1]** 1:17/2
**PAULINO [2]** 1:1/16 1:4/11
**peculiar [1]** 1:36/13
**PEDRO [2]** 1:2/20 1:4/23
**peek [6]** 1:10/18 1:14/17
1:26/23 1:27/1 1:42/4 1:42/5
**Pence [3]** 1:1/25 1:47/20
1:47/21
**Pence-Aviles [3]** 1:1/25 1:47/20
1:47/21
**pending [10]** 1:7/3 1:8/9 1:9/19
1:21/5 1:28/20 1:29/1 1:33/4
1:38/16 1:41/7 1:42/11
**Pennsylvania [1]** 1:2/16
**people [2]** 1:44/14 1:45/16
**perform [1]** 1:39/4
**performed [1]** 1:39/9
**perhaps [1]** 1:16/16
**permission [12]** 1:22/19 1:30/1
1:31/7 1:34/3 1:34/4 1:39/20
1:39/23 1:39/25 1:43/1 1:43/7
1:43/12 1:43/24
**permit [1]** 1:32/11
**permitted [1]** 1:37/20
**personal [10]** 1:27/4 1:27/6
1:27/9 1:27/11 1:28/4 1:37/16
1:37/23 1:38/13 1:38/18 1:38/21
**persons [1]** 1:19/16
**persuaded [1]** 1:42/3
**persuasive [1]** 1:14/13

**PICKERING [2]** 1:2/15 1:3/5
**picture [3]** 1:31/20 1:32/12
1:31/20 1:32/12
**place [3]** 1:6/6 1:25/11 1:38/5
**placed [1]** 1:11/11
**plainly [1]** 1:33/1
**plaintiff [12]** 1:5/4 1:11/22
1:17/20 1:18/24 1:19/25 1:20/11
1:27/21 1:37/19 1:38/9 1:38/20
1:39/15 1:41/4
**plaintiffs [29]** 1:1/6 1:1/14
1:4/9 1:4/12 1:4/18 1:6/1
1:6/11 1:6/12 1:9/17 1:16/4
1:18/4 1:18/8 1:18/11 1:18/25
1:19/4 1:20/9 1:23/4 1:27/3
1:27/5 1:28/10 1:28/16 1:29/22
1:30/25 1:31/8 1:31/9 1:31/14
1:44/17 1:44/18 1:45/8
**plaintiffs' [8]** 1:11/19 1:15/24
1:20/14 1:20/15 1:27/8 1:31/7
1:40/25 1:41/17
**PLC [6]** 1:1/8 1:2/2 1:2/15
1:3/2 1:4/5 1:39/7
**pleaded [2]** 1:27/6 1:28/16
**pleading [3]** 1:27/4 1:29/17
1:29/21
**please [2]** 1:4/6 1:7/6
**pled [1]** 1:7/18
**plenary [3]** 1:22/24 1:23/1
1:23/15
**point [16]** 1:8/7 1:12/6 1:15/17
1:16/4 1:20/6 1:20/24 1:24/3
1:27/10 1:31/11 1:35/21 1:35/25
1:42/5 1:42/21 1:44/13 1:45/6
1:45/12
**pointed [2]** 1:8/22 1:28/19
**points [4]** 1:15/24 1:41/1
1:41/18 1:41/20
**poor [1]** 1:31/1
**popped [1]** 1:20/23
**popping [1]** 1:4/11
**portion [2]** 1:17/8 1:36/1
**position [12]** 1:7/15 1:10/3
1:11/4 1:11/14 1:11/15 1:12/1
1:13/1 1:14/2 1:33/6 1:42/9
1:43/18 1:44/4
**positions [2]** 1:15/8 1:15/11
**possession [1]** 1:40/21
**possibility [1]** 1:34/24
**possible [1]** 1:24/6
**postpone [1]** 1:42/10
**potential [1]** 1:40/18
**potentially [1]** 1:40/23
**practice [3]** 1:19/23 1:22/16
1:34/13
**practices [6]** 1:15/25 1:16/2
1:16/17 1:16/21 1:16/24 1:16/25
**precisely [1]** 1:23/10
**preferrable [1]** 1:33/5
**preliminary [2]** 1:26/23 1:27/1
**premature [1]** 1:6/18
**prepared [2]** 1:16/10 1:35/21
**present [2]** 1:38/3 1:44/16
**presenting [2]** 1:10/21 1:10/22
**presents [1]** 1:39/18
**preserve [1]** 1:31/8
**preventing [1]** 1:43/15
**previously [4]** 1:24/5 1:32/15
1:43/6 1:47/8
**prima [1]** 1:27/6
**principal [1]** 1:28/12
**prior [3]** 1:22/7 1:25/1 1:32/5
**probably [1]** 1:21/18

**P**

**problem [1]** 1:28/12
**problems [1]** 1:29/16
**proceed [3]** 1:7/12 1:7/12
1:25/19
**proceeding [1]** 1:32/4
**proceedings [8]** 1:1/12 1:31/22
1:33/7 1:33/9 1:33/17 1:34/15
1:46/4 1:47/8
**process [2]** 1:32/8 1:33/2
**processes [1]** 1:43/2
**products [1]** 1:9/10
**Progressive [1]** 1:41/5
**prohibited [2]** 1:32/3 1:40/16
**prohibition [1]** 1:22/3
**promoted [1]** 1:33/1
**promptly [1]** 1:23/21
**proper [1]** 1:39/11
**properly [1]** 1:39/17
**property [6]** 1:8/19 1:9/7
1:9/11 1:27/17 1:28/13 1:29/19
**proposals [1]** 1:25/15
**proposed [1]** 1:25/4
**proposes [1]** 1:41/11
**proposing [1]** 1:24/24
**proposition [1]** 1:41/6
**proscribed [2]** 1:21/13 1:21/16
**proscriptions [1]** 1:38/7
**protection [1]** 1:10/24
**provided [1]** 1:47/6
**pulled [1]** 1:15/25
**pure [1]** 1:23/18
**purely [1]** 1:31/12
**purported [1]** 1:39/4
**purpose [1]** 1:37/3
**purposes [3]** 1:8/22 1:10/12
1:27/17
**pursuant [1]** 1:6/7
**put [4]** 1:23/9 1:24/1 1:33/15
1:41/22
**putting [2]** 1:33/5 1:40/14

**Q**

**question [10]** 1:9/16 1:17/6
1:17/14 1:22/19 1:22/21 1:26/5
1:28/4 1:28/19 1:28/24 1:36/15
**questions [2]** 1:27/12 1:43/22
**quickly [1]** 1:44/13
**quite [2]** 1:7/2 1:21/7
**quote [2]** 1:6/12 1:21/10
**quoted [1]** 1:24/12
**quoting [1]** 1:30/3

**R**

**RABINOWITZ [2]** 1:2/11 1:5/1
**raise [4]** 1:10/5 1:10/15
1:10/16 1:37/14
**raised [4]** 1:7/16 1:9/17 1:10/6
1:37/13
**raises [2]** 1:27/12 1:28/24
**raising [1]** 1:28/18
**RAMON [1]** 1:1/17
**rather [1]** 1:41/8
**RAYMOND [4]** 1:2/4 1:4/14 1:5/8
1:5/18
**re [1]** 1:41/18
**read [3]** 1:21/23 1:42/16 1:45/1
**real [1]** 1:27/16 1:42/19
**really [3]** 1:8/16 1:9/21
1:26/20
**reargue [1]** 1:41/18
**reargument [1]** 1:23/19

**reason [4]** 1:8/8 1:30/19
**reasoning [1]** 1:19/15
**recall [1]** 1:16/1
**received [5]** 1:6/1 1:6/1 1:6/3
1:24/12 1:43/10
**recent [1]** 1:12/6
**recently [2]** 1:28/22 1:43/10
**recognized [1]** 1:28/15
**recollection [3]** 1:15/13 1:28/1
1:29/12
**recommend [1]** 1:35/24
**recommendation [2]** 1:35/10
1:45/18
**record [1]** 1:4/6
**recording [2]** 1:1/12 1:47/6
**refer [1]** 1:6/12 1:30/25
**reference [2]** 1:5/24 1:16/15
**referred [4]** 1:15/12 1:16/16
1:16/19 1:30/12
**referring [1]** 1:36/22
**reflection [1]** 1:32/6
**reflects [1]** 1:24/12
**regard [3]** 1:5/5 1:44/8 1:45/6
**regarded [1]** 1:24/3
**regardless [1]** 1:33/24
**regulate [1]** 1:27/16
**regulation [2]** 1:21/24 1:21/25
**regulators [1]** 1:23/18
**rejected [1]** 1:12/8
**relate [1]** 1:19/15
**related [1]** 1:47/11
**relates [1]** 1:45/11
**relating [3]** 1:5/6 1:6/2
1:22/18
**relationship [1]** 1:11/2
**relative [2]** 1:26/25 1:30/14
**relief [2]** 1:29/16 1:32/15
**relies [1]** 1:13/6
**rely [2]** 1:13/5 1:45/1
**relying [1]** 1:17/3
**remarkably [1]** 1:31/9
**remedy [2]** 1:28/11 1:31/6
**remember [1]** 1:17/2
**removed [1]** 1:36/23
**renew [1]** 1:36/1
**renewed [4]** 1:23/15 1:23/17
1:23/23 1:35/23
**renewing [1]** 1:24/9
**repeat [1]** 1:26/1
**reply [6]** 1:6/4 1:6/11 1:7/7
1:11/17 1:20/25 1:21/6
**report [4]** 1:24/18 1:25/5
1:35/10 1:45/17
**Reporter [2]** 1:1/25 1:47/21
**repose [1]** 1:29/21
**request [15]** 1:21/4 1:21/4
1:23/1 1:23/15 1:23/17 1:23/23
1:24/1 1:24/9 1:24/20 1:25/24
1:26/2 1:31/21 1:31/23 1:32/21
1:35/23
**requested [3]** 1:26/7 1:28/3
1:29/7
**requesting [1]** 1:35/20
**requests [4]** 1:22/3 1:22/10
1:23/19 1:27/20
**require [2]** 1:30/19 1:31/25
**required [2]** 1:26/21 1:40/22
**requirement [1]** 1:22/3
**requiring [3]** 1:14/7 1:24/8
1:33/8
**research [1]** 1:36/23
**residence [1]** 1:27/8

**resolution [2]** 1:7/3 1:8/9
**resolve [1]** 1:28/4
**resources [1]** 1:30/17
**respect [10]** 1:19/18 1:19/20
1:37/14 1:37/16 1:38/8 1:39/14
1:39/19 1:40/11 1:43/2 1:43/19
**respond [5]** 1:9/17 1:39/20
1:40/1 1:40/15 1:40/22
**response [10]** 1:6/1 1:6/17
1:7/19 1:10/6 1:10/16 1:14/22
1:17/16 1:27/4 1:29/23 1:30/6
**result [1]** 1:32/21
**resulting [1]** 1:22/4
**review [1]** 1:14/11
**reviewed [5]** 1:6/5 1:6/5 1:6/16
1:6/16 1:25/22
**revised [1]** 1:16/5
**Reyes [1]** 1:1/4
**RHYS [5]** 1:2/7 1:4/14 1:5/16
1:21/21 1:36/12
**right [61]**
**rights [1]** 1:19/5
**rise [1]** 1:9/24
**risk [2]** 1:31/6 1:35/1
**RMR [2]** 1:1/25 1:47/21
**road [1]** 1:42/21
**RODRIGUEZ [10]** 1:1/5 1:1/15
1:1/17 1:4/4 1:4/8 1:4/8 1:4/12
1:5/3 1:17/15 1:42/15
**role [3]** 1:10/2 1:10/2 1:10/4
**Roman [1]** 1:17/1
**round [1]** 1:22/16
**rubber [1]** 1:42/21
**Rubicam [2]** 1:2/15 1:3/2
**rule [6]** 1:33/18 1:34/10
1:34/14 1:34/17 1:38/15 1:41/8
**rules [8]** 1:16/1 1:16/2 1:16/16
1:16/24 1:18/17 1:18/18 1:18/24
1:36/24
**ruling [1]** 1:31/18
**running [1]** 1:42/19

**S**

**S.A [1]** 1:2/8
**said [14]** 1:10/9 1:15/18
1:19/23 1:20/15 1:23/20 1:25/16
1:27/10 1:27/23 1:29/4 1:30/3
1:32/2 1:32/13 1:32/15 1:33/11
**sake [1]** 1:42/24
**same [6]** 1:17/16 1:26/1 1:31/24
1:36/19 1:38/7 1:43/1
**sanction [1]** 1:32/4
**sanctioned [2]** 1:44/2 1:44/3
**sanctions [5]** 1:21/13 1:21/14
1:21/16 1:21/20 1:33/7
**Saturday [1]** 1:47/16
**saw [3]** 1:6/16 1:6/20 1:7/7
**say [17]** 1:11/6 1:12/12 1:13/9
1:14/16 1:15/19 1:18/24 1:23/4
1:24/5 1:27/3 1:29/23 1:29/24
1:29/24 1:30/8 1:33/16 1:34/15
1:35/22 1:45/17
**saying [19]** 1:10/1 1:12/22
1:13/3 1:13/8 1:15/2 1:23/23
1:24/13 1:25/4 1:25/5 1:27/24
1:34/5 1:34/18 1:34/19 1:34/20
1:35/14 1:36/6 1:39/10 1:39/21
1:44/2
**says [7]** 1:7/22 1:8/14 1:10/23
1:15/6 1:21/10 1:21/19 1:21/25
**schedule [2]** 1:26/16 1:44/25
**scheduling [17]** 1:6/6 1:22/18

**S**

scheduling... [15]  1:23/9
1:23/20 1:24/1 1:24/7 1:24/18
1:25/5 1:25/15 1:26/7 1:26/10
1:30/9 1:30/11 1:42/7 1:42/11
1:43/21 1:43/23
Science [1]  1:41/5
scope [2]  1:23/5 1:23/13
scrolling [1]  1:25/8
second [9]  1:11/19 1:11/22
1:14/4 1:29/14 1:29/25 1:30/6
1:37/22 1:38/19 1:45/3
Secretary [5]  1:21/5 1:22/8
1:25/18 1:31/22 1:33/13
section [1]  1:16/2
secure [1]  1:31/18
see [10]  1:6/17 1:6/23 1:11/10
1:13/17 1:13/24 1:14/6 1:17/14
1:24/18 1:35/12 1:36/2
seeing [1]  1:19/10
seek [7]  1:28/11 1:38/9 1:39/15
1:39/19 1:39/22 1:39/24 1:43/17
seeking [2]  1:25/12 1:43/12
seem [1]  1:11/16
seems [2]  1:6/25 1:44/4
seen [2]  1:19/11 1:44/2
sense [3]  1:18/10 1:19/17
1:19/21
separate [3]  1:6/3 1:32/21
1:32/24
September [2]  1:31/25 1:32/18
September 2020 [1]  1:32/18
serious [2]  1:30/16 1:32/10
serve [2]  1:38/10 1:41/11
set [2]  1:21/13 1:25/14
Seventh [1]  1:2/19
Several [1]  1:18/1
SHAKIR [2]  1:3/4
shared [1]  1:13/18
sharply [1]  1:30/15
short [1]  1:42/19
should [18]  1:7/23 1:19/3
1:19/4 1:19/9 1:25/17 1:30/4
1:30/21 1:41/23 1:42/10 1:42/24
1:42/25 1:43/5 1:43/6 1:43/17
1:44/14 1:44/19 1:44/21 1:44/22
shouldn't [1]  1:33/20
showed [1]  1:39/3
shown [1]  1:31/10
sic [1]  1:26/1
side [2]  1:15/11 1:30/25
similar [4]  1:27/12 1:39/18
1:39/25 1:44/4
simultaneously [1]  1:25/12
since [3]  1:16/14 1:16/15
1:19/7
sir [1]  1:44/11
sitting [1]  1:4/10
situation [4]  1:15/21 1:18/6
1:20/12 1:24/24
six [1]  1:29/4
so [60]
some [14]  1:6/7 1:8/8 1:15/24
1:17/22 1:18/7 1:30/25 1:33/2
1:35/6 1:35/11 1:36/8 1:41/20
1:43/18 1:43/22 1:44/13
somebody [1]  1:6/21
someone [1]  1:16/7
something [3]  1:9/20 1:13/4
1:36/12
sometimes [1]  1:6/22
somewhat [1]  1:43/8

somewhere [1]  1:21/18
sorry [16]  1:9/13 1:12/20
1:13/21 1:15/13 1:19/22 1:27/22
1:33/21 1:36/18 1:36/19 1:37/9
1:38/24 1:39/22 1:40/6 1:42/10
1:42/15 1:44/10
sort [5]  1:14/6 1:20/4 1:41/9
1:41/9 1:44/5
sought [3]  1:22/23 1:22/24
1:24/16
sound [2]  1:1/12 1:47/6
sounds [2]  1:13/1 1:13/7
source [1]  1:11/21
South [3]  1:2/3 1:3/3 1:3/6
Southeast [1]  1:2/19
SOUTHERN [5]  1:1/3 1:16/24
1:41/5 1:45/9 1:47/7
sovereign [20]  1:6/14 1:6/19
1:7/17 1:8/6 1:9/1 1:9/22
1:10/1 1:10/10 1:10/15 1:10/24
1:11/3 1:11/5 1:11/6 1:11/16
1:11/20 1:12/1 1:12/5 1:12/23
1:13/6 1:14/8
Spain [2]  1:39/5 1:40/3
Spanish [8]  1:38/5 1:38/24
1:39/12 1:39/16 1:40/1 1:40/9
1:40/16 1:40/17
speakers [1]  1:5/23
speaking [2]  1:5/21 1:19/13
specific [7]  1:16/11 1:26/2
1:37/23 1:38/13 1:38/17 1:38/21
1:42/18
specifically [1]  1:7/21
STANDARD [1]  1:2/11
standing [4]  1:28/10 1:28/16
1:28/20 1:28/24
stands [4]  1:18/14 1:20/13
1:37/22 1:41/6
start [2]  1:26/5 1:41/3
started [1]  1:8/15
starts [1]  1:36/6
state [8]  1:4/6 1:21/5 1:22/8
1:25/18 1:29/15 1:31/22 1:33/13
1:37/23
stated [3]  1:38/13 1:38/16
1:47/8
statement [4]  1:6/17 1:13/14
1:27/11 1:27/19
states [8]  1:1/2 1:9/5 1:38/6
1:39/7 1:41/10 1:43/3 1:43/16
1:44/7
statute [5]  1:7/21 1:7/25
1:18/2 1:29/21 1:32/7
statutes [1]  1:43/15
statutory [1]  1:28/25
stay [37]  1:5/25 1:8/9 1:9/19
1:10/23 1:12/24 1:13/22 1:14/6
1:14/14 1:14/23 1:21/3 1:25/13
1:26/7 1:26/21 1:26/22 1:30/10
1:30/12 1:30/14 1:31/2 1:31/21
1:31/25 1:32/21 1:32/24 1:33/12
1:33/15 1:33/16 1:33/23 1:34/14
1:34/19 1:35/13 1:35/20 1:35/22
1:37/15 1:38/1 1:38/14 1:38/23
1:41/6 1:41/12
stayed [1]  1:12/10
STEPHANIE [2]  1:2/10 1:5/2
still [10]  1:17/5 1:17/7
1:17/20 1:20/11 1:27/5 1:29/1
1:33/3 1:36/16 1:37/23 1:45/9
stopped [1]  1:12/16
stored [1]  1:9/11

straight [2]  1:9/24 1:33/22
1:42/22
strength [1]  1:42/1
strong [2]  1:41/12 1:41/14
STROOCK [4]  1:3/2 1:3/2 1:4/20
1:4/20
subcategory [1]  1:21/4
subject [11]  1:6/13 1:6/19
1:7/3 1:9/22 1:11/21 1:12/22
1:12/24 1:27/22 1:38/7 1:39/12
1:39/17
subjects [1]  1:25/2
submissions [1]  1:25/23
submitted [1]  1:29/9
Subsequently [1]  1:42/6
subset [1]  1:35/13
substantial [2]  1:27/12 1:27/19
substituted [1]  1:20/3
succession [1]  1:19/17
such [2]  1:40/17 1:40/21
sued [1]  1:10/12
sufficiently [1]  1:27/18
suggest [1]  1:40/19
suggesting [2]  1:34/14 1:35/6
suing [1]  1:9/5
suit [1]  1:11/15
Suite [7]  1:1/15 1:1/18 1:1/21
1:2/9 1:2/19 1:3/3 1:3/6
summarizing [1]  1:22/9
summary [2]  1:21/24 1:26/1
supported [1]  1:12/2
Supreme [1]  1:11/24
sure [9]  1:16/19 1:17/3 1:17/5
1:17/16 1:21/7 1:27/23 1:43/22
1:43/25 1:45/17
SURGEON [5]  1:3/4 1:4/20 1:5/9
1:37/7 1:37/11
survive [1]  1:17/21
survived [1]  1:17/3
survives [2]  1:44/15 1:44/16
system [2]  1:43/2 1:43/19
systems [1]  1:9/10

**T**

tack [1]  1:34/5
tail [2]  1:35/14 1:35/15
take [3]  1:5/16 1:31/7 1:31/14
1:37/20
taken [5]  1:17/10 1:37/25
1:39/3 1:47/8 1:47/12
taking [2]  1:10/18 1:31/13
talk [1]  1:25/12
Tampa [1]  1:2/9
tell [1]  1:24/14
telling [2]  1:11/2 1:43/8
terms [2]  1:9/24 1:26/22
test [1]  1:30/13
testimony [1]  1:31/8
text [1]  1:36/22
than [6]  1:26/15 1:27/8 1:30/16
1:30/16 1:41/8 1:44/5
thank [15]  1:5/23 1:7/10
1:21/21 1:22/21 1:26/4 1:36/25
1:40/24 1:41/2 1:45/12 1:45/14
1:45/19 1:45/20 1:45/21 1:45/23
1:45/25
that [322]
that's [43]  1:6/20 1:9/3
1:10/14 1:11/1 1:11/4 1:12/1
1:12/9 1:12/16 1:13/1 1:13/7
1:13/12 1:13/14 1:13/15 1:15/2
1:15/10 1:15/11 1:15/21 1:17/5

**that's... [25]**   1:19/8 1:19/18
1:20/3 1:20/17 1:20/21 1:22/8
1:22/24 1:23/11 1:25/10 1:25/10
1:29/12 1:29/13 1:30/24 1:32/6
1:32/18 1:33/12 1:34/4 1:34/11
1:35/5 1:36/13 1:42/4 1:44/5
1:44/17 1:45/10 1:45/12

**their [35]**   1:6/2 1:6/11 1:7/3
1:8/17 1:9/9 1:9/18 1:10/5
1:10/6 1:10/14 1:11/18 1:11/19
1:14/1 1:14/3 1:14/3 1:14/22
1:18/25 1:19/16 1:25/15 1:27/3
1:27/5 1:29/15 1:29/23 1:29/23
1:31/8 1:31/11 1:31/20 1:41/4
1:41/19 1:42/2 1:43/4 1:43/4
1:43/20 1:44/14 1:44/19 1:45/17

**them [10]**   1:7/4 1:9/18 1:11/11
1:20/15 1:20/16 1:31/1 1:31/16
1:39/1 1:43/6 1:44/21

**themselves [3]**   1:44/19 1:44/20
1:44/22

**then [44]**   1:5/8 1:5/23 1:6/3
1:8/2 1:9/20 1:9/24 1:11/6
1:13/3 1:13/9 1:14/13 1:14/13
1:14/20 1:14/22 1:14/25 1:15/23
1:17/14 1:20/3 1:20/6 1:21/3
1:22/14 1:23/9 1:23/21 1:24/17
1:25/14 1:26/2 1:26/24 1:28/8
1:29/14 1:30/24 1:32/20 1:32/25
1:33/11 1:34/2 1:34/3 1:34/8
1:34/12 1:34/13 1:35/3 1:35/25
1:37/7 1:39/11 1:42/21 1:44/24
1:45/17

**there [41]**   1:6/7 1:6/10 1:6/20
1:6/23 1:10/7 1:10/11 1:12/17
1:15/14 1:15/15 1:16/15 1:18/23
1:18/23 1:19/11 1:19/12 1:20/11
1:21/14 1:23/16 1:26/12 1:26/23
1:29/16 1:30/9 1:32/8 1:32/9
1:32/20 1:32/23 1:33/3 1:34/24
1:35/11 1:36/5 1:36/5 1:36/5
1:37/20 1:38/12 1:38/17 1:40/10
1:44/2 1:45/8

**there's [26]**   1:6/6 1:6/6 1:7/3
1:8/2 1:8/3 1:8/5 1:9/2 1:9/2
1:9/3 1:9/3 1:11/4 1:11/6
1:14/9 1:19/7 1:19/9 1:20/10
1:20/13 1:21/7 1:26/23 1:26/24
1:29/18 1:30/19 1:41/12 1:43/25
1:44/1 1:44/1

**therefore [2]**   1:10/7 1:38/22

**these [11]**   1:9/5 1:9/8 1:18/24
1:25/22 1:29/21 1:31/14 1:39/4
1:39/16 1:39/25 1:40/21 1:44/15

**they [44]**   1:7/1 1:7/1 1:8/8
1:8/17 1:9/18 1:10/5 1:10/15
1:10/16 1:12/3 1:12/3 1:12/12
1:13/10 1:14/2 1:14/13 1:18/25
1:23/5 1:24/13 1:27/23 1:27/24
1:28/3 1:28/12 1:28/13 1:29/23
1:29/24 1:29/24 1:30/8 1:31/1
1:31/12 1:31/16 1:31/16 1:31/17
1:40/4 1:40/5 1:40/5 1:40/15
1:40/20 1:40/22 1:41/19 1:41/23
1:42/23 1:43/1 1:44/19 1:44/21
1:44/22

**they're [11]**   1:8/25 1:10/21
1:10/22 1:13/11 1:15/1 1:15/1
1:27/3 1:27/24 1:29/17 1:41/20
1:42/1

**they've [4]**   1:28/3 1:28/6

**thing [4]**   1:20/25 1:26/1 1:34/9
1:40/14

**things [6]**   1:16/18 1:20/23
1:23/4 1:24/8 1:25/21 1:29/22

**think [38]**   1:7/8 1:8/1 1:10/20
1:12/2 1:13/15 1:13/19 1:14/17
1:14/18 1:14/24 1:14/24 1:15/3
1:15/4 1:15/8 1:16/9 1:19/8
1:19/8 1:19/12 1:23/5 1:23/13
1:25/25 1:26/8 1:29/6 1:31/24
1:32/25 1:33/20 1:34/7 1:34/7
1:34/10 1:37/10 1:37/13 1:37/15
1:37/25 1:38/12 1:38/22 1:40/20
1:43/5 1:43/8 1:44/10

**thinking [2]**   1:34/21 1:36/6

**thinks [1]**   1:32/9

**third [9]**   1:1/18 1:8/7 1:22/16
1:27/5 1:27/21 1:28/10 1:29/15
1:37/17 1:38/17

**this [63]**

**those [14]**   1:14/14 1:19/5
1:20/23 1:22/20 1:25/20 1:26/2
1:26/17 1:27/12 1:28/9 1:29/2
1:38/7 1:38/11 1:39/8 1:39/9

**though [1]**   1:37/17

**thought [3]**   1:18/13 1:35/12
1:36/19

**three [4]**   1:2/19 1:26/15
1:28/21 1:31/24

**threshold [2]**   1:12/21 1:30/22

**through [4]**   1:16/2 1:25/8
1:32/8 1:38/9

**throughout [1]**   1:31/10

**time [15]**   1:18/14 1:26/12
1:28/14 1:32/17 1:33/2 1:33/15
1:34/12 1:34/20 1:35/6 1:35/11
1:36/5 1:36/19 1:42/5 1:45/12
1:47/8

**tips [1]**   1:30/15

**Title [1]**   1:12/4

**Title 3 [1]**   1:12/4

**told [4]**   1:9/20 1:25/22 1:31/16
1:36/21

**too [1]**   1:20/17

**took [5]**   1:31/14 1:31/16 1:38/5
1:42/5 1:42/9

**top [1]**   1:34/20

**Tower [1]**   1:2/3

**Trade [3]**   1:21/9 1:22/8 1:31/23

**trade.gov.uk [1]**   1:43/13

**trafficking [2]**   1:9/6 1:9/8

**TRAMONT [3]**   1:1/15 1:4/8 1:4/12

**Transcribed [1]**   1:1/25

**TRANSCRIBER [1]**   1:47/3

**transcript [4]**   1:1/12 1:31/4
1:32/18 1:47/5

**translate [1]**   1:21/18

**transparent [1]**   1:44/5

**traveling [1]**   1:9/21

**treated [1]**   1:7/23

**TRENAM [2]**   1:2/8 1:5/2

**trial [1]**   1:26/12

**triggered [1]**   1:25/17

**Tristan [1]**   1:21/10

**true [1]**   1:47/4

**try [1]**   1:19/14

**trying [6]**   1:9/23 1:11/1
1:12/21 1:16/18 1:35/1 1:39/14

**turn [3]**   1:13/9 1:30/18 1:40/15

**turned [1]**   1:7/17

**Turner [1]**   1:32/1

**two [10]**   1:16/18 1:26/3 1:26/23
1:37/18 1:37/21 1:42/22

**two-way [1]**   1:42/22

**two-year [1]**   1:29/20

**twofold [1]**   1:7/15

**U**

**U.S [8]**   1:9/9 1:9/9 1:9/10
1:21/11 1:24/7 1:39/6 1:47/7
1:47/21

**U.S. [1]**   1:27/17

**UK [14]**   1:6/3 1:21/5 1:22/1
1:22/7 1:23/16 1:23/21 1:32/16
1:33/8 1:34/21 1:34/25 1:36/6
1:42/25 1:44/1 1:44/3

**UK's [2]**   1:32/6 1:32/11

**ultimately [2]**   1:38/10 1:38/19

**uncertainty [2]**   1:19/8 1:19/10

**uncle [1]**   1:18/11

**under [33]**   1:6/14 1:6/25 1:7/21
1:7/24 1:7/24 1:8/13 1:8/13
1:8/14 1:8/18 1:8/24 1:9/1
1:9/21 1:10/9 1:10/10 1:10/12
1:11/15 1:11/17 1:11/24 1:11/25
1:12/11 1:12/11 1:12/23 1:13/10
1:14/8 1:15/7 1:15/7 1:18/14
1:18/17 1:18/18 1:21/11 1:33/18
1:34/9 1:34/16

**understand [3]**   1:15/16 1:18/13
1:22/21

**unfortunately [1]**   1:18/7

**unique [1]**   1:15/21

**UNITED [9]**   1:1/2 1:9/4 1:32/8
1:32/9 1:33/9 1:38/6 1:43/3
1:43/16 1:44/7

**unlimited [1]**   1:25/2

**unnecessary [2]**   1:30/18 1:33/6

**until [11]**   1:6/18 1:12/10
1:12/24 1:21/3 1:24/2 1:27/24
1:31/22 1:33/17 1:33/24 1:34/4
1:34/15

**up [11]**   1:9/20 1:15/24 1:17/12
1:26/15 1:26/21 1:31/13 1:33/9
1:34/13 1:41/16 1:42/6 1:43/20

**upcoming [2]**   1:6/18 1:41/21

**update [1]**   1:17/12

**upon [2]**   1:14/11 1:18/3

**urgency [2]**   1:31/10 1:31/12

**us [5]**   1:24/6 1:24/14 1:31/16
1:35/6 1:37/14

**use [5]**   1:7/1 1:9/9 1:27/16
1:29/19 1:29/20

**used [1]**   1:28/14

**usually [1]**   1:30/16

**V**

**various [1]**   1:41/1

**version [3]**   1:16/3 1:16/5
1:36/16

**versus [1]**   1:4/4

**very [12]**   1:8/17 1:9/6 1:24/24
1:26/9 1:26/20 1:30/15 1:31/3
1:32/15 1:36/25 1:44/13 1:45/14
1:45/19

**via [1]**   1:19/16

**view [2]**   1:4/10 1:32/6

**violates [1]**   1:32/7

**violation [1]**   1:33/8

**violations [1]**   1:28/25

**vis [2]**   1:10/3 1:10/3

**vis-a-vis [1]**   1:10/3

**W**

**waiting [1]**   1:45/16
**waived [1]**   1:6/22
**Wall [1]**   1:2/12
**want [9]**   1:12/3 1:12/3 1:13/13
1:20/17 1:26/16 1:27/24 1:33/23
1:34/3 1:36/9
**wanted [9]**   1:15/23 1:17/15
1:20/6 1:20/12 1:20/18 1:20/24
1:20/25 1:21/15 1:45/16
**wants [1]**   1:28/8
**warrant [1]**   1:23/17
**was [41]**   1:6/10 1:6/23 1:8/1
1:8/24 1:9/16 1:10/7 1:13/23
1:15/14 1:16/4 1:16/15 1:16/20
1:17/5 1:17/8 1:17/10 1:18/14
1:20/10 1:21/1 1:21/15 1:22/15
1:23/2 1:23/2 1:23/16 1:23/24
1:24/12 1:24/21 1:29/6 1:29/9
1:29/25 1:30/9 1:31/6 1:35/13
1:36/19 1:36/22 1:36/23 1:37/19
1:38/5 1:39/3 1:39/14 1:40/8
1:41/25 1:47/12
**Washington [1]**   1:2/17
**wasn't [4]**   1:14/1 1:16/10
1:17/5 1:42/3
**waste [1]**   1:30/17
**way [9]**   1:10/21 1:15/6 1:18/21
1:19/9 1:19/11 1:34/7 1:35/18
1:35/21 1:42/22
**we [49]**
**we'd [1]**   1:36/1
**we're [12]**   1:7/16 1:10/18
1:12/2 1:17/16 1:23/20 1:27/3
1:34/12 1:37/10 1:38/8 1:39/19
1:43/9 1:46/3
**we've [11]**   1:12/11 1:24/23
1:25/16 1:27/15 1:28/19 1:32/2
1:43/5 1:43/10 1:44/9 1:44/10
1:44/17
**website [3]**   1:16/16 1:17/10
1:17/12
**week [1]**   1:26/8
**weekend [2]**   1:45/22 1:46/1
**weeks [1]**   1:26/15
**weighed [1]**   1:31/24
**weighing [1]**   1:26/25
**weighty [1]**   1:27/2
**well [13]**   1:10/21 1:14/16
1:16/23 1:23/5 1:24/21 1:26/22
1:29/13 1:30/18 1:33/12 1:34/23
1:40/4 1:44/24 1:45/14
**went [1]**   1:31/15
**were [20]**   1:8/8 1:17/21 1:17/22
1:17/22 1:17/23 1:20/9 1:20/10
1:20/23 1:23/7 1:25/20 1:28/21
1:29/4 1:31/17 1:33/19 1:34/8
1:35/19 1:35/24 1:38/9 1:39/15
1:41/1
**what [32]**   1:7/18 1:7/18 1:7/19
1:8/15 1:9/6 1:9/24 1:10/3
1:10/3 1:11/1 1:13/8 1:14/17
1:15/18 1:19/2 1:19/3 1:19/18
1:19/19 1:21/25 1:22/8 1:22/18
1:26/6 1:26/18 1:28/3 1:30/24
1:34/14 1:35/4 1:36/5 1:38/3
1:39/10 1:39/14 1:39/18 1:39/21
1:44/4
**what's [4]**   1:30/16 1:39/1
1:39/1 1:39/1
**when [20]**   1:6/16 1:6/21 1:9/2
1:9/2 1:10/6 1:10/14 1:10/14

1:18/7 1:18/24 1:22/23 1:23/1
1:31/2 1:33/13 1:34/16 1:42/6
1:42/6
**where [16]**   1:12/21 1:16/5
1:16/20 1:16/21 1:17/25 1:25/11
1:25/14 1:30/21 1:30/25 1:34/4
1:36/2 1:38/8 1:38/16 1:40/23
1:40/23 1:42/21
**whether [13]**   1:13/11 1:13/11
1:13/11 1:14/19 1:15/4 1:17/3
1:33/7 1:33/24 1:36/16 1:41/14
1:44/15 1:44/15 1:44/16
**which [19]**   1:7/20 1:12/7 1:14/9
1:14/17 1:16/5 1:21/13 1:23/24
1:24/25 1:26/6 1:29/6 1:29/20
1:30/17 1:31/11 1:32/9 1:33/19
1:34/9 1:35/15 1:39/8 1:47/12
**while [3]**   1:16/14 1:17/11
1:27/22
**who [9]**   1:5/20 1:7/16 1:17/21
1:17/21 1:20/9 1:29/11 1:39/9
1:39/22 1:40/16
**who's [2]**   1:7/8 1:17/20
**whole [3]**   1:28/24 1:29/16
1:40/14
**whom [1]**   1:39/23
**why [6]**   1:12/16 1:15/2 1:22/6
1:35/6 1:37/14 1:38/1
**will [22]**   1:4/10 1:5/3 1:5/6
1:5/16 1:5/18 1:5/20 1:5/20
1:6/10 1:7/19 1:9/25 1:15/19
1:17/11 1:24/13 1:25/21 1:26/14
1:29/2 1:32/23 1:33/13 1:34/25
1:41/13 1:41/15 1:45/17
**WILLIAM [1]**   1:1/19
**WILMER [3]**   1:2/15 1:3/5 1:4/23
**within [3]**   1:22/20 1:23/5
1:23/13
**without [7]**   1:10/19 1:22/7
1:22/12 1:25/1 1:30/20 1:30/22
1:32/4
**word [1]**   1:7/1
**wording [2]**   1:21/14 1:21/23
**work [1]**   1:19/9
**worked [1]**   1:16/15
**working [1]**   1:17/18
**works [1]**   1:14/9
**Worst [1]**   1:45/8
**would [45]**   1:6/8 1:7/4 1:8/7
1:8/9 1:12/3 1:14/5 1:14/11
1:14/13 1:14/14 1:14/16 1:14/19
1:14/20 1:14/22 1:18/17 1:18/23
1:19/2 1:19/2 1:19/6 1:19/21
1:20/13 1:24/4 1:32/10 1:32/20
1:33/18 1:34/9 1:34/10 1:34/16
1:35/7 1:35/10 1:35/10 1:36/21
1:38/1 1:38/3 1:38/7 1:38/10
1:39/12 1:39/16 1:39/22 1:39/24
1:40/15 1:40/22 1:41/24 1:43/4
1:43/20 1:45/8
**wouldn't [2]**   1:33/12 1:38/23
**WPP [18]**   1:2/15 1:3/2 1:4/20
1:4/23 1:4/24 1:5/8 1:23/7
1:36/10 1:37/2 1:37/13 1:37/16
1:37/24 1:39/7 1:39/24 1:40/14
1:45/6 1:45/8 1:45/11
**wrinkle [2]**   1:40/13 1:40/18
**wrongs [1]**   1:44/20

**Y**

**yada [2]**   1:21/12 1:21/12
**YAFFE [2]**   1:2/14 1:5/1

**Yeah [5]**   1:18/16 1:18/16 1:19/1
1:28/4 1:35/12
**year [4]**   1:28/22 1:28/23
1:29/20 1:31/17
**years [1]**   1:18/12
**yes [30]**   1:4/7 1:5/5 1:5/10
1:7/10 1:7/13 1:7/14 1:11/13
1:11/13 1:11/18 1:13/2 1:13/15
1:13/20 1:14/1 1:14/4 1:15/10
1:18/9 1:18/16 1:18/22 1:20/21
1:24/20 1:24/23 1:25/7 1:25/7
1:26/4 1:34/6 1:34/23 1:36/7
1:40/4 1:42/20 1:45/5
**yet [6]**   1:7/21 1:12/17 1:12/19
1:13/13 1:15/3 1:34/3
**York [9]**   1:1/19 1:1/19 1:1/21
1:1/21 1:2/6 1:2/6 1:2/12
1:2/12 1:45/10
**you [115]**
**you're [19]**   1:9/13 1:9/21
1:11/2 1:12/22 1:17/3 1:17/25
1:18/6 1:23/23 1:27/22 1:34/4
1:34/18 1:34/18 1:34/19 1:34/20
1:35/14 1:35/21 1:36/6 1:37/8
1:40/13
**Young [2]**   1:2/15 1:3/2
**your [78]**
**Your Honor [40]**   1:4/25 1:5/5
1:8/2 1:8/15 1:12/6 1:13/14
1:14/16 1:14/18 1:14/18 1:16/7
1:16/13 1:19/1 1:19/2 1:19/8
1:20/20 1:20/21 1:21/23 1:22/13
1:24/12 1:24/20 1:25/7 1:25/10
1:26/4 1:26/5 1:26/22 1:29/11
1:29/24 1:30/12 1:31/20 1:34/6
1:35/18 1:35/19 1:35/24 1:36/4
1:37/9 1:37/12 1:39/2 1:40/19
1:43/21 1:45/1
**Your Honor's [4]**   1:16/21 1:30/2
1:44/24 1:44/25

**Z**

**zero [1]**   1:21/15