UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DEFENDANTS' JOINT NOTICE OF SUPPLEMENTAL
AUTHORITY PURSUANT TO LOCAL RULE 7.8**[1]

In *Herederos de Roberto Gomez Cabrera, LLC v. Teck Resources Ltd.*, --- F. 4th ----, 2022 WL 3330347 (11th Cir. Aug. 12, 2022), the Eleventh Circuit affirmed the dismissal of a Title III case on personal-jurisdiction grounds, holding:

- A corporation's contacts could not be imputed to its shareholder because the corporation was not a "mere alter ego[]." *Id.* at *5. [DE 264 at 3–5].

- The national long-arm statute, Rule 4(k)(2), is not subject to some "more lenient" due-process standard. "[T]he personal-jurisdiction analysis under the Fifth Amendment is the same as that under the Fourteenth." *Herederos*, 2022 WL 3330347, at *2. [DE 267 at 11 n.13].

---

[1] Defendants submit this notice subject to their defenses, including as to personal jurisdiction.

- A Title III plaintiff suing over the alleged use of real property in Cuba cannot establish personal jurisdiction by alleging that they felt the "effects" in the United States. *Herederos*, 2022 WL 3330347, at *4–5. [DE 264 at 7–8; DE 266 at 7–8; DE 267 at 8].

- Absent personal jurisdiction, it was not necessary to address the plaintiff's standing. *Herederos*, 2022 WL 3330347, at *1 n.1. [DE 265 at 2–5].

Dated: August 16, 2022
Miami, Florida

/s/ *Mark F. Raymond*
NELSON MULLINS
Mark F. Raymond
mark.raymond@nelsonmullins.com
Jonathan Etra
jonathan.etra@nelsonmullins.com
2 South Biscayne Blvd. 21st Floor
Miami, FL 33131
Telephone: 305-373-9400

ALLEN & OVERY LLP
Andrew Rhys Davies (admitted *pro hac vice*)
andrewrhys.davies@allenovery.com
Justin L. Ormand (admitted *pro hac vice*)
justin.ormand@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300

*Attorneys for Defendant Imperial Brands plc*

/s/ *Charles Murray Harris, Jr.*
TRENAM KEMKER SCHARF BARKIN FRYE O'NEILL & MULLIS
Charles Murray Harris, Jr.
charris@trenam.com
Stephanie Crane Lieb
slieb@trenam.com
101 E Kennedy Boulevard
Tampa, FL 33601-1102
Telephone: (727) 820-3950

RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
Michael R. Krinsky (admitted *pro hac vice*)
mkrinsky@rbskl.com
Lindsey Frank (admitted *pro hac vice*)
lfrank@rbskl.com
14 Wall Street, Suite 3002
New York, NY 10005
Telephone: (212) 254-1111

*Attorneys for Defendant Corporación Habanos, S.A.*

/s/ *Naim S. Surgeon*
STROOK & STROOK & LAVAN LLP
Naim S. Surgeon
Florida Bar No. 101682
nsurgeon@strook.com
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 789-9360

AKERMAN LLP
Pedro Freyre
Florida Bar No. 192140
pedro.freyre@akerman.com
3 Brickell City Centre
98 Southeast 7th St., Suite 1100
Miami, Florida 33131
Telephone: 305-982-5507

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher Davies (admitted *pro hac vice*)
christopher.davies@wilmerhale.com
Jessica Lutkenhaus (admitted *pro hac vice*)
jessica.lutkenhaus@wilmerhale.com
Ashley McLaughlin Leen (admitted *pro hac vice*)
ashley.leen@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000

Chris Casamassima (admitted *pro hac vice*)
chris.casamassima@wilmerhale.com
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300

*Attorneys for Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC, a/k/a Burson Cohn & Wolfe LLC*