UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23287-CIV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on April 21, 2023, for a Telephonic Status Conference ("Status Conference") on the Court's Order on Report and Recommendation [D.E. 307]. In accordance with the parties' input and agreement at the Status Conference, it is ORDERED AND ADJUDGED as follows:

1.     **By Friday, May 19, 2023,** Defendants Imperial Brands PLC ("Imperial"), WPP PLC ("WPP"), Young & Rubicam LLC ("Y&R"), and BCW LLC ("BCW") (WPP, Y&R, and BCW, together, "WPP Defendants") (Imperial and WPP Defendants, together, "Defendants") SHALL SUBMIT post-remand briefs in accordance with the following requirements:

- Defendants shall submit a joint brief and the WPP Defendants and Imperial shall submit individual briefs, as discussed at the Status Conference, with respect to the issues to be addressed on remand by the undersigned pursuant to the Court's Order on Report and Recommendation [D.E. 307].

- Defendants' joint brief shall not exceed fifteen (15) pages; and Imperial's and WPP Defendants' individual briefs shall not exceed ten (10) pages each.

2. **By Friday, June 16, 2023,** Plaintiffs Luis Manuel Rodriguez, Maria Teresa Rodriguez, Alfredo Ramon Forns, Ramon Alberto Rodriguez, Raul Lorenzo Rodriguez, Christina Conroy, and Francisco Ramon Rodriguez ("Plaintiffs") SHALL RESPOND to Defendants' joint brief and Imperial's and WPP Defendants' individual briefs. Plaintiffs' response to Defendants' joint brief shall not exceed fifteen (15) pages; and Plaintiffs' responses to Imperial's and WPP Defendants' individual briefs shall not exceed ten (10) pages each.

3. **By Friday, June 30, 2023**, Defendants SHALL REPLY to Plaintiffs' responses, limited in length to fifteen (15) pages. Defendants may apportion this page limit among them as they see fit.

4. A hearing on the parties' post-remand briefing is hereby set for **Tuesday, July 25, 2023, at 10:30 A.M.** The hearing will be conducted by Zoom video conference. Conference instructions will be provided to counsel via e-mail. The Court has set aside the entire business day with appropriate breaks for this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of April, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
    Counsel of Record