UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23287-CIV-GAYLES/OTAZO-REYES

LUIS MANUEL RODRIGUEZ, *et al.*,

    Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al.*,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER MODIFYING/EXTENDING DEADLINES IN THE POST-REMAND BRIEFING SCHEDULE ON DEFENDANTS' IMPERIAL BRANDS PLC, WPP PLC, YOUNG & RUBICAM LLC, AND BCW LLC'S MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT

THIS CAUSE having come before the Court on Plaintiffs' Motion for an Order modifying/extending deadlines in the post-remand briefing schedule on Defendants' Imperial Brands plc, WPP plc, Young & Rubicam LLC, and BCW LLC's Motions to Dismiss the Second Amended Complaint, and good cause appearing therefore, it is ORDERED AND ADJUDGED that the Plaintiffs' Motion is GRANTED.

The Court's Order dated April 21, 2023 [D.E. 316] and the post-remand briefing schedule for Defendants Imperial Brands plc, WPP plc, Young & Rubicam LLC, and BCW LLC's Motions to Dismiss the Second Amended Complaint are hereby amended as follows:

1. Plaintiffs shall respond to Defendants' post-remand briefs by Friday, July 7, 2023;

2. Defendants shall reply to Plaintiffs' post-remand briefs by Friday, July 28, 2023; and

3. The Court shall conduct a telephonic conference on August 1, 2023, at 11:30

A.M. to schedule a new date for an all-day Zoom video hearing on the parties' post-remand briefings. The parties shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0801.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this <u>14th</u> day of June, 2023.

                                                                            _____
                                                                            HONORABLE ALICIA M. OTAZO-REYES
                                                                            United States Magistrate Judge

cc:   United States District Judge Darrin P. Gayles
        Counsel of Record