UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

v.

IMPERIAL BRANDS PLC, *et al*.,

                Defendants.

**NOTICE OF DEFENDANTS WPP PLC, YOUNG & RUBICAM LLC,
AND BCW LLC'S EXHIBITS FOR POST REMAND ZOOM HEARING**

Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC (the "WPP Defendants") submit the following exhibits in advance of the Post Remand Zoom Hearing set by the Court on September 28, 2023, at 10:30 a.m., before the Honorable Magistrate Judge Alicia M. Otazo-Reyes. *See* PAPERLESS Minute Entry (DE 336).

| Exhibit No. | Docket Number & Filing Date | Document Title |
|---|---|---|
| WPP – 1 | DE 89-3 (4/28/21) | Declaration of Mirel García Días in Support of Defendant Corporación Habanos, S.A.'s Motion to Dismiss with Prejudice |
| WPP – 2 | DE 93-1 (4/28/21) | Declaration of Gerald Lombardo in Support of Defendants' Motion to Dismiss the Complaint |
| WPP – 3 | DE 93-2 (4/28/21) | Declaration of Jim Bellinghausen in Support of Defendants' Motion to Dismiss the Complaint |
| WPP – 4 | DE 103-3 (6/29/21) | Declaration of Gerald Lombardo in Support of Defendants' Opposition to Plaintiff's Motion to Conduct Jurisdictional Discovery as to as Y&R, LLC and BCW, LLC |

| Exhibit No. | Docket Number & Filing Date | Document Title |
|---|---|---|
| WPP – 5 | DE 151 (11/19/21) | Defendant's Notice of Filing Supplemental Declaration of Gerald Lombardo in Support of Defendants' Motion to Dismiss the Complaint |
| WPP – 6 | DE 152 (11/19/21) | Defendant's Notice of Filing Supplemental Declaration of Jim Bellinghausen in Support of Defendants' Motion to Dismiss the Complaint |

The WPP Defendants reserve the right to rely on any exhibits designated by any other party.

Dated: September 18, 2023

/s/ Christopher S. Carver
CHRISTOPHER S. CARVER
christopher.carver@akerman.com
Florida Bar No. 993580
PEDRO FREYRE
Florida Bar No. 192140
pedro.freyre@akerman.com
**AKERMAN LLP**
3 Brickell City Centre
98 Southeast 7th St., Suite 1100
Miami, Florida 33131
Telephone: 305-982-5507

CHRISTOPHER DAVIES (admitted *pro hac vice*)
christopher.davies@wilmerhale.com
CHRIS CASAMASSIMA (admitted *pro hac vice*)
chris.casamassima@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave NW
Washington, DC 20039
Telephone: (202) 663-6000

*Attorneys for Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC, a/k/a Burson Cohn & Wolfe LLC*