WPP – 4

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, <br> MARIA TERESA RODRIGUEZ, a/k/a <br> MARIA TERESA LANDA, <br> ALFREDO RAMON FORNS, <br> RAMON ALBERTO RODRIGUEZ, <br> RAUL LORENZO RODRIGUEZ, <br> CHRISTINA CONROY, and <br> FRANCISCO RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, <br> CORPORACIÓN HABANOS, S.A., <br> WPP PLC, YOUNG & RUBICAM LLC, <br> and BCW LLC, <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

**DECLARATION OF GERALD LOMBARDO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT JURISDICTIONAL
DISCOVERY AS TO Y&R, LLC AND BCW, LLC**

I, Gerald Lombardo, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of corporate records of BCW LLC ("BCW" or the "Company") and from discussions with others with such knowledge:

1. I am an adult and competent to testify to the matters below. I make this Declaration to set forth discrete facts relevant to: (i) BCW's motion to dismiss the March 22, 2021 Amended Complaint ("Amended Complaint") filed in the above-captioned litigation; and (ii) BCW's opposition to Plaintiffs' motion seeking jurisdictional discovery.

2. I am the Chief Financial Officer ("CFO") at BCW. I have knowledge of the matters set forth herein based upon my position at BCW.

3. To the extent information is not based on first-hand knowledge, such information was gathered by: (i) conferring with a subject matter expert within the Company; and/or (ii) reviewing BCW business records and personnel records.

1

4. I am aware that Plaintiffs' motion seeking jurisdictional discovery cites a website that belongs to Corporación Habanos S.A. ("Habanos"). I have reviewed the following link: https://www.festivaldelhabano.com/contact.htm.

5. The Habanos website lists two names under the heading "YOUNG AND RUBICAM CONTACT": Cristina Andreu and Alberto Jiménez.

6. I searched for each of these names in BCW's current personnel database as well as BCW's legacy personnel system.

7. These searches showed that neither Cristina Andreu nor Alberto Jiménez is a current employee of BCW.

8. These searches also showed that neither Cristina Andreu nor Alberto Jiménez is a former employee of BCW.

9. Instead, the search of BCW's legacy system showed that both Cristina Andreu and Alberto Jiménez were former employees of the company BCW S.L. of Spain.

10. The legacy system lists home addresses in Barcelona, Spain for each of the two former employees of that company's Barcelona office.

11. As I explained in my prior declaration dated April 28, 2021, BCW S.L. of Spain is incorporated pursuant to the laws of Spain and is headquartered in Spain. This foreign corporation has its own employees who work out of offices in Madrid and Barcelona, Spain. It has no offices in the United States.

12. BCW S.L. of Spain is not a direct or indirect subsidiary of the U.S.-headquartered company BCW for which I serve as CFO. BCW S.L. of Spain is not found anywhere in the corporate chain of ownership for BCW.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on June __28__, 2021, in New York, New York.

_____
Gerald Lombardo

2