# WPP – 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23287-DPG

| |
|---|
| LUIS MANUEL RODRIGUEZ, <br> MARIA TERESA RODRIGUEZ, a/k/a <br> MARIA TERESA LANDA, <br> ALFREDO RAMON FORNS, <br> RAMON ALBERTO RODRIGUEZ, <br> RAUL LORENZO RODRIGUEZ, <br> CHRISTINA CONROY, and <br> FRANCISCO RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, <br> CORPORACIÓN HABANOS, S.A., <br> WPP PLC, YOUNG & RUBICAM LLC, <br> and BCW LLC, a/k/a BURSON COHN & <br> WOLFE LLC, <br><br> Defendants. |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL
DECLARATION OF GERALD LOMBARDO IN SUPPORT OF
<u>DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

Defendant Burson Cohn & Wolfe LLC a/k/a BCW LLC hereby gives notice of filing the

Supplemental Declaration of Gerald Lombardo, attached as "Exhibit A," in support of Defendant's

Motion to Dismiss the Complaint.

| | |
|---|---|
| Date: November 19, 2021 | *s/Naim S. Surgeon*<br>NAIM S. SURGEON<br>Florida Bar No. 101682<br>E-Mail:  nsurgeon@stroock.com<br>**STROOCK & STROOCK & LAVAN LLP**<br>200 S. Biscayne Blvd., Suite 3100<br>Miami, Florida 33131<br>Tel: 305-789-3960<br>Fax: 305-789-9302<br><br>	-and-<br><br>PEDRO FREYRE<br>Florida Bar No. 192140<br>E-Mail:  pedro.freyre@akerman.com<br>**AKERMAN LLP**<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Tel: (305) 982-5507<br>Fax: (305) 374-5095<br><br>	-and-<br><br>CHRISTOPHER DAVIES (admitted *pro hac vice*)<br>E-Mail:  christopher.davies@wilmerhale.com<br>JESSICA LUTKENHAUS (admitted *pro hac vice*)<br>E-Mail:  jessica.lutkenhaus@wilmerhale.com<br>ASHLEY MCLAUGHLIN LEEN (admitted *pro hac vice*)<br>E-Mail:  ashley.leen@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Attorneys for Defendants WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC* |

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Naim S. Surgeon*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ, <br> MARIA TERESA RODRIGUEZ, a/k/a <br> MARIA TERESA LANDA, <br> ALFREDO RAMON FORNS, <br> RAMON ALBERTO RODRIGUEZ, <br> RAUL LORENZO RODRIGUEZ, <br> CHRISTINA CONROY, and <br> FRANCISCO RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, <br> CORPORACIÓN HABANOS, S.A., <br> WPP PLC, YOUNG & RUBICAM LLC, <br> and BCW LLC, a/k/a BURSON COHN & <br> WOLFE LLC, <br><br> Defendants. | Case No.: 1:20-cv-23287-DPG |

**SUPPLEMENTAL DECLARATION OF GERALD LOMBARDO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Gerald Lombardo, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of corporate records of Burson Cohn & Wolfe LLC ("BCW" or the "Company") and from discussions with others with such knowledge:

1. I am an adult and competent to testify to the matters below. I make this Declaration to supplement my Declaration submitted to the Court on April 28, 2021, titled, "Declaration of Gerald Lombardo In Support Of Defendants' Motion To Dismiss The Complaint" (hereinafter "April 28 Declaration").

2. I submit this supplemental declaration to inform the Court that BCW's office in Miami, Florida is permanently closed. After recent BCW reductions in force for Miami, only three

Case 1:20-cv-23287-DPG Document 135 Entered on FLSD Docket 10/19/2023 Page 6 of 8

BCW employees remain in South Florida, where they work remotely from their homes and report to the management of BCW's Atlanta, Georgia office.

3. My statement in the April 28 Declaration that the small number of BCW employees working from Miami constituted less than 1 percent of the Company's nationwide headcount was accurate then; since that declaration date, the recent reductions in force mean that the share of BCW's total U.S. employees working from Miami is now approaching 0 percent.

4. Moreover, BCW has merged the income statement for the small number of remaining Miami-based employees into the income figures for BCW's Atlanta, Georgia office. Thus, Miami's current share of BCW's national revenue is actually 0 percent.

5. In addition, I want to point out that my April 28 Declaration stated that BCW had approximately 3,489 employees across the U.S. as of January 2021. Additional review of BCW company data has revealed that in fact there were approximately 845 employees across the U.S. as of January 2021. I apologize for the error.

6. I also stated in my April 28 Declaration that the 647 BCW employees sitting in the New York headquarters as of January 2021 constituted approximately 20 percent of the Company's total headcount in the U.S. In fact, BCW's New York employees, who number 362, constitute about 43 percent of the Company's total headcount in the U.S. Thus, my error in fact understated the degree to which New York, and not Miami, is overwhelmingly the center of operations for BCW.

7. I also stated in my April 28 Declaration that the New York office accounted for about 30 percent of BCW's total U.S. revenue in 2020. Additional review of data has revealed that the New York office accounted for about 35 percent of BCW's total U.S. revenue in 2020. Thus, my error once again understated New York's predominant role as BCW's center of business.

8. The small corrections above do not change the facts supported by my April 28 Declaration that: New York is the headquarters of BCW; that BCW's former office in Miami, Florida accounted for a minimal proportion of BCW's total U.S. workforce and total revenue; and finally, that none of BCW's offices or personnel—either in New York, Miami, or elsewhere—performed the marketing work for Corporación Habanos S.A. ("Habanos") that is at issue in the above-captioned litigation.

9. To the contrary, I have confirmed that the relevant marketing work for Habanos was performed by the Spain-based employees of a legally distinct corporation in Spain that is not a party in this lawsuit. That Spanish company is not a direct or indirect subsidiary of BCW.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on November 19, 2021, in New York, New York.

_____
Gerald Lombardo

3