# WPP – 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-23287-DPG

| |
|---|
| LUIS MANUEL RODRIGUEZ, <br> MARIA TERESA RODRIGUEZ, a/k/a <br> MARIA TERESA LANDA, <br> ALFREDO RAMON FORNS, <br> RAMON ALBERTO RODRIGUEZ, <br> RAUL LORENZO RODRIGUEZ, <br> CHRISTINA CONROY, and <br> FRANCISCO RAMON RODRIGUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> IMPERIAL BRANDS PLC, <br> CORPORACIÓN HABANOS, S.A., <br> WPP PLC, YOUNG & RUBICAM LLC, <br> and BCW LLC, a/k/a BURSON COHN & <br> WOLFE LLC, <br><br> Defendants. |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL
DECLARATION OF JIM BELLINGHAUSEN IN SUPPORT OF
<u>DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

Defendant Young & Rubicam LLC hereby gives notice of filing the Supplemental Declaration of Jim Bellinghausen, attached as "Exhibit A," in support of Defendant's Motion to Dismiss the Complaint.

| | |
|---|---|
| Date: November 19, 2021 | *s/Naim S. Surgeon*_____ |

NAIM S. SURGEON
Florida Bar No. 101682
E-Mail: nsurgeon@stroock.com
**STROOCK & STROOCK & LAVAN LLP**
200 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
Tel: 305-789-3960
Fax: 305-789-9302

-and-

PEDRO FREYRE
Florida Bar No. 192140
E-Mail: pedro.freyre@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Tel: (305) 982-5507
Fax: (305) 374-5095

-and-

CHRISTOPHER DAVIES (admitted *pro hac vice*)
E-Mail: christopher.davies@wilmerhale.com
JESSICA LUTKENHAUS (admitted *pro hac vice*)
E-Mail: jessica.lutkenhaus@wilmerhale.com
ASHLEY MCLAUGHLIN LEEN (admitted *pro hac vice*)
E-Mail: ashley.leen@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendants WPP PLC, YOUNG & RUBICAM LLC, and BCW LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Naim S. Surgeon*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LUIS MANUEL RODRIGUEZ,<br>MARIA TERESA RODRIGUEZ, a/k/a<br>MARIA TERESA LANDA,<br>ALFREDO RAMON FORNS,<br>RAMON ALBERTO RODRIGUEZ,<br>RAUL LORENZO RODRIGUEZ,<br>CHRISTINA CONROY, and<br>FRANCISCO RAMON RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL BRANDS PLC,<br>CORPORACIÓN HABANOS, S.A.,<br>WPP PLC, YOUNG & RUBICAM LLC,<br>and BCW LLC, a/k/a BURSON COHN &<br>WOLFE LLC,<br><br>Defendants. | Case No.: 1:20-cv-23287-DPG |

**SUPPLEMENTAL DECLARATION OF JIM BELLINGHAUSEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Jim Bellinghausen, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of corporate records of VML, LLC and Young & Rubicam LLC ("Y&R"), d/b/a VMLY&R ("VMLY&R") or the "Company" and from discussions with others with such knowledge:

1. I am an adult and competent to testify to the matters below. I make this Declaration to supplement my Declaration submitted to the Court on April 28, 2021, titled, "Declaration of Jim Bellinghausen In Support Of Defendants' Motion To Dismiss The Complaint" (hereinafter "April 28 Declaration").

2. In my April 28 Declaration, I stated that 636 VMLY&R employees sat in VMLY&R's New York office as of the end of 2020, accounting for approximately 32 percent of the Company's nationwide headcount. However, additional review of VMLY&R's company data has revealed that there were 463 VMLY&R employees in VMLY&R's New York

office, accounting for approximately 24 percent of the nationwide headcount. I am sorry for the error.

3. This correction does not change the facts supported by my April 28 Declaration: that New York is the headquarters of Y&R; that the Miami, Florida office of VMLY&R accounts for a minimal proportion of VMLY&R's total U.S. workforce and total revenue; and that none of VMLY&R's offices or personnel—either in New York, Miami, or elsewhere in the United States—performed the marketing work for Corporación Habanos S.A. ("Habanos") that is at issue in the above-captioned litigation.

4. To the contrary, I have confirmed that the relevant marketing work for Habanos was performed by the Spain-based employees of a legally distinct corporation in Spain that is not a party in this lawsuit. That distinct Spanish company is not a direct or indirect subsidiary of VMLY&R.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on November 19, 2021, in Kansas City, Missouri.

_____
Jim Bellinghausen