UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' OBJECTIONS TO NOVEMBER 28, 2023 SUPPLEMENTAL REPORT AND RECOMMENDATION**

    Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendants, through the undersigned counsel, respectively submit this unopposed motion ("Motion") to request that the Court enter an order extending their deadline for responding to Plaintiffs' Objections to Magistrate Judge Alicia M. Otazo-Reyes' November 28, 2023 Supplemental Report and Recommendation [DE 345] ("R&R") from December 26, 2023 to January 5, 2024. In support of this Motion, Defendants state as follows:

    1.    On November 28, 2023, Magistrate Judge Alicia M. Otazo-Reyes issued the R&R, which recommends that this case be dismissed for lack of personal jurisdiction and for failure to state a claim. R&R at 25.

    2.    On December 12, 2023, Plaintiffs filed Objections to the R&R [DE 346]. A corrected version of the Objections was filed on December 13, 2023 [DE 347].

3. Due to pre-planned holiday travel and absences and family commitments that counsel and their clients have over the holidays, Defendants seek an extension of the deadline for their responses to the Objections from December 26, 2023 to January 5, 2024. Defendants have conferred with Plaintiffs, who do not oppose this request.

4. Defendants therefore respectfully request that the Court grant this motion, and extend the deadline for their responses to the Objections to January 5, 2024. A proposed order granting this relief is attached as Exhibit A and will emailed in Microsoft Word format to gayles@flsd.uscourts.gov.

5. Defendants do not waive, and expressly reserve, all rights and defenses, including defenses as to jurisdiction.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certify that they have conferred with Plaintiffs' counsel concerning the relief sought in this Motion, and that Plaintiffs have agreed to the extension requested by Defendants.

Dated: December 19, 2023
Miami, Florida

/s/ *Mark F. Raymond*
NELSON MULLINS
Mark F. Raymond
mark.raymond@nelsonmullins.com
Jonathan Etra
jonathan.etra@nelsonmullins.com
2 South Biscayne Blvd. 21st Floor
Miami, FL 33131
Telephone: 305-373-9400

WILMER CUTLER PICKERING HALE AND DORR LLP
Andrew Rhys Davies (admitted *pro hac vice*)
andrew.davies@wilmerhale.com
7 World Trade Center
250 Greenwich Street

/s/ *Christopher S. Carver*
AKERMAN LLP
Pedro Freyre
Florida Bar No. 192140
pedro.freyre@akerman.com
Christopher S. Carver
Florida Bar No. 993580
christopher.carver@akerman.com
3 Brickell City Centre
98 Southeast 7th St., Suite 1100
Miami, Florida 33131
Telephone: 305-982-5507

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher Davies (admitted *pro hac vice*)

New York, NY 10007
Telephone: 212-295-6475

ALLEN & OVERY LLP
Bradley S. Pensyl (admitted *pro hac vice*)
bradley.pensyl@allenovery.com
Justin L. Ormand (admitted *pro hac vice*)
justin.ormand@allenovery.com
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300

*Attorneys for Defendant Imperial Brands plc*

christopher.davies@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: 202-663-6000

Chris Casamassima (admitted *pro hac vice*)
chris.casamassima@wilmerhale.com
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300

*Attorneys for Defendants WPP PLC, Young & Rubicam LLC, and BCW LLC, a/k/a Burson Cohn & Wolfe LLC*