UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23287-DPG

LUIS MANUEL RODRIGUEZ, *et al.*,

                Plaintiffs,

    v.

IMPERIAL BRANDS PLC, *et al.*,

                Defendants.

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' OBJECTIONS TO NOVEMBER 28, 2023 SUPPLEMENTAL REPORT AND RECOMMENDATION

THIS CAUSE having come before the Court on Defendants' Unopposed Motion to Extend Deadline for Response to Plaintiffs' Objections to Magistrate Judge Alicia M. Otazo-Reyes' November 28, 2023 Supplemental Report and Recommendation, and good cause appearing therefore, it is hereby ORDERED that Defendants' Unopposed Motion is GRANTED.

Defendants' deadline to respond to the Objections is extended from December 26, 2023 to January 5, 2024.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ____ day of December, 2023.

                                                              _____
                                                              The Honorable Darrin P. Gayles
                                                              United States District Judge